## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 1:24-CV-20207

Plaintiff:
**GUSTAVO HERNANDEZ**

vs.

Defendant:
**HYPOWER, LLC**


KDY2024003425

For:
FAIRLAW FIRM
135 SAN LORENZO AVE.
SUITE 770
CORAL GABLES, FL 33146

Received by KD PROCESS on the 19th day of January, 2024 at 3:19 pm to be served on **HYPOWER, LLC C/O CORPORATION SERVICE COMPANY, 1201 HAYS ST., Tallahassee, FL 32301**.

I, Christopher Scott Kady, do hereby affirm that on the **22nd day of January, 2024** at **12:30 pm, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** Served the within named business entity by delivering a true copy of **SUMMONS IN A CIVIL ACTION and COMPLAINT** to: **Chelsea Wang** as Service Liaison, an employee of the Registered Agent after confirming the Registered Agent was not in the office or was otherwise unavailable, pursuant to the requirements of Fla. Stat. 48.091, and informed said person of the contents therein, at **1201 Hays Street, TALLAHASSEE, FL 32301.** on behalf of HYPOWER, LLC, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 20, Sex: F, Race/Skin Color: Asian, Height: 5'6", Weight: 120, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO FS 92.525

Christopher Scott Kady
Process Server #237

KD PROCESS
2957 CAPITAL PARK DRIVE
SUITE # 7
TALLAHASSEE, FL 32301
(850) 727-4363

Our Job Serial Number: KDY-2024003425

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r