UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO: 1:24-cv-20207- JEM**

GUSTAVO HERNANDEZ,

    Plaintiff,

    v.

HYPOWER, LLC

    Defendant.
_____/

**NOTICE OF APPEARANCE AND EMAIL DESIGNATION**

    NOTICE IS HEREBY given that Stephanie C. Mazzola, Esq. of Tripp Scott, P.A. hereby enters an appearance on behalf of Defendant, HYPOWER, LLC, in the above-styled action, and requests that copies of all notices, pleadings, orders or papers of any type in this matter be served on the undersigned at the address listed below:

Stephanie C. Mazzola, Esq.
Tripp Scott, P.A.
110 SE 6 St., 15th Floor
Fort Lauderdale, FL  33301
Primary email:  scm@trippscott.com
Secondary email: scg@trippscott.com
Service email:  eservice@trippscott.com
(954) 525-7500
(954) 761-8475 fax

    Respectfully submitted,

    **TRIPP SCOTT, P.A.**
    110 SE Sixth Street, 15th Floor
    Ft. Lauderdale, FL 33301
    Tel: (954) 525-7500
    Facsimile: (954) 761-8475
    *Counsel for Defendant, Hypower, LLC*

    By: */s/ Stephanie C. Mazzola*
    STEPHANIE C. MAZZOLA, ESQ.

#2742322v1-100971.0001

Fla. Bar No. 77661  
scm@trippscott.com  
scg@trippscott.com  
eservice@trippscott.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed and served on all counsel of record via CM/ECF on this 1st day of February, 2024.

By: <i>/s/ Stephanie C. Mazzola</i>  
Stephanie C. Mazzola Esq.  
Fla. Bar No. 77661

## SERVICE LIST

Brian H. Pollock, Esq.  
Florida Bar No. 174742  
FAIRLAW FIRM  
135 San Lorenzo Avenue, Suite 770  
Coral Gables, FL 33146  
Telephone: (305) 230-4884  
Email: brian@fairlawattorney.com  
Attorneys for Plaintiff

#2742322v1-100971.0001