UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20207-MARTINEZ

GUSTAVO HERNANDEZ,

    Plaintiff,

vs.

HYPOWER, LLC,

    Defendant.
_____/

## **NOTICE OF APPEARANCE BY P. BROOKS LAROU, ESQ.**

P. Brooks LaRou, Esq., of the FairLaw Firm, notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Gustavo Hernandez, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

Dated this 5th day of February, 2024.

    s/ P. Brooks LaRou, Esq.
    P. Brooks LaRou, Esq. (1039018)
    brooks@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel: (305) 230-4884
    *Counsel for Plaintiff*