UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20207-MARTINEZ

GUSTAVO HERNANDEZ,

    Plaintiff,

vs.

HYPOWER, LLC,

    Defendant.
_____/

## NOTICE OF STRIKING ECF NO. 7

Pursuant to the Clerk of this Court's Notice to Filer [ECF No. 10], the undersigned hereby notices the Court and all parties to this action of the striking of ECF No. 7. The undersigned requests that the Court strike this docket entry so that the document may be refiled in accordance with the signature block requirements of Section 3J(1) of CM/ECF Administrative Procedures and L.R. 5.1(b) as directed by the Clerk.

Dated this 22nd day of February 2024.

    s/ Patrick Brooks LaRou, Esq.
    Patrick Brooks LaRou, Esq. (1039018)
    brooks@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue, Suite 770
    Coral Gables, FL 33146
    Tel: (305) 230-4884
    *Counsel for Plaintiff*

1

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed through CM/ECF this 22nd day of February, 2024 on Stephanie C. Mazzola, Esq. and Brittany L. Hynes, Esq., TRIPP SCOTT, P.A., 110 SE Sixth Street, 15th Floor, Fort Lauderdale, Florida 33301, scm@trippscott.com and blh@trippscott.com, as *Counsel for Defendant.*

s/ Patrick Brooks LaRou, Esq.
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel: (305) 230-4884
*Counsel for Plaintiff*

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com