UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20207-MARTINEZ

GUSTAVO HERNANDEZ,

    Plaintiff,

vs.

HYPOWER, LLC,

    Defendant.
_____/

**NOTICE OF APPEARANCE BY PATRICK BROOKS LAROU, ESQ.**

    Patrick Brooks LaRou, Esq. of the FairLaw Firm hereby notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Gustavo Hernandez, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

    Dated this 22nd day of February 2024.

                                            s/ Patrick Brooks LaRou, Esq.
                                            Patrick Brooks LaRou, Esq. (1039018)
                                            brooks@fairlawattorney.com
                                            FAIRLAW FIRM
                                            135 San Lorenzo Avenue
                                            Suite 770
                                            Coral Gables, FL 33146
                                            Tel: (305) 230-4884
                                            *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed through CM/ECF this 22nd day of February, 2024 on Stephanie C. Mazzola, Esq. and Brittany L. Hynes, Esq., TRIPP SCOTT, P.A., 110 SE Sixth Street, 15th Floor, Fort Lauderdale, Florida 33301, scm@trippscott.com and blh@trippscott.com, as *Counsel for Defendant.*

s/ Patrick Brooks LaRou, Esq.
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel: (305) 230-4884
*Counsel for Plaintiff*

2

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*