UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:24-cv-20207- JEM

GUSTAVO HERNANDEZ,

    Plaintiff,

    v.

HYPOWER, LLC,

    Defendant.
_____/

**NOTICE OF UNAVAILABILITY**

    Stephanie C. Mazzola, Esq, the undersigned counsel for Defendant, **HYPOWER, LLC**, hereby files this Notice with the Court and all counsel of record that she will be unavailable *Monday*, *March 4, 2024 through Friday, March 8, 2024* for any trial, hearing, deposition or other proceeding in this matter, and respectfully requests that no matter be scheduled during this time period.

    The filing and serving of this Notice shall constitute an application and request for continuance, extension of time and/or protective order as appropriate for the reasons stated above.

    Respectfully Submitted,

**TRIPP SCOTT, P.A.**
*Counsel for Defendant*
110 Southeast 6th Street, 15th Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 525-7500
Facsimile: (954) 761-8475

By: *Stephanie C. Mazzola*
    Stephanie C. Mazzola, Esq.
    Florida Bar No. 0077661
    scm@trippscott.com

#2761770v1-100971.0001

sgc@trippscott.com  
Eservice@trippscott.com  
Brittany L. Hynes, Esq.  
Florida Bar No. 1018589  
blh@trippscott.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of February 2024, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Stephanie C. Mazzola*  
Stephanie C. Mazzola

#2761770v1-100971.0001