UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:24-cv-20207- JEM

GUSTAVO HERNANDEZ,

    Plaintiff,

    v.

HYPOWER, LLC,

    Defendant.
_____/

### DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, HYPOWER, LLC, hereby discloses the following Interested Persons and Corporate Disclosure Statement:

### CERTIFICATE OF INTERESTED PERSONS

1. Defendant, HYPOWER, LLC (hereinafter "HYPOWER"), by and through its undersigned counsel, respectfully submits its Certificate of Interested Parties as follows:

    1. Gustavo Hernandez, Plaintiff
    2. Patrick Brooks LaRou, Esq.
    3. Brian Howard Pollock, Esq.
    4. Stephanie C. Mazzola, Esq.
    5. Brittany L. Hynes, Esq.
    6. Tripp Scott, P.A.
    7. Hypower, LLC c/o Tripp Scott, P.A.

### CORPORATE DISCLOSURE STATEMENT

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations,

#2760289v1-100971.0001

publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party: **NONE.**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: **NONE.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors): **NONE.**

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution: **NONE.**

5. Check one of the following:

__**X**___ a.  I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.
- or -
_____ b.  I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed and served on all counsel of record via CM/ECF on this 5th day of March 2024.

By: */s/ Stephanie C. Mazzola*
STEPHANIE C. MAZZOLA, ESQ.
Fla. Bar No. 0077661

#2760289v1-100971.0001