UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20207-MARTINEZ/SANCHEZ

GUSTAVO HERNANDEZ,

    Plaintiff,

vs.

HYPOWER, LLC,

    Defendants.

_____/

**PROPOSED SCHEDULE**

This MATTER is set for jury trial for the week of May 12, 2025. The Parties propose to adhere to the following schedule:

| Date | Description |
| --- | --- |
| May 10, 2024 | The Parties shall furnish lists with names and addresses of fact witnesses. The Parties are under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |
| May 24, 2024 | The Parties shall select a mediator and jointly file a proposed order scheduling mediation. |
| July 15, 2024 | The Parties shall file motions to amend pleadings or join Parties |
| September 6, 2024 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Local Rule 16.1(k). |
| October 6, 2024 | The Defendants shall disclose experts, expert witness summaries and reports, as required by Local Rule 16.1(k). |
| October 21, 2024 | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Local Rule 16.1(k). |
| January 13, 2025 | The Parties shall complete all discovery, including expert discovery. |
| September 30, 2024 | The Parties shall complete mediation and file a mediation report with the Court. |
| January 20, 2025 | The Parties shall file all dispositive pre-trial motions and memoranda of law. |
| May 2, 2025 | The Parties shall file a joint pre-trial stipulation, as required by Local Rule 16.1(e) and final proposed jury instructions. Joint proposed jury instructions or conclusions of law (for non-jury trials) shall outline: 1) |

|  | the legal elements of Plaintiff's claims, including damages, and 2) the legal elements of the defenses that are raised. |
|---|---|
| February 14, 2025 | The Parties shall file witness and exhibit lists and all *motions in limine*. The witness list shall include only those witnesses the Parties actually intend to call at trial and shall include a brief synopsis of their testimony. The exhibit lists shall identify each witness that will introduce each exhibit. |

Dated this 12th day of March 2024.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
*Counsel for Plaintiff*

s/Stephanie Cari Mazzola, Esq.
Stephanie Cari Mazzola, Esq.
Fla. Bar No.: 77661
scm@trippscott.com
TRIPP SCOTT, P.A.
110 SE Sixth Street
15th Floor
Ft. Lauderdale, FL, 33301
(954) 525-7500
*Counsel for Defendant*