UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20207-MARTINEZ/SANCHEZ

GUSTAVO HERNANDEZ,

    Plaintiff,

vs.

HYPOWER, LLC,

    Defendant.
_____/

### NOTICE OF APPEARANCE OF JAKE S. BLUMSTEIN

Jake S. Blumstein, hereby files his Notice of Appearance on behalf of Defendant, HYPOWER, LLC ("Defendant"), and respectfully requests to receive notice in this case as counsel of record for Defendant.

Dated: May 24, 2024

**TRIPP SCOTT, P.A.**
110 SE 6th Street – 15th Floor
Fort Lauderdale, Florida 33301
Tel: (954) 525-7500
Fax: (954) 761-8475
*Counsel for Defendants*

By: /s/ *Jake S. Blumstein*
Jake S. Blumstein
Florida Bar No. 1017746
jsb@trippscott.com
eservice@trippscott.com
sxc@trippscott.com

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing document was served on all counsel of record via CM/ECF on this 24th day of May, 2024.

By: /s/ *Jake S. Blumstein*
Jake S. Blumstein
Florida Bar No. 1017746

## SERVICE LIST

Brian H. Pollock, Esq.
Florida Bar No. 174742
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq.
Florida Bar No. 1039018
brooks@fairlawattorney.com
**FAIRLAW FIRM**
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

2

#2834155v1-100971.0001