UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20207-MARTINEZ/SANCHEZ

GUSTAVO HERNANDEZ,

    Plaintiff,

vs.

HYPOWER, LLC,

    Defendant.
_____/

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO FILE JOINT CONFERRAL REPORT**

Defendant, HYPOWER, LLC ("Defendant"), by and through undersigned counsel, hereby files its first Motion for Extension of Time to File Joint Scheduling Report, as follows:

1. The Parties filed a Joint Scheduling Report on March 12, 2024. *See* D.E. 18.

2. On April 23, 2024, the Court entered an Amended Order Setting Trial and Pretrial deadlines. *See* D.E. 25.

3. D.E. 25 requires the parties to meet and prepare a Joint Conferral Report in accordance with Local Rule 16.1(b).

4. On May 14, 2024, counsel for Plaintiff and Defendant met and conferred in person pursuant to D.E. 25.

5. Since then, the Parties have conferred and have substantially completed a Joint Conferral Report which conforms with Local Rule 16.1 and D.E. 25.

6. However, there are a few minor issues which the Parties wish to continue conferring about which has inhibited the ability of the parties to complete the Joint Conferral Report, including issues surrounding the elements of each claim and defense.

1

7. Although today is the deadline to file the Joint Conferral Report, as of 7:47 pm, counsel for Plaintiff was no longer responding to emails.

8. Defendant anticipates a three (3) day extension of time will allow the parties enough time to narrow the issues and complete a satisfactory Joint Conferral Report.

9. Accordingly, Defendant requests a brief three (3) day extension of time to file the Joint Conferral Report.

## LOCAL RULE 7.1 CERTIFICATION

I HEREBY CERTIFY that, prior to filing this Motion, undersigned counsel attempted to confer with opposing counsel via telephone and email regarding the relief requested herein. Undersigned counsel was unable to get in touch with Plaintiff's counsel prior to filing this Motion.

By: /s/ *Jake S. Blumstein*
Jake S. Blumstein
Florida Bar No. 1017746

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 28, 2024, the foregoing document was electronically filed via the Court's CM/ECF system which provided a true and correct copy to all those entitled to notice.

**TRIPP SCOTT, P.A.**
*Counsel for Defendant*
110 Southeast Sixth Street
15th Floor
Fort Lauderdale, Florida 33301
Tel: (954) 525-7500

By: */s/ Jake S. Blumstein*
Seth J. Donahoe
Florida Bar No. 1004133
sjd@trippscott.com
Jake S. Blumstein
Florida Bar No. 1017746
jsb@trippscott.com
Brittany L. Hynes
Florida Bar No. 1018589

#2834822v1-100971.0001

blh@trippscott.com

3

#2834822v1-100971.0001