UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20207-MARTINEZ/SANCHEZ

GUSTAVO HERNANDEZ,

    Plaintiff,
vs.

HYPOWER, LLC,

    Defendant.
_____/

**ELECTION TO JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS**

In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

| | | | |
|---|---|---|---|
| 1. | Motions for Costs | Yes _____ | No __X__ |
| 2. | Motions for Attorney's Fees | Yes _____ | No __X__ |
| 3. | Motions for Sanctions | Yes _____ | No __X__ |
| 4. | Motions to Dismiss | Yes _____ | No __X__ |
| 5. | Motions for Summary Judgment | Yes _____ | No __X__ |
| 6. | Discovery | Yes __X__ | No _____ |
| 7. | Other (specify) _____ | | |

[Signatures on Following Page]

1

Dated this 29th day of May 2024.

| | |
|---|---|
| s/ Patrick Brooks LaRou | s/ Jake S. Blumstein |
| Brian H. Pollock, Esq. | Seth J. Donahoe, Esq. |
| Florida Bar No. 174742 | Florida Bar No. 1004133 |
| brian@fairlawattorney.com | sjd@trippscott.com |
| Patrick Brooks LaRou, Esq. | Jake S. Blumstein, Esq. |
| Florida Bar No. 1039018 | Florida Bar No. 1017746 |
| brooks@fairlawattorney.com | jsb@trippscott.com |
| FAIRLAW FIRM | TRIPP SCOTT, P.A. |
| 135 San Lorenzo Avenue, Suite 770 | 110 SE Sixth Street, 15th Floor |
| Coral Gables, Florida 33146 | Fort Lauderdale, Florida 33301 |
| Telephone: (305) 230-4884 | Telephone: (954) 525-7500 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |