UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20207-MARTINEZ/SANCHEZ

GUSTAVO HERNANDEZ,

    Plaintiff,

vs.

HYPOWER, LLC,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF NO PENDING, REFILED, RELATED OR SIMILAR ACTION(S)**

Plaintiff, Gustavo Hernandez, pursuant to Local Rule 3.8, notices the Court and all parties that Plaintiff has not re-filed this case and is not aware of any related or similar case(s) filed of record.

Respectfully submitted this 7th day of June 2024,

    Brian H. Pollock, Esq.
    Brian H. Pollock, Esq.
    Fla. Bar No. 174742
    brian@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel:    305.230.4884
    *Counsel for Plaintiff*