UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-20207-JEM

GUSTAVO HERNANDEZ,

    Plaintiff,

v.

HYPOWER, LLC,

    Defendant.

_____/

## JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED that Jillian Strasser, Esq. and Emma L. McCarthy, Esq. of the law firm of COLE, SCOTT & KISSANE, P.A. are substituted for Jake S. Blumstein, Esq., Seth J. Donahoe, Esq., Stephanie Mazzola, Esq., and Brittany Hynes, Esq., of the law firm of TRIPP SCOTT P.A., for and on behalf of Defendant, HYPOWER, LLC. Jake S. Blumstein, Esq., Seth J. Donahoe, Esq., Stephanie Mazzola, Esq., Brittany Hynes, Esq., and the law firm Tripp Scott P.A., should be relieved of representation and have no further responsibility in this matter.

| | |
|---|---|
| TRIPP SCOTT, P.A. | COLE, SCOTT & KISSANE, P.A. |
| 110 SE 6th Street 15th Floor | Esperante Building |
| Fort Lauderdale, FL 33301 | 222 Lakeview Avenue, Suite 120 |
| Telephone: (954) 765-2913 | West Palm Beach, Florida 33401 |
| Facsimile: (954) 761-8475 | Telephone (561) 612-3426 |
| Email: jsb@trippscott.com | Facsimile (561) 683-8977 |
| Email: sjd@tripscott.com | Primary e-mail: jillian.strasser@csklegal.com |
| | Primary e-mail: emma.mccarthy@csklegal.com |
| /s/ *Jake S. Blumstein* | /s/ *Jillian Strasser* |
| Jake S. Blumstein, Esq. | Jillian Strasser, Esq. |
| Florida Bar No.: 1017746 | Florida Bar No.: 113611 |
| Seth J. Donahoe, Esq. | Emma L. McCarthy, Esq. |
| Florida Bar No.: 1004133 | Florida Bar No: 1048504 |

CASE NO.: 1:24-cv-20207-JEM

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2024, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

COLE, SCOTT & KISSANE, P.A.
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 612-3426
Facsimile (561) 683-8977
jillian.strasser@csklegal.com
emma.mccarthy@csklegal.com

By: *s/ Jillian Strasser*
JILLIAN STRASSER
Florida Bar No.: 113611
EMMA L. MCCARTHY
Florida Bar No: 1048504