UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-20207-JEM

GUSTAVO HERNANDEZ,

    Plaintiff,
v.

HYPOWER, LLC,

    Defendant.
_____/

**ORDER SUBSTITUTING COUNSEL**

THIS CAUSE having come before the court upon the Stipulation for Substitution of Counsel, and the court being otherwise fully advised in the premises, it is ORDERED AND ADJUDGED; that Jillian Strasser, Esq. and Emma L. McCarthy, Esq. of the law firm of Cole, Scott & Kissane, P.A. is substituted for Jake S. Blumstein, Esq., Seth J. Donahoe, Esq., Stephanie Mazzola, Esq., Brittany Hynes, Esq., and the law firm Tripp Scott, P.A., for and on behalf of Defendant, HYPOWER, LLC. Jake S. Blumstein, Esq., Seth J. Donahoe, Esq., Stephanie Mazzola, Esq., Brittany Hynes, Esq., and Tripp Scott, P.A. shall be relieved of representation and have no further responsibility in this matter.

DONE AND ORDERED in Chambers, Miami, Florida, this ____ day of _____, 2024.

                                                                                                     JOSE E. MARTINEZ
                                                                                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record