UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 24-20207-CIV-MARTINEZ**

GUSTAVO HERNANDEZ,

     Plaintiff,

v.

HYPOWER, LLC,

     Defendant.

_____/

## ORDER ON JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL

**THIS CAUSE** came before this Court on the Parties' Joint Stipulation for Substitution of Counsel (the "Stipulation"), (ECF No. 35).  The Parties request that this Court allow Jillian Strasser, Esq. and Emma L. McCarthy, Esq. of the law firm of Cole, Scott & Kissane, P.A. to withdraw as counsel for Defendant and substitute Jake S. Blumstein, Esq., Seth J. Donahoe, Esq., Stephanie Mazzola, Esq., and Brittany Hynes, Esq., of the law firm of Tripp Scott P.A. in their stead. (*Id.* at 1.)  After careful consideration, it is

**ORDERED AND ADJUDGED** that:

1.    The Stipulation, (ECF No. 35), is **GRANTED**.

2.    Jake S. Blumstein, Esq., Seth J. Donahoe, Esq., Stephanie Mazzola, Esq., and Brittany Hynes, Esq., of the law firm of Tripp Scott P.A. are permitted to withdraw as counsel for Defendant and are discharged from all further obligation and responsibility in this action.

3.    Jillian Strasser, Esq. and Emma L. McCarthy, Esq. of the law firm of Cole, Scott & Kissane, P.A. are substituted as counsel of record for Defendant in this action.

1

4.      The Clerk is **DIRECTED** to remove Jake S. Blumstein, Esq., Seth J. Donahoe, Esq., Stephanie Mazzola, Esq., and Brittany Hynes, Esq., of the law firm of Tripp Scott P.A.  from this Court's CM/ECF email system for this matter.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10 day of June 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record

2