UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:24-cv-20207-JEM

GUSTAVO HERNANDEZ,

    Plaintiff,

v.

HYPOWER, LLC,

    Defendant,
_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL FOR DEFENDANT

Jillian Strasser, Esq. of Cole Scott & Kissane, P.A. hereby gives notice of her appearance as counsel of record and designation as lead counsel for Defendant, HYPOWER, LLC, and requests that copies of all papers and pleadings filed herein be served upon her.

Dated: June 11, 2024.                    Respectfully submitted,

    COLE, SCOTT & KISSANE, P.A.
    *Attorneys for Defendant*
    222 Lakeview Avenue
    Suite 120
    West Palm Beach, FL 33401
    Telephone: (561) 383-9200
    Facsimile: (561) 683-8977

    By: */s/ Jillian Strasser*
        JILLIAN STRASSER
        FL Bar No.: 113611
        EMMA L. MCCARTHY
        Florida Bar No. 1048504

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that that on this 11th day of June, 2024, a true and correct copy of foregoing was filed electronically via the CM/ECF System and served via e-notice on all counsel of record.

*s/ Jillian Strasser*
Jillian Strasser