UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20207-MARTINEZ/SANCHEZ

GUSTAVO HERNANDEZ,

    Plaintiff,

vs.

HYPOWER, LLC,

    Defendants.
_____/

## NOTICE OF MEDIATOR SELECTION

Plaintiff, Gustavo Hernandez, notices the Court that the parties complied with the Court's Order Setting Trial [ECF No. 25] and its Order entered on April 24, 2014 [ECF No. 25] and agreed to utilize **Robyn Hankins, as their mediator**, with mediation to be conducted on September 3, 2024, commencing at 10:00 a.m., by Zoom.

Dated this 25th day of July 2024.

                                                  s/Brian H. Pollock, Esq.
                                                Brian H. Pollock, Esq. (174742)
                                                brian@fairlawattorney.com
                                                FAIRLAW FIRM
                                                135 San Lorenzo Avenue
                                                Suite 770
                                                Coral Gables, FL 33146
                                                Tel:    305.230.4884
                                                *Counsel for Plaintiff*