UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20207-MARTINEZ/SANCHEZ

GUSTAVO HERNANDEZ,

    Plaintiff,

vs.

HYPOWER, LLC,

    Defendants.
_____/

## **JOINT NOTICE OF RESCHEDULING MEDIATION**

    Plaintiff, Gustavo Hernandez, and Defendant, Hypower, LLC, (collectively, the "Parties") hereby notify the Court that the Parties have agreed to reschedule the date of mediation before **Robyn Hankins** (*see* ECF No. 42) to **Thursday, October 3, 2024, commencing at 10:00 a.m., by Zoom.**

    Respectfully submitted this 22nd day of August 2024.

| | |
|---|---|
| s/ Patrick Brooks LaRou, Esq. | s/ Jillian Strasser, Esq. |
| Brian H. Pollock, Esq. | Jillian Strasser, Esq. |
| Florida Bar No. 174742 | Florida Bar No. 113611 |
| brian@fairlawattorney.com | jillian.strasser@csklegal.com |
| Patrick Brooks LaRou, Esq. | Emma L. McCarthy, Esq. |
| Florida Bar No. 1039018 | Florida Bar No. 1048504 |
| brooks@fairlawattorney.com | emma.mccarthy@csklegal.com |
| FAIRLAW FIRM | COLE, SCOTT & KISSANE, P.A. |
| 135 San Lorenzo Avenue, Suite 770 | 222 Lakeview Avenue, Suite 120 |
| Coral Gables, Florida 33146 | West Palm Beach, Florida 33401 |
| Telephone: (305) 230-4884 | Telephone: (561) 612-3454 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |