UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GUSTAVO HERNANDEZ,

   Plaintiff,

v.                                                      CASE NO.: 1:24-CV-20207-JEM

HYPOWER, LLC,

   Defendant.
_____/

## DEFENDANT'S TRIAL WITNESS LIST

Defendant, HYPOWER, LLC, by and through its undersigned counsel and pursuant to this Court's Amended Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, And Referring Certain Motions To Magistrate Judge dated April 24, 2024 [D.E. 25], hereby serves its Trial Witness List as follows:

| Name and Address | Address | Will Call / May Call |
|---|---|---|
| Gustavo Hernandez | c/o Patrick Brooks LaRou, Esq.; Brian Pollock, Esq. Fairlaw Firm 135 San Lorenzo Ave., Suite 770 Coral Gables, FL 33146 | Will Call |
| Corporate Representative of Hypower, LLC | c/o Jillian Strasser, Esq. Cole, Scott & Kissane, P.A. 222 Lakeview Ave., Suite 500 West Palm Beach, FL 33401 | May Call |
| David Weingarten | c/o Jillian Strasser, Esq. Cole, Scott & Kissane, P.A. 222 Lakeview Ave., Suite 500 West Palm Beach, FL 33401 | May Call |
| Adam Johnson | c/o Jillian Strasser, Esq. Cole, Scott & Kissane, P.A. | May Call |

|  | 222 Lakeview Ave., Suite 500<br>West Palm Beach, FL 33401 |  |
|---|---|---|
| Raul Gonzalez | c/o Jillian Strasser, Esq.<br>Cole, Scott & Kissane, P.A.<br>222 Lakeview Ave., Suite 120<br>West Palm Beach, FL 33401 | May Call |
| Alsides Fleites | Unknown at this time. | May Call |
| Robert Weisberg | Unknown at this time. | May Call |
| Raidel Herrera | Unknown at this time. | May Call |

**RESERVATION OF RIGHT**

Defendant also reserves the right to call any witness listed on the witness list filed by Plaintiff. By listing the above witnesses, Defendant is not waiving any entitlement to object to the testimony of those witnesses at the time of trial. Further, Defendant reserves the right to amend its Trial Witness List and to call any and all witnesses designated by Plaintiff.

Dated:  September 19, 2024

Respectfully submitted,

COLE, SCOTT & KISSANE, P.A.
*Attorneys for Defendant*
222 Lakeview Ave, Suite 120
West Palm Beach, FL 33401
Telephone: (561) 383-9203
Facsimile: (561) 683-8977
jillian.strasser@csklegal.com
emma.mccarthy@csklegal.com

By: */s/ Jillian Strasser*
    JILLIAN STRASSER, ESQ.
    Florida Bar No.:  113611
    EMMA L. MCCARTHY, ESQ.
    Florida Bar No.: 1048504

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of September, 2024, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

By: */s/ Jillian Strasser*
JILLIAN STRASSER, ESQ.
Florida Bar No.: 113611
EMMA L. MCCARTHY, ESQ.
Florida Bar No.: 1048504