UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20207-MARTINEZ/SANCHEZ

GUSTAVO HERNANDEZ,

    Plaintiff,

vs.

HYPOWER, LLC,

    Defendant.
_____/

## **PLAINTIFF'S PRELIMINARY PRE-TRIAL WITNESS LIST**

Plaintiff, Gustavo Hernandez, through his undersigned counsel and pursuant to the Court's Amended Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge [ECF No. 25], identifies the witnesses he may call to testify at the trial of this case as follows:

1. Gustavo Hernandez, Plaintiff – c/o FairLaw Firm.
2. Designated Representative(s), Hypower, LLC – c/o Cole, Scott & Kissane, P.A.
3. Adam Johnson, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.
4. Ivan Lopez, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.
5. Damiko Brenant, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.
6. Daniel Fisher, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.
7. Robert Weisberg, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.
8. Raidel Herrera, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.
9. Darwin Infante, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.
10. Adrian Mendez, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.

1

11. Pedro Hormigo, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.

12. Francisco Santos, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.

13. Henry Santamaria, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.

14. Pedro Arias, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.

15. Raudel Nieblas, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.

16. Carlos Perez, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.

17. Humberto Figueroa, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.

18. Alfredo Lago, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.

19. Gregorio MacDonald, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.

20. Jorge Luis Santos, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.

21. Kevin Castro, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.

22. Luis Perez, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.

23. Erick Lino, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.

24. Jose Antonio Hidalgo, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.

25. Nelson Ramirez, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.

26. Alexis Sosa, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.

27. Luis Manuel Gonzalez, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.

28. Reydel Ramirez, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.

29. Carlos Calcines, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.

30. Mario Luaces, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.

31. Angel Valle, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.

32. Chalmers Duvernet, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.

33. Travis Stratchan, Employee of Defendant – c/o Cole, Scott & Kissane, P.A.

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.928.4893   FAX 305.230.4844
*www.fairlawattorney.com*

34. All persons identified in discovery.

35. All persons identified in the documents exchanged in discovery.

36. All witnesses identified by Defendants.

37. All witnesses necessary for rebuttal and/or impeachment.

## Reservation of Right to Amend

Plaintiff reserves the right to amend this Preliminary Witness List as discovery continues and upon receipt of Defendant's responses to discovery, supplemental responses to discovery, Witness and Exhibit Lists.

## No Waiver

Plaintiff does not waive any objections he may have to the ability for any witness identified on its Preliminary Witness List to testify nor the scope thereof.

Respectfully submitted this 19th day of September, 2024.

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq.
Florida Bar No. 174742
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq.
Florida Bar No. 1039018
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

3

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.928.4893   FAX 305.230.4844
*www.fairlawattorney.com*