UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.; 1:24-cv-20207-JEM

GUSTAVO HERNANDEZ,

    Plaintiff,

v.

HYPOWER, LLC,

    Defendants.

_____/

**MEDIATION REPORT**

This matter was mediated before the undersigned mediator on October 3rd, 2024. The mediation was conducted via Zoom teleconference, and all parties participated. The mediation session resulted in an impasse.

Dated: October 3, 2024

                                  Respectfully Submitted,

                                  *Robyn S. Hankins*
                                  Certified Mediator – Florida Supreme Court
                                  Florida Bar No. 0008699
                                  ROBYN S. HANKINS, P.L.
                                  1217 Merlot Dr.
                                  Palm Beach Gardens, Fl.  33410
                                  Telephone: (561) 721-3890
                                  robyn@hankins-law.com
                                  scott@hankins-law.com

## Certificate of Service

  I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

          By: */s/Robyn Hankins*
             Robyn Hankins