UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-20207-JEM

GUSTAVO HERNANDEZ,

    Plaintiff,
v.

HYPOWER, LLC,

    Defendant.
_____/

**JOINT MOTION FOR EXTENSION OF TIME
TO EXTEND CERTAIN PRE-TRIAL DEADLINES**

Plaintiff, GUSTAVO HERNANDEZ ("Plaintiff"), and Defendant, HYPOWER, LLC ("Defendant") (hereafter, Plaintiff and Defendant will be collectively referred to as the "Parties"), by and through their undersigned counsels, respectfully file this Joint Motion for Extension of Time to Extend Certain Pre-Trial Deadlines, and in support thereof, state as follows:

1.    On January 18, 2024, Plaintiff initiated this action by filing his initial complaint against Defendant ("Complaint"). [D.E. 1].

2.    On February 12, 2024, Defendant filed its Answer and Affirmative Defenses to the Complaint. [D.E. 8].

3.    On March 7, 2024, and May 1, 2024, with the consent of Plaintiff, Defendant filed its Amended Answer and Affirmative Defenses and Second Amended Answer and Affirmative Defenses, respectively. [D.E. 17; D.E. 26].

4.    On April 24, 2024, the Court entered its Amended Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge

("Trial Order") and set the trial of this matter for this Court's trial period commencing on April 7, 2025. [D.E. 25].

5. On or around June 7, 2024, Jillian Strasser, Esq. and Emma McCarthy, Esq. of the law firm of Cole, Scott & Kissane, P.A. were retained in this matter. [D.E. 35; D.E. 38].

6. On July 11, 2024, Defendant filed an Unopposed Motion for Leave to Amend Defendant's Second Amended Answer and Affirmative Defenses, which the Court subsequently granted. [D.E. 39; D.E. 40]. As such, on July 11, 2024, Defendant filed its Third Amended Answer and Affirmative Defenses. [D.E. 41].

7. To avoid expending additional attorneys' fees and costs on discovery and depositions, the Parties agreed to attend an early mediation on September 3, 2024. [D.E. 42]. However, due to the unexpected death of Defendant's Chief Executive Officer, the mediation was rescheduled for October 3, 2024. [D.E. 43].

8. On October 3, 2024, the Parties participated in mediation, which ultimately resulted in an impasse. [D.E. 46]. Despite the impasse at mediation, the Parties continued to engage in good-faith settlement negotiations through the mediator. Nonetheless, to date, the Parties have been unable to resolve this matter.

9. While the Parties' efforts and intentions to resolve this matter early were made in good faith, such efforts have created unavoidable delays in scheduling the depositions necessary to complete discovery.

10. Pursuant to the Trial Order, the following deadlines are rapidly approaching:

   a. November 28, 2024: All discovery, including expert discovery, shall be completed.[1]

---

[1] Pursuant to Federal Rule of Civil Procedure 6, since the discovery deadline falls on a legal holiday, the discovery deadline continues to run until the next business day, November 29, 2024.

      b. December 28, 2024: *Daubert*, Summary Judgment, and Dispositive Motions.

(the "Deadlines"). [D.E. 25 at 5].

11. Under Federal Rule of Civil Procedure 6(b), the Court has broad authority to enlarge the period within which the Parties must comply with the Deadlines "if a request is made, before the original time or its extension expires." FED. R. CIV. P. 6(b). The Parties' request herein is made prior to the expiration of the current Deadlines. Accordingly, the Court has the authority to grant this Motion under Federal Rule of Civil Procedure 6(b).

12. While the Parties have engaged in written discovery and Plaintiff has conducted the deposition of one of Defendant's employees, the Parties have been working diligently to coordinate the depositions of Plaintiff, Defendant's Corporate Representative, and other non-party witnesses.

13. Despite the Parties' best efforts, for the above-mentioned reasons as well as the upcoming holidays, the Parties have been unable to schedule the aforementioned depositions on a date prior to the November 29, 2024 discovery deadline. Indeed, Defendant's corporate representative deposition is scheduled for December 4, 2024, and Plaintiffs' deposition is currently set for December 31, 2024[2].

14. Accordingly, the Parties respectfully request a 45-day extension of the Deadlines as follows:

| **Event** | **Current Deadline** | **Proposed Date** |
|---|---|---|
| All discovery, including expert discovery, shall be completed. | November 28, 2024 | January 13, 2025 |

---

[2] Outside of December 30, 2024, which the undersigned has a conflict on, Plaintiff's counsel has advised that this is the earliest date counsel and Plaintiff are available for Plaintiff's deposition.

| *Daubert*, Summary Judgment, and Dispositive Motions | December 28, 2024 | February 11, 2025 |

15. The requested extensions will not require the Court to alter any other deadlines nor will it require the Court to continue the trial, which is currently set for the trial period commencing on April 7, 2025.

16. This request is made in good faith and not for the purposes of delay.

**WHEREFORE**, the parties to this action jointly request this Honorable Court enter an order granting an enlargement of the aforementioned pre-trial deadlines by 45 days, and for any other relief that this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of November 2024, a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel of Record.

| COLE, SCOTT & KISSANE, P.A. | FAIRLAW FIRM |
|---|---|
| *Counsel for Defendant* | *Counsel for Plaintiff* |
| Esperante Building | 135 San Lorenzo Avenue, Suite 770 |
| 222 Lakeview Avenue, Suite 500 | Coral Gables, Florida 33146 |
| West Palm Beach, Florida 33401 | Telephone: (305) 230-4884 |
| Telephone (561) 612-3426 | E-mail: brian@fairlawattorney.com |
| Facsimile (561) 683-8977 | E-mail: brooks@fairlawattorney.com |
| E-mail: jillian.strasser@csklegal.com | |
| E-mail: emma.mccarthy@csklegal.com | |
| | |
| /s/ *Emma McCarthy* | /s/ *Brian Pollock* |
| Jillian Strasser, Esq. | Brian H. Pollock, Esq. |
| Florida Bar No.: 113611 | Florida Bar No.: 174742 |
| Emma L. McCarthy, Esq. | P. Brooks LaRou, Esq. |
| Florida Bar No: 1048504 | Florida Bar No.: 1039018 |