UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-20207-JEM

GUSTAVO HERNANDEZ,

    Plaintiff,
v.

HYPOWER, LLC,

    Defendant.
_____/

**ORDER ON JOINT MOTION FOR EXTENSION OF
TIME TO EXTEND CERTAIN PRE-TRIAL DEADLINES**

**THIS MATTER** having come before the Court on the Parties' Joint Motion for Extension of Time to Extend Certain Pre-Trial Deadlines ("Motion"), and the Court having reviewed the Motion and pertinent portions of the record, and otherwise being fully advised in the premises, it is:

**ORDERED and ADJUDGED** that the Motion is **GRANTED** as follows:

1. The following deadlines set forth in the Amended Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge ("Trial Order") [D.E. 25] are modified as follows:

    a. January 13, 2025: All discovery, including expert discovery shall be completed.

    b. February 11, 2025: All *Daubert*, Summary Judgment, and Dispositive Motions must be filed.

2. All other deadlines and provisions set forth in the Trial Order shall remain in effect.

**DONE and ORDERED** in Chambers at Miami, Florida, this _____ day of November, 2024.

                                                  _____
                                                  JOSE E. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record