UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-20207-CIV-MARTINEZ

GUSTAVO HERNANDEZ,

    Plaintiff,
v.

HYPOWER, LLC,

    Defendant.
_____/

**ORDER ON JOINT MOTION FOR EXTENSION OF
TIME TO EXTEND CERTAIN PRE-TRIAL DEADLINES**

**THIS MATTER** having come before the Court on the Parties' Joint Motion for Extension of Time to Extend Certain Pre-Trial Deadlines ("Motion"), (ECF No. 47), and the Court having reviewed the Motion and pertinent portions of the record, and otherwise being fully advised in the premises, it is:

**ORDERED and ADJUDGED** that the Motion, (ECF No. 47), is **GRANTED** as follows:

1. The following deadlines set forth in the Amended Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge ("Trial Order"), (ECF No. 25), are modified as follows:

   a. January 13, 2025: All discovery, including expert discovery shall be completed.

   b. February 11, 2025: All *Daubert*, Summary Judgment, and Dispositive Motions must be filed.

2. All other deadlines and provisions set forth in the Trial Order shall remain in effect.

**DONE and ORDERED** in Chambers at Miami, Florida, this 3 day of December, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record