UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20207-MARTINEZ/SANCHEZ

GUSTAVO HERNANDEZ,

      Plaintiff,

vs.

HYPOWER, LLC,

      Defendant.

_____/

**PLAINTIFF'S NOTICE OF FILING EXHIBIT**
**IN SUPPORT OF MOTION IN LIMINE [ECF NO. 51]**

Plaintiff, Gustavo Hernandez, pursuant to Local Rule 5.1(d) and other applicable Rules

and laws, hereby notifies the Court and all parties to this action of his filing of "Exhibit A" in

support of his Motion in Limine [ECF No. 51], and for any other lawful use in this case.

Respectfully submitted this 21st day of February 2025,

                                    s/ Patrick Brooks LaRou
                                    Brian H. Pollock, Esq. (174742)
                                    brian@fairlawattorney.com
                                    Patrick Brooks LaRou, Esq. (1039018)
                                    brooks@fairlawattorney.com
                                    FAIRLAW FIRM
                                    135 San Lorenzo Avenue, Suite 770
                                    Coral Gables, Florida 33146
                                    Telephone: (305) 230-4884
                                    *Counsel for Plaintiff*

1