

WBD ✓