Case 1:24-cv-20207-JEM  Document 54-1  Entered on FLSD Docket 02/25/2025  Page 1 of 1

## My PTO

0

| Type | Total Available | Planned / Used | Current Available |
|------|-----------------|----------------|-------------------|
| PTO  | 80              | 0              | 80                |

< Jan 2024 >

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| 31 | 1  | 2  | 3  | 4  | 5  | 6  |
| 7  | 8  | 9  | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | 1  | 2  | 3  |
| 4  | 5  | 6  | 7  | 8  | 9  | 10 |

| | | Request Number | Form Name | Action |
|---|---|----------------|-----------|--------|
| 👁 | ✅ | 6688 | Vacation Request Form | View |

Hernandez000189