UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-CV-20207

GUSTAVO HERNANDEZ,

    Plaintiff,

v.

HYPOWER, LLC,

    Defendant.

_____/

## DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS [D.E. 54]

Defendant, HYPOWER, LLC ("Hypower"), by and through the undersigned counsel, files this Response to Plaintiff's, GUSTAVO HERNANDEZ, Statement of Material Facts [D.E. 54], and in support thereof, states as follows:

### PLAINTIFF'S ADDITIONAL MATERIAL FACTS

6. Undisputed that at the time of Plaintiff's termination, he accrued eighty (80) hours of PTO. However, Defendant is unable to authenticate the document cited by Plaintiff, bates stamped at Hernandez_000189, and thus, disputes the authenticity of the document.

7. Hypower disputes that this constitutes a material fact relevant to the case and causes of action brought before this court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March, 2025, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

> COLE, SCOTT & KISSANE, P.A.
> *Counsel for Defendant*
> Esperante Building
> 222 Lakeview Avenue, Suite 500
> West Palm Beach, Florida 33401
> Telephone (561) 612-3454
> Facsimile (561) 683-8977
> Primary e-mail: emma.mccarthy@csklegal.com
> Secondary e-mail: jillian.strasser@csklegal.com

By: /s/ *Jillian Strasser*
JILLIAN STRASSER
Florida Bar No.: 113611
EMMA L. MCCARTHY
Florida Bar No.: 1048504