UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20207-MARTINEZ/SANCHEZ

GUSTAVO HERNANDEZ,

    Plaintiff,

vs.

HYPOWER, LLC,

    Defendant.
_____/

## PLAINTIFF`S AGREED MOTION FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL STIPULATION

Plaintiff, Gustavo Hernandez, through his undersigned counsel and pursuant to Fed. R. Civ. P. 12, Local Rule 7.1, and other applicable Rules and laws, request the Court to grant an extension of time for the parties to file their Joint Pretrial Stipulation based upon the agreement of the parties and the following good cause:

1. This case involves a claim for unpaid overtime wages under the FLSA and a breach of contract claim for unpaid regular (PTO) wages under Florida law.

2. The Court's Order Setting Civil Trial and Pretrial Schedule requires the parties to file their Joint Pretrial Stipulation by March 8, 2025. [ECF 20.]

3. In granting the parties' request to extend the deadlines for discovery and dispositive and non-dispositive motions, all other deadlines remained unchanged. [ECF No. 48.]

4. The parties are diligently working on their Joint Pretrial Stipulation but need another week to finalize and submit it.

5. The Joint Pretrial Stipulation, along with the witness and exhibit lists, will be filed before the proposed Jury Instructions are due on March 31, 2025.

6. The undersigned contacted defense counsel, who agreed that a one-week

extension to file the Joint Pretrial Stipulation is necessary to finalize it.

7. Pursuant to Fed. R. Civ. P. 6(b)(1) "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

8. It follows that this Court has the power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936); *also see Clinton v. Jones*, 520 U.S. 681, 706-707 (1997).

9. Accordingly, Plaintiff respectfully requests the Court to grant the parties a brief extension of time through March 14, 2025, to file the Joint Pretrial Stipulation.

10. A proposed Order is being submitted simultaneously herewith.

WHEREFORE Plaintiff, Gustavo Hernandez, respectfully request the Court to extend the deadline to file the Joint Pretrial Stipulation through March 14, 2025, for the good cause shown above.

## LOCAL RULE 7.1 CERTIFICATION

Counsel for the movant conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and represents that defense counsel agreed to the relief requested above.

Respectfully submitted this 7th day of March 2025,

> Brian H. Pollock, Esq.
> Brian H. Pollock, Esq.
> Fla. Bar No. 174742
> brian@fairlawattorney.com
> FAIRLAW FIRM
> 135 San Lorenzo Avenue
> Suite 770
> Coral Gables, FL 33146
> Tel:   305.230.4884
> *Counsel for Plaintiff*