UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20207-MARTINEZ/SANCHEZ

GUSTAVO HERNANDEZ,

    Plaintiff,

vs.

HYPOWER, LLC,

    Defendant.
_____/

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL STIPULATION

THIS CAUSE, having come before the Court on Plaintiff's Agreed Motion for Extension of Time to File Pretrial Stipulation, and the Court, after having reviewed the Motion and being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED:

The parties shall file their Joint Pretrial Stipulation no later than March 14, 2025.

DONE AND ORDERED in Chambers on this \_\_\_\_\_ day of March 2025.

                                           _____
                                               JOSE E. MARTINEZ
                                      UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Judge*
*Counsel of record by CM/ECF*