**From:** **Brooks LaRou** brooks@fairlawattorney.com
**Subject:** Re: Conferral re Motion in Limine - Gustavo Hernandez vs. Hypower, LLC; Case No. 1:24-cv-20207-JEM
**Date:** February 21, 2025 at 10:47 AM
**To:** Emma McCarthy Emma.McCarthy@csklegal.com
**Cc:** Jillian Strasser Jillian.Strasser@csklegal.com, Denise Parisi Denise.Parisi@csklegal.com, Jennifer Lespinasse Jennifer.Lespinasse@csklegal.com, Brian Pollock brian@fairlawattorney.com, Steffany Sanguino steffany@fairlawattorney.com, Juan Aragon juan@fairlawattorney.com

---

Hi Emma,

Thanks for working with us to narrow down most of these issues. We're agreeable to excluding evidence/reference/testimony regarding insurance coverage or the immigration status of Hypower's employees (other than for impeachment purposes). However, we will still be filing a Motion in Limine seeking to exclude evidence not disclosed/produced during discovery.

Best regards,

P. Brooks LaRou, Esq.
FairLaw Firm
Dir: 786.254.0366
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brooks@fairlawattorney.com
www.fairlawattorney.com

On Feb 20, 2025, at 3:58 PM, Emma McCarthy <Emma.McCarthy@csklegal.com> wrote:

Hi, Brooks –

I wanted to circle back with you on the below.

Regards,

**Emma McCarthy**
*Associate*
222 Lakeview Avenue, Suite 500
West Palm Beach, Florida 33401
Tel: 561-612-3454 | Fax: 561-683-8977
Email: Emma.McCarthy@csklegal.com

2025 U.S. News Best Law Firms ®
       Am Law 200

---

**From:** Emma McCarthy
**Sent:** Wednesday, February 19, 2025 8:58 AM
**To:** Brooks LaRou <brooks@fairlawattorney.com>; Jillian Strasser <Jillian.Strasser@csklegal.com>
**Cc:** Denise Parisi <Denise.Parisi@csklegal.com>; Jennifer Lespinasse <Jennifer.Lespinasse@csklegal.com>; Brian Pollock <brian@fairlawattorney.com>; Steffany Sanguino <steffany@fairlawattorney.com>; Juan Aragon <juan@fairlawattorney.com>
**Subject:** RE: Conferral re Motion in Limine - Gustavo Hernandez vs. Hypower, LLC; Case No. 1:24-cv-20207-JEM

Good morning, Brooks –

Please see our responses in blue below. Additionally, please let us know if you are agreeable to excluding any reference, evidence, or testimony relating to:

(i)     Insurance coverage for this matter; and
(ii)    The immigration status of any Hypower employees, or when he/she obtained citizenship in the U.S.

Please let me know if you have any questions, or wish to discuss further.

Regards,

---

**From:** Emma McCarthy
**Sent:** Tuesday, February 18, 2025 1:09 PM
**To:** Brooks LaRou <brooks@fairlawattorney.com>; Jillian Strasser <Jillian.Strasser@csklegal.com>
**Cc:** Denise Parisi <Denise.Parisi@csklegal.com>; Jennifer Lespinasse <Jennifer.Lespinasse@csklegal.com>; Brian Pollock <brian@fairlawattorney.com>; Steffany Sanguino <steffany@fairlawattorney.com>; Juan Aragon <juan@fairlawattorney.com>
**Subject:** RE: Conferral re Motion in Limine - Gustavo Hernandez vs. Hypower, LLC; Case No. 1:24-cv-20207-JEM

Hi, Brooks –

I apologize for the delay in getting back to you. We will look into the proposed exclusions and get back to you by tomorrow.

Regards,

---

**From:** Brooks LaRou <brooks@fairlawattorney.com>
**Sent:** Tuesday, February 18, 2025 12:07 PM
**To:** Jillian Strasser <Jillian.Strasser@csklegal.com>; Emma McCarthy <Emma.McCarthy@csklegal.com>

**Cc:** Denise Parisi <Denise.Parisi@csklegal.com>; Jennifer Lespinasse <Jennifer.Lespinasse@csklegal.com>; Brian Pollock <brian@fairlawattorney.com>; Steffany Sanguino <steffany@fairlawattorney.com>; Juan Aragon <juan@fairlawattorney.com>
**Subject:** Re: Conferral re Motion in Limine - Gustavo Hernandez vs. Hypower, LLC; Case No. 1:24-cv-20207-JEM

Hi Jillian and Emma,

Following up on my previous emails, please let me know whether Hypower will agree to the exclusion of the evidence/testimony mentioned in my email sent 2/12.

Thanks and best regards,

P. Brooks LaRou, Esq.
FairLaw Firm
Dir:  786.254.0366
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brooks@fairlawattorney.com
www.fairlawattorney.com

On Feb 13, 2025, at 4:34 PM, Brooks LaRou <brooks@fairlawattorney.com> wrote:

Hi Jillian and Emma,

Re-reviewing the pretrial schedule, it looks like our deadline to file Motions in Limine is actually February 21, not February 14. At any rate, please let me know if you'll agree to exclude the testimony/evidence listed in my previous email. Otherwise, we will plan on filing the Motion in Limine by next Friday.

Please also let me know if your client is interested in rehydrating settlement discussions and responding to our last offer conveyed through mediator Robyn Hankins back in October, to alleviate the need for filing/responding to pretrial motions and preparing our pretrial stipulations (due March 8).

Best regards,

P. Brooks LaRou, Esq.
FairLaw Firm
Dir:  786.254.0366
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brooks@fairlawattorney.com
www.fairlawattorney.com

On Feb 12, 2025, at 2:30 PM, Brooks LaRou <brooks@fairlawattorney.com> wrote:

Good afternoon, Jillian and Emma:

Looking at the trial order in this case, our deadline to file Motions in Limine is this Friday, February 14. I'm reaching out to see if we can agree on what testimony/evidence should be excluded from the trial of this case, to avoid the need for filing a Motion in Limine. It's our position that any evidence, reference, or argument regarding the following should be excluded:

- Mr. Hernandez's immigration status, or when he obtained citizenship in the U.S.; We are agreeable to this, with the exception that it can come in the Court finds that Plaintiff opened the door to this evidence.
- Whether Mr. Hernandez paid income taxes before/during his employment with your clients; We are agreeable to this, with the exception that it can be used for impeachment purposes.
- Attorneys' fees and costs; We are agreeable to this.
- Liquidated damages; and We are agreeable to not mentioning liquidated damages, but we reserve our right to introduce evidence of Hypower's good faith in order to defend against the liquidated damages claim, without referring to and/or mentioning "liquidated damages."
- Documents not timely disclosed/produced in discovery. We cannot agree to this. *N.A.S. v. Morada-Haute Furniture Boutique LLC*, 2022 WL 845013, at *3 (S.D. Fla. Mar. 21, 2022) ("We will not issue a blanket exclusion of [items not produced in discovery] without first being appraised of its nature or the purposes of its introduction. Instead, this Court can address any objections to such evidence or testimony at trial. Accordingly, Plaintiff's fourth motion is DENIED.").

Please let me know whether you object these exclusions, and feel free to give me a call at my direct line below if you'd like to discuss further.

P. Brooks LaRou, Esq.

FairLaw Firm
Dir: 786.254.0366
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brooks@fairlawattorney.com
www.fairlawattorney.com

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.