UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GUSTAVO HERNANDEZ,

                Plaintiff,

v.

HYPOWER, LLC,

                Defendant.

_____ /

CASE NO.: 1:24-CV-20207-JEM

## JOINT DEPOSITION DESIGNATIONS

Plaintiff, GUSTAVO HERNANDEZ, and Defendant, HYPOWER, LLC, by and through their respective undersigned counsel and pursuant to this Court's Order on Trial Procedures [D.E. 53], hereby propose the attached Deposition Designations for the depositions of Gustavo Hernandez (Exhibit "A"), Raul Gonzalez (Exhibit "B"), and Alsides Fleites (Exhibit "C").

Respectfully submitted this 27th day of March 2025.

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant*
Esperante Building
222 Lakeview Avenue, Suite 500
West Palm Beach, Florida 33401
Telephone (561) 612-3426
Facsimile (561) 683-8977
E-mail: jillian.strasser@csklegal.com
E-mail: emma.mccarthy@csklegal.com


*/s/ Jillian Strasser*
Jillian Strasser, Esq.
Florida Bar No.:  113611
Emma L. McCarthy, Esq.
Florida Bar No: 1048504

FAIRLAW FIRM
*Counsel for Plaintiff*
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
E-mail: brian@fairlawattorney.com
E-mail: brooks@fairlawattorney.com


*/s/ Patrick Brooks LaRou*
Brian H. Pollock, Esq.
Florida Bar No.: 174742
Patrick Brooks LaRou, Esq.
Florida Bar No.: 1039018

| Witness Name | Designations | Objections | Court's Ruling | Counter-Designations | Objections to Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|---|
| | | | | | | |
| | *4:19-22* | | | | | |
| | *5:10-13* | | | | | |
| | *5:21-22* | | | | | |
| | *6:3-4* | | | | | |
| | **8:12-9:14** | *R, H* | | | | |
| | **10:4-6** | *R* | | | | |
| | **10:20-11:2** | *R* | | | | |
| | **11:8-18** | *R* | | | | |
| | *12:1-9* | | | | | |
| | *14:19-23* | | | | | |
| | *15:2-25* | | | | | |
| | *16:1-3* | | | | | |
| | *16:14-17:6* | | | | | |
| | *17:12-25* | | | | | |
| | *18:1-11* | | | | | |
| | *18:18-22* | | | | | |
| | *19:4-6* | | | | | |
| Gustavo Hernandez Plaintiff | *19:12-13* | | | | | |
| | *20:5-8* | | | | | |
| Deposition Date: 12/31/2024 | *20:12-13* | | | | | |
| | *20:24-21:11* | | | | | |
| ECF No. 66-1 | *21:16-18* | | | | | |
| | *22:7-9* | | | | | |
| | *22:12-19* | | | | | |
| | *23:19-24:4* | | | | | |
| | *24:9-14* | | | | | |
| | *25:2-4* | | | | | |
| | *26:9-19* | | | | | |
| | *27:9-10* | | | | | |
| | *28:8-9* | | | | | |
| | **28:10-16** | | | | | |
| | **28:21-29:5** | | | | | |
| | *29:6-30:7* | | | | | |
| | **31:13-17** | | | | | |
| | *31:18-32:1* | **R** | | | | |
| | *32:2-13* | **R** | | | | |
| | *32:21-22* | **R** | | | | |
| | *33:5-11* | **R** | | | | |
| | *33:18-25* | **R** | | | | |
| | *34:1-10* | **R** | | | | |
| | **35:14-18** | *R* | | | | |

| Witness Name | Designations | Objections | Court's Ruling | Counter-Designations | Objections to Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|---|
| | *36:11-37:2* | | | | | |
| | *37:3-18* | | | | | |
| | **37:19-24** | | | | | |
| | **38:1-22** | | | | | |
| | **39:2-40:6** | | | | | |
| | *40:7-16* | | | | | |
| | *41:19-42:2* | | | | | |
| | *43:3-25* | | | | | |
| | *44:1-3* | | | | | |
| | *44:7-21* | | | | | |
| | *45:1-4* | | | | | |
| | *45:8-9* | | | | | |
| | *45:20-25* | | | | | |
| | *46:1-25* | | | | | |
| | **47:1-11** | | | | | |
| | **48:4-11** | | | | | |
| | *48:12-49:7* | | | | | |
| | **49:11-13** | | | | | |
| | *49:14-17* | | | | | |
| | *49:22-24* | | | | | |
| | *50:3-4* | **R** | | | | |
| | *50:20-51:7* | **R** | | | | |
| | *51:17-52:4* | | | | | |
| | **52:5-11** | | | | | |
| | *52:12-14* | | | | | |
| | *57:3-5* | | | | | |
| | *58:19-25* | | | | | |
| | *61:6-8* | | | | | |
| | **61:9-62:1** | *R* | | | | |
| | *62:4-11* | | | | | |
| | *62:7-11* | | | | | |
| | *62:18* | | | | | |
| | **62:19-25** | | | | | |
| | *63:3-6* | | | | | |
| | *63:9-11* | | | | | |
| | **63:12-15** | | | | | |
| | *63:16-17* | | | | | |
| | *63:20-22* | | | | | |
| | *63:23-64:4* | | | | | |
| | *64:19-21* | | | | | |
| | *65:13-25* | | | | | |
| | **66:1-14** | | | | | |

| Witness Name | Designations | Objections | Court's Ruling | Counter-Designations | Objections to Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|---|
| | **66:17-67:15** | | | | | |
| | *67:16-18* | | | | | |
| | *67:21-25* | | | | | |
| | **68:6-10** | | | | | |
| | *68:14-21* | | | | | |
| | **68:21-70:21** | | | | | |
| | *70:22-25* | | | | | |
| | *71:1-7* | | | | | |
| | *71:13-22* | | | | | |
| | **71:23-72:1** | | | | | |
| | *72:2-16* | | | | | |
| | **72:16-18** | | | | | |
| | *72:19-22* | | | | | |
| | **72:22-73:1** | | | | | |
| | *73:2-5* | | | | | |
| | **73:6-74:1** | | | | | |
| | *74:2-7* | RC | | | | |
| | **74:8-18** | | | | | |
| | *74:19-23* | RC | | | | |
| | **74:24-75:11** | | | | | |
| | *75:12-20* | | | | | |
| | **75:21-76:11** | | | | | |
| | *76:12-15* | | | | | |
| | *76:22-25* | | | | | |
| | *77:1-14* | | | | | |
| | *77:23-78:4* | | | | | |
| | *78:5-20* | | | | | |
| | *80:11-25* | | | | | |
| | **81:7-13** | | | | | |
| | *81:14-82:1* | | | | | |
| | *82:2-83:5* | RC | | **82:2-84:13** | | |
| | *83:7* | RC | | | | |
| | *84:16-18* | | | | | |
| | *84:24-85:8* | | | | | |
| | *85:15-86:11* | | | | | |
| | *86:15-87:4* | | | | | |
| | **87:5-11** | | | | | |
| | *87:13-25* | | | | | |
| | **88:1-14** | | | | | |
| | *88:15-24* | | | | | |
| | *89:14-16* | | | | | |
| | *89:22-24* | | | | | |

| Witness Name | Designations | Objections | Court's Ruling | Counter-Designations | Objections to Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|---|
| | *91:13-20* | | | | | |
| | *92:15-24* | | | | | |
| | *93:2-14* | | | | | |
| | *93:19-24* | | | | | |
| | **95:5-96:13** | | | | | |
| | *96:14-97:1* | **R** | | | | |
| | *97:2-5* | **R** | | | | |
| | *97:20-98:1* | **R** | | | | |
| | *98:2-4* | **R** | | | | |
| | *99:6-8* | | | | | |
| | *112:16-21* | | | | | |
| | *113:22-25* | **R** | | | | |
| | *114:4-6* | **R** | | | | |
| | **115:9-116:16** | | | | | |
| | **116:19-117:22** | | | | | |
| | **118:8-120:10** | *H* | | | | |
| | **120:13-122:22** | | | | | |
| | **123:10-24** | | | | | |
| | **124:5-20** | | | | | |
| | *124:21-25* | | | | | |
| | *125:1-10* | | | | | |
| | *125:11-23* | | | | | |
| | *126:6-13* | | | | | |
| | *127:9-14* | | | | | |
| | **127:15-20** | | | | | |
| | *127:21-128:3* | | | | | |
| | *128:4-6* | | | | | |
| | **128:12-15** | | | | | |
| | | | | | | |
| Raul Gonzalez<br><br>Former Superintendent of Defendant<br><br>Deposition Date: 11/21/2024<br><br>ECF No. 66-2 | *8:4-13* | | | | | |
| | **9:13-25** | | | | | |
| | **10:1-11:1** | *F,R* | | | | |
| | *11:17-21* | | | | | |
| | *11:25-12:2* | | | | | |
| | **12:11-22** | *F, R* | | | | |
| | ***13:3-11*** | | | | | |
| | ***14:21-25*** | | | | | |
| | *15:1-5* | | | | | |
| | ***16:23-18:15*** | | | | | |
| | *18:16-19:24* | | | | | |

| Witness Name | Designations | Objections | Court's Ruling | Counter-Designations | Objections to Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|---|
| | *20:3-8* | | | | | |
| | **20:9-15** | | | | | |
| | *20:16-21:2* | | | | | |
| | **21:3-12** | | | | | |
| | **22:15-23:1** | | | | | |
| | *23:15-24:8* | | | | | |
| | **24:9-26:13** | *M* | | | | |
| | *26:14-27:1* | **R** | | | | |
| | *27:2-8* | | | | | |
| | *27:9-11* | | | | | |
| | *27:12-16* | | | | | |
| | **28:4-12** | | | | | |
| | *28:13-16* | | | | | |
| | **28:17-20** | | | | | |
| | *28:24-29:12* | **N, H** | | | | |
| | *30:14-24* | | | | | |
| | *31:1-6* | | | | | |
| | **31:17-33:5** | | | | | |
| | *33:6-13* | | | | | |
| | **36:17-24** | *RC* | | *36:17-37:1* | **R** | |
| | *37:2-20* | **R** | | | | |
| | **38:5-21** | | | | | |
| | **40:21-41:12** | | | | | |
| | *41:22-42:9* | **N, H** | | | | |
| | **42:10-15** | *RC* | | *42:10-22* | **R** | |
| | *42:16-22* | | | | | |
| | **44:1-7** | | | | | |
| | **44:16-20** | | | | | |
| | *45:17-23* | | | | | |
| | *45:24-46:14* | **R** | | | | |
| | *46:15-47:2* | | | | | |
| | *47:14-20* | | | | | |
| | **47:21-25** | | | | | |
| | **51:21-52:15** | | | | | |
| | *52:16-21* | | | | | |
| | **52:22-53:16** | | | | | |
| | **53:22-54:6** | | | | | |
| | *60:12-20* | | | | | |
| | **60:21-61:3** | *L* | | | | |
| | *61:4-62:1* | | | | | |
| | *62:24-63:13* | | | | | |
| | **63:14-18** | *S* | | | | |

| Witness Name | Designations | Objections | Court's Ruling | Counter-Designations | Objections to Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|---|
| | **64:22-66:11** | *S* | | | | |
| | **67:1-6** | *RC* | | *67:1-11* | **R** | |
| | **67:12-21** | *RC* | | 67:12-23 | **H, PK** | |
| | *68:2-8* | | | | | |
| | *70:25-71:4* | | | | | |
| | **72:3-12** | | | | | |
| | ***72:13-20*** | | | | | |
| | **72:21-23** | | | | | |
| | *72:24-73:9* | | | | | |
| | ***73:10-24*** | | | | | |
| | *74:11-16* | **RC** | | **74:11-75:7** | *N* | |
| | **74:17-75:7** | | | | | |
| | **75:9-76:18** | | | | | |
| | **77:11-15** | | | | | |
| | **77:24-78:10** | | | | | |
| | ***78:11-79:5*** | | | | | |
| | *79:6-11* | | | | | |
| | *79:17-80:1* | | | | | |
| | *80:9-14* | | | | | |
| | **80:15-81:8** | *M, L* | | | | |
| | **81:13-82:4** | *S, A* | | | | |
| | **83:23-84:4** | *RC* | | *83:23-84:8* | | |
| | **84:9-11** | *L* | | | | |
| | **85:25-86:8** | | | | | |
| | **86:12-16** | | | | | |
| | *87:5-23* | | | | | |
| | *88:2-3* | | | | | |
| | **88:4-7** | | | | | |
| | *89:2-13* | | | | | |
| | *89:20-90:2* | **CS, PK** | | | | |
| | *90:15-20* | | | | | |
| | *91:4-10* | | | | | |
| | *92:12-16* | | | | | |
| | | | | | | |
| Alsides Fleites | *5:22-6:2* | | | | | |
| | **9:4-10** | *R* | | | | |
| Former Superintendent of Defendant | **9:17-11:16** | *R* | | | | |
| | *13:4-12* | | | | | |
| | *13:15* | | | | | |
| | *15:8-20* | **R** | | **15:8-10** | | |
| Deposition Date: 12/27/2024 | *16:1-6* | **R** | | **16:4-6** | | |
| | **16:7-13** | | | | | |

| Witness Name | Designations | Objections | Court's Ruling | Counter-Designations | Objections to Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|---|
| | *16:18-20* | | | | | |
| ECF No. 66-3 | *20:9-25* | | | | | |
| | **21:9-25** | | | | | |
| | *22:20-23:20* | | | | | |
| | **24:10-23** | | | | | |
| | *24:24-25:4* | | | | | |
| | **25:5-24** | *CS* | | | | |
| | *26:1-8* | | | | | |
| | **26:9-12** | | | | | |
| | *26:13-23* | | | | | |
| | **26:24-27:1** | | | | | |
| | **27:3-9** | *RC* | | *27:3-10* | **CS** | |
| | **27:24-28:2** | *M* | | | | |
| | *28:3-5* | | | | | |
| | **28:6-11** | | | | | |
| | *28:12-21* | | | | | |
| | **28:22-29:16** | *M* | | | | |
| | **29:25-30:1** | | | | | |
| | *30:2-4* | | | | | |
| | *30:8-16* | | | | | |
| | **30:23-31:12** | *R* | | | | |
| | **32:21-33:3** | *R* | | | | |
| | *34:3-9* | | | | | |
| | **35:24-36:2** | | | | | |
| | **38:2-14** | | | | | |
| | **38:21-39:3** | | | | | |
| | **39:15-17** | | | | | |
| | **40:6-19** | *CS* | | | | |
| | **41:20-42:5** | *R, AA* | | | | |
| | **42:8-12** | | | | | |
| | **42:16-20** | | | | | |
| | **42:25-43:12** | | | | | |
| | *43:14-18* | | | | | |
| | **43:19-44:2** | | | | | |
| | **44:24-45:3** | *L* | | | | |
| | *49:24-50:6* | | | | | |
| | **50:7-12** | *CS* | | | | |
| | **50:14-53:10** | | | | | |
| | **53:21-54:4** | | | | | |
| | *54:17-55:4* | | | | | |
| | **55:5-13** | *M* | | | | |
| | **55:22-56:2** | | | | | |

| Witness Name | Designations | Objections | Court's Ruling | Counter-Designations | Objections to Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|---|
| | *56:5-8* | | | | | |
| | *56:12* | | | | | |
| | **56:13-21** | *CS* | | | | |
| | **57:21-58:9** | | | | | |
| | **59:1-16** | | | | | |
| | **59:22-60:5** | *M, L* | | | | |
| | **60:14-17** | | | | | |
| | *60:18-21* | | | | | |
| | *60:25-61:4* | | | | | |
| | **61:5-15** | *CS, N* | | | | |
| | **62:6-10** | *CS* | | | | |
| | **62:17-64:5** | *R* | | | | |
| | *65:9-66:1* | | | | | |
| | *66:6-13* | | | | | |
| | **66:15-67:20** | *CS* | | | | |
| | *67:22-68:11* | **RC** | | **67:22-68:17** | | |
| | **68:12-17** | | | | | |
| | *68:18-21* | | | | | |
| | **69:6-70:21** | | | | | |
| | **70:25-71:7** | | | | | |
| | **71:21-72:4** | | | | | |
| | *72:22-24* | | | | | |
| | **72:25-73:2** | | | | | |
| | **73:10-15** | | | | | |

| OBJECTION CHART | |
|---|---|
| **A** | Argumentative |
| **AA** | Asked and Answered |
| **C** | Competence |
| **CD** | Compound |
| **CS** | Calls for Speculation |
| **CUM** | Cumulative |
| **EX** | Improper Expert Opinion |
| **F** | Lack of Foundation |
| **H** | Hearsay |
| **L** | Leading |
| **LC** | Calls for Legal Conclusion |
| **LP** | Lack of Predicate |
| **LW** | Improper Lay Witness Opinion |
| **M** | Mischaracterizes Prior Testimony |
| **N** | Narrative |

| P  | Privilege                        |
|----|----------------------------------|
| PK | Lack of Personal Knowledge       |
| Q  | Outside the Witness Qualifications |
| R  | Relevance                        |
| RC | Rule of completeness             |
| SM | Subsequent Remedial Measures     |
| UP | Unduly Prejudicial               |

# EXHIBIT A

```
                                          Page 1

 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
 2                  MIAMI DIVISION
 3            CASE NO. 1:24-cv-20207-JEM
 4

 5   GUSTAVO HERNANDEZ,

 6          Plaintiff,

 7   vs.

 8   HYPOWER, LLC,

 9              Defendant.
     _____/

10

11

12                      9150 South Dadeland Boulevard
                        Miami, Florida
13                      December 31, 2024
                        Tuesday, 10:01 a.m.
14

15

16

17

18

              V I D E O T A P E D
19
              D E P O S I T I O N
20
                      of
21
              GUSTAVO HERNANDEZ
22
          Taken on behalf of the Defendant
23      pursuant to a Notice of Taking Deposition
24                    - - -
25   Job No. CRCC7058447
```

Page 2

```
1        APPEARANCES:
2            FAIRLAW FIRM, by
             PATRICK BROOKS LAROU, ESQ., of counsel
3            135 San Lorenzo Avenue, Suite 770
             Coral Gables, Florida   33146
4            brooks@fairlawattorney.com
             Attorneys for Plaintiff.
5
             COLE, SCOTT & KISSANE, P.A., by
6            JILLIAN STRASSER, ESQ., of counsel
             222 Lakeview Avenue, Suite 500
7            West Palm Beach, Florida   33401
             jillian.strasser@csklegal.com
8            Attorneys for Defendant.
9        Also Present:
             Victor Fuentes, Videographer
10           Linda Dunlap, Interpreter
11
12
                       I N D E X
13
14   WITNESS          DIRECT  CROSS  REDIRECT  RECROSS
     Gustavo Hernandez
15   (By Ms. Strasser)    4             124
     (By Mr. LaRou)            115              128
16
17                     EXHIBITS
18   DEFENDANT'S       DESCRIPTION          FOR I.D.
19   Exhibit 1    Complaint filed 1-18-24      57
                  U.S. District Court
20
     Exhibit 2    Offer of Employment          61
21                2-2-24
22   Exhibit 3    Offer of Employment          62
                  Foreman 2
23
     Exhibit 4    Policy Acknowledgement:      63
24                Employee Handbook
25
```

```
                                                  Page  3

1                     EXHIBITS (Continued)

2      DEFENDANT'S        DESCRIPTION           FOR I.D.

3      Exhibit 5      Employee Handbook            64

4      Exhibit 6      Employee Earnings History    80

5      Exhibit 7      Timesheets                   84

6      Exhibit 8      Timesheets                   89

7      Exhibit 9      Plaintiff's Response to      99

                      Defendant's First Set of

8                     Interrogatories

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                                                     Page  4

 1              THE VIDEOGRAPHER:  Good morning.  We are

 2   now on the video record.  My name is Victor Fuentes,

 3   videographer on behalf of Veritext Legal Solutions.

 4   This is the video deposition of Gustavo Hernandez in

 5   the matter of Gustavo Hernandez versus Hypower, LLC.

 6              Today's date is December 31, 2024, and the

 7   time is 10:01 a.m.  At this time, Counsel, please

 8   state your appearance for the record and after the

 9   court reporter is going to swear in the interpreter

10   and then the witness.

11              MR. LAROU:  Good morning.  Brooks LaRou on

12   behalf of the Plaintiff, Gustavo Hernandez.

13              MS. STRASSER:  Good morning.  Jillian

14   Strasser on behalf of the Defendant, Hypower LLC.

15              (Linda Dunlap was duly sworn to truly and

16   faithfully interpret all questions posed to the

17   witness and all answers given by the witness.)

18   Thereupon:

19              GUSTAVO HERNANDEZ

20   was called as a witness and, having been duly sworn,

21   was examined and testified through the interpreter as

22   follows:

23              DIRECT EXAMINATION

24   BY MS. STRASSER:

25       Q.   Good morning, sir.
```

```
                                                      Page 5
 1        A.   Good morning.
 2        Q.   How are you this morning?
 3        A.   Fine, thank you.
 4        Q.   Will you please state your full name and
 5   spell your last for the record.
 6        A.   Gustavo Hernandez.  My name last is
 7   H-e-r-n-a-n-d-e-z.
 8        Q.   Do you have a middle name, sir?
 9        A.   No.
10        Q.   Have you ever gone by any other name?
11        A.   No, but I'm registered with a second
12   surname.
13        Q.   And what is that surname?
14        A.   Fernandez, with an "F."
15        Q.   When you say "registered," what do you
16   mean?
17        A.   That appears on my identification and on my
18   U.S. citizenship.
19        Q.   And just so I'm clear, is Fernandez --
20   where does that go in your name on the registration?
21        A.   It's Gustavo Hernandez Fernandez.  I use
22   both surnames.
23        Q.   Gustavo Fernandez Hernandez.  Is that
24   correct?
25        A.   No.  Hernandez comes first and Fernandez
```

```
                                              Page 6
 1    comes afterwards.
 2         Q.    Got it.  Okay, thank you.
 3               And what is your date of birth, sir?
 4         A.    January 9, 1978.
 5         Q.    Have you ever been deposed before?
 6         A.    (In English)  No, it's my first time.
 7         Q.    So there are some ground rules.
 8         A.    Okay.
 9         Q.    One person speaks at a time.  I'm going to
10    ask that you provide audible answers and not nod your
11    head or say uh-huh or something else.
12         A.    Okay.
13         Q.    If you don't understand one of my
14    questions, please let me know.  If you don't let me
15    know I'm going to believe that you understood the
16    question and answered based on that understanding.
17         A.    Okay.
18         Q.    If you need a break at any time please let
19    us know.  At times your counsel might object to the
20    form of the question.  If you hear him say "form,"
21    you can still answer the question unless he tells you
22    not to answer.
23         A.    Okay.
24         Q.    Do you have any questions?
25         A.    No.
```

Page 7

1          Q.    Are you mentally capable of testifying here
2     today?
3          A.    Yes.
4          Q.    Are you under the influence of any
5     medication that would impair your ability to
6     remember?
7          A.    No.
8          Q.    Before coming here this morning how did you
9     prepare?
10         A.    Well, how did I prepare?  Well, with all of
11     the evidence that I have and all of the information
12     that I gathered while I was working at Hypower.
13         Q.    What specifically did you review?
14         A.    Well, specifically the two Complaints that
15     I filed with my attorney.  One case was for
16     discrimination and another time for which I
17     understand I should have been paid and I was never --
18     I never received payment for that time period.
19         Q.    That latter action, that is a federal case.
20     Is that your understanding?
21         A.    My question is why would that be a federal
22     case.
23         Q.    Is your wage claim filed in federal court?
24     Is that your understanding?
25              THE WITNESS:  Has this been presented in a

Page 8

1    federal court?

2         Q.    (By Ms. Strasser)   He can't answer your

3    questions at this time.

4         A.    I really don't know whether or not it has

5    been presented at a federal court level, but I

6    believe so.   Is there some other kind of court that

7    isn't federal?

8         Q.    I can't answer your questions either, but

9    we'll go through the documents and hopefully we'll

10   have an understanding, we'll get on the same page and

11   have an understanding.

12              I see you brought an envelope of papers

13   with you this morning?

14        A.    Yes.

15        Q.    Can you tell me what's in that folder?

16        A.    Yes.   The summer months of 2023 I filed a

17   complaint to two inspectors of the U.S. Labor

18   Department.   The investigators came to the project.

19   That was the port project.   They spoke to me as the

20   foreman to see if everything was proper and correct

21   or if there was some sort of complaint.

22              They were asking me how much I was being

23   paid.   That is to me as the foreman as well as to the

24   electricians, how much we were being paid by the hour

25   and whether or not we were being paid overtime,

Page 9

1   et cetera.

2           I mentioned to them that we were working

3   extra time every day in the mornings.  Electricians

4   were working 42 and-a-half hours a week and the

5   foremen were working 45 hours and that other half

6   hour in the morning to the electricians and that

7   other hour to the foreman was not being paid.  We

8   were only getting paid for 40 hours a week.

9       Q.   We'll get there.  I understand those are

10  your allegations.

11          What I'm asking you right now, can you read

12  to me what documents you have in that folder?

13      A.   These are some of the e-mails sent to the

14  U.S. Department of Labor.

15      Q.   Have you produced those documents to my

16  office?

17      A.   No.

18      Q.   Why not?

19      A.   My attorney recommended I not continue on

20  with this case -- I'm sorry, with the U.S. Labor

21  Department -- that I should allow them to do their

22  job.

23      Q.   Moving forward, I don't want you to tell me

24  what conversations you had with your counsel,

25  including any advice that they gave to you.  Since

1    you brought it up when you just mentioned your

2    counsel, were you referring to Mr. LaRou?

3         A.   Yes.

4         Q.   How many e-mails do you have there in front

5    of you?

6         A.   (In English)   There are maybe two e-mails.

7              THE STENOGRAPHER:  Excuse me.  Do you want

8    the record to reflect when he is speaking in English?

9              MS. STRASSER:  Yes, please.

10        Q.   (By Ms. Strasser)  What else is in that

11   folder then?

12             THE WITNESS:  Sorry.

13             THE INTERPRETER:  I will ask him either to

14   turn it off or put it on silent.

15             (Discussion in Spanish.)

16        Q.   (By Ms. Strasser)  So you said there are

17   two e-mails to the U.S. Department of Labor.

18   Correct?

19        A.   (In English)  Yes.

20        Q.   And What else is in that folder?  It looks

21   like there are more than two documents in there.

22        A.   Phone numbers of the people with whom I

23   spoke and the assistant contact person for the

24   Department of Labor in Miami-Dade County, the names

25   and phone numbers of the investigators for the United

1   States Department of Labor with whom I spoke both by

2   phone and in person.

3         Q.   When we take a break I'm going to ask to

4   make a copy of those documents if that's okay with

5   your counsel.

6              MR. LAROU:  I'll have to take a look at

7   them first.  I've never seen them.

8         A.   What happened, when I filed the complaint

9   to the U.S. Department of Labor it went to an

10  investigator.  What happens is that investigator was

11  changed to a different case and he told me that one

12  of his colleagues was going to follow my case and

13  open it up and follow it, but that never happened.

14             So I asked the U.S. Department of Labor

15  what had happened with my case.  They sent me a

16  series of responses which I have gathered together to

17  be able to show them to a judge should that ever

18  become necessary.

19        Q.   Understood.  Once I take a look at those we

20  will have a better, more intelligent conversation

21  about it because I don't know specifically what is in

22  there.

23        A.   Okay.

24        Q.   For now I have a little bit more

25  administrative things to cover before we get there.

Page 12

```
 1            What is your current address, sir?
 2      A.    It's 6240 Southwest 139th Avenue, Miami,
 3   Florida and the zip code, 33183.
 4      Q.    And how long have you lived there?
 5      A.    Since 2019.  I am the homeowner.
 6      Q.    Does anyone else own that home with you?
 7      A.    (In English)  My wife.
 8      Q.    What is your wife's name?
 9      A.    Concepcion Cambeiro.
10      Q.    Can you spell that for me, please.
11      A.    C-a-m-b-e-i-r-o, C-o-n-c-e-p-c-i-o-n.
12      Q.    Have you ever been married to anyone else?
13      A.    No.
14      Q.    How long have you and Ms. Concepcion been
15   married?
16      A.    Well, over 20 years.  All together we have
17   been together since 1999.
18      Q.    Did you get married in the United States?
19      A.    No, in Cuba.
20            (In English)  In 2001.
21      Q.    Does anyone else live at 6240 Southwest
22   139th Street (sic) with you and your wife?
23      A.    No.
24      Q.    Do you have children?
25      A.    No.
```

```
                                                    Page 13
 1          Q.    Do you own any other properties?
 2          A.    No.
 3          Q.    Where did you live prior to the 6240
 4     address?
 5          A.    At an apartment we rented in Sweetwater.
 6          Q.    Is that in Florida?
 7          A.    Yes.  Sweetwater City is in Miami-Dade
 8     County.
 9          Q.    Do you know the address of that apartment?
10          A.    240 Southwest 107th Avenue.
11          Q.    Did you own or rent that apartment?
12          A.    We rented.
13          Q.    Rented?
14          A.    Rented.
15          Q.    How long did you live at that apartment?
16          A.    Four years.
17          Q.    Where did you live before that apartment?
18          A.    In Spain.
19          Q.    Where in Spain?
20          A.    Well, when I came back here I was still --
21     when I first -- just before I came here I was living
22     in Barcelona.  I was there from 2007 to 2015, in
23     Barcelona.
24          Q.    And where did you live before Barcelona?
25          A.    In Madrid.  I lived there from 2002 to
```

Page 14

1    2007.

2         Q.   Where did you live before that?

3         A.   In Cuba.

4         Q.   From what years?

5         A.   From 1978 to 2002.

6         Q.   So you were born in Cuba?

7         A.   Yes.

8         Q.   Are you a U.S. citizen?

9         A.   Yes.

10        Q.   When did you obtain your citizenship?

11        A.   In 2022.  January, 2022.

12        Q.   And how long have you been married to

13   Ms. Concepcion?  You said about 20 years?

14        A.   Well, since 2001.

15        Q.   And what does she do for work?

16        A.   My wife is a case manager for Medicaid.

17        Q.   Where at?

18        A.   In Miami-Dade County.

19        Q.   What is your highest level of education,

20   sir?

21        A.   I'm an electrical engineer in Cuba.  I do

22   not carry a professional engineer's license from the

23   United States.

24        Q.   Do you have a license in Cuba?

25        A.   No.  They don't have licenses in Cuba like

Page 15

1    they do here.

2         Q.    So you said you were an electrical engineer

3    in Cuba.   What did you have to do to become that?

4         A.    I had to study at the university for a

5    university degree.

6         Q.    Did you receive a degree at a university?

7         A.    Yes.

8         Q.    In electrical engineering?

9         A.    That's correct, and before entering the

10   university I did a four-year technical degree as an

11   electrical technician.

12        Q.    And where did you receive that technical

13   degree?

14        A.    Well, from the school where I studied.

15        Q.    What was the school called?

16        A.    The Gomez Brothers or Hermanos Gomez.

17        Q.    Do you have any kind of certificate from

18   that facility?

19        A.    I don't have one for the university, but I

20   do have the one as the technician.

21        Q.    From The Gomez Brothers?

22        A.    Yes.   It's a combination equivalency here

23   of an electrical technician and high school.

24        Q.    Do you have a GED?

25        A.    Yes.

Page 16

```
1        Q.    From where?
2        A.    What I have is an equivalency recognition
3   which was done by the company.
4             THE INTERPRETER:  And I'm sorry the
5   interpreter is having a hard time understanding the
6   name of the company.
7             (Discussion in Spanish.)
8             THE INTERPRETER:  He can look it up on the
9   Internet.  Is that all right?
10            MS. STRASSER:  That's fine.
11            THE INTERPRETER:  I'm understanding Joseph
12  and something.  Sorry.
13       A.    Josef Silny & Associates.
14       Q.    (By Ms. Strasser)  When did you receive
15  that recognition?
16       A.    The first year that I was here in the
17  United States.  I needed that to prove I had at least
18  the equivalent of a high school degree and at the
19  Miami-Dade County Electrical Board so that I could
20  get a license as journeyman electrician.
21       Q.    I'm sorry, as a what electrician?
22       A.    Journeyman.  I currently have two
23  certifications here in the United States or licenses
24  here in the United States, one as a journeyman
25  electrician and the other one as an electrical
```

Page 17

```
1    inspector.
2         Q.    You said you received the recognition that
3    is equivalent to a high school diploma from Josef
4    Silny & Associates when you came to the United
5    States.  Correct?
6         A.    Correct.
7         Q.    And that was in 2015 or when about?
8         A.    It must have been around 2016.
9         Q.    Do you recall when specifically you moved
10   to the United States?
11        A.    I believe that it was October 18, 2015.
12        Q.    When you lived in Cuba did you work?
13        A.    Yes, as an electrician, and I got my
14   electrical engineering degree for a special course
15   made for workers.
16        Q.    Where did you get that degree from?
17        A.    It's called CUJAE and it stands for Centro
18   Universitario Jose Antonio Echevarria.
19        Q.    When did you receive that engineering
20   degree or electrical engineering degree?
21        A.    I finished it at the beginning of 2002.
22        Q.    And where did you first start working?
23        A.    My first job was in Spain.  As soon as I
24   finished my degree I left for Spain with my wife.
25        Q.    Where did you work in Spain?
```

Page 18

1        A.    I always worked as an electrician in
2    electrical companies always.
3        Q.    What was the name of the company that you
4    first worked at?
5        A.    Meba Electrical Installations.
6        Q.    What was your title?
7        A.    Electrician.
8        Q.    And you worked there from 2002 until when?
9        A.    Maybe like 2003.  I mean I was with that
10   company for a year and then I changed to a different
11   one.
12       Q.    Before we get there, how much did you make
13   per hour at Meba Electrical Installations?
14       A.    Well, you get paid a salary in Spain.  You
15   don't get paid by the hour.
16       Q.    What was your salary?
17       A.    I was making about 1,400 euros a month.
18       Q.    And you said you were there about a year
19   and then went to a new job.  Where did you start a
20   new job at?
21       A.    The other company is called Montajes
22   Aguero.
23            MS. STRASSER:  Can you spell that for us,
24   please?
25            THE INTERPRETER:  A-g-u-e-r-o.

Page 19

```
 1            THE STENOGRAPHER:  Wasn't there another
 2   word?
 3            THE INTERPRETER:  M-o-n-t-a-j-e-s.
 4       Q.   (By Ms. Strasser)  What position did you
 5   hold at that company?
 6       A.   Foreman electrician.
 7       Q.   And what did you make annually at that job?
 8       A.   Yearly?
 9       Q.   Or monthly, whatever is easier.
10       A.   Well, monthly I was making approximately
11   1,500 euros.
12       Q.   How long did you work there?
13       A.   Until 2007.  I was there from 2003 to 2007.
14       Q.   Why did you leave that company?
15            MS. STRASSER:  Can we ask him to silence
16   his phone, please.
17            (Discussion in Spanish)
18            THE INTERPRETER:  It's on silent now.
19       Q.   (By Ms. Strasser)  Thank you.
20       A.   My family and I moved from Madrid to
21   Barcelona.
22       Q.   In 2007.  Correct?
23       A.   Yes.
24       Q.   How come you moved from Spain to Barcelona?
25            THE INTERPRETER:  Madrid.
```

Page 20

```
 1        Q.    (By Ms. Strasser)  Madrid to Barcelona, I'm
 2   sorry.
 3        A.    Because it's a better climate there and
 4   Madrid is a very damp and cold climate.
 5        Q.    What was your first job in Barcelona?
 6        A.    Also as an electrician.
 7        Q.    With what company?
 8        A.    Electro Gala, G-a-l-a.
 9        Q.    What did you make per month at
10   Electro Gala?
11        A.    Around 1,800 euros a month.
12        Q.    How long did you work there?
13        A.    From 2007 to 2010.
14        Q.    Why did you leave?
15        A.    The company ended up closing up as a result
16   of the crisis that happened in 2008.  It slowed down
17   little by little and eventually they had to shut down
18   the whole company.
19        Q.    Were you laid off?
20        A.    Well, the company declared bankruptcy, so
21   we were all laid off.
22        Q.    So the answer is yes?
23        A.    Yes.
24        Q.    Where did you go for your next job?
25        A.    I started working for myself.  In Spain you
```

Page 21

1  don't have to create a company to do so.  All you

2  have to do is declare yourself to be working

3  autonomously with their social security.

4       Q.   What did you do as far as work for

5  yourself?

6       A.   Electrical installations.

7       Q.   And how long did you do that on your own?

8       A.   From 2010 until 2015.

9       Q.   And that's when you moved to the United

10  States.  Correct?

11       A.   Correct.

12       Q.   How much did you make per month working for

13  yourself?

14       A.   Approximately I was making approximately

15  19,000 a year.  19,000 euros, sorry.

16       Q.   When you moved to the United States where

17  did you move to?

18       A.   Here to Miami to the City of Sweetwater.

19       Q.   When did you get your first job in the

20  United States?

21       A.   In January of 2013 when I got my work

22  permit.

23       Q.   Where did you receive that from?

24       A.   Well, supposedly it was from the work

25  offices because I went there and I registered there

Page 22

1   and I did everything and requested everything you can

2   get when you're on immigration parole and they gave

3   me the work permit that would allow me to work until

4   I actually got my residency.

5        Q.   So from the U.S. Government.  Correct?

6        A.   Yes.

7        Q.   And where did you first work when you moved

8   to Sweetwater?

9        A.   At a company called Solares Electrical.

10       Q.   Can you spell that for us, please.

11       A.   S-o-l-a-r-e-s Electrical.

12       Q.   And when did you start working there?

13       A.   In the year 2016.

14       Q.   And what did you work as?

15       A.   As an electrician.

16       Q.   Was that your title, electrician?

17       A.   Yes.

18       Q.   And who did you report to?

19       A.   To the project foreman.

20       Q.   Did he have a name?

21       A.   Tony Plasencia.

22       Q.   Are you able to spell his last name for us?

23       A.   P-l-a-s-e-n-c-i-a.

24       Q.   How much did you make per hour with Solares

25   Electrical?

Page 23

```
 1        A.    $15 an hour.

 2        Q.    Were you required ---

 3        A.    My first year here I worked as an assistant

 4   to the electrician because I still had not obtained

 5   my journeyman's license.

 6        Q.    So while you were working with Tony you

 7   were working as an assistant.  Am I understanding you

 8   correctly?

 9        A.    As an electrician's assistant, yes.

10        Q.    How long did you work with Tony?

11        A.    The entire time that I was working for

12   Solares.  That would be all of the years 2016 and

13   2017.

14        Q.    Why did you leave Solares?

15        A.    Because I was offered more money at a

16   different company.

17        Q.    So you resigned?

18        A.    Yes.

19        Q.    Which company did you go to next that

20   offered you more money?

21        A.    Bryant Electrical.

22        Q.    Do you recall when you started with Bryant

23   Electrical?

24        A.    At the beginning of 2018.

25        Q.    How long did you work there?
```

Page 24

1       A.    From the beginning of 2018 to the end of
2    2021.
3       Q.    What position did you work in?
4       A.    Foreman electrician.
5       Q.    Were you still working as an assistant at
6    that point?
7       A.    No.  I had already gotten my journeyman's
8    license and I could now work as a foreman.
9       Q.    Where did you receive the journeyman
10   license from?
11      A.    From the Miami-Dade County Board.
12      Q.    What did you have to do to receive that
13   license?
14      A.    I had to pass a test.
15      Q.    Was that exam in person?
16      A.    Yes.
17      Q.    How many hours?
18      A.    Around three hours.
19      Q.    Did you have to do anything else to receive
20   that license?
21      A.    Well, I applied to the board and I also had
22   to explain to them why it was that I thought that
23   after only being in the United States for a year I
24   should be able to apply for my journeyman's license
25   and that was based on my years of studies as well as

Page 25

1    my years of experience.

2          Q.    And when did you receive that journeyman's

3    license?

4          A.    In 2017.

5          Q.    Did you pass the exam on the first try?

6          A.    Yes.  Yes, and I had already passed the

7    course that prepares you for the journeyman's license

8    exam at Miami-Dade College.

9          Q.    When did you pass that course?

10         A.    I took the course from August, 2016 until

11   April, 2017.

12         Q.    Did you have to attend that course in

13   person?

14         A.    Yes, every day from Monday through Thursday

15   from 6:00 to 10:00 p.m.

16         Q.    How much were you making per hour at Bryant

17   Electrical?

18         A.    When I started I was making $22 per hour.

19         Q.    Did you receive an increase in your pay

20   over time?

21         A.    Yes.  They raised my salary every year.

22         Q.    When you left Bryant Electrical what were

23   you making per hour?

24         A.    $27 per hour.

25         Q.    Why did you leave Bryant Electrical?

Page 26

1          A.    Well, because they offered me a better job,

2     they offered me more freedom -- well, a better

3     opportunity to grow as a foreman at a different

4     company.

5          Q.    What company?

6          A.    Pacman Electric.

7          Q.    Pac-Man like the game?

8          A.    P-a-c-m-a-n, Pacman Electrical.

9          Q.    When did you start at Pacman Electrical?

10         A.    Towards the end of 2021.

11         Q.    How long did you work there?

12         A.    Approximately six months.

13         Q.    So you left in 2021?

14         A.    No.   I started there in 2021 and I left

15    there in May of 2022.

16         Q.    Got it, thank you.

17               And what was your position at Pacman

18    Electrical?

19         A.    Foreman electrician.

20         Q.    Did you hold any other titles while there?

21         A.    No.

22         Q.    And how much did you make per hour?

23         A.    $27 an hour.

24         Q.    Who did you report to at Pacman?

25         A.    Well, I was the project foreman.

Page 27

1    Q.   Did you have a superintendent above you?

2    A.   (In English)  Yes, yes.

3    Q.   And who was that person?

4    A.   (In English)  His name is Noel.  I don't

5    remember the last name.

6         (In Spanish)  But the superintendent was

7    never at the project.

8    Q.   How many people did you supervise at

9    Pacman?

10   A.   Between 15 and 20 people.

11   Q.   Why did you leave Pacman Electrical?

12   A.   Well, first of all they told me once I

13   finished the first project with them and proved to

14   them my value, that I would get a salary increase and

15   bonuses, but when I finished the first project that

16   never happened.

17        It's an excellent company, but they told me

18   that at that point in time they were not able to

19   fulfill the promises they had made to me during my

20   job interview.

21   Q.   Did they say why?

22   A.   Yes.  It was because the company was

23   growing.  At that point in time they had to build

24   another warehouse, build more offices, and they were

25   taking on a lot of projects and the money they would

Page 28

1    have spent on giving me a salary increase was

2    something they needed in order to continue to grow.

3         Q.   And when you left Pacman you were still

4    making $27 per hour?

5         A.   (In English)  Yes.

6         Q.   Did you quit or were you fired?

7         A.   No, no, I left.

8         Q.   Where did you work next?

9         A.   At Hypower.

10        Q.   How did you come to learn of Hypower?

11        A.   How did I start working there?

12        Q.   Yes.

13        A.   Well, I applied at the Hypower office and

14   they sent me to a staffing.

15        Q.   A staffing company?

16        A.   Yes.

17        Q.   Do you recall when that was, when you went

18   to the Hypower office?

19             THE INTERPRETER:  I did not understand,

20   Counselor.  Was it when?

21        Q.   (By Ms. Strasser)  Do you recall when you

22   went to the Hypower office?

23        A.   In the month of April, in April, 2022.

24        Q.   They sent you to a staffing company.  Do

25   you remember what the name of that staffing company

1   was?

2        A.   QLM.   All Hypower employees start at that

3   staffing company.

4        Q.   So you applied with QLM.   Correct?

5        A.   No.   I requested the job at Hypower.

6        Q.   What position?

7        A.   Foreman electrician.

8        Q.   Did you have an interview at Hypower?

9        A.   Well, a lady by the name of Lily asked me

10  some questions.

11       Q.   Was that in person?

12       A.   That's to say she asked me some questions

13  about my experience, et cetera.

14       Q.   Was that questioning in person?

15       A.   No, by phone.

16       Q.   And at some point you got the job?

17       A.   Yes.

18       Q.   At the time you applied to Hypower did you

19  still have your journeyman's license?

20       A.   Yes, and I still have it today.

21       Q.   Do you have any other licenses in the

22  United States or certifications?

23       A.   As an electrician and I have a license as

24  an inspector.

25       Q.   That is given to you by Miami-Dade County?

Page 30

1      A.    No, the State of Florida.

2      Q.    When did you receive that license?

3      A.    This year, 2024.

4      Q.    What month?

5      A.    In the month of December.

6      Q.    So very recently?

7      A.    Yes.  I had already been working with a

8  temporary electrical inspector license for ten

9  months.  That is to say they will give you a

10  temporary license for a period of two years and then

11  you have two years to pass the electrical inspector's

12  exam.

13      Q.    And you passed that exam in December

14  of 2024.  Correct?

15      A.    Correct.

16      Q.    Was that exam done in person?

17      A.    No, it's an online test.

18      Q.    What does it consist of?

19      A.    It's all electrical questions about the

20  electrical code.

21      Q.    Did you pass it the first time?

22      A.    Yes.  Yes, I did a four-month course and

23  passed that at the same school where I had done the

24  course for the journeyman electrician and I had the

25  same professor.

Page 31

```
1        Q.   That's Miami-Dade College?
2        A.   (In English)  It's the Miami-Dade School
3   Board at Flagler Street and 25th Avenue.
4        Q.   And at some point you left Hypower.
5   Correct?
6        A.   No.  They fired me.
7        Q.   Why did they fire you?
8        A.   No, apparently I couldn't work for them
9   because since I filed a complaint about Raul Gonzalez
10  and they did not agree with that complaint, then they
11  fired me.
12       Q.   We'll talk about that in a little bit.
13            Have you ever been convicted of a crime,
14  sir?
15       A.   No.
16       Q.   Have you ever been charged with a crime?
17       A.   No, never.
18       Q.   Where are you currently working, as we sit
19  here this morning?
20       A.   I am working for a company called CAP
21  Government that has contracts with Miami-Dade County
22  and Broward County to provide services of electrical
23  inspectors and electrical plan inspectors.  I
24  personally work as an electrical inspector for the
25  school board and for Miami-Dade College and Broward
```

Page 32

1    College.

2         Q.   How long have you worked at CAP Government?

3         A.   Since February 26th of 2024.

4         Q.   Did you work somewhere between Hypower and

5    CAP?

6         A.   Yes.   I worked for an electrical company

7    called Meisner Electric.

8         Q.   Was that after you were fired from Hypower?

9         A.   Correct.

10        Q.   When did you get the job at Meisner?

11        A.   A week after I was fired from Hypower.

12        Q.   What was your title at Meisner Electric?

13        A.   Foreman electrician.

14        Q.   And who did you report to at Meisner?

15        A.   (In English)  I don't remember the name

16   exactly.

17             (In Spanish)  I reported to a

18   superintendant, but I don't remember the exact name.

19             (In English)  He's an American man.  I

20   don't remember exactly what his name is.

21        Q.   And how long did you work at Meisner?

22        A.   Well, it wasn't even two months.

23        Q.   How come?

24        A.   Because I got a call from CAP Government

25   saying that I had been chosen for one of the

Page 33

1    positions they had, that I would be working as an

2    electrical inspector and plan examiner.

3         Q.   And what were you making at Meisner?

4         A.   $36 an hour.

5         Q.   What were your hours at Meisner?

6         A.   Meisner, from 7:00 to 3:30.

7         Q.   Is that normal construction work hours?

8         A.   No, every company has its own schedule.

9         Q.   Is it true that it also depends on the

10   project?

11        A.   On the project, yes.

12        Q.   You said while you were working with

13   Meisner you received a call from CAP Government.

14   Correct?

15        A.   Yes.

16        Q.   When did you get that call?

17        A.   Around the middle of the month of February.

18        Q.   Am I correct in my understanding that you

19   had applied for a position there prior to February

20   of 2024 or the middle of February, 2024?

21        A.   That's correct.  I had applied at CAP

22   during the month of September, 2023.

23        Q.   While you were still working at Hypower.

24   Correct?

25        A.   Yes.

Page 34

1          Q.    How come you were applying for jobs while

2    you were still at Hypower?

3          A.    Because to be able to work as an electrical

4    inspector or as a plan examiner, the county gives a

5    lot better working conditions than working as an

6    electrician.   This is a normal kind of process where

7    electricians with a lot of electrical knowledge go on

8    to work as electrical inspectors or plan examiners.

9          Q.    Is the pay better?

10         A.    Yes.

11         Q.    What do make an hour at CAP?

12         A.    At this point in time $37 an hour.

13         Q.    What are your hours at CAP?

14         A.    Well, I work eight hours a day, but it's

15   sort of a free kind of schedule.   A start working

16   about 5:30 in the morning and finish at 2:00 to 3:00

17   in the afternoon or whenever the eight hours have

18   been completed.

19         We're not allowed to work overtime unless

20   the client has specifically requested it.   That is to

21   say, for example, if I want to go take a full hour

22   lunch at mid-day to go out and eat I can do that.   I

23   have a lot of freedom with my schedule.

24         Q.    Understood.   Who do you report to at CAP?

25         A.    To my building official, whose name is

Page 35

1    Pedro Martinez.

2         Q.    Is that his title, building official?

3         A.    Building code official, yes.

4         Q.    Did you resign from Meisner or were you

5    fired?

6         A.    Yes, I resigned.

7         Q.    Are you currently working anywhere other

8    than CAP?

9         A.    No.

10        Q.    Since moving to the United States have you

11   done any kind of independent work like you did in

12   Spain?

13        A.    No.

14        Q.    Have you ever been involved in any other

15   lawsuit, sir?

16        A.    No.   It's the first time nor have I ever

17   been in a situation where I wasn't paid for an hour

18   of work nor have I ever been discriminated against

19   before simply because of the place where I had been

20   born.

21        Q.    Let's talk about that.   We are here today

22   because you are suing Hypower.   Correct?

23        A.    Yes.

24        Q.    Before you applied the job did you know

25   anyone working there?

Page 36

```
 1        A.    Hypower, yes, I knew many electricians.
 2        Q.    Who did you know?
 3        A.    Abel Casanova, Asmildo Cruz.
 4        Q.    Can you spell that?
 5        A.    A-s-m-i-l-d-o  C-r-u-z.
 6              There are others I have known from other
 7     companies I have worked for, but I didn't know their
 8     names.
 9        Q.    What were their positions?
10        A.    Electricians.
11        Q.    And you were offered the job, right, at
12     Hypower?
13        A.    Well, I was the one who had gone to the
14     company and applied.
15        Q.    Right, and you were offered the job that
16     you applied for.   Correct?
17        A.    Yes.
18        Q.    And while you were working at Hypower you
19     reported to two jobsites.   Correct?
20        A.    That's correct.   I only worked on two
21     projects.
22        Q.    One of those, the first one, was Palmer
23     Lakes.   Correct?
24        A.    Correct.
25        Q.    How much did you make per hour at that
```

```
                                                    Page 37
 1    project?
 2          A.    I started marking $32 an hour.
 3          Q.    While at Palmer Lakes who did you report
 4    to?
 5          A.    To the superintendent.
 6          Q.    What was his name?
 7          A.    Alcides Fleitas.
 8          Q.    How often did you interact with Alcides
 9    during your time at Palmer Lakes?
10          A.    Every day.   He was always at that project.
11          Q.    Did you get along with Alcides?
12          A.    Yes.   He's a very good person.
13          Q.    While at that project did you have any
14    issues with any of the other employees?
15          A.    No, never.
16          Q.    Where was the Palmer Lakes project located?
17          A.    It's very close to Miami International
18    Airport.   It's practically right on the Miami River.
19          Q.    What was your are schedule at Palmer Lakes?
20          A.    I would work there from 6:00 in the morning
21    3:30 in the afternoon.
22          Q.    Was that everyone's schedule?
23          A.    No.   The electricians would start at 6:30,
24    but we foremen had to go in 30 minutes before that.
25          Q.    I want to back up a little bit.
```

Page 38

1           When you were placed at Palmer Lakes you
2   were told to go there by who?
3       A.    The office, the Hypower office.
4       Q.    The Hypower office or was it someone at
5   QLM?
6       A.    Well, yes, QLM always asks Hypower where
7   the electricians need to be sent and Hypower told me
8   that I needed to go to Palmer Lakes.
9       Q.    Who at Hypower told you that?
10      A.    Alcides Fleitas.
11      Q.    So you spoke to Alcides prior to reporting
12  to your first day on the job at Palmer Lakes.   Am I
13  understanding?
14      A.    That's correct, QLM gave me Alcides' phone
15  number and told me that I should call him.
16      Q.    When you spoke to Alcides he told you to
17  report to Palmer Lakes at what time?
18      A.    At 6:00 in the morning as a foreman and
19  electricians at 6:30.
20      Q.    How did you communicate with Alcides, was
21  it over the phone, via text, e-mail?
22      A.    (In English)   In person.
23           (In Spanish)   Normally we would meet and we
24  would always talk in person.   Now sometimes if it was
25  a very big project we would also talk by phone, but

Page 39

1    normally we would speak in person.

2         Q.   Did you and Alcides ever send text messages

3    back and forth?

4         A.   We may have.

5         Q.   Have you produced those text messages to my

6    office?

7         A.   No.

8         Q.   How come?

9         A.   I'm sorry.  Are you asking me to send the

10   text messages to what office?

11        Q.   To my office.  I asked you if you produced

12   them to my office.

13        A.   No, I don't have those text messages

14   because all of the messages were sent from the

15   Hypower phone.

16        Q.   You never used your personal cellphone to

17   communicate with anyone at Hypower?

18        A.   No.  The personal number, no.

19        Q.   At some point you moved -- you left the

20   Palmer Lakes project.  Right?

21        A.   Yes.  Mr. Aaron (sic) Johnson told me that

22   because of the good work I had done on that project,

23   that he wanted to send me to a federal job.  I told

24   him, "but my job at Palmer Lakes hasn't finished yet,

25   I still need to be there several more months," but he

Page 40

1    said he needed me more at the other project.

2         Q.   And what was that other project?

3         A.   MSC port project.  It's a new cruise

4    terminal that they're building at the port.

5         Q.   In Miami?

6         A.   In the Port of Miami.

7         Q.   And so Adam Johnson told you that he would

8    be moving from Palmer Lakes to MSC.  Do you recall

9    when you started that new project?

10        A.   It was the week before I started at the

11   port.

12        Q.   How did he communicate that to you?

13        A.   He told me that in person.

14        Q.   Where at?

15        A.   At the Palmer Lakes project.  He went

16   there.  He visited there.

17        Q.   And earlier you said Aaron Johnson, is that

18   correct, or is it Adam Johnson?

19        A.   Adam Johnson.  I don't really know how his

20   name is said, if it's Aaron or Adam Johnson.  At that

21   point in time he was the supervisor of the company.

22   At this point in time he is a vice-president of the

23   company.

24             THE INTERPRETER:  If we can take a five

25   minute break at some point it would help.

Page 41

1          MS. STRASSER:  We can take a break.  Let's
2     go off the record.
3          THE VIDEOGRAPHER:  We are going off the
4     video record.  The time is 11:16 a.m.
5          (Thereupon, a recess was taken.)
6          THE VIDEOGRAPHER:  We are back on the video
7     record.  This is Media 2.  The time is 11:28 a.m.
8          Q.   (By Ms. Strasser)  Okay, Mr. Hernandez,
9     during the break did you talk to anyone about your
10    testimony?
11         A.   No.
12         Q.   And before the break we were talking about
13    you moving from Palmer Lakes to MSC.  Do you recall?
14         A.   Correct.
15         Q.   I think you told me that Mr. Adam Johnson
16    called you and said he needed you at the MSC project.
17    Right?
18         A.   Correct.
19         Q.   I think I misspoke.  He came to the Palmer
20    Lakes project and told you there that you would be
21    moving to the MSC project.  Correct?
22         A.   That's correct.  He visited the project at
23    Palmer Lakes and he told me and some electricians
24    that were working there that starting on the
25    following Monday we would start at a different

Page 42

1    project, at MSC, which was a much larger project than
2    Palmer Lakes.
3          Q.   Do you recall what day that was, what day
4    of the week?
5          A.   No.  No, I don't remember what day of the
6    week that was, no.
7          Q.   Did he give you any other information about
8    your movement from Palmer Lakes to MSC?
9          A.   Well, he congratulated me on all the work
10   we got done at Palmer Lakes.  He told me that he was
11   very pleased me and he told me because of the all the
12   positive information that Alcides Fleitas had given
13   to him about me he was considering me as a possible
14   superintendent at Hypower.
15          He also asked me if I knew any other
16   foremen with experience similar to mine, if so, to
17   please recommend them because he was very pleased
18   with everything I had produced.
19         Q.   How often did you interact with Adam
20   Johnson?
21         A.   Maybe ever couple of months whenever he
22   would visit the project.
23         Q.   Did you ever talk to him on the phone?
24         A.   By phone, no, but on text message on
25   several occasions.

1          Q.    Was that from your work phone as well?

2          A.    Always.

3          Q.    Did Adam tell you when to report to the MSC

4    project?

5          A.    He told me that I needed to be at that MSC

6    project the following Monday and that I was to report

7    to Raul Gonzalez.

8          Q.    Did he tell you what time you needed to be

9    there?

10         A.    No.   Adam Johnson did not, no.

11         Q.    How did you know when to show up on Monday,

12   then?

13         A.    Because I called the project and spoke with

14   Raul Gonzalez.

15         Q.    What was Raul's title?

16         A.    Project superintendent, the same job that

17   Alcides Fleitas had at Palmer Lakes.

18         Q.    How soon after talking to Adam did you call

19   Raul, approximately?

20         A.    The Friday before that, that is to say the

21   last Friday working ---   It's the Friday before the

22   week before I was going to start working at the port.

23               I spoke with both Raul Gonzalez and with

24   Raidel Herrera, who was another foreman that was

25   working at that project that I knew from before.

Page 44

1          Q.    Did you speak with both of those gentlemen
2     on Friday?
3          A.    I believe so.
4          Q.    Tell me about your conversation with Raul.
5     Strike that.
6               Who did you call first?
7          A.    First I spoke with Raidel Herrera.
8          Q.    What did you and Raidel discuss?
9          A.    Where should I park, I mean where was the
10    workers' parking, and what was the schedule that was
11    worked at that project.
12         Q.    What did Raidel tell you?
13         A.    He explained to me where the parking was
14    and since it was the first day if I didn't get there
15    until 7:00 in the morning that was okay, that Raul
16    Gonzalez would tell me what was the schedule I needed
17    to be reporting on.
18         Q.    Was there a different parking situation at
19    each jobsite?
20         A.    To work at the port we had to park
21    downtown.
22         Q.    So the answer is "yes"?
23         A.    Could you please repeat the question.
24         Q.    Sure.  Was the parking situation different
25    at each jobsite?

Page 45

1        A.    That's right because normally on a jobsite
2    there is no parking.   This situation was at the port
3    and since there is so little parking there the
4    construction company ---
5              THE INTERPRETER:   Interpreter needs
6    clarification.
7              (Discussion in Spanish)
8        A.    Fincantieri Construction rented parking
9    space downtown.
10       Q.    (By Ms. Strasser)  Can you spell that?
11       A.    F-i-n-c-a-n-t-i-e-r-i, Fincantieri
12    Construction.
13       Q.    And that client was a client of Hypower.
14    Correct?
15       A.    No.   That's the company that's the general
16    contractor for the project.
17       Q.    Got it.
18       A.    They subcontracted Hypower to do the
19    electrical installations.
20       Q.    Understood.   And so Fincantieri supplied
21    the parking for that project, for the MSC project.
22    Correct?
23       A.    That's correct.   They provided to all of
24    the workers at the port for all of the different
25    companies.

Page 46

1          Q.    What did Raidel tell you specifically about
2     where to park at the MSC project?
3          A.    He told me that at the project there at the
4     port you could not park.   We were required to park in
5     Downtown Miami and get on one of the buses rented by
6     Fincantieri Construction to take us to the worksite
7     and take us back at the end of the day.
8          Q.    Did he give you any other options?
9          A.    No, because at the port, what is actually
10    the island of the port, there were some parking
11    places out there, but if we wanted to park there we
12    would have to pay for it out of our own pockets.
13         Q.    Right.   So he did give you another option,
14    but you would have to pay for it yourself.   Correct?
15         A.    Correct.
16         Q.    And what option did you choose?
17         A.    The one that most of the people working on
18    the port project chose, which was to park downtown.
19         Q.    And take the bus?
20         A.    Yes.
21         Q.    And did Raidel give you any additional
22    information about where to get on the bus, when to
23    get on the bus, et cetera?
24         A.    No, no.   No, all of that information was
25    given to me by Raul Martinez.

Page 47

1      Q.   So you got off the phone with Raidel and
2  you called Raul.  Correct?
3      A.   Yes.  I called Raul to ask him what time I
4  should be there.
5      Q.   And what did Raul tell you?
6      A.   That I should try to get there as early as
7  possible on the first day, and once you get here you
8  need to meet with me, and he said once you do that
9  you have to meet here with me and I'll give you the
10 schedule for the project, I'll give you a card to be
11 able to park downtown and all that other information.
12     Q.   When you say he told you that he would give
13 you a card to park downtown, what specifically did he
14 tell you about that?
15     A.   Well, Fincantieri Construction, that is to
16 say we went to the offices of Fincantieri
17 Construction and they made a photocopy of my ID.
18 They assigned me a worker's number and gave me a card
19 so I would be able to park in the parking area.
20     Q.   I want to make sure I am understanding.
21 You were given a card to park in Fincantieri's
22 parking lot and from there you got on the bus?
23     A.   No, on the first day I went to the project
24 in my own car.
25     Q.   And you parked at the MSC project?

Page 48

1          A.    (In English)  Yes, on the first day.

2          Q.    Who told you to do that?

3          A.    Raul Gonzalez.

4          Q.    Did Raul tell you anything about what your

5     schedule would be at the MSC project?

6          A.    Yes.   He told me that the electricians had

7     to be there at 6:30 in the morning and that foremen

8     had to be there half an hour earlier.

9          Q.    And it's your testimony that that is also

10    what you were told for the Palmer Lakes project?

11         A.    Correct.

12         Q.    What was your pay rate at MSC?

13         A.    Well, MSC is a federal project, so I was

14    making about $53 an hour.

15         Q.    So that was a promotion from Palmer Lakes.

16    Correct?

17         A.    Correct.

18         Q.    And you told me that is because Adam

19    thought you did a great job at Palmer Lakes.

20    Correct?

21         A.    Correct, and of the $53, approximately $43

22    were on my payroll and the other $10 went into what

23    is called a contractor plan, which is similar to a

24    401(k).

25         Q.    And that was set up for you through

Page 49

1    Hypower.   Correct?
2         A.    What was created?
3         Q.    The 401(k).
4         A.    Well, I had no choice on the matter.   For
5    all of the employees that were of Hypower that worked
6    on a federal plan, having the contractor plan is a
7    requirement.
8         Q.    So that's required by federal law.
9    Correct?
10        A.    (In English)   I don't know.
11        Q.    At the MSC project how often did you
12   interact with Raul?
13        A.    Daily.
14        Q.    Did you have anyone reporting to you at
15   MSC?
16        A.    Yes, all of the electricians that were
17   working on my team.
18        Q.    How many?
19        A.    There were times when I would ---   It would
20   depend.   There were some times I would have five or
21   six, other times ten.
22        Q.    So you reported to Raul and you had between
23   five and ten people reporting to you.   Correct?
24        A.    Correct.
25        Q.    Outside of yourself was there anyone else

Page 50

1    reporting to Raul?
2        A.   All of the foremen on the project.
3        Q.   Did you get along with Raul?
4        A.   (In English)  Yes.
5        Q.   Did you ever have any issues with him?
6        A.   At the beginning when we started working
7    together we got along well.
8        Q.   At some point did that change?
9        A.   (In English)  Yes.
10       Q.   When?
11       A.   Yes.  It started when he started making
12   comments in front of me.  He started saying things
13   like all Cuban workers are a bunch of shit and the
14   only thing that comes out of their mouth is a bunch
15   of bullshit and that in order to get a Cuban to work
16   you have to yell at them all the time and I said
17   that's not true and that's a form of discrimination,
18   to discriminate against someone just because of the
19   place of birth.
20       Q.   Do you know where Raul was born?
21       A.   Yes.
22       Q.   Where?
23       A.   He told me that he was born in Puerto Rico.
24       Q.   How many other individuals outside of
25   yourself were Cuban on that jobsite?

Page 51

1      A.   Most of the project.   There were only three
2 Americans working on the project, one foreman and two
3 electricians, and he separated them completely from
4 all the others that were working on the projects and
5 the treatment that he gave them was completely
6 different from the treatment that he gave the rest of
7 the workers on the project.
8      Q.   How were they treated differently?
9      A.   Well, for example, I never heard him yell
10 at those American electricians.  As far as the
11 American foreman whose name is Daniel Fisher, he was
12 never told that he had to be there at 6:00 in the
13 morning as all of the other foremen did.  He would
14 come in at 7:00 or 8:00 in the morning and he would
15 leave at 2:00 in the afternoon, which was the same
16 time that Raul Gonzalez left.
17      Q.   Would you and Raul speak in Spanish or
18 English?
19      A.   In Spanish.
20      Q.   What language would Raul speak to the
21 American individuals in?
22      A.   In English.
23      Q.   Were you able to understand what he was
24 saying to them?
25      A.   Yes.

Page 52

1        Q.    You understand English?

2        A.    Yes.

3        Q.    Can you write in English?

4        A.    Yes.

5        Q.    Do you speak fluent English?

6        A.    Well, when I have to speak it a little.

7              (In English)  I can speak English with an

8    American person.  I don't have your fluency, but I

9    understand, I can write, and I can talk in a

10   conversation about electricity or about my job, I can

11   talk perfectly with another person.

12       Q.    Are you able to understand my questions

13   today in English?

14       A.    (In English)  The majority of them, yes.

15       Q.    At the MSC project were there any other

16   employees you worked with that you didn't get along

17   with?

18       A.    No.

19       Q.    You said at some point Raul changed and

20   started saying derogatory comments about Cubans.

21   Right?

22       A.    Yes.

23       Q.    Do you recall when that was?

24       A.    When I had been on the project for about a

25   month, and that's when he started doing it in front

Page 53

1   of me and I had already been warned by the other
2   electricians that had been on the job before I
3   started working there that the kind of treatment he
4   was giving them was completely humiliating.
5        Q.   Who told you that?
6        A.   For example, Humberto Figueroa, Alexis
7   Sosa, Pedro Arias, and a young fellow by the name of
8   Kevin.  He was only about 19 or 20 years-old, no
9   older than that.
10       Q.   What did these individuals tell you?
11  Let's start with Humberto.
12       A.   All of them in general said the same thing,
13  that he would yell at them and that he would insult
14  them.
15            He would say that the Cubans are lazy, that
16  they spend the whole day talking shit among
17  themselves rather than working and then after I had
18  been working on the project for a month I had
19  confirmed that all of those complaints were true,
20  which is why at that point in time I decided to send
21  a text message to Mr. Adam Johnson asking him --
22  because I told him that it was impossible for me to
23  work -- I asked him to change me to a different
24  project because I said it was impossible for me to
25  continue to work on a project with a person that

Page 54

1    would continue to say that kind of insult.

2         Q.   Do you know when that was?

3         A.   It was in the month of March, 2023.

4         Q.   What did Adam say in response?

5         A.   At that point in time he said he didn't

6    have any other project he could move me to.  He asked

7    me to stay on the project for a few days and that we

8    would speak in person.

9              He called Raul.  He spoke to Raul about the

10   complaint I had made.  Raul called me into his office

11   and he tried to explain to me why he was like that

12   with the Cubans.  I told me that he worked for many

13   years with Cubans and he said that this was the only

14   way he would ever get a high level of production out

15   of Cubans.

16        Q.   You said he called you into his office.

17   Where was that at?

18        A.   It was a trailer at the project site.

19        Q.   At MSC?

20        A.   Yes.

21        Q.   Was anyone else there with you?

22        A.   No, it was just him and me.

23        Q.   How long was your conversation?

24        A.   (In English)  15 minutes.

25        Q.   And what did you say in response to his

Page 55

1    explanation?

2         A.    I told him I didn't agree.  I told him most

3    of the people that were working there on the project

4    belonged to the best group of workers at Hypower and

5    that they were sent there precisely because of their

6    good qualities as workers because since it was a

7    federal project, electricians make practically double

8    what they would get on a regular project.

9         Q.    Anything else?

10        A.    No.

11        Q.    If what did Raul say in response?

12        A.    He told me that he could help me to become

13   a superintendent at Hypower, but that if I wanted his

14   support in becoming a superintendent, that I was

15   going to have to yell at the workers and yell at them

16   so that they would produce better or more.

17        Q.    Was that the end of your conversation?

18        A.    Yes.

19        Q.    You didn't say anything in response to his

20   suggestion?

21        A.    I told him I'm not going to do that, that's

22   not going to happen.

23        Q.    Did you call Adam and tell him what had

24   happened between you and Raul?

25        A.    No.  Adam Johnson came to the project about

Page 56

1   two weeks later and I spoke with him in person.

2        Q.   How come you didn't call him in between

3   that time?

4        A.   Because I had already asked him to change

5   me off that project.

6        Q.   Did you send him a text after you had that

7   conversation with Raul and say I still can't get

8   along with him, I need to be moved?

9        A.   No.  Raul told me he was going to respond

10  to Adam Johnson by e-mail.

11       Q.   Did you reach out to Adam and ask him if he

12  had heard from Raul?

13       A.   No.

14       Q.   So you continued to work for two weeks

15  until Adam showed up at the project site.  Correct?

16       A.   Correct.

17       Q.   And you didn't go to anyone else at Hypower

18  and complain about Raul.  Right?

19       A.   At Hypower it was just with Adam Johnson,

20  just with him.

21       Q.   So the answer is "yes."  Correct?

22       A.   That was "yes" to what?

23       Q.   You didn't complain to anyone else at

24  Hypower besides Adam?

25       A.   Correct.

Page 57

1              MS. STRASSER:  I am going to show you

2       Defendant's 1.

3              (Thereupon, the document referred to was

4       marked for identification as Defendant's Exhibit

5       No. 1.)

6       Q.   (By Ms. Strasser)  Take a second and look

7       at this document and let me know if you recognize it,

8       please.

9              MS. STRASSER:  For the record, this is an

10      eight-page document titled "Complaint."  It was filed

11      on January 18, 2024 in the United States District

12      Court, Southern District of Florida.

13      A.   Yes, this is one of the Complaints filed by

14      my attorneys.

15      Q.   (By Ms. Strasser)  Did you review this

16      document before it was filed on January 18th of this

17      year?

18      A.   Yes.

19      Q.   In Paragraph 5 on the second page you

20      allege that any and all conditions precedent to

21      filing this lawsuit occurred and/or was satisfied by

22      Plaintiff.

23             Do you see that?

24      A.   Well, yes, I see it.

25      Q.   That is your allegation.  Right?

Page 58

1      A.   Yes.

2      Q.   Do you know what that means?

3      A.   I have an idea of what it means.

4      Q.   What is the idea of what it means?

5      A.   Well, the notion that I have is that my

6   attorneys -- well, the other ones that I hired to

7   help me -- what I'm saying is that they helped me to

8   get -- they're helping me to recover the money for

9   the time I worked for which I was never paid and also

10  on a second matter because of me being fired because

11  of discriminatory action against Cubans.

12     Q.   I understand that's your overall

13  allegation.  What I'm asking is do you know what it

14  means in Paragraph 5?

15     A.   Yes.

16     Q.   What conditions precedent have occurred?

17     A.   I'm sorry, we have two different cases

18  here.  What conditions about for which case?

19     Q.   This is your Complaint, so I'm asking you

20  what you mean by Paragraph 5.

21     A.   Okay.   The conditions are that I was

22  working 45 hours a week.

23     Q.   How many?

24     A.   45 hours a week, but I was only being paid

25  for 40 hours a week.

Page 59

1           The second matter was that I should not
2    have been fired because I filed a
3    complaint -- because I should not have been fired
4    because of a complaint that I filed with Hypower
5    because of the discriminatory actions of a
6    superintendent at Hypower about something that I
7    considered to be a crime.
8           Hypower's answer to that was simply to fire
9    me.  They never investigated the matter.  Nobody
10   called me to ask me questions about the accusations
11   that I was making, not even human resources did.
12       Q.   You said you made a complaint with Hypower.
13   What are you referring to?
14       A.   That day before I was fired I sent an
15   e-mail.  I sent it to several different people.  For
16   example, I sent it to the project manager at the port
17   whose name is Ivan Lopez.  I also sent it to the
18   company vice-president, Adam Johnson.  I also sent it
19   to the owner of the company, Bernard Paul, to the
20   general supervisor, Mario Luaces.  I also sent it to
21   the foreman for the entire project at the port for
22   Fincantieri, whose name is Angel Valle.
23           I was reporting all of the irregularities
24   that I had already mentioned on several different
25   occasions with Raul Gonzalez and with Ivan Lopez and

Page 60

1    nothing had changed.

2        Q.   When did you send that e-mail?

3        A.   The day before I was fired.

4        Q.   And back to the Complaint, which we've

5    marked as Exhibit 1, in Paragraph 6 you write

6    "Plaintiff retained the undersigned counsel and

7    agreed to pay a reasonable fee for all services

8    rendered."  Do you see that?

9        A.   Yes.

10       Q.   What is that fee?

11       A.   Well, when I spoke with Mr. Brian

12   Pollock ---

13       Q.   Hold on.  Don't tell me about any

14   discussions you had with Mr. Pollock.  I just want to

15   know what the fee is, what the number is.

16       A.   It's a percentage of the amount of money

17   that Hypower owes me or for the amount that comes out

18   because of the discrimination case.  They told me if

19   that if they don't win the case they will not charge

20   me anything.

21       Q.   So it's a contingency agreement.  Is that

22   correct?

23       A.   Yes.

24       Q.   As we sit here today, have you paid

25   anything to Mr. LaRou's firm?

Page 61

1      A.    No.

2      Q.    When you first began working at ---  Give

3  me one second.  Strike that.

4           MS. STRASSER:  I am going to show you what

5  we will mark as Exhibit 2 to this deposition.

6           (Thereupon, the document referred to was

7  marked for identification as Defendant's Exhibit

8  No. 2.)

9      Q.    (By Ms. Strasser)  Let me know if you

10  recognize this document, sir.

11      A.    They sent me this document because I was

12  like under a three-month test period when working

13  through the staffing company.  Once they told me I

14  passed that test period, they were very pleased with

15  my work, then they switched me over to the staff at

16  Hypower and they sent me this e-mail, welcome to

17  Hypower, et cetera.

18      Q.    This was an offer of employment.  Correct?

19      A.    (In English)  I don't know.

20      Q.    Well, it says, "We are pleased to extend

21  the following offer of employment to you."  Correct?

22      A.    Yes.  That's correct, and then after they

23  sent me this e-mail they sent me another one which

24  was the contract that I had to sign.  This was

25  approximately in the month of August, 2023.

Page 62

```
 1              No, I'm sorry, 2022.
 2              MS. STRASSER:  I will show you what we will
 3    mark as Exhibit 3 to this deposition.
 4              (Thereupon, the document referred to was
 5    marked for identification as Defendant's Exhibit
 6    No. 3.)
 7         Q.   (By Ms. Strasser)  Is this the document
 8    that you were just referring to?
 9         A.   Yes.
10         Q.   And it says your start date is on or before
11    August 8, 2022.  Correct?
12         A.   Where is the date?
13         Q.   Right under "Position."  It says "Foreman"
14    and then it says "starting dates, August 8, 2022."
15              Do you see that?
16         A.   No.
17         Q.   It's at the top half of the page.
18         A.   Okay, yes.
19         Q.   It says the starting hourly rate of pay is
20    $32 per hour.  Right?
21         A.   That's correct and shortly thereafter
22    because of my good work they increased me to $35 an
23    hour.
24         Q.   Who provided you with that increase?
25         A.   Alcides Fleitas.
```

Page 63

1      Q.   Where is Alcides from?

2      A.   Cuba.

3      Q.   On the second page of this document we have

4  marked as Exhibit 3, that is your signature.

5  Correct?

6      A.   Yes.

7           MS. STRASSER:  For the record, this

8  document is Bates stamped Hypower 302 to 303.

9      Q.   (By Ms. Strasser)  When you began working

10  at Hypower did they give you a handbook to review?

11      A.   Yes.

12      Q.   How did you receive that handbook?

13      A.   They gave it to me the first day that I

14  started working at the staffing, the staffing that

15  works for -- that belongs to Hypower.

16      Q.   Did they give you a physical copy?

17      A.   Yes.

18           MS. STRASSER:  I show you what we will mark

19  as Exhibit 4 to this deposition.

20           (Thereupon, the document referred to was

21  marked for identification as Defendant's Exhibit

22  No. 4.)

23      Q.   (By Ms. Strasser)  Let me know if you

24  recognize this document.  The top is titled "Policy

25  Acknowledgement:  Employee Handbook."  It looks like

Page 64

```
 1    you electronically read and signed and understood the
 2    contents of the handbook on July 22, 2022.
 3              Do you see that?
 4       A.   Yes.   Correct.
 5              MS. STRASSER:  For the record, this
 6    document is two pages.  It is Bates stamped Hypower
 7    310 to 311.
 8       A.   (In English)  In fact, I have the books
 9    here, both here with me.
10       Q.   (By Ms. Strasser)  Those are the handbooks
11    that you received?
12       A.   (In English)  Yes, the safety handbook and
13    employee handbook.
14              MS. STRASSER:  I am going to show you a
15    copy that I have of the handbook that we will mark as
16    Exhibit 5 to this deposition.
17              For the record, this is Bates stamped
18    Hernandez 08 through 55.
19              (Thereupon, the document referred to was
20    marked for identification as Defendant's Exhibit
21    No. 5.)
22       Q.   (By Ms. Strasser)  Does this appear to be
23    the handbook that you received in July of 2022?
24       A.   It looks like it, but what I received is
25    what I have with me here.
```

Page 65

1          Q.   Let's look at Page 34 of 48 of this
2     document I just handed you.
3               THE INTERPRETER:  Are you talking about the
4     Bates stamp or manual number?
5               MS. STRASSER:  The page number, it says
6     Page 34 of 48.  It's right above the Bates stamp in
7     the right corner.
8          Q.   (By Ms. Strasser)  Are you there?
9          A.   Uh-huh.
10         Q.   And I'm looking specifically at the section
11    titled "Compensation & Time Off."
12         A.   Okay.
13         Q.   Do you see under "Payment of Wages" it
14    says, "Employee should review their pay stubs for
15    errors.  If you find an error, report it to the
16    payroll department immediately.  If there has been an
17    erroneous overpayment or underpayment, Hypower will
18    correct it as soon as possible."
19               Is that your understanding of the policy
20    related to your payment for the hours that you
21    worked?
22         A.   Yes.
23         Q.   When you received your paychecks did you
24    check for errors?
25         A.   Always.

1          Q.   You never noticed any errors during your
2     employment with the company.   Correct?
3          A.   Yes, I noted that they were only paying me
4     for 40 hours.
5          Q.   And who did you complain about that to?
6          A.   To the superintendents, to Raul Gonzalez
7     and Alcides Fleitas.
8          Q.   What specific checks did you tell them you
9     had a problem with?
10         A.   I asked them the same question that the
11    electricians asked me, why if electricians have to be
12    on the job at 6:30 and finish at 3:30, why are we
13    getting paid for only eight hours if we worked
14    another 30 minutes.
15         Q.   I understand that's your allegation today,
16    but I'm asking something a little different.
17              You received checks from Hypower.   Correct?
18         A.   It was a direct deposit to my account.
19         Q.   How often did you receive a direct deposit?
20         A.   Weekly.
21         Q.   Okay.   And when you received that weekly
22    deposit did you ever take that stub or that check and
23    say to Alcides or Raul there's an issue with this pay
24    for this week?
25         A.   Yes.

Page 67

1      Q.    When?

2      A.    When I was working at the Palmer Lakes
3  project and when I was working at the MSC project.

4      Q.    How many times?

5      A.    Once with Alcides and on several occasions
6  with Raul Gonzalez.

7      Q.    Did you ever bring a specific check to
8  either of them and say "I was not paid for the hours
9  that I worked"?

10      A.    Yes.  Well, I didn't show them my bank
11  statement, no.  I told them I'm working an extra five
12  hours a week and I'm only getting paid for 40 hours.
13  Why?  And electricians are working 42 and-a-half
14  hours a week and only getting paid for 40 hours a
15  week.  Why?

16      Q.    How long were you working from Palmer
17  Lakes?

18      A.    (In English)  From May 22 to February 23.

19            (In Spanish)  That is to say from May 22 to
20  February 23.

21      Q.    So about eight months.  Right?
22            Nine months?

23      A.    Nine months.

24      Q.    So that's about 36 weeks.  Right?

25      A.    Approximately.

Page 68

```
 1        Q.   Nine times four is 36.  Right?
 2        A.   But a month has more than four weeks in it.
 3        Q.   So it's approximately at least 36 weeks.
 4   Right?
 5        A.   Okay.
 6        Q.   And during those 36 weeks or so, give or
 7   take, you only went to Alcides once regarding one
 8   check.  Right?
 9        A.   I was only working with Alcides for about
10   five months because Alcides left the company
11   complaining of the abusive treatment that Hypower had
12   dealt to him.  He abandoned the project without
13   finishing it.
14        Q.   That's not my question, though.  I'm asking
15   you did you only tell Alcides once during the 36 or
16   so weeks you were there that you had an issue with
17   your check?
18        A.   In the five months or so that I worked with
19   Alcides I spoke with him one time on this matter.
20        Q.   So the answer is "yes"?
21        A.   Yes.  And the first three months that I was
22   working at Hypower I was working through a staff
23   agency, not through Hypower.
24        Q.   Did you go to the staffing agency and say
25   hey, I received this check and it doesn't match the
```

Page 69

1    hours that I worked?

2         A.    Yes.

3         Q.    Who at the staffing agency did you tell?

4         A.    Yes, I spoke with a lady there, the one

5    that was taking care of us there, I can't think of

6    her name right now, but she was the one who would

7    speak to us and she suggested that I speak with

8    Alcides Fleitas.

9         Q.    And you said you talked to Alcides once.

10   Right?

11        A.    Yes.

12        Q.    What did he tell you?

13        A.    He told me not to worry about it.  He said,

14   "Look, I know what's happening at Hypower.  I'm not

15   going to fire an electrician who doesn't want to be

16   here at 6:30 in the morning, don't argue with people

17   who don't want to come in at that time."

18            He said, "Look, for the ones that want to

19   come in early at 6:30 in the morning and help us to

20   set up all of the tools and materials and things like

21   that, that's fine, but for the ones that want to come

22   in at 7:00 in the morning, no problem with that."

23            He said, "Look, I know this isn't the

24   correct thing to do.  Therefore, I'm not going to

25   make it mandatory.  So the one that wants to come in

Page 70

1    early and help us out, then we thank them for doing

2    that, but the ones that want to come in at 7:00 and

3    just do their eight hours, that's fine.

4         Q.    And that's what Alcides told you.   Right?

5         A.    Yes.   So I never had any kind of a problem

6    with any of the electricians when I was working with

7    Alcides because they didn't want to come in at

8    6:30 in the morning when they didn't start making

9    money until 7:00.

10        Q.    And you're claiming that you showed up

11   every day at 6:00 even though Alcides told you you

12   could come in at 7:00 because other people were too.

13   Is that your claim?

14        A.    No.

15        Q.    You just said that Alcides said you could

16   come in at 7:00 because others are.   Right?

17        A.    No.   No, because remember I was a foreman,

18   not an electrician.   What he said was that if an

19   electrician -- what Alcides said was if an

20   electrician didn't come until 7:00 in the morning,

21   that that was okay with him.

22        Q.    And how many electricians were there at

23   Palmer Lakes?

24        A.    (In English)   Totally all together about

25   50.

Page 71

1        Q.    And how many foremen were there?

2        A.    (In English)   Six or seven.

3              (In Spanish)   Six or seven foremen.

4        Q.    And so the 50 or so electricians could show

5   up at 7:00 and you are claiming that you had to show

6   up at 6:00.   Correct?

7        A.    Yes.

8        Q.    What would you do at 6:00 in the morning

9   without all of those the other electricians those?

10       A.    The electricians were supposed to come in

11  at 6:30, but they weren't going to be required to do

12  so.

13       Q.    My question is what would you do at 6:00 in

14  the morning with only a couple of people there at the

15  jobsite?

16       A.    I had to organize the work that was going

17  to be done that day.   Say look, these are all the

18  jobs we want to get done today, these are the number

19  of people I need for each one of these jobs, and

20  these are the materials that we're going to need

21  today and we're going to need these Hypower

22  instruments or tools.

23       Q.    So you would get to the jobsite and you

24  would decide what needed to be done that day.   Is

25  that what you're telling me?

Page 72

1        A.   Yes.

2        Q.   So there was no physical labor for you to

3   do at 6:00 a.m.  Right?

4        A.   Well, for me there was not any kind of

5   physical labor at any time because I was the foreman.

6        Q.   On the way into work you couldn't have

7   thought of what you needed to do that day?

8             I guess I'm just not following the logic.

9        A.   No, I'm thinking about driving.

10        Q.   Let's talk about how you kept your time

11   each day.  You were required to keep your time.

12   Right?

13        A.   Correct.

14        Q.   How did you record your time?

15        A.   I made a note of it on the Hypower tablet.

16   It's called Timesheet Application.  The only kind of

17   schedule I was allowed to write down was from 7:00 to

18   3:30.

19        Q.   You are saying in that application you

20   could only record a start time of 7:00 a.m.  Is that

21   your testimony?

22        A.   That's correct.  That's correct, and the

23   question I was always asking Alcides and Raul

24   Gonzalez is why if electricians have to be starting

25   at 6:30 and 7:30, why do we have to say we start at

Page 73

1   7:00?  Why?

2        Q.    And it's your testimony that you never

3   recorded a start time starting before 7:00 a.m. while

4   you were working at Hypower.   Correct?

5        A.    Correct.   They did not allow me to.

6        Q.    When you say that they did not allow you

7   to, I just want to make sure I understand.   You were

8   told you couldn't or you were physically not able to

9   enter a time before 7:00 a.m. in the application?

10       A.    No, the two superintendents with whom I

11  worked told me that I could not put down a start time

12  other than 7:00 in the morning on the application.

13       Q.    So you never did.   Right?

14       A.    At the port, yes.

15       Q.    You never did at the port is what you're

16  saying?

17       A.    Yes, when I started working at the port I

18  started writing down the actual work schedule that I

19  was working and then Raul Gonzalez would change it.

20       Q.    Again, just so I'm clear, you were able to

21  record time before 7:00 a.m. if you wanted to.

22  Correct?

23       A.    No.   No, no, my start time for going in to

24  work was 6:00 in the morning, not 7:00.   And the

25  electricians were starting at 6:30 in the morning,

Page 74

1    not 7:00 in the morning.
2         Q.    At any point in time during your employment
3    at Hypower did you enter a start time in the
4    application before 7:00 a.m.?
5         A.    Yes.
6         Q.    When?
7         A.    The first day that I worked at the port.
8         Q.    Just that first day?
9         A.    Because Raul Gonzalez told me -- called me
10   and said I had to put down 7:00 in the morning.
11        Q.    I think we are misunderstanding.   What I am
12   asking you, did you ever enter 6:00 a.m. as a start
13   time on any of your timesheets while you were
14   employed with Hypower?
15        A.    Yes.
16        Q.    So you didn't have to put 7:00?
17        A.    I was required to put down 7:00 in the
18   morning.
19        Q.    But you could, you were able to, you were
20   physically able to write 6:00 or 6:30 or, for
21   instance, 9:00 a.m. if you got there late as a start
22   time.   Correct?
23        A.    Yes.
24        Q.    Were you responsible for recording anyone
25   else's time but your own?

Page 75

1          A.   For all the electricians that worked with
2   me, they had to write down the time that they had
3   come in, that is to say 6:30, and sign next to that.
4   But Raul Gonzalez never allowed them to put down 6:30
5   on any project.
6              I mean the electricians were required to
7   start working actually at 6:30 at the very latest,
8   but on the timesheet they had to put down 7:00 a.m.
9   and sign next to that.   And the timesheet application
10  has this ability to make the actual time that you
11  signed the form.
12       Q.   You said you had a tablet.   Was it an iPad?
13       A.   It was a tablet.   Yes, an iPad, yes.   Not a
14  laptop.   It was iPad, yes.
15       Q.   And you had one and the other foreman had
16  one.   Correct?
17       A.   Yes.
18       Q.   The electricians did not get eye pads.
19  Right?
20       A.   No.
21       Q.   So how would the electricians give you
22  their time each day?
23       A.   I don't understand your question.
24       Q.   Did they write their time down on a piece
25  of paper and give you those pieces of paper?

Page 76

1          A.    No.   No, no, only on the tablet.
2          Q.    So when they got to the jobsite they came
3    to you and checked in?
4          A.    At 6:30 in the morning we would have
5    already gotten together because there was a meeting
6    point that we had at the jobsite and we had all of
7    the electricians that had to come in.   Some of them
8    came in as early at 6:00 in the morning, as many of
9    us foremen did, and there were a lot of electricians
10   and they would sign in on their foreman's tablet as
11   they came in.
12         Q.    How many electricians reported to you their
13   time?
14         A.    It depends.   Sometimes we would have eight,
15   other times five.
16         Q.    Okay.  But you were responsible for
17   reporting your time as well as the electricians
18   assigned to you at that site.  Correct?
19         A.    I would only write down my own hours.   Each
20   electrician had to write down their time and their
21   signature on the app.
22         Q.    So you would give them your iPad to enter
23   their time and sign.   Correct?
24         A.    That's correct.   I put in the code and give
25   them the iPad for them to put in the time and sign.

Page 77

1          Q.    And that happened every morning?

2          A.    Every morning -- every day in the morning

3    and in the evening.

4          Q.    You met in the evening and you circulated

5    the tablet?

6          A.    At the same point that we met in the

7    morning, which is in front of the trailer used by

8    Raul Gonzalez.

9          Q.    And they entered their time and signed.

10   Right?

11         A.    That's correct.

12         Q.    And you entered your time for the day and

13   you also signed.   Correct?

14         A.    Correct.

15         Q.    And let's say you showed up on Tuesday

16   after working a nine-hour shift on Monday, would you

17   be able to edit your time on Tuesday for the time

18   that was recorded on Monday?

19         A.    No.

20         Q.    So once it's entered for the day, that was

21   it?

22         A.    Yes.

23         Q.    What happens if you made a mistake?

24         A.    The only person that could correct that was

25   the superintendent.   That was the job that only the

Page 78

1    superintendent could do.   He could go in and change

2    someone's schedule or remove a worker from a jobsite.

3    He was the only one with the authority to be able to

4    do that.

5         Q.    But it's up to the individual employees

6    like yourself to go to the superintendent and say

7    hey, there's an error here.   Correct?

8         A.    Yes.

9         Q.    Let's go to 35 of 48 of the handbook.

10   Under "Time Reporting," the second paragraph, do you

11   see that?

12        A.    Yes.

13        Q.    That second paragraph, the last sentence,

14   do you see that, "In the event"?

15        A.    Yes.

16        Q.    It says that in the event that there is a

17   discrepancy in your time records, you must bring it

18   to your supervisor's attention immediately.   You see

19   that.   Right?

20        A.    Yes.

21        Q.    Let's go to Page 37 of 48, please.   I am

22   looking specifically at the Paid Time Off Policy

23   under Section G.

24             The third paragraph from the bottom says,

25   "If the employee leaves the company for any reason

Page 79

1    other than termination for cause or resignation, they

2    will be paid any unused PTO, or paid time off, not to

3    exceed the maximum annual accrual."

4            Do you see that?

5        A.   Yes, I see that.

6        Q.   You read and understood that to be the

7    policy.  Correct?

8        A.   Yes.

9        Q.   And you understand that -- or you

10   understood -- that if an employee was terminated for

11   cause they would not be entitled to their paid time

12   off.  Right?

13       A.   Yes, but in my case there was no reason to

14   fire me.

15       Q.   Sure, I understand that's your claim.

16       A.   The thing is, the day before I was fired I

17   spoke with the project manager for the port, Ivan

18   Lopez.  He told me "you're the best foreman we have

19   on this project, I don't want you to leave this

20   project.  Please don't send the e-mail you told me

21   about to the company."

22       Q.   Who told you that?

23       A.   Ivan Lopez, the project manager.

24            MS. STRASSER:  I'm going to show you what

25   we will mark as Exhibit 6 to this deposition.

Page 80

1            (Thereupon, the document referred to was

2    marked for identification as Defendant's Exhibit

3    No. 6.)

4            MS. STRASSER:  We can go off the record.

5            THE VIDEOGRAPHER:  We are going off the

6    record.  The time is 12:51 p.m.

7            (Thereupon, at 12:51 p.m. a recess was

8    taken.)

9            THE VIDEOGRAPHER:  We are back on the video

10   record.  This is Media three.  The time is 1:00 p.m.

11       Q.    (By Ms. Strasser)  During your employment

12   with Hypower did you ever receive overtime?

13       A.    Yes.

14       Q.    And I think we talked about this earlier,

15   but that was typically dependant on the project.

16   Correct?

17       A.    Yes.

18       Q.    Were you able to receive overtime at Palmer

19   Lakes?

20       A.    All of the hours that I did after 3:30 in

21   the afternoon and Saturdays, they were paid to me as

22   overtime.

23       Q.    Did you ever receive overtime for any time

24   worked before 7:00 a.m.?

25       A.    No, never.

Page 81

```
 1        Q.   I showed you before the break a document we
 2   marked as Exhibit 6.  It is titled Hypower Employee
 3   Earning History Summary Report.  It's Bates stamped
 4   Hypower 337 through Hypower 339.
 5             Do you see this document?
 6        A.   (In English)  Yes.
 7        Q.   And your first check according to this was
 8   on August 13, 2022.  Correct?
 9        A.   Directly from Hypower, yes.
10        Q.   And prior to that you were receiving checks
11   from QLM, the staffing company.  Is that right?
12        A.   Yes.  Hypower sent me to work through the
13   staffing company.
14        Q.   Okay.  And so I want to look at on
15   September 10, 2022, it looks like you
16   received -- September 10, 2022 -- how many hours were
17   you paid for that week?
18        A.   (In English)  68.  58.
19        Q.   I see 42 next to September 10, 2022.
20        A.   (In English)  Sorry, sorry, September 10th.
21             (In Spanish) 42 hours, yes.
22        Q.   How about for the week of September 17th?
23        A.   45.
24        Q.   And the next week, how many hours were you
25   paid for?
```

Page 82

```
 1          A.    44.
 2          Q.    How about the following week?
 3          A.    44.
 4          Q.    How about on October 29, 2022, how many
 5    hours were you paid for?
 6                October 29th.
 7          A.    48.
 8          Q.    Okay.  And then on November 26th you were
 9    paid for 46 hours.  Right?
10          A.    Correct.
11          Q.    On December 3rd you were paid for 54 hours.
12    Right?
13          A.    Correct.
14          Q.    December 10th, 58 hours.  Correct?
15          A.    Yes.
16          Q.    December 17th, 58 hours again.  Right?
17          A.    Yes.
18          Q.    December 24th, 46 hours.  Right?
19          A.    Yes.
20          Q.    And then January 14, 2023, 43 hours.
21    Right?
22          A.    Yes.
23          Q.    On the next page, on April 22, 2023 you
24    were paid for 48 hours.  Right?
25          A.    Yes.
```

Page 83

1      Q.   And then on May 6, 2023, you were paid for
2  41 and-a-half hours.   Right?
3      A.   Yes.
4      Q.   So you are not disputing that you were paid
5  overtime for time that you logged.   Right?
6           MR. LAROU:  Form.
7      A.   Correct.
8      Q.   (By Ms. Strasser)  You are not disputing
9  that you were paid ---
10     A.   For the time that they allowed me to put
11 into the system.  I was only allowed to enter
12 overtime for after 3:30 in the afternoon and on
13 Saturdays.
14          The superintendents of Hypower told us that
15 the preparation work, the meetings, the time to get
16 the Hypower tools and to organize the materials
17 needed for the day, that that was not within the work
18 schedule.
19     Q.   And, again, that was planning in your head
20 and not any kind of physical work at the jobsite once
21 you got there.   Correct?
22     A.   No, no, that was work the electricians had
23 to do every day starting at 6:30.
24     Q.   You weren't an electrician.   Correct?
25     A.   No.   I was a foreman.

Page 84

1      Q.   I'm only talking about what you did prior
2  to 7:00 a.m. and what you told me earlier was
3  planning for what was going to be done and who you
4  would need to do certain things that day.   Correct?
5      A.   I also had to separate the materials that
6  my employees -- that is to say my electricians --
7  what they were going to need that day.
8      Q.   What materials?
9      A.   The materials that they usually use; pipes,
10 couplings, screws, straps, boxes, cables.   It's all
11 types of electrical materials.
12     Q.   And that took you an hour to do?
13     A.   No, 30 minutes is enough.
14          MS. STRASSER:  I'm going to show you what
15 we will mark as Composite Exhibit 7.
16          (Thereupon, the document referred to was
17 marked for identification as Defendant's Composite
18 Exhibit No. 7.)
19          MS. STRASSER:  Can I have that back?  I
20 want to number the pages.  It might be easier to go
21 through it.  The Bates stamps are all out of whack,
22 so I want to make sure we are all looking at the same
23 document here.
24     Q.   (By Ms. Strasser)  I have shown you what is
25 marked as Composite 7 to this deposition and I have

Page 85

1   put my own numbers at the bottom of each corner.  It
2   is double-sided so it's not accurate, but for
3   purposes of knowing where we're at and getting on the
4   same page I think that will help.
5           On the first page there, which is marked
6   one with my writing, what is this document?
7       A.   This is the timesheet application that is
8   signed on the tablet at Hypower every day.
9       Q.   So the first column is your name, right,
10  Gustavo Hernandez?
11      A.   Correct.
12      Q.   And then it says "phase code."  Right?
13      A.    It says "phase code."  That means I have to
14  put in the code saying that I'm the foreman.
15      Q.   And then further down it says "start time."
16  Right?
17      A.   "Start time," correct.
18      Q.   And that's the time you start the day.
19  Right?
20      A.   Correct.
21      Q.   And that was entered by you.  Right?
22      A.   Yes.
23      Q.   And is that your signature next to that
24  start time?
25      A.   Yes, that's mine too.

Page 86

1        Q.    And then it says "finish time," right,
2   3:30 p.m. on this "finish time"?
3        A.    Yes.
4        Q.    And then is that your signature to the
5   right of that?
6        A.    Yes.   I wasn't allowed to put down -- I was
7   not authorized to put down any schedule that wasn't
8   that one, from 7:00 to 3:30.
9        Q.    Let's look at Page 34, the back side of
10  that page.   It's 34 in my handwriting and it's on the
11  back.
12            MS. STRASSER:   It's Bates stamped 68,
13  Brooks.
14            MR. LAROU:   I think he has got it.
15        Q.    (By Ms. Strasser)   It is Bates stamped
16  Hypower 68.   Do you see that in the red?
17        A.    Yes.
18        Q.    On this date you entered a start time of
19  7:00 a.m.   Right?
20        A.    No.   I put down 7:00, but I started working
21  at 6:00.
22        Q.    You entered 7:00.   Right?
23        A.    Always.   We were not authorized to put down
24  any other schedule other than that one.
25        Q.    And you put a finish time of 4:30.

Page 87

1    Correct?

2        A.    That day we worked another hour after 3:30

3    and you're allowed to put down times worked after

4    3:30.

5        Q.    So what you said earlier, that you were

6    never allowed to enter anything other than 7:00 to

7    3:30 is actually not true.   You were allowed to enter

8    other times.   Correct?

9        A.    No.   I was only allowed to mark down the

10   overtime hours worked if it was after 3:30 in the

11   afternoon.

12       Q.    I understand that's your argument.

13             Let's look at Page 35 in the handbook,

14   Page 35 in my handwriting, 35.   Are you there?

15       A.    Yes.

16       Q.    Here you marked a start time of 7:00.

17   Right?

18       A.    Yes.

19       Q.    You signed next to it.   Right?

20       A.    Yes.

21       Q.    And then you have a finish time of 4:30

22   again.   Right?

23       A.    That's correct.   We finished working that

24   day at 4:30, which is why I was allowed to put down

25   one extra hour of overtime finishing at 4:30.

Page 88

1        Q.   And on the back side of that same document,
2   it's Bates stamped Hypower 70, you did the same for
3   that day.  Right?
4              7:00 a.m. to 4:30 p.m.  Correct?
5        A.   Yes.  Whenever we worked overtime after
6   3:30 in the afternoon or Saturday we were allowed to
7   make a note on the timesheet if the superintendent
8   allowed it.
9        Q.   That was on September 15, 2022.  Correct?
10       A.   Yes.  And if you compare the prior document
11  with what you have here you will find there are a lot
12  of overtime hours that show up on the payroll and
13  that are not noted here because they would tell us
14  only to write down to 3:30 in the afternoon.
15       Q.   And on Page 36 in my handwriting, the next
16  page, this is for work on September 16, 2022.
17  Correct?
18       A.   Yes.
19       Q.   That was a 7:00 a.m. start time and 4:30
20  end time.  Correct?
21       A.   Yes.  I signed in that it was 7:00.  I had
22  to say that I started at 7:00, although I started
23  working every day at 6:00 a.m.  And electricians
24  started at 6:30.
25             And ever since I filed this lawsuit with my

Page 89

1    attorneys, ever since because of what happened at the
2    work and Hypower found out about it Raul Gonzalez has
3    not required any of the electricians to be there at
4    6:30 in the morning since that date.
5           They do continue to hold the meetings at
6    6:45 a.m., but they haven't fired anyone else from
7    the project at the port for getting there after
8    6:30 in the morning.
9           MS. STRASSER:  I'm going to move to strike.
10   That is not responsive to my question and had
11   absolutely nothing to do with it.
12          I will show you what I will mark as
13   Composite 8 next.
14          (Thereupon, the document referred to was
15   marked for identification as Defendant's Composite
16   Exhibit No. 8.)
17     Q.  (By Ms. Strasser)  These are more
18   timesheets.  Is that correct, sir?
19          The first one is dated -- let's see.  It is
20   Hypower Job 400915, right, MSC terminal?
21     A.  Where are we looking here?
22     Q.  At the very top.  It says Hypower job
23   number.  These are timesheets for MSC.  Right?
24     A.  Yes.
25     Q.  On this date you log a start time of

Page 90

1   7:00 a.m.  Correct?

2        A.   Yes.

3        Q.   And a finish time of 9:00 p.m.  Correct?

4        A.   (In English)  No.  Wait, let me ---

5        Q.   Is that 9:00 a.m.?

6             THE STENOGRAPHER:  Can we stick to one

7   language a little more?  It is confusing with the

8   interpreter.

9        A.   No, I started at 7:00 a.m. and finished at

10  9:00 a.m. because I had to leave the project early

11  that day.

12       Q.   (By Ms. Strasser)  Okay, understood.

13            Let's look at Hypower 280, it's Bates

14  stamped.  It's on the back side of one of the sheets.

15       A.   280.

16       Q.   This states you logged a start time of

17  7:00.  Right?

18       A.   And I finished at Noon.

19       Q.   Let's go to Hypower 278.  It's on the back

20  of the following page.

21            We're at Hypower 278?

22       A.   Yes.

23       Q.   And we started at 7:00 a.m. and what was

24  your finish time on this day?

25       A.   At 9:00 in the morning.  I don't remember

Page 91

1   these days.  I don't even know if this is true.  It's
2   impossible.
3          Q.   Well, that's your signature.  Right?
4          A.   That's correct, but the superintendent in
5   the company can change any kind of schedule.  They
6   can change anything.  They can change anything except
7   for my signature, which they would have to imitate.
8   That's obvious.
9          Q.   Let's look at a couple pages back,
10  Hypower 268.  It's on the back side this time.
11              Let me know when you're there.
12              THE INTERPRETER:  We are here, Counselor.
13          Q.   (By Ms. Strasser)   What time did you start
14  on this day?
15          A.   (In English) 6:00 a.m.
16          Q.   And you stopped at what time?
17          A.   Here it says 3:30.
18          Q.   And that is your signature on both of those
19  entries?
20          A.   Yes.
21          Q.   Do you think somebody entered that
22  6:00 a.m. on your behalf?
23          A.   (In English)  One moment.  Let me see.
24              (In Spanish)  Let me check the date on
25  this.  What is the date here?  Where can I see the

Page 92

1   date here?

2        Q.   I don't know that there are dates on these.

3   You filled this out, I believe.

4             All I am asking, there is a 6:00 a.m. start

5   time.  Correct?

6        A.   What I can tell you is that the signature

7   is mine and I see that it says 6:00 in the morning.

8   It may have been to recover an hour of overtime -- an

9   extra hour I worked the day before.

10       Q.   How about the following page, Hypower 267?

11       A.   On 267 it says I had to leave here at

12   2:00 in the afternoon.

13       Q.   2:30.  Right?

14       A.   Correct.

15       Q.   Let's look at Hypower 185.

16       A.   Okay.

17       Q.   Are you there?

18       A.   Yes.

19       Q.   You started at 8:30 and you worked until

20   4:15 according to this document.  Correct?

21       A.   That's what the document says, but it's

22   impossible for me to remember after these many years

23   or this many months exactly what time I started or

24   ended that day.

25             And my signature is completely illegible as

Page 93

1    you can see here.  It's impossible.

2         Q.   Let's look a couple pages beyond that,

3    Hypower 176, please.  Are you there?

4         A.   Yes.

5         Q.   We have another 6:00 a.m. start time here.

6    Correct?

7         A.   That's what it says there, yes.

8         Q.   Are you able to see your signature next to

9    that time?

10        A.   The signature is illegible.

11        Q.   Does it look like your signature on the

12   other documents that you're able to see?

13        A.    It's similar to my signature, but it's

14   completely illegible.

15        Q.   So you think somebody else entered a

16   6:00 a.m. start time on your behalf?

17        A.   I'm sorry, I did not understand the

18   question.

19        Q.   Are you suggesting that somebody else

20   entered this time on your behalf?

21        A.   No, I'm not suggesting anything.  What I'm

22   saying is that I cannot specifically remember whether

23   that day we started working at 8:30 in the morning or

24   6:30 in the morning.  I cannot remember.

25        Q.   Well, you put 6:00 a.m.  Right?

Page 94

1          A.    I'm not sure about that, no.

2          Q.    Do you recall attending a safety meeting in

3     early January of 2024?

4          A.    What day exactly was that?

5          Q.    January 5, 2024.

6          A.    The 5th?  No, it would have been the 4th.

7          Q.    And what was the purpose of a safety

8     meeting?

9          A.    I had a meeting for all of the Hypower

10    employees there at the project and I informed them of

11    the lawsuit that I had filed against everybody

12    at -- the complaint, rather, not the lawsuit -- the

13    complaint I had lodged to Hypower and the e-mail that

14    I had sent to the owner, the vice-president, the

15    project manager, the general contractor for the

16    project, informing them of the complaint that I had

17    lodged against them because of the discriminatory

18    practices of Raul Gonzalez there at the worksite.

19          I said that I understood -- that I knew

20    that this was a crime to do here according to

21    American law and that someone would have to pay for

22    that.

23          Q.    My question is a little bit different,

24    though.  I asked you what was the purpose of a safety

25    meeting.

Page 95

1      A.   I was telling the workers that all of the

2  complaints that they had been making to me and the

3  other foremen had all been transmitted to Hypower

4  through an e-mail.

5      Q.   Setting aside that specific meeting, I want

6  to know what the purpose was of a safety meeting

7  during your employment at Hypower.

8      A.   Okay.  Well, a safety meeting is held once

9  a week and we describe possible accidents that might

10  have happened or that might happen in the future so

11  we can find ways to avoid them and they don't happen

12  again.  Meetings are held the rest of the week, but

13  they're not safety meetings.

14      Q.   And the purpose of a safety meeting is to

15  discuss safety items.  Correct?

16      A.   Correct.

17      Q.   Had you ever been to a safety meeting at

18  Hypower where other employees aired out their dirty

19  laundry?

20      A.   Yes.

21      Q.   When?

22      A.   Every week.

23      Q.   What kinds of complaints did you hear?

24      A.   Yes, we had complaints like why did I have

25  to go home or why are they getting on my case because

1    I signed in when I didn't get to the project until
2    6:40 in the morning, when I'm signing in saying I'm
3    starting at 7:00.
4           All of the employees got into the port to
5    work starting after 6:30 in the morning, they were
6    humiliated, they were all yelled at by Raul Gonzalez
7    and by Raidel Herrera and Raidel Herrera is the
8    assistant superintendent.
9           They were all insulted and if they did it
10   more than once they would be either sent home or on
11   many occasions they would be taken off the job or
12   fired from the job, they would be sent to a different
13   Hypower project.
14        Q.   On January 4th or 5th -- whatever day it
15   was, I think you said the 4th -- you said earlier --
16   I think, correct me if I'm wrong -- that you called
17   that safety meeting?
18        A.   No.
19        Q.   Who called the meeting?
20        A.   It was a meeting, not a safety meeting.
21        Q.   Who called the meeting?
22        A.   I told the workers every day in the morning
23   we have to meet at the same place so you can sign
24   your start time and in the afternoon to sign that
25   you're leaving.   At that same place where we would

Page 97

1    meet is where we would have the meeting every day.

2          Q.    So that was on the specific jobsite at the

3    same place where you all submitted your time.

4    Correct?

5          A.    Correct.

6          Q.    You said there was anywhere between 50 to

7    60 people there at a time.  Correct?

8          A.    At the particular time of that particular

9    meeting I couldn't tell you the exact number, but I

10   would say there were at least 20 people there at that

11   time.  I only spoke to the people that were there

12   present.  I did not speak to the other people there

13   working around on the project.

14         Q.    And you said, I think, earlier that you

15   voiced your issues you had with Raul.  Correct?

16         A.    I talked about the discriminatory practices

17   that Raul did as well as his way of insulting all the

18   Cuban employees there as well as the e-mail that I

19   had sent to the powers that be at Hypower.

20         Q.    And Raul was not there.  Correct?

21         A.    No.

22         Q.    Do you know where he was?

23         A.    No.  I understand that he was on vacation.

24         Q.    And did you know going into that meeting

25   that he would be on vacation?

Page 98

1        A.    I knew he was not at the project.
2        Q.    At some point you were escorted off that
3    project site.   Correct?
4        A.    That same day.
5        Q.    And you were told that you were being ---
6        A.    Does it say I spoke with the Hypower
7    employees at 6:30 in the morning and I was fired that
8    same day at 9:00 a.m?
9        Q.    And you were told you were being terminated
10   for your inappropriate behavior.   Correct?
11       A.    No.
12       Q.    What were you told?
13       A.    No, they told me was being fired because of
14   the e-mail I had sent the day before to Hypower and
15   if I could not continue to work with Raul, which is
16   where I was needed, that they didn't have another job
17   to send me to.
18       Q.    Who told you that?
19       A.    Ivan Lopez, the project manager.   He said,
20   "Please give me your tablet and your phone, I'm going
21   to provide you to someone who can take you to the
22   downtown parking right now."
23       Q.    And the tablet and phone he requested was
24   Hypower's.   Correct?
25       A.    Correct.   I asked him whether or not Adam

Page 99

```
 1   Johnson was aware that I was being fired and he said
 2   he was.
 3            MS. STRASSER:  I am going to show you what
 4   we will mark as Exhibit 8 to this deposition --
 5   excuse me, Exhibit 9.
 6            (Thereupon, the document referred to was
 7   marked for identification as Defendant's Exhibit
 8   No. 9.)
 9            MS. STRASSER:  For the record, this is a
10   13-page document titled Plaintiff's Response to
11   Defendant's First Set of Interrogatories.
12       Q.   (By Ms. Strasser)  If you take a look at
13   the second-to-last page, is that your signature?
14       A.   Which?
15       Q.   Is that your signature on the top of the
16   page on the right side?
17       A.   Yes.  Well, it's an electronic signature.
18       Q.   Okay.  After you look at this document, let
19   me know if you have seen it before.
20       A.   Yes, I have seen this.
21       Q.   Did you answer these questions?
22       A.   Yes.
23       Q.   In response to No. 2 you listed some
24   employers that you applied with since your separation
25   from Hypower.  Do you see that?
```

Page 100

1      A.   Yes.

2      Q.   And I know we talked about some of these,

3  so I'm not going to go over those again, but I want

4  to talk about a couple that we did not discuss.

5           The third one listed is Miami-Dade County.

6  What job did you apply for with them?

7      A.   They're all electricians.  They put all the

8  positions up on the Internet.  You can apply online,

9  but they never called me.

10     Q.   Let's go through each of these.  Miami-Dade

11 County, you never received a call from them?

12     A.   No.

13     Q.   How about Miami-Dade Public School Board?

14     A.   Never.  It's very difficult to start

15 working with them when you just come in off the

16 street if they don't know you.

17     Q.   And you're talking about the public school

18 board.  Correct?

19     A.   And Miami-Dade County.

20     Q.   On the next page you have Jackson Health

21 System listed here.  You applied with them and did

22 not get a call.  Is that correct?

23     A.   That is correct.  I applied for the

24 position of maintenance electrician.

25     Q.   Did you ever follow up?

Page 101

1          A.    They let you know by Internet whether or

2    not you've been chosen for an interview for a job

3    position.

4          Q.    Did you hear back from Jackson Health

5    System?

6          A.    No, they did not call me.

7          Q.    Then you have listed here various job

8    listings through the International Brotherhood of

9    Electrical Workers.  Right?

10         A.    That's the electrical union.

11         Q.    Did you receive any offers from them?

12         A.    Well, when I was applying they didn't have

13   any foreman positions available and when they did

14   call me back I had already started working at the

15   CAP Government position.

16         Q.    What job did they offer you when they

17   called you back?

18         A.    I didn't ask.  They called me several

19   months later.  I told them I had already started

20   working with a temporary inspector's license and that

21   I was not going to give up that job.

22         Q.    If you look at the next interrogatory,

23   No. 3, you have Adam Johnson listed as the first

24   person who might have information about this lawsuit.

25   Is that accurate?

Page 102

1      A.   Yes.

2      Q.   And then you write, "I believe that

3   Mr. Johnson has knowledge of my employment with

4   Hypower, the general business of Hypower, his/

5   Hypower's discriminatory treatment toward me and

6   other Hypower employees."

7           There is no question.  Hang on.

8           When you say his discriminatory treatment

9   toward you, who are you talking about?

10     A.   I'm referring to Mr. Raul Gonzalez.

11     Q.   So you're not saying that Adam Johnson

12  treated you unfairly.  Correct?

13     A.   Unfairly, yes, but not discriminatory.

14     Q.   How did he treat you unfairly?

15     A.   I spoke with him telling him that I was

16  being discriminated against because of my

17  nationality, and that is to say I and my electricians

18  were, and he did nothing to resolve that problem,

19  which is why it was an unfair or unjust treatment.

20  But Mr. Adam Johnson never treated me with

21  disrespect.

22     Q.   You also have on Page 3 Robert Weisberg

23  listed.  You say you spoke with Mr. Weisberg,

24  W-e-i-s-b-e-r-g, on the phone about Hypower's

25  violations that were occurring during your

Page 103

1    employment.

2        A.    Correct.

3        Q.    When did you talk to Mr. Weisberg?

4        A.    Well, when Mr. Adam Johnson said he didn't

5    have any other projects to send me to I called

6    Mr. Robert Weisberg to see if there was a possibility

7    of letting me go to work on his project.  If I'm not

8    mistaken, he said he was working in Pompano and at

9    that point in time he did not have space for another

10   foreman.

11       Q.    Are you saying you would have taken a lower

12   paying job to leave MSC?

13       A.    Yes.  In fact, in the message I sent to

14   Adam Johnson, on the phone message I told him it

15   didn't matter if I was switched to a regular job,

16   that money wasn't everything.

17       Q.    You told that to Adam?

18       A.    Yes.

19       Q.    On Page 4 you list Carlos Calcines,

20   C-a-l-c-i-n-e-s, and it states that this individual

21   requested not to be scheduled to work on the same

22   project as Raul Gonzalez because of Gonzalez's

23   mistreatment towards Cuban workers.  Right?

24       A.    That's correct, yes.

25       Q.    And how do you know that?

Page 104

1        A.    Because I worked with him.

2        Q.    So Carlos told you that?

3        A.    Yes.

4        Q.    When is the last time you spoke with

5   Carlos?

6        A.    When I was at the port project.

7        Q.    Of all of these people you have listed here

8   in response to Request No. 3, have you talked to any

9   of them recently?

10        A.    (In English)  Let me see the names.

11        Q.    Sure, take your time.

12              THE INTERPRETER:  Please in Spanish, sir.

13              THE STENOGRAPHER:  I'm not getting this

14   when it is stated in English.

15              THE INTERPRETER:  And I can't get them

16   either.  You're going to have to wait for a minute.

17        A.    (Unintelligible)

18        Q.    (By Ms. Strasser)  Why don't you just go

19   through it silently and tell me if there is anyone

20   you have spoken to.

21        A.    Some of them are personal friends of mine.

22        Q.    Which ones?  Let's start there.

23        A.    Henry Santamaria.

24              MS. STRASSER:  What page is that?  He's on

25   Page 4?

Page 105

1       A.    Page 4.

2       Q.    (By Ms. Strasser)   Okay.   When is the last

3    time you talked to Henry?

4       A.    Yesterday.

5       Q.    Did you tell him about this lawsuit?

6       A.    No.

7       Q.    What did you talk about yesterday?

8       A.    Yesterday, no.

9       Q.    But you have told him about this lawsuit at

10   some point?

11      A.    Yes, he knows that I am suing Hypower.

12      Q.    When did you tell him that?

13      A.    When I filed the lawsuit with my attorneys.

14      Q.    How often do you talk to him?

15      A.    Every month.

16      Q.    Is he still working at Hypower?

17      A.    No.

18      Q.    Where does he work?

19      A.    At CAP Government.

20      Q.    He works at your current employer?

21      A.    That's correct.

22      Q.    Did he start before or after you?

23      A.    After I did.

24      Q.    Did you recruit him?

25      A.    Did I recruit him?   No, but I did let him

Page 106

1    that they were looking to hire people.

2         Q.   Who else do you know or who else are you

3    personal friends with on this list?

4         A.   Erik Lino on Page 5.

5         Q.   When is the last time you spoke with

6    Mr. Lino?

7         A.   Maybe a couple of months ago.

8         Q.   Did you tell him you filed a lawsuit

9    against Hypower?

10        A.   (In English)  I don't remember.

11             (In Spanish)  Well, not in the last

12   conversation, no, and I don't remember if I have

13   discussed that with him at some point in time or not.

14        Q.   Did you ask him if you could list him as a

15   witness to your case?

16        A.   No.

17        Q.   Who else are you personal friends with?

18        A.   For example, Jorge Santos.

19        Q.   When is the last time you talked to

20   Mr. Santos?

21        A.   Maybe three, four months ago.

22        Q.   Did you tell him about your lawsuit?

23        A.   No.

24        Q.   Did you ask him if you could list him as a

25   witness in your case?

Page 107

```
 1        A.    No.
 2        Q.    Where does he work now?
 3        A.    I don't know.  I think the last time I knew
 4   he was still working at Hypower.
 5        Q.    Who else are you personal friends with?
 6        A.    For example, this fellow, Francisco Santos.
 7        Q.    When is the last time you spoke with him?
 8        A.    Maybe three months.
 9        Q.    Did you tell him you filed a lawsuit
10   against Hypower?
11        A.    No.
12        Q.    Did you ask him if you could list him as a
13   witness in your case?
14        A.    No.
15        Q.    Did he work with you at Palmer Lakes?
16        A.    Yes.
17        Q.    Did he work with you at MSC?
18        A.    Yes.
19        Q.    Is he still employed with Hypower?
20        A.    No.
21        Q.    Where does he work now?
22        A.    I don't know.
23        Q.    Who else are you personal friends with on
24   this list?  There is only a couple more.
25        A.    On this list no one else, although I do
```

Page 108

```
1    have a lot of personal friends of mine who do
2    continue to work at Hypower at the port project.
3              For example, they're the ones that tell me
4    that ever since I filed the lawsuit they no longer
5    have to be there at 6:30 in the morning.
6         Q.   Who are those people?
7         A.   Do I have to give those names?
8         Q.   Yes, unless your counsel tells you not to.
9              MR. LAROU:  No objection here.
10        A.   For example, Esmildo Cruz.
11             The thing is if Hypower finds out that I
12   speak to these people they're all going to be fired
13   because in the weekly meetings Raul Gonzalez asks if
14   anybody is speaking on the phone with Gustavo.
15        Q.   Who else?
16        A.   Alfredo Lago, Luis Perez, Juan Diaz.
17        Q.   Juan Diaz?
18        A.   Yes.  At the port project no one else.
19             THE WITNESS:  And I need the female
20   attorney to be very serious about this because these
21   people can lose their jobs if Hypower finds out that
22   they are friends of mine.
23        Q.   (By Ms. Strasser)  Understood.  Who else
24   knows?  Who else has said that to you, that the
25   company ---
```

Page 109

```
 1              I know you said these specific individuals
 2     work at the MSC project, but are there others?
 3          A.    Yes, but they no longer work at Hypower.
 4          Q.    What are their names?
 5          A.    Jose Luis, Francisco Santos, but he's not
 6     at Hypower.  Alexis Sosa.
 7          Q.    Let me stop you there.  When is the last
 8     time you spoke with Mr. Sosa?
 9          A.    Several months ago.
10          Q.    Did you tell him about the lawsuit?
11          A.    Yes, he knows about it.
12          Q.    What did you tell him?
13          A.    That my attorneys -- that we had sued
14     Hypower for the time that they had not paid me and
15     because of the discriminatory behavior they had
16     showed me and the way they fired me.
17          Q.    Who else?  You said Jose, Francisco,
18     Alexis.
19          A.    Just them.
20          Q.    I want to go back to the Complaint we
21     marked as Exhibit 1, please.
22              In addition to claiming that you worked
23     hours that you weren't paid for, you're also claiming
24     a breach of contract.  Correct?
25          A.    Well, I signed a 40-hour contract plus
```

Page 110

```
 1   overtime.
 2         Q.   Is that document marked as an exhibit?
 3         A.   The document -- the contract with Hypower?
 4         Q.   Yes.  Did we look at that today?
 5         A.   The contract, no.
 6         Q.   Where is that contract that you are
 7   referring to?
 8         A.   At Hypower.  They send it to you and you
 9   sign online.
10         Q.   Is that what we marked as Exhibit 3?  Is
11   that what you're talking about?
12         A.   Yes, but this is not the contract.
13         Q.   And you're claiming you don't have that
14   contract?
15              MR. LAROU:  Form.
16         A.   I received this e-mail, but I don't
17   remember whether there was another e-mail in addition
18   to this one.  If this is the only one, then this is
19   the contract.
20         Q.   (By Ms. Strasser)  So this is the basis of
21   your breach of contract claim.  Is that correct?
22              MR. LAROU:  Form.
23         A.   If this is the only contract, then yes, it
24   would be based on this.
25         Q.   (By Ms. Strasser)  On Page 7 of the
```

Page 111

1    Complaint in Paragraph 34 under the breach of
2    contract claim you write that Plaintiff accrued
3    80 hours of unused paid time off, but that you
4    weren't paid for it.  Right?
5         A.   Of vacation time, yes.  That's correct,
6    yes.
7         Q.   So I guess what I'm trying to understand,
8    is your breach of contract claim based on your unpaid
9    wages that we've talked about for the last four hours
10   or so or is it based on your PTO?
11             THE INTERPRETER:  Overtime or PTO, is that
12   the question?
13             MS. STRASSER:  Yes.
14        A.   In both.
15        Q.   (By Ms. Strasser)  So with respect to the
16   PTO, what contract says that you're going to receive
17   that upon termination?
18        A.   I understand that I have the right to enjoy
19   80 hours of vacation time during the year.  Now, I
20   understand, and you can correct me if I'm wrong, but
21   I understand that according to law when somebody
22   leaves or is fired from a company, if they have some
23   vacation time accumulated, then that time should be
24   paid to the person.
25        Q.   And you think that's regardless of the

Page 112

1    reason of termination.  Correct?

2         A.   They never gave me a reason for which I was

3    fired.

4         Q.   Have you retained an expert to testify on

5    your behalf in this case?

6         A.   No.

7         Q.   What are you claiming your damages are in

8    this case?

9         A.   Are you asking me about how much money?

10        Q.   Yes.

11        A.   Well, I did the calculation together with

12   my attorneys, but I don't have that amount here

13   available to me just now.

14        Q.   Can you look back at what we marked as

15   Exhibit 9.  It's the Interrogatories.

16             On Page 9, is that what you're claiming in

17   damages listed under the answer about halfway down

18   the page?

19        A.   Yes.

20        Q.   $52,296.80.  Right?

21        A.   Yes.

22        Q.   And I know you said in the beginning that

23   you also have an discrimination Complaint.  Correct?

24        A.   Correct.

25        Q.   And I know we've talked about your

Page 113

1    allegation that Raul treated you differently because
2    you're Cuban.  Right?
3         A.   He did so to all of the Cuban workers on
4    the project.
5         Q.   Are you alleging that anyone else on behalf
6    of Hypower discriminated against you outside of Raul?
7              MR. LAROU:  Form.
8         A.   No.
9         Q.   (By Ms. Strasser)  Did Raul ever say
10   anything to you specifically or was it more of him
11   addressing Cubans in general?
12        A.   To Cubans in general.  I mean he was very
13   respectful to my electricians, who were excellent
14   workers, and when my electricians would come and
15   complain to me I went to talk to him saying, look,
16   treating them that way was showing them a lack of
17   respect, disrespecting them.
18             And on those occasions whenever I spoke to
19   him -- and there were many occasions -- he would be
20   very respectful to me, but then he would yell at me
21   and he would offend me too.
22        Q.   And you said earlier Ivan was the one who
23   escorted you out in early January and terminated your
24   employment.  Correct?
25        A.   That's correct, he was the project manager.

Page 114

1          Q.   And you said Adam also knew about your

2     termination.   Correct?

3          A.   I asked Ivan that and he said yes.

4          Q.   And Raul was not there that day, right,

5     when you were terminated?

6          A.   No, he was not.

7          Q.   And as far as you know, he had no

8     involvement in terminating you.   Correct?

9          A.   Ivan Lopez told me that the day before in

10    the afternoon he had a meeting with Raul Gonzalez,

11    Adam Johnson and Mario Luaces and it had been decided

12    to fire me.   That was the same day that I sent the

13    e-mail.

14         Q.   Do you know if that meeting was in person

15    or how did they talk?

16         A.   I don't know.

17         Q.   The following day Raul was out of town,

18    right, he was on vacation?

19         A.   Correct.   That is to say when I came back

20    from my vacation -- I took vacation at the end of

21    December -- when I came back from my vacation he had

22    taken vacation at the beginning of January.

23         Q.   And how long were you gone at the end of

24    December?

25         A.   Like around ten days or something like

Page 115

1    that.

2             MS. STRASSER:  I don't have any other

3    questions.  I appreciate your time.

4             MR. LAROU:  I have just a couple follow-ups

5    for me and I promise I'll make it quick because I

6    know everyone wants to enjoy their New Year's Eve.

7                      CROSS-EXAMINATION

8    BY MR. LAROU:

9        Q.    Mr. Hernandez, earlier you stated that your

10   superintendent Alcides Fleitas and Raul Gonzalez told

11   you that you were required to arrive at the jobsite

12   at 6:00 a.m.  Is that correct?

13       A.    Correct.

14       Q.    Did Alcides tell you that more than once?

15       A.    Yes.

16       Q.    How often?

17       A.    Every week.  Every week all the workers

18   were told that the electricians should be there at

19   6:30 in the morning and the foremen should be there a

20   half-hour before that.

21       Q.    Where would Alcides tell you and the other

22   electricians that?

23       A.    At the project.

24       Q.    Was that during meetings or while you were

25   working?

Page 116

1      A.   At the meetings.  He would say it there at
2  the meetings in front of all the electricians and the
3  foremen on the project.
4      Q.   And just to clarify, would that be the
5  safety meetings or the daily meetings you would hold?
6      A.   The safety meetings and those were held at
7  the Palmer Lakes lacks project at 6:30 in the morning
8  on Mondays.
9      Q.   And Alcides was your direct supervisor,
10  correct, at the Palmer Lakes project?
11     A.   Yes.
12     Q.   He was the one that was responsible for
13  reporting your work hours?
14     A.   Yes.  That's right.  At Hypower the
15  superintendent has to report the work hours to
16  payroll for each of the employees.
17     Q.   And so I'm going to ask you a series of
18  similar questions about Raul Gonzalez as well.
19          So did Raul tell you more than one time
20  that you were required to arrive at the jobsite at
21  6:00 a.m.?
22     A.   Yes, every week.
23     Q.   Every week would Raul convey that
24  information to you during the safety meetings as
25  well?

1        A.   At the safety meetings and other days of

2   the week also.   The big difference between the

3   project run by Raul Gonzalez and the one at Palmer

4   Lakes is that Alcides Fleitas never fired a worker

5   for coming in between 6:30 and 7:00, never.

6        Q.   Hold on one second.   Can you tell me a

7   little more about that, an example of an individual

8   being fired for arriving after 6:30?

9             MS. STRASSER:   Form.

10       A.   Yes.   Yes, at the port project for MSC, any

11  of the port workers that came in after 6:30 in the

12  morning, they were -- they would be called in, they

13  would be insulted in front of everybody else.   If it

14  happened a second time they would be sent elsewhere.

15       Q.   (By Mr. LaRou)   When you say "the workers,"

16  are you referring to Hypower's electricians?

17       A.   Electricians and -- I'm referring to the

18  electricians and if a foreman were to get in after

19  6:00 in the morning, then him too.

20       Q.   Who is it that would insult them publicly

21  like you were saying?

22       A.   Raul Gonzalez.

23       Q.   Where would you hold those safety meetings

24  during your time working at the Palmer Lakes project?

25       A.   Right at the beginning at the entrance

Page 118

1    there right next to Alcides Fleitas' office.

2         Q.    So was that inside or outside?

3         A.    Outside.  It was outside in the open air.

4         Q.    What about during your time working at the

5    MSC project, where would the safety meetings be held?

6         A.    In front of Raul Gonzalez's trailer, also

7    in the open air.

8         Q.    I know you testified earlier that you

9    complained to both Alcides as well as Raul about not

10   being paid for the time that you worked before

11   7:00 a.m.  Is there any other individual from Hypower

12   that you complained to about not being paid for all

13   of the hours you worked?

14        A.    Yes, to the project manager, Ivan Lopez.

15   He's the project manager for the port project.

16        Q.    And what was Ivan's response when you

17   complained about not being paid for all of your

18   hours?

19        A.    He told me to speak to Raul.

20        Q.    So, again, I know you stated earlier that

21   you did, in fact, complain to Raul for not being paid

22   for your work before 7:00 a.m.

23             My question for you, how did Raul respond

24   to that complaint?

25        A.    Hypower always said the same thing.  He

Page 119

1    always said the same thing saying this is a federal

2    project and you should be thanking Hypower that

3    you're getting paid at a higher rate.

4            He would say that anybody who comes in

5    tardy, is not here at 6:30 in the morning, I'm going

6    to send them home.  That is to say I will send any

7    electrician home who is not here by 6:30 because this

8    isn't the Palmer Lakes project and the difference was

9    the Palmer Lakes project was a regular one at which

10   the electrician would make approximately $25 an hour,

11   but the port project was a federal one in which an

12   electrician was making approximately $50 an hour.

13       Q.   Just a moment ago you stated that there was

14   an electrician who was fired for arriving to the MSC

15   jobsite after 6:30.  Who was that?  What is the name

16   of that person?

17       A.   Well, from my group there were three

18   electricians who were fired.  There were many others,

19   but there were three from my group that were fired

20   because they couldn't be there at 6:30.

21           One of them is named Kevin.  The other one

22   was named Hugo.  Those two were switched to a

23   different project.  And one of my very best workers

24   who was Alexis Sosa, he was fired from the project

25   because he got there every day at 6:40 in the

Page 120

1    morning.

2           When Raul Gonzalez told Alexis Sosa that he

3    couldn't continue to work there, that he didn't have

4    any more work for him there, he ended up calling the

5    supervisor for the company, Mario Luaces.  He did so

6    in front of me.  He told him if you can't be there at

7    6:30 in the morning I don't have any other jobs for

8    you, I don't have any work for you.

9           So the guy ended up out on the street.  He

10   told him Hypower did not have anymore work for him.

11   They fired him the same way they did me, without an

12   e-mail and without anything.

13      Q.   So I want to talk about some of the work

14   you were performing before 7:00 a.m. when you would

15   arrive to either the Palmer Lakes or MSC jobsite.

16           I know earlier you stated that you would

17   arrive to the jobsite, you would plan out the

18   materials and the tools that you needed for the day.

19   Were you responsible for retrieving those tools as

20   well?

21      A.   Yes.

22      Q.   Were you also responsible for distributing

23   those tools to other Hypower employees who were

24   working as electricians?

25      A.   No.  There was a person in charge of

Page 121

1    controlling the tools and I would tell him which

2    tools we would need each day.  That is a person by

3    the name of Sergio Velez.  It was the same person on

4    both projects.

5             For example, I would tell him look -- I

6    would tell him every day we're going to need all of

7    these tools and as my electricians came in I would

8    say look, this tool is for this electrician, and he

9    would write it down on a sheet, the code for the tool

10   and the name of the electrician who had it and then

11   every day at 3:30 in the afternoon the tools had to

12   be returned to the trailer.

13       Q.   Would you coordinate with Sergio around the

14   same time every day to speak about the necessary

15   tools for the day?

16       A.   Yes.  At 6:30, yes.

17       Q.   So is it safe to say from about 6:00 in the

18   morning until 6:30 you would plan out the materials,

19   all of the necessary tools for the day?

20       A.   That's correct.  It was more than anything

21   else a logistics exercise, which jobs were going to

22   be done that day, how many electricians were going to

23   work on each one of those jobs, if they were going to

24   need some sort of a scissor lift or maybe a ladder,

25   what kind of materials would be required and what

Page 122

1    kind of high-powered tools they would need.  That was
2    the job I did between 6:00 and 6:30 in the morning.
3         Q.   Okay.  And so then at about 6:30, just a
4    moment ago you stated you would go and talk to Sergio
5    and discuss the tools that were needed for the day?
6         A.   That's correct.
7         Q.   About how long did that take?
8         A.   It would take about ten minutes for the
9    electricians to get their tools.
10        Q.   And so if my math is correct, you would
11   finish up coordinating distribution of the tools by
12   about 6:40.  What would you do between 6:40 and 7:00?
13        A.   Well, the meetings would start at 6:45
14   every day.
15        Q.   Where were those tools kept at the Palmer
16   Lakes project?
17        A.   Well, the Palmer Lakes project was a
18   completely new building and right there in the yard
19   there was a little existing warehouse and inside the
20   warehouse Hypower gave them one of the rooms to store
21   the tools and the materials.  They call it a gang
22   box.  It's like a big box with wheels on it.
23             MR. LAROU:  Just to confirm, I believe the
24   spelling is g-a-n-g b-o-x.
25        Q.   (By Mr. LaRou)  Do you know where those

Page 123

1  tools were kept at the MSC project?

2       A.   They were stored within Raul Gonzalez's

3  trailer.

4       Q.   And the gang box as well?

5       A.   No.  No, no, we had two trailers.  One was

6  exclusively for materials and the other one was the

7  offices of Raul Gonzalez and Ivan Lopez and the

8  remaining space was used to store the high-powered

9  tools.

10      Q.   So earlier you stated that while working at

11  the MSC project you would park in a parking lot

12  downtown, get on a bus and then ride that bus to the

13  Port of Miami to begin working?

14      A.   That's correct.

15      Q.   If you were arriving to work each day at

16  6:00 in the morning, what time would you need to get

17  on the bus?

18      A.   I would get on the 5:45 a.m. bus.

19      Q.   Every day?

20      A.   Yes.  Now, there were times when the 5:45

21  bus didn't get there because it would break down, so

22  then we would have to wait for the 6:00 bus.

23      Q.   The bus ride would take about how long?

24      A.   Maximum ten minutes.

25           MR. LAROU:  Great.  No further questions.

Page 124

```
 1            MS. STRASSER:  I have a couple follow-up
 2    questions.
 3                     REDIRECT EXAMINATION
 4    BY MS. STRASSER:
 5        Q.   Mr. Hernandez, you told Mr. LaRou a little
 6    bit ago that Alcides was responsible for reporting
 7    your work hours.  Do you remember saying that?
 8        A.   Both superintendents.  All Hypower
 9    superintendents have to have the responsibility of
10    reporting the payroll hours to Hypower.
11        Q.   And by "reporting" you mean they would
12    review the time that you entered on behalf of
13    yourself and the electricians below you.  Correct?
14        A.   Correct.
15        Q.   And we were just talking about ---
16        A.   Well, just a moment.  The information I put
17    into the application did not go directly to Hypower
18    because they would extract the information from the
19    application and send the total number of hours for
20    the week to Hypower.
21        Q.   Understood.  With regard to the tools that
22    we were just talking about, you said that Sergio was
23    responsible for getting the tools out every morning.
24    Correct?
25        A.   Yes, for both projects.
```

Page 125

1      Q.    Were those tools locked in a trailer?

2      A.    Yes.  Yes, those are tools that cost

3   thousands of dollars, yes.

4      Q.    Was Sergio the only one with the key to

5   those tools?

6      A.    Sergio and the project superintendent.

7      Q.    Did you ever have access to those tools?

8   In other words, did you have a key to the tools at

9   either jobsite?

10     A.    No, no foreman has.

11     Q.    How long was your drive from your house to

12   Palmer Lakes?

13     A.    In the morning 40 minutes.

14     Q.    And how about in the afternoon?

15     A.    In the morning I might even make it in

16   under 40 minutes, in the morning.  I might have taken

17   40 minutes to get to the port project, but Palmer

18   Lakes a little bit less.

19     Q.    I want to talk about just Palmer Lakes.  It

20   took you 40 minutes to get there and how long to get

21   home?

22     A.    Okay, so in the afternoon at least an hour

23   and-a-half.

24          MS. STRASSER:  We have to take a break

25   because we have to get a new videotape.

Page 126

```
 1              THE VIDEOGRAPHER:  We are going off the
 2      video record.  The time is 2:42 p.m.
 3              (Off the record.)
 4              THE VIDEOGRAPHER:  This is Media four.  The
 5      time is 2:43.
 6          Q.   (By Ms. Strasser)  You said it took you
 7      about 40 minutes to get from your house to Palmer
 8      Lakes.  Correct?
 9          A.   Well, to Palmer Lakes more like 30 minutes.
10          Q.   And then how long to get from Palmer Lakes
11      back to your house?
12          A.   About an hour and-a-half because of
13      traffic.
14          Q.   And then from your house to MSC, how long
15      did it take?  Strike that.
16              How long did it take you to get to
17      Fincantieri from your house?
18          A.   About two hours.  When you're talking about
19      the time that I left the project to go to the parking
20      downtown and then the time to go from the parking
21      garage to go home, you're talking about over two
22      hours.
23          Q.   I want to talk specifically about how long
24      it takes you to get from your house to the
25      Fincantieri office before you get on the bus.
```

Page 127

```
1              How long does that commute take?
2         A.   Fincantieri's offices?
3              (In English) I never go to Fincantieri.
4         Q.   I thought you went from your house to the
5    Fincantieri parking lots.
6         A.   (In English)  To the parking lot in
7    downtown, not to Fincantieri's offices.
8         Q.   I misspoke then.  Thank you.
9              How long did it take you to get from your
10   house to that Fincantieri parking lot?
11        A.   In the morning about 40 minutes.
12        Q.   And then you said it was about a ten minute
13   bus ride from that parking lot to MSC.  Correct?
14        A.   That's right.
15        Q.   And then in the afternoon was it another
16   ten minutes to get from MSC to the parking lot?
17        A.   No, because in the afternoon there's a lot
18   of downtown traffic.
19        Q.   Okay.  So it could take more at that time?
20        A.   It could take up to 30 minutes.
21        Q.   And then how long was the drive in the
22   afternoon from that parking lot back to your house?
23        A.   At the very least an hour and-a-half.
24        Q.   And you said there were other times you
25   could catch the bus in the morning including at
```

Page 128

1    6:00 a.m.   Correct?

2         A.   Yes, that's right.   The buses started

3    working at 5:00 a.m.

4         Q.   How late could you catch it in the morning

5    to get to MSC?

6         A.   I really don't know.   I'm not sure.

7              MS. STRASSER:  I don't have anything else.

8    Thank you.

9              MR. LAROU:  Just one last question from me.

10                  RECROSS-EXAMINATION

11   BY MR. LAROU:

12        Q.   At what time would Hypower electricians at

13   the Palmer Lakes and MSC jobsites retrieve their

14   tools from Sergio each day?

15        A.   6:30.

16             MR. LAROU:  No further questions.

17             MS. STRASSER:  I have nothing further.

18             Is the witness going to read or waive?

19             MR. LAROU:  We will waive.

20             THE VIDEOGRAPHER:  We are going off the

21   video record.  The time is 2:47 p.m.

22             (Whereupon, the witness waived the reading

23   and signing of the deposition, and the taking of the

24   deposition was concluded at 2:47 p.m.)

25                       - - -

Page 129

```
 1                      CERTIFICATE
 2     STATE OF FLORIDA )
 3     COUNTY OF DADE   )
 4
            I, JO D. SOFFER-OLSON, a Notary Public in and
 5     for the State of Florida at Large, do hereby certify
       that, pursuant to a Notice of Taking Deposition in
 6     the above-entitled cause, GUSTAVO HERNANDEZ was by me
       first duly cautioned and sworn to testify the whole
 7     truth, and upon being carefully examined testified as
       is hereinabove shown, and the testimony of said
 8     witness was reduced to typewriting under my personal
       supervision and that the said deposition constitutes
 9     a true record of the testimony given by the witness.
10          I further certify that the said deposition was
       taken at the time and place specified hereinabove and
11     that I am neither of counsel nor solicitor to either
       of the parties in said suit nor interested in the
12     event of the cause.
13          WITNESS my hand and official seal in the
       City of Miami, County of Dade, State of Florida, this
14     15th day of January, 2025.
15
16
                        JO D. SOFFER-OLSON.
17                      Florida Notary
                        Comm. FF158527
18                      Expiration: 9/9/26
19
20
21
22
23
24
25
```

**[& - 31]**

| & | |
|---|---|
| **&** | 2:5 16:13 17:4 65:11 |

| 0 | |
|---|---|
| **08** | 64:18 |

| 1 | |
|---|---|
| **1** | 2:19 57:2,5 60:5 109:21 |
| **1,400** | 18:17 |
| **1,500** | 19:11 |
| **1,800** | 20:11 |
| **1-18-24** | 2:19 |
| **10** | 48:22 81:15 81:16,19 |
| **107th** | 13:10 |
| **10:00** | 25:15 |
| **10:01** | 1:13 4:7 |
| **10th** | 81:20 82:14 |
| **115** | 2:15 |
| **11:16** | 41:4 |
| **11:28** | 41:7 |
| **124** | 2:15 |
| **128** | 2:15 |
| **12:51** | 80:6,7 |
| **13** | 81:8 99:10 |
| **135** | 2:3 |
| **139th** | 12:2,22 |
| **14** | 82:20 |
| **15** | 23:1 27:10 54:24 88:9 |

**15th**   129:14
**16**   88:16
**17247**   129:16
**176**   93:3
**17th**   81:22 82:16
**18**   17:11 57:11
**185**   92:15
**18th**   57:16
**19**   53:8
**19,000**   21:15,15
**1978**   6:4 14:5
**1999**   12:17
**1:00**   80:10
**1:24**   1:3

| 2 | |
|---|---|
| **2** | 2:20,22 41:7 61:5,8 99:23 |
| **2-2-24** | 2:21 |
| **20** | 12:16 14:13 27:10 53:8 97:10 |
| **2001** | 12:20 14:14 |
| **2002** | 13:25 14:5 17:21 18:8 |
| **2003** | 18:9 19:13 |
| **2007** | 13:22 14:1 19:13,13 19:22 20:13 |

**2008**   20:16
**2010**   20:13 21:8
**2013**   21:21
**2015**   13:22 17:7,11 21:8
**2016**   17:8 22:13 23:12 25:10
**2017**   23:13 25:4,11
**2018**   23:24 24:1
**2019**   12:5
**20207**   1:3
**2021**   24:2 26:10,13,14
**2022**   14:11,11 26:15 28:23 62:1,11,14 64:2,23 81:8 81:15,16,19 82:4 88:9,16
**2023**   8:16 33:22 54:3 61:25 82:20,23 83:1
**2024**   1:13 4:6 30:3,14 32:3 33:20,20 57:11 94:3,5
**2025**   129:14
**22**   25:18 64:2 67:18,19 82:23

**222**   2:6
**23**   67:18,20
**240**   13:10
**24th**   82:18
**25**   119:10
**25th**   31:3
**267**   92:10,11
**268**   91:10
**26th**   32:3 82:8
**27**   25:24 26:23 28:4
**278**   90:19,21
**280**   90:13,15
**29**   82:4
**29th**   82:6
**2:00**   34:16 51:15 92:12
**2:30**   92:13
**2:42**   126:2
**2:43**   126:5
**2:47**   128:21,24

| 3 | |
|---|---|
| **3** | 2:22 62:3,6 63:4 101:23 102:22 104:8 110:10 |
| **30** | 37:24 66:14 84:13 126:9 127:20 |
| **302** | 63:8 |
| **303** | 63:8 |
| **31** | 1:13 4:6 |

**[310 - 9:00]**

**310**   64:7
**311**   64:7
**32**   37:2 62:20
**33146**   2:3
**33183**   12:3
**33401**   2:7
**337**   81:4
**339**   81:4
**34**   65:1,6 86:9
   86:10 111:1
**35**   62:22 78:9
   87:13,14,14
**36**   33:4 67:24
   68:1,3,6,15
   88:15
**37**   34:12 78:21
**3rd**   82:11

**4**

**4**   2:15,23 63:19
   63:22 103:19
   104:25 105:1
**40**   9:8 58:25
   66:4 67:12,14
   109:25 125:13
   125:16,17,20
   126:7 127:11
**400915**   89:20
**401**   48:24 49:3
**41**   83:2
**42**   9:4 67:13
   81:19,21
**43**   48:21 82:20

**44**   82:1,3
**45**   9:5 58:22,24
   81:23
**46**   82:9,18
**48**   65:1,6 78:9
   78:21 82:7,24
**4:15**   92:20
**4th**   94:6 96:14
   96:15

**5**

**5**   3:3 57:19
   58:14,20 64:16
   64:21 94:5
   106:4
**50**   70:25 71:4
   97:6 119:12
**500**   2:6
**52,296.80.**
   112:20
**53**   48:14,21
**54**   82:11
**55**   64:18
**57**   2:19
**58**   81:18 82:14
   82:16
**5:00**   128:3
**5:30**   34:16
**5th**   94:6 96:14

**6**

**6**   3:4 60:5
   79:25 80:3
   81:2 83:1

**60**   97:7
**61**   2:20
**62**   2:22
**6240**   12:2,21
   13:3
**63**   2:23
**64**   3:3
**68**   81:18 86:12
   86:16
**6:00**   25:15
   37:20 38:18
   51:12 70:11
   71:6,8,13 72:3
   73:24 74:12,20
   76:8 86:21
   88:23 91:15,22
   92:4,7 93:5,16
   93:25 115:12
   116:21 117:19
   121:17 122:2
   123:16,22
   128:1
**6:40**   96:2
   119:25 122:12
   122:12

**7**

**7**   3:5 84:15,18
   84:25 110:25
**70**   88:2
**770**   2:3
**7:00**   33:6 44:15
   51:14 69:22
   70:2,9,12,16,20

71:5 72:17,20
73:1,3,9,12,21
73:24 74:1,4
74:10,16,17
75:8 80:24
84:2 86:8,19
86:20,22 87:6
87:16 88:4,19
88:21,22 90:1
90:9,17,23
96:3 117:5
118:11,22
120:14 122:12
**7:30**   72:25

**8**

**8**   3:6 62:11,14
   89:13,16 99:4
**80**   3:4 111:3,19
**84**   3:5
**89**   3:6
**8:00**   51:14
**8:30**   92:19
   93:23

**9**

**9**   3:7 6:4 99:5,8
   112:15,16
**9/9/26**   129:18
**9150**   1:12
**99**   3:7
**9:00**   74:21 90:3
   90:5,10,25
   98:8

[a.m - allowed]                                                          Page 3

| a | | | |
|---|---|---|---|
| **a.m**  98:8 | **absolutely** | 114:1,11 | **aired**  95:18 |
| **a.m.**  1:13 4:7 | 89:11 | **addition** | **airport**  37:18 |
| 41:4,7 72:3,20 | **abusive**  68:11 | 109:22 110:17 | **alcides**  37:7,8 |
| 73:3,9,21 74:4 | **access**  125:7 | **additional** | 37:11 38:10,11 |
| 74:12,21 75:8 | **accidents**  95:9 | 46:21 | 38:14,16,20 |
| 80:24 84:2 | **account**  66:18 | **address**  12:1 | 39:2 42:12 |
| 86:19 88:4,19 | **accrual**  79:3 | 13:4,9 | 43:17 62:25 |
| 88:23 89:6 | **accrued**  111:2 | **addressing** | 63:1 66:7,23 |
| 90:1,5,9,10,23 | **accumulated** | 113:11 | 67:5 68:7,9,10 |
| 91:15,22 92:4 | 111:23 | **administrative** | 68:15,19 69:8 |
| 93:5,16,25 | **accurate**  85:2 | 11:25 | 69:9 70:4,7,11 |
| 115:12 116:21 | 101:25 | **advice**  9:25 | 70:15,19 72:23 |
| 118:11,22 | **accusations** | **afternoon** | 115:10,14,21 |
| 120:14 123:18 | 59:10 | 34:17 37:21 | 116:9 117:4 |
| 128:1,3 | **acknowledge...** | 51:15 80:21 | 118:1,9 124:6 |
| **aaron**  39:21 | 2:23 63:25 | 83:12 87:11 | **alexis**  53:6 |
| 40:17,20 | **action**  7:19 | 88:6,14 92:12 | 109:6,18 |
| **abandoned** | 58:11 | 96:24 114:10 | 119:24 120:2 |
| 68:12 | **actions**  59:5 | 121:11 125:14 | **alfredo**  108:16 |
| **abel**  36:3 | **actual**  73:18 | 125:22 127:15 | **allegation** |
| **ability**  7:5 | 75:10 | 127:17,22 | 57:25 58:13 |
| 75:10 | **actually**  22:4 | **agency**  68:23 | 66:15 113:1 |
| **able**  11:17 | 46:9 75:7 87:7 | 68:24 69:3 | **allegations** |
| 22:22 24:24 | **adam**  40:7,18 | **ago**  106:7,21 | 9:10 |
| 27:18 34:3 | 40:19,20 41:15 | 109:9 119:13 | **allege**  57:20 |
| 47:11,19 51:23 | 42:19 43:3,10 | 122:4 124:6 | **alleging**  113:5 |
| 52:12 73:8,20 | 43:18 48:18 | **agree**  31:10 | **allow**  9:21 22:3 |
| 74:19,20 77:17 | 53:21 54:4 | 55:2 | 73:5,6 |
| 78:3 80:18 | 55:23,25 56:10 | **agreed**  60:7 | **allowed**  34:19 |
| 93:8,12 | 56:11,15,19,24 | **agreement** | 72:17 75:4 |
| **above**  27:1 | 59:18 98:25 | 60:21 | 83:10,11 86:6 |
| 65:6 129:6 | 101:23 102:11 | **aguero**  18:22 | 87:3,6,7,9,24 |
| | 102:20 103:4 | **air**  118:3,7 | 88:6,8 |
| | 103:14,17 | | |

**american** 32:19 51:10,11,21 52:8 94:21
**americans** 51:2
**amount** 60:16 60:17 112:12
**angel** 59:22
**annual** 79:3
**annually** 19:7
**answer** 6:21,22 8:2,8 20:22 44:22 56:21 59:8 68:20 99:21 112:17
**answered** 6:16
**answers** 4:17 6:10
**antonio** 17:18
**anybody** 108:14 119:4
**anymore** 120:10
**apartment** 13:5 13:9,11,15,17
**app** 76:21
**apparently** 31:8
**appear** 64:22
**appearance** 4:8
**appearances** 2:1
**appears** 5:17
**application** 72:16,19 73:9

73:12 74:4 75:9 85:7 124:17,19
**applied** 24:21 28:13 29:4,18 33:19,21 35:24 36:14,16 99:24 100:21,23
**apply** 24:24 100:6,8
**applying** 34:1 101:12
**appreciate** 115:3
**approximately** 19:10 21:14,14 26:12 43:19 48:21 61:25 67:25 68:3 119:10,12
**april** 25:11 28:23,23 82:23
**area** 47:19
**argue** 69:16
**argument** 87:12
**arias** 53:7
**arrive** 115:11 116:20 120:15 120:17
**arriving** 117:8 119:14 123:15
**aside** 95:5

**asked** 11:14 29:9,12 39:11 42:15 53:23 54:6 56:4 66:10,11 94:24 98:25 114:3
**asking** 8:22 9:11 39:9 53:21 58:13,19 66:16 68:14 72:23 74:12 92:4 112:9
**asks** 38:6 108:13
**asmildo** 36:3
**assigned** 47:18 76:18
**assistant** 10:23 23:3,7,9 24:5 96:8
**associates** 16:13 17:4
**attend** 25:12
**attending** 94:2
**attention** 78:18
**attorney** 7:15 9:19 108:20
**attorneys** 2:4,8 57:14 58:6 89:1 105:13 109:13 112:12
**audible** 6:10
**august** 25:10 61:25 62:11,14

81:8
**authority** 78:3
**authorized** 86:7,23
**autonomously** 21:3
**available** 101:13 112:13
**avenue** 2:3,6 12:2 13:10 31:3
**avoid** 95:11
**aware** 99:1

**b**

**b** 12:11 102:24 122:24
**back** 13:20 37:25 39:3 41:6 46:7 60:4 80:9 84:19 86:9,11 88:1 90:14,19 91:9 91:10 101:4,14 101:17 109:20 112:14 114:19 114:21 126:11 127:22
**bank** 67:10
**bankruptcy** 20:20
**barcelona** 13:22,23,24 19:21,24 20:1

20:5
**based**  6:16
  24:25 110:24
  111:8,10
**basis**  110:20
**bates**  63:8 64:6
  64:17 65:4,6
  81:3 84:21
  86:12,15 88:2
  90:13
**beach**  2:7
**becoming**
  55:14
**began**  61:2
  63:9
**beginning**
  17:21 23:24
  24:1 50:6
  112:22 114:22
  117:25
**behalf**  1:22 4:3
  4:12,14 91:22
  93:16,20 112:5
  113:5 124:12
**behavior**  98:10
  109:15
**believe**  6:15 8:6
  17:11 44:3
  92:3 102:2
  122:23
**belonged**  55:4
**belongs**  63:15
**bernard**  59:19

**best**  55:4 79:18
  119:23
**better**  11:20
  20:3 26:1,2
  34:5,9 55:16
**beyond**  93:2
**big**  38:25 117:2
  122:22
**birth**  6:3 50:19
**bit**  11:24 31:12
  37:25 94:23
  124:6 125:18
**board**  16:19
  24:11,21 31:3
  31:25 100:13
  100:18
**bonuses**  27:15
**books**  64:8
**born**  14:6
  35:20 50:20,23
**bottom**  78:24
  85:1
**boulevard**  1:12
**box**  122:22,22
  123:4
**boxes**  84:10
**breach**  109:24
  110:21 111:1,8
**break**  6:18 11:3
  40:25 41:1,9
  41:12 81:1
  123:21 125:24
**brian**  60:11

**bring**  67:7
  78:17
**brooks**  2:2,4
  4:11 86:13
**brotherhood**
  101:8
**brothers**  15:16
  15:21
**brought**  8:12
  10:1
**broward**  31:22
  31:25
**bryant**  23:21
  23:22 25:16,22
  25:25
**build**  27:23,24
**building**  34:25
  35:2,3 40:4
  122:18
**bullshit**  50:15
**bunch**  50:13,14
**bus**  46:19,22,23
  47:22 123:12
  123:12,17,18
  123:21,22,23
  126:25 127:13
  127:25
**buses**  46:5
  128:2
**business**  102:4

**c**

**c**  12:11,11,11
  12:11 22:23

26:8 36:5
  45:11 103:20
  103:20
**cables**  84:10
**calcines**  103:19
**calculation**
  112:11
**call**  32:24
  33:13,16 38:15
  43:18 44:6
  55:23 56:2
  100:11,22
  101:6,14
  122:21
**called**  4:20
  15:15 17:17
  18:21 22:9
  31:20 32:7
  41:16 43:13
  47:2,3 48:23
  54:9,10,16
  59:10 72:16
  74:9 96:16,19
  96:21 100:9
  101:17,18
  103:5 117:12
**calling**  120:4
**cambeiro**  12:9
**cap**  31:20 32:2
  32:5,24 33:13
  33:21 34:11,13
  34:24 35:8
  101:15 105:19

[capable - company]                                                    Page 6

| | | | |
|---|---|---|---|
| **capable** 7:1 | **certify** 129:5,10 | **claim** 7:23 | 69:17,19,21,25 |
| **car** 47:24 | **cetera** 9:1 | 70:13 79:15 | 70:2,7,12,16,20 |
| **card** 47:10,13 | 29:13 46:23 | 110:21 111:2,8 | 71:10 75:3 |
| 47:18,21 | 61:17 | **claiming** 70:10 | 76:7 100:15 |
| **care** 69:5 | **change** 50:8 | 71:5 109:22,23 | 113:14 |
| **carefully** 129:7 | 53:23 56:4 | 110:13 112:7 | **comes** 5:25 6:1 |
| **carlos** 103:19 | 73:19 78:1 | 112:16 | 50:14 60:17 |
| 104:2,5 | 91:5,6,6 | **clarification** | 119:4 |
| **carry** 14:22 | **changed** 11:11 | 45:6 | **coming** 7:8 |
| **casanova** 36:3 | 18:10 52:19 | **clarify** 116:4 | 117:5 |
| **case** 1:3 7:15 | 60:1 | **clear** 5:19 | **comm** 129:17 |
| 7:19,22 9:20 | **charge** 60:19 | 73:20 | **comments** |
| 11:11,12,15 | 120:25 | **client** 34:20 | 50:12 52:20 |
| 14:16 58:18 | **charged** 31:16 | 45:13,13 | **communicate** |
| 60:18,19 79:13 | **check** 65:24 | **climate** 20:3,4 | 38:20 39:17 |
| 95:25 106:15 | 66:22 67:7 | **close** 37:17 | 40:12 |
| 106:25 107:13 | 68:8,17,25 | **closing** 20:15 | **commute** 127:1 |
| 112:5,8 | 81:7 91:24 | **code** 12:3 30:20 | **companies** 18:2 |
| **cases** 58:17 | **checked** 76:3 | 35:3 76:24 | 36:7 45:25 |
| **catch** 127:25 | **checks** 66:8,17 | 85:12,13,14 | **company** 16:3 |
| 128:4 | 81:10 | 121:9 | 16:6 18:3,10 |
| **cause** 79:1,11 | **children** 12:24 | **cold** 20:4 | 18:21 19:5,14 |
| 129:6,12 | **choice** 49:4 | **cole** 2:5 | 20:7,15,18,20 |
| **cautioned** | **choose** 46:16 | **colleagues** | 21:1 22:9 |
| 129:6 | **chose** 46:18 | 11:12 | 23:16,19 26:4 |
| **cellphone** | **chosen** 32:25 | **college** 25:8 | 26:5 27:17,22 |
| 39:16 | 101:2 | 31:1,25 32:1 | 28:15,24,25 |
| **centro** 17:17 | **circulated** 77:4 | **column** 85:9 | 29:3 31:20 |
| **certain** 84:4 | **citizen** 14:8 | **combination** | 32:6 33:8 |
| **certificate** | **citizenship** | 15:22 | 36:14 40:21,23 |
| 15:17 129:1 | 5:18 14:10 | **come** 19:24 | 45:4,15 59:18 |
| **certifications** | **city** 13:7 21:18 | 28:10 32:23 | 59:19 61:13 |
| 16:23 29:22 | 129:13 | 34:1 39:8 | 66:2 68:10 |
| | | 51:14 56:2 | 78:25 79:21 |

[company - correct]                                                    Page 7

| | | | |
|---|---|---|---|
| 81:11,13 91:5 | concepcion | contract 61:24 | 22:5 29:4 |
| 108:25 111:22 | 12:9,14 14:13 | 109:24,25 | 30:14,15 31:5 |
| 120:5 | concluded | 110:3,5,6,12,14 | 32:9 33:14,18 |
| compare 88:10 | 128:24 | 110:19,21,23 | 33:21,24 35:22 |
| compensation | conditions 34:5 | 111:2,8,16 | 36:16,19,20,23 |
| 65:11 | 57:20 58:16,18 | contractor | 36:24 38:14 |
| complain 56:18 | 58:21 | 45:16 48:23 | 40:18 41:14,18 |
| 56:23 66:5 | confirm 122:23 | 49:6 94:15 | 41:21,22 45:14 |
| 113:15 118:21 | confirmed | contracts 31:21 | 45:22,23 46:14 |
| complained | 53:19 | controlling | 46:15 47:2 |
| 118:9,12,17 | confusing 90:7 | 121:1 | 48:11,16,17,20 |
| complaining | congratulated | conversation | 48:21 49:1,9 |
| 68:11 | 42:9 | 11:20 44:4 | 49:23,24 56:15 |
| complaint 2:19 | considered | 52:10 54:23 | 56:16,21,25 |
| 8:17,21 11:8 | 59:7 | 55:17 56:7 | 60:22 61:18,21 |
| 31:9,10 54:10 | considering | 106:12 | 61:22 62:11,21 |
| 57:10 58:19 | 42:13 | conversations | 63:5 64:4 |
| 59:3,4,12 60:4 | consist 30:18 | 9:24 | 65:18 66:2,17 |
| 94:12,13,16 | constitutes | convey 116:23 | 69:24 71:6 |
| 109:20 111:1 | 129:8 | convicted | 72:13,22,22 |
| 112:23 118:24 | construction | 31:13 | 73:4,5,22 |
| complaints | 33:7 45:4,8,12 | coordinate | 74:22 75:16 |
| 7:14 53:19 | 46:6 47:15,17 | 121:13 | 76:18,23,24 |
| 57:13 95:2,23 | contact 10:23 | coordinating | 77:11,13,14,24 |
| 95:24 | contents 64:2 | 122:11 | 78:7 79:7 |
| completed | contingency | copy 11:4 | 80:16 81:8 |
| 34:18 | 60:21 | 63:16 64:15 | 82:10,13,14 |
| completely | continue 9:19 | coral 2:3 | 83:7,21,24 |
| 51:3,5 53:4 | 28:2 53:25 | corner 65:7 | 84:4 85:11,17 |
| 92:25 93:14 | 54:1 89:5 | 85:1 | 85:20 87:1,8 |
| 122:18 | 98:15 108:2 | correct 5:24 | 87:23 88:4,9 |
| composite | 120:3 | 8:20 10:18 | 88:17,20 89:18 |
| 84:15,17,25 | continued 3:1 | 15:9 17:5,6 | 90:1,3 91:4 |
| 89:13,15 | 56:14 | 19:22 21:10,11 | 92:5,14,20 |

[correct - december]                                                    Page 8

93:6 95:15,16
96:16 97:4,5,7
97:15,20 98:3
98:10,24,25
100:18,22,23
102:12 103:2
103:24 105:21
109:24 110:21
111:5,20 112:1
112:23,24
113:24,25
114:2,8,19
115:12,13
116:10 121:20
122:6,10
123:14 124:13
124:14,24
126:8 127:13
128:1
**correctly**  23:8
**cost**  125:2
**counsel**  2:2,6
4:7 6:19 9:24
10:2 11:5 60:6
108:8 129:11
**counselor**
28:20 91:12
**county**  10:24
13:8 14:18
16:19 24:11
29:25 31:21,22
34:4 100:5,11
100:19 129:3
129:13

**couple**  42:21
71:14 91:9
93:2 100:4
106:7 107:24
115:4 124:1
**couplings**
84:10
**course**  17:14
25:7,9,10,12
30:22,24
**court**  1:1 2:19
4:9 7:23 8:1,5
8:6 57:12
**cover**  11:25
**crcc7058447**
1:25
**create**  21:1
**created**  49:2
**crime**  31:13,16
59:7 94:20
**crisis**  20:16
**cross**  2:14
115:7
**cruise**  40:3
**cruz**  36:3
108:10
**csklegal.com**
2:7
**cuba**  12:19
14:3,6,21,24,25
15:3 17:12
63:2
**cuban**  50:13,15
50:25 97:18

103:23 113:2,3
**cubans**  52:20
53:15 54:12,13
54:15 58:11
113:11,12
**cujae**  17:17
**current**  12:1
105:20
**currently**  16:22
31:18 35:7
**cv**  1:3

**d**

**d**  1:18,18,19
2:12 5:7 36:5
129:4,16
**dade**  10:24
13:7 14:18
16:19 24:11
25:8 29:25
31:1,2,21,25
100:5,10,13,19
129:3,13
**dadeland**  1:12
**daily**  49:13
116:5
**damages**  112:7
112:17
**damp**  20:4
**daniel**  51:11
**date**  4:6 6:3
62:10,12 86:18
89:4,25 91:24
91:25 92:1

**dated**  89:19
**dates**  62:14
92:2
**day**  9:3 25:14
34:14,22 37:10
38:12 42:3,3,5
44:14 46:7
47:7,23 48:1
53:16 59:14
60:3 63:13
70:11 71:17,24
72:7,11 74:7,8
75:22 77:2,12
77:20 79:16
83:17,23 84:4
84:7 85:8,18
87:2,24 88:3
88:23 90:11,24
91:14 92:9,24
93:23 94:4
96:14,22 97:1
98:4,8,14
114:4,9,12,17
119:25 120:18
121:2,6,11,14
121:15,19,22
122:5,14
123:15,19
128:14 129:14
**days**  54:7 91:1
114:25 117:1
**dealt**  68:12
**december**  1:13
4:6 30:5,13

[december - dunlap]

82:11,14,16,18
114:21,24
**decide**  71:24
**decided**  53:20
114:11
**declare**  21:2
**declared**  20:20
**defendant**  1:9
1:22 2:8 4:14
**defendant's**
2:18 3:2,7 57:2
57:4 61:7 62:5
63:21 64:20
80:2 84:17
89:15 99:7,11
**degree**  15:5,6
15:10,13 16:18
17:14,16,20,20
17:24
**department**
8:18 9:14,21
10:17,24 11:1
11:9,14 65:16
**depend**  49:20
**dependant**
80:15
**depends**  33:9
76:14
**deposed**  6:5
**deposit**  66:18
66:19,22
**deposition**  1:23
4:4 61:5 62:3
63:19 64:16

79:25 84:25
99:4 128:23,24
129:5,8,10
**derogatory**
52:20
**describe**  95:9
**description**
2:18 3:2
**diaz**  108:16,17
**difference**
117:2 119:8
**different**  11:11
18:10 23:16
26:3 41:25
44:18,24 45:24
51:6 53:23
58:17 59:15,24
66:16 94:23
96:12 119:23
**differently**  51:8
113:1
**difficult**  100:14
**diploma**  17:3
**direct**  2:14 4:23
66:18,19 116:9
**directly**  81:9
124:17
**dirty**  95:18
**discrepancy**
78:17
**discriminate**
50:18
**discriminated**
35:18 102:16

113:6
**discrimination**
7:16 50:17
60:18 112:23
**discriminatory**
58:11 59:5
94:17 97:16
102:5,8,13
109:15
**discuss**  44:8
95:15 100:4
122:5
**discussed**
106:13
**discussion**
10:15 16:7
19:17 45:7
**discussions**
60:14
**disputing**  83:4
83:8
**disrespect**
102:21
**disrespecting**
113:17
**distributing**
120:22
**distribution**
122:11
**district**  1:1,1
2:19 57:11,12
**division**  1:2
**document**  57:3
57:7,10,16

61:6,10,11
62:4,7 63:3,8
63:20,24 64:6
64:19 65:2
80:1 81:1,5
84:16,23 85:6
88:1,10 89:14
92:20,21 99:6
99:10,18 110:2
110:3
**documents**  8:9
9:12,15 10:21
11:4 93:12
**doing**  52:25
70:1
**dollars**  125:3
**double**  55:7
85:2
**downtown**
44:21 45:9
46:5,18 47:11
47:13 98:22
123:12 126:20
127:7,18
**drive**  125:11
127:21
**driving**  72:9
**duly**  4:15,20
129:6
**dunlap**  2:10
4:15

[e - engineer]                                                    Page 10

| e | edit  77:17 | 32:13 34:6 | electronic |
|---|---|---|---|
| **e**  1:18,18,19 | **education** | 69:15 70:18,19 | 99:17 |
| 2:12 5:7,7 9:13 | 14:19 | 70:20 76:20 | **electronically** |
| 10:4,6,17 | **eight**  34:14,17 | 83:24 100:24 | 64:1 |
| 12:11,11 18:25 | 57:10 66:13 | 119:7,10,12,14 | **else's**  74:25 |
| 19:3 22:11,23 | 67:21 70:3 | 121:8,10 | **employed** |
| 38:21 45:11 | 76:14 | **electrician's** | 74:14 107:19 |
| 56:10 59:15 | **either**  8:8 10:13 | 23:9 | **employee**  2:24 |
| 60:2 61:16,23 | 67:8 96:10 | **electricians** | 3:3,4 63:25 |
| 79:20 94:13 | 104:16 120:15 | 8:24 9:3,6 34:7 | 64:13 65:14 |
| 95:4 97:18 | 125:9 129:11 | 36:1,10 37:23 | 78:25 79:10 |
| 98:14 102:24 | **electric**  26:6 | 38:7,19 41:23 | 81:2 |
| 102:24 103:20 | 32:7,12 | 48:6 49:16 | **employees**  29:2 |
| 110:16,17 | **electrical**  14:21 | 51:3,10 53:2 | 37:14 49:5 |
| 114:13 120:12 | 15:2,8,11,23 | 55:7 66:11,11 | 52:16 78:5 |
| **earlier**  40:17 | 16:19,25 17:14 | 67:13 70:6,22 | 84:6 94:10 |
| 48:8 80:14 | 17:20 18:2,5 | 71:4,9,10 | 95:18 96:4 |
| 84:2 87:5 | 18:13 21:6 | 72:24 73:25 | 97:18 98:7 |
| 96:15 97:14 | 22:9,11,25 | 75:1,6,18,21 | 102:6 116:16 |
| 113:22 115:9 | 23:21,23 25:17 | 76:7,9,12,17 | 120:23 |
| 118:8,20 | 25:22,25 26:8 | 83:22 84:6 | **employer** |
| 120:16 123:10 | 26:9,18 27:11 | 88:23 89:3 | 105:20 |
| **early**  47:6 | 30:8,11,19,20 | 100:7 102:17 | **employers** |
| 69:19 70:1 | 31:22,23,24 | 113:13,14 | 99:24 |
| 76:8 90:10 | 32:6 33:2 34:3 | 115:18,22 | **employment** |
| 94:3 113:23 | 34:7,8 45:19 | 116:2 117:16 | 2:20,22 61:18 |
| **earning**  81:3 | 84:11 101:9,10 | 117:17,18 | 61:21 66:2 |
| **earnings**  3:4 | **electrician** | 119:18 120:24 | 74:2 80:11 |
| **easier**  19:9 | 16:20,21,25 | 121:7,22 122:9 | 95:7 102:3 |
| 84:20 | 17:13 18:1,7 | 124:13 128:12 | 103:1 113:24 |
| **eat**  34:22 | 19:6 20:6 | **electricity** | **ended**  20:15 |
| **echevarria** | 22:15,16 23:4 | 52:10 | 92:24 120:4,9 |
| 17:18 | 24:4 26:19 | **electro**  20:8,10 | **engineer**  14:21 |
|  | 29:7,23 30:24 |  | 15:2 |

[engineer's - f]                                                    Page 11

| | | | |
|---|---|---|---|
| **engineer's** 14:22 | **entitled** 79:11 129:6 | **everyone's** 37:22 | **exhibit** 2:19,20 2:22,23 3:3,4,5 |
| **engineering** 15:8 17:14,19 17:20 | **entrance** 117:25 | **evidence** 7:11 | 3:6,7 57:4 60:5 61:5,7 62:3,5 |
| **english** 6:6 10:6,8,19 12:7 12:20 27:2,4 28:5 31:2 32:15,19 38:22 48:1 49:10 50:4,9 51:18 51:22 52:1,3,5 52:7,7,13,14 54:24 61:19 64:8,12 67:18 70:24 71:2 81:6,18,20 90:4 91:15,23 104:10,14 106:10 127:3,6 | **entries** 91:19 **envelope** 8:12 **equivalency** 15:22 16:2 **equivalent** 16:18 17:3 **erik** 106:4 **erroneous** 65:17 **error** 65:15 78:7 **errors** 65:15,24 66:1 **escorted** 98:2 113:23 **esmildo** 108:10 **esq** 2:2,6 | **exact** 32:18 97:9 **exactly** 32:16 32:20 92:23 94:4 **exam** 24:15 25:5,8 30:12 30:13,16 **examination** 4:23 115:7 124:3 128:10 **examined** 4:21 129:7 **examiner** 33:2 34:4 **examiners** 34:8 **example** 34:21 | 63:4,19,21 64:16,20 79:25 80:2 81:2 84:15,18 89:16 99:4,5,7 109:21 110:2 110:10 112:15 **exhibits** 2:17 3:1 **existing** 122:19 **experience** 25:1 29:13 42:16 **expert** 112:4 **expiration** 129:18 **explain** 24:22 54:11 |
| **enjoy** 111:18 115:6 | **et** 9:1 29:13 46:23 61:17 | 51:9 53:6 59:16 106:18 107:6 108:3,10 | **explained** 44:13 |
| **enter** 73:9 74:3 74:12 76:22 83:11 87:6,7 | **euros** 18:17 19:11 20:11 21:15 | 117:7 121:5 **exceed** 79:3 **excellent** 27:17 | **explanation** 55:1 **extend** 61:20 **extra** 9:3 67:11 |
| **entered** 77:9,12 77:20 85:21 86:18,22 91:21 93:15,20 124:12 | **eve** 115:6 **evening** 77:3,4 **event** 78:14,16 129:12 **eventually** | 113:13 **except** 91:6 **exclusively** 123:6 **excuse** 10:7 | 87:25 92:9 **extract** 124:18 **eye** 75:18 |
| **entering** 15:9 **entire** 23:11 59:21 | 20:17 **everybody** 94:11 117:13 | 99:5 **exercise** 121:21 | **f** |
| | | | **f** 5:14 45:11 |

[facility - foremen]                                                   Page 12

facility  15:18
fact  64:8
    103:13 118:21
fairlaw  2:2
fairlawattorn...
    2:4
faithfully  4:16
family  19:20
far  21:4 51:10
    114:7
february  32:3
    33:17,19,20
    67:18,20
federal  7:19,21
    7:23 8:1,5,7
    39:23 48:13
    49:6,8 55:7
    119:1,11
fee  60:7,10,15
fellow  53:7
    107:6
female  108:19
fernandez  5:14
    5:19,21,23,25
ff158527
    129:17
figueroa  53:6
filed  2:19 7:15
    7:23 8:16 11:8
    31:9 57:10,13
    57:16 59:2,4
    88:25 94:11
    105:13 106:8
    107:9 108:4

filing  57:21
filled  92:3
fincantieri  45:8
    45:11,20 46:6
    47:15,16 59:22
    126:17,25
    127:3,5,10
fincantieri's
    47:21 127:2,7
find  65:15
    88:11 95:11
finds  108:11,21
fine  5:3 16:10
    69:21 70:3
finish  34:16
    66:12 86:1,2
    86:25 87:21
    90:3,24 122:11
finished  17:21
    17:24 27:13,15
    39:24 87:23
    90:9,18
finishing  68:13
    87:25
fire  31:7 59:8
    69:15 79:14
    114:12
fired  28:6 31:6
    31:11 32:8,11
    35:5 58:10
    59:2,3,14 60:3
    79:16 89:6
    96:12 98:7,13
    99:1 108:12

109:16 111:22
    112:3 117:4,8
    119:14,18,19
    119:24 120:11
firm  2:2 60:25
first  3:7 5:25
    6:6 11:7 13:21
    16:16 17:22,23
    18:4 20:5
    21:19 22:7
    23:3 25:5
    27:12,13,15
    30:21 35:16
    36:22 38:12
    44:6,7,14 47:7
    47:23 48:1
    61:2 63:13
    68:21 74:7,8
    81:7 85:5,9
    89:19 99:11
    101:23 129:6
fisher  51:11
five  40:24
    49:20,23 67:11
    68:10,18 76:15
flagler  31:3
fleitas  37:7
    38:10 42:12
    43:17 62:25
    66:7 69:8
    115:10 117:4
    118:1
florida  1:1,12
    2:3,7 12:3 13:6

30:1 57:12
    129:2,5,13,17
fluency  52:8
fluent  52:5
folder  8:15
    9:12 10:11,20
follow  11:12,13
    100:25 115:4
    124:1
following  41:25
    43:6 61:21
    72:8 82:2
    90:20 92:10
    114:17
follows  4:22
foreman  2:22
    8:20,23 9:7
    19:6 22:19
    24:4,8 26:3,19
    26:25 29:7
    32:13 38:18
    43:24 51:2,11
    59:21 62:13
    70:17 72:5
    75:15 79:18
    83:25 85:14
    101:13 103:10
    117:18 125:10
foreman's
    76:10
foremen  9:5
    37:24 42:16
    48:7 50:2
    51:13 71:1,3

76:9 95:3
115:19 116:3
**form** 6:20,20
50:17 75:11
83:6 110:15,22
113:7 117:9
**forth** 39:3
**forward** 9:23
**found** 89:2
**four** 13:16
15:10 30:22
68:1,2 106:21
111:9 126:4
**francisco** 107:6
109:5,17
**free** 34:15
**freedom** 26:2
34:23
**friday** 43:20,21
43:21 44:2
**friends** 104:21
106:3,17 107:5
107:23 108:1
108:22
**front** 10:4
50:12 52:25
77:7 116:2
117:13 118:6
120:6
**fuentes** 2:9 4:2
**fulfill** 27:19
**full** 5:4 34:21
**further** 85:15
123:25 128:16

128:17 129:10
**future** 95:10

**g**

**g** 18:25 20:8
78:23 102:24
122:24,24
**gables** 2:3
**gala** 20:8,10
**game** 26:7
**gang** 122:21
123:4
**garage** 126:21
**gathered** 7:12
11:16
**ged** 15:24
**general** 45:15
53:12 59:20
94:15 102:4
113:11,12
**gentlemen** 44:1
**getting** 9:8
66:13 67:12,14
85:3 89:7
95:25 104:13
119:3 124:23
**give** 30:9 42:7
46:8,13,21
47:9,10,12
61:2 63:10,16
68:6 75:21,25
76:22,24 98:20
101:21 108:7

**given** 4:17
29:25 42:12
46:25 47:21
129:9
**gives** 34:4
**giving** 28:1
53:4
**go** 5:20 8:9
20:24 23:19
34:7,21,22
37:24 38:2,8
41:2 56:17
68:24 78:1,6,9
78:21 80:4
84:20 90:19
95:25 100:3,10
103:7 104:18
109:20 122:4
124:17 126:19
126:20,21
127:3
**going** 4:9 6:9
6:15 11:3,12
41:3 43:22
55:15,21,22
56:9 57:1 61:4
64:14 69:15,24
71:11,16,20,21
73:23 79:24
80:5 84:3,7,14
89:9 97:24
98:20 99:3
100:3 101:21
104:16 108:12

111:16 116:17
119:5 121:6,21
121:22,23
126:1 128:18
128:20
**gomez** 15:16,16
15:21
**gonzalez** 31:9
43:7,14,23
44:16 48:3
51:16 59:25
66:6 67:6
72:24 73:19
74:9 75:4 77:8
89:2 94:18
96:6 102:10
103:22 108:13
114:10 115:10
116:18 117:3
117:22 120:2
123:7
**gonzalez's**
103:22 118:6
123:2
**good** 4:1,11,13
4:25 5:1 37:12
39:22 55:6
62:22
**gotten** 24:7
76:5
**government**
22:5 31:21
32:2,24 33:13
101:15 105:19

| | | | |
|---|---|---|---|
| **great** 48:19 123:25 | **handwriting** 86:10 87:14 88:15 | **hereinabove** 129:7,10 | **hopefully** 8:9 |
| **ground** 6:7 | **hang** 102:7 | **hermanos** 15:16 | **hour** 8:24 9:6,7 18:13,15 22:24 |
| **group** 55:4 119:17,19 | **happen** 55:22 95:10,11 | **hernandez** 1:5 1:21 2:14 4:4,5 | 23:1 25:16,18 25:23,24 26:22 |
| **grow** 26:3 28:2 | **happened** 11:8 | 4:12,19 5:6,21 | 26:23 28:4 |
| **growing** 27:23 | 11:13,15 20:16 | 5:23,25 41:8 | 33:4 34:11,12 |
| **guess** 72:8 111:7 | 27:16 55:24 77:1 89:1 | 64:18 85:10 115:9 124:5 | 34:21 35:17 36:25 37:2 |
| **gustavo** 1:5,21 2:14 4:4,5,12 | 95:10 117:14 | 129:6 | 48:8,14 62:20 62:23 77:16 |
| 4:19 5:6,21,23 | **happening** 69:14 | **herrera** 43:24 44:7 96:7,7 | 84:12 87:2,25 92:8,9 109:25 |
| 85:10 108:14 129:6 | **happens** 11:10 77:23 | **hey** 68:25 78:7 | 115:20 119:10 119:12 125:22 |
| **guy** 120:9 | **hard** 16:5 | **high** 15:23 16:18 17:3 | 126:12 127:23 |
| **h** | **head** 6:11 83:19 | 54:14 122:1 123:8 | **hourly** 62:19 |
| **h** 5:7 | **health** 100:20 101:4 | **higher** 119:3 | **hours** 9:4,5,8 24:17,18 33:5 |
| **half** 9:4,5 48:8 62:17 67:13 | **hear** 6:20 95:23 101:4 | **highest** 14:19 | 33:7 34:13,14 34:17 58:22,24 |
| 83:2 115:20 125:23 126:12 | **heard** 51:9 56:12 | **hire** 106:1 | 58:25 65:20 66:4,13 67:8 |
| 127:23 | **held** 95:8,12 116:6 118:5 | **hired** 58:6 | 67:12,12,14,14 69:1 70:3 |
| **halfway** 112:17 | **help** 40:25 55:12 58:7 | **history** 3:4 81:3 | 76:19 80:20 81:16,21,24 |
| **hand** 129:13 | 69:19 70:1 85:4 | **hold** 19:5 26:20 60:13 89:5 | 82:5,9,11,14,16 82:18,20,24 |
| **handbook** 2:24 3:3 63:10,12 63:25 64:2,12 | **helped** 58:7 | 116:5 117:6,23 | 83:2 87:10 88:12 109:23 |
| 64:13,15,23 78:9 87:13 | **helping** 58:8 | **home** 12:6 95:25 96:10 119:6,7 125:21 | 111:3,9,19 116:13,15 |
| **handbooks** 64:10 | **henry** 104:23 105:3 | 126:21 | 118:13,18 |
| **handed** 65:2 | | **homeowner** 12:5 | |

[hours - intelligent]                                                    Page 15

124:7,10,19
126:18,22
**house**  125:11
126:7,11,14,17
126:24 127:4
127:10,22
**hugo**  119:22
**huh**  6:11 65:9
**human**  59:11
**humberto**  53:6
53:11
**humiliated**
96:6
**humiliating**
53:4
**hypower**  1:8
4:5,14 7:12
28:9,10,13,18
28:22 29:2,5,8
29:18 31:4
32:4,8,11
33:23 34:2
35:22 36:1,12
36:18 38:3,4,6
38:7,9 39:15
39:17 42:14
45:13,18 49:1
49:5 55:4,13
56:17,19,24
59:4,6,12
60:17 61:16,17
63:8,10,15
64:6 65:17
66:17 68:11,22

68:23 69:14
71:21 72:15
73:4 74:3,14
80:12 81:2,4,4
81:9,12 83:14
83:16 85:8
86:16 88:2
89:2,20,22
90:13,19,21
91:10 92:10,15
93:3 94:9,13
95:3,7,18
96:13 97:19
98:6,14 99:25
102:4,4,6
105:11,16
106:9 107:4,10
107:19 108:2
108:11,21
109:3,6,14
110:3,8 113:6
116:14 118:11
118:25 119:2
120:10,23
122:20 124:8
124:10,17,20
128:12
**hypower's**  59:8
98:24 102:5,24
117:16

**i**

**i.d.**  2:18 3:2

**idea**  58:3,4
**identification**
5:17 57:4 61:7
62:5 63:21
64:20 80:2
84:17 89:15
99:7
**illegible**  92:25
93:10,14
**imitate**  91:7
**immediately**
65:16 78:18
**immigration**
22:2
**impair**  7:5
**impossible**
53:22,24 91:2
92:22 93:1
**inappropriate**
98:10
**including**  9:25
127:25
**increase**  25:19
27:14 28:1
62:24
**increased**
62:22
**independent**
35:11
**individual**  78:5
103:20 117:7
118:11
**individuals**
50:24 51:21

53:10 109:1
**influence**  7:4
**information**
7:11 42:7,12
46:22,24 47:11
101:24 116:24
124:16,18
**informed**  94:10
**informing**
94:16
**inside**  118:2
122:19
**inspector**  17:1
29:24 30:8
31:24 33:2
34:4
**inspector's**
30:11 101:20
**inspectors**  8:17
31:23,23 34:8
**installations**
18:5,13 21:6
45:19
**instance**  74:21
**instruments**
71:22
**insult**  53:13
54:1 117:20
**insulted**  96:9
117:13
**insulting**  97:17
**intelligent**
11:20

**interact**  37:8
42:19 49:12
**interested**
129:11
**international**
37:17 101:8
**internet**  16:9
100:8 101:1
**interpret**  4:16
**interpreter**
2:10 4:9,21
10:13 16:4,5,8
16:11 18:25
19:3,18,25
28:19 40:24
45:5,5 65:3
90:8 91:12
104:12,15
111:11
**interrogatories**
3:8 99:11
112:15
**interrogatory**
101:22
**interview**  27:20
29:8 101:2
**investigated**
59:9
**investigator**
11:10,10
**investigators**
8:18 10:25
**involved**  35:14

**involvement**
114:8
**ipad**  75:12,13
75:14 76:22,25
**irregularities**
59:23
**island**  46:10
**issue**  66:23
68:16
**issues**  37:14
50:5 97:15
**items**  95:15
**ivan**  59:17,25
79:17,23 98:19
113:22 114:3,9
118:14 123:7
**ivan's**  118:16

**j**

**j**  19:3
**jackson**  100:20
101:4
**january**  6:4
14:11 21:21
57:11,16 82:20
94:3,5 96:14
113:23 114:22
129:14
**jem**  1:3
**jillian**  2:6 4:13
**jillian.strasser**
2:7
**jo**  129:4,16

**job**  1:25 9:22
17:23 18:19,20
19:7 20:5,24
21:19 26:1
27:20 29:5,16
32:10 35:24
36:11,15 38:12
39:23,24 43:16
48:19 52:10
53:2 66:12
77:25 89:20,22
96:11,12 98:16
100:6 101:2,7
101:16,21
103:12,15
122:2
**jobs**  34:1 71:18
71:19 108:21
120:7 121:21
121:23
**jobsite**  44:19
44:25 45:1
50:25 71:15,23
76:2,6 78:2
83:20 97:2
115:11 116:20
119:15 120:15
120:17 125:9
**jobsites**  36:19
128:13
**johnson**  39:21
40:7,17,18,19
40:20 41:15
42:20 43:10

53:21 55:25
56:10,19 59:18
99:1 101:23
102:3,11,20
103:4,14
114:11
**jorge**  106:18
**jose**  17:18
109:5,17
**josef**  16:13
17:3
**joseph**  16:11
**journeyman**
16:20,22,24
24:9 30:24
**journeyman's**
23:5 24:7,24
25:2,7 29:19
**juan**  108:16,17
**judge**  11:17
**july**  64:2,23

**k**

**k**  48:24 49:3
**keep**  72:11
**kept**  72:10
122:15 123:1
**kevin**  53:8
119:21
**key**  125:4,8
**kind**  8:6 15:17
34:6,15 35:11
53:3 54:1 70:5
72:4,16 83:20

91:5 121:25
122:1
**kinds** 95:23
**kissane** 2:5
**knew** 36:1
42:15 43:25
94:19 98:1
107:3 114:1
**know** 6:14,15
6:19 8:4 11:21
13:9 35:24
36:2,7 40:19
43:11 49:10
50:20 54:2
57:7 58:2,13
60:15 61:9,19
63:23 69:14,23
91:1,11 92:2
95:6 97:22,24
99:19 100:2,16
101:1 103:25
106:2 107:3,22
109:1 112:22
112:25 114:7
114:14,16
115:6 118:8,20
120:16 122:25
128:6
**knowing** 85:3
**knowledge**
34:7 102:3
**known** 36:6
**knows** 105:11
108:24 109:11

**l**

**l** 20:8 22:11,23
36:5 103:20
**labor** 8:17 9:14
9:20 10:17,24
11:1,9,14 72:2
72:5
**lack** 113:16
**lacks** 116:7
**ladder** 121:24
**lady** 29:9 69:4
**lago** 108:16
**laid** 20:19,21
**lakes** 36:23
37:3,9,16,19
38:1,8,12,17
39:20,24 40:8
40:15 41:13,20
41:23 42:2,8
42:10 43:17
48:10,15,19
67:2,17 70:23
80:19 107:15
116:7,10 117:4
117:24 119:8,9
120:15 122:16
122:17 125:12
125:18,19
126:8,9,10
128:13
**lakeview** 2:6
**language** 51:20
90:7

**laptop** 75:14
**large** 129:5
**larger** 42:1
**larou** 2:2,15
4:11,11 10:2
11:6 83:6
86:14 108:9
110:15,22
113:7 115:4,8
117:15 122:23
122:25 123:25
124:5 128:9,11
128:16,19
**larou's** 60:25
**late** 74:21
128:4
**latest** 75:7
**laundry** 95:19
**law** 49:8 94:21
111:21
**lawsuit** 35:15
57:21 88:25
94:11,12
101:24 105:5,9
105:13 106:8
106:22 107:9
108:4 109:10
**lazy** 53:15
**learn** 28:10
**leave** 19:14
20:14 23:14
25:25 27:11
51:15 79:19
90:10 92:11

103:12
**leaves** 78:25
111:22
**leaving** 96:25
**left** 17:24 25:22
26:13,14 28:3
28:7 31:4
39:19 51:16
68:10 126:19
**legal** 4:3
**letting** 103:7
**level** 8:5 14:19
54:14
**license** 14:22
14:24 16:20
23:5 24:8,10
24:13,20,24
25:3,7 29:19
29:23 30:2,8
30:10 101:20
**licenses** 14:25
16:23 29:21
**lift** 121:24
**lily** 29:9
**linda** 2:10 4:15
**lino** 106:4,6
**list** 103:19
106:3,14,24
107:12,24,25
**listed** 99:23
100:5,21 101:7
101:23 102:23
104:7 112:17

[listings - marked]                                           Page 18

listings   101:8
little   11:24
  20:17,17 31:12
  37:25 45:3
  52:6 66:16
  90:7 94:23
  117:7 122:19
  124:5 125:18
live   12:21 13:3
  13:15,17,24
  14:2
lived   12:4
  13:25 17:12
living   13:21
llc   1:8 4:5,14
located   37:16
locked   125:1
lodged   94:13
  94:17
log   89:25
logged   83:5
  90:16
logic   72:8
logistics   121:21
long   12:4,14
  13:15 14:12
  19:12 20:12
  21:7 23:10,25
  26:11 32:2,21
  54:23 67:16
  114:23 122:7
  123:23 125:11
  125:20 126:10
  126:14,16,23

  127:1,9,21
longer   108:4
  109:3
look   11:6,19
  16:8 57:6 65:1
  69:14,18,23
  71:17 81:14
  86:9 87:13
  90:13 91:9
  92:15 93:2,11
  99:12,18
  101:22 110:4
  112:14 113:15
  121:5,8
looking   65:10
  78:22 84:22
  89:21 106:1
looks   10:20
  63:25 64:24
  81:15
lopez   59:17,25
  79:18,23 98:19
  114:9 118:14
  123:7
lorenzo   2:3
lose   108:21
lot   27:25 34:5,7
  34:23 47:22
  76:9 88:11
  108:1 123:11
  127:6,10,13,16
  127:17,22
lots   127:5

lower   103:11
luaces   59:20
  114:11 120:5
luis   108:16
  109:5
lunch   34:22

## m

m   12:11 19:3
  26:8 36:5
made   17:15
  27:19 47:17
  54:10 59:12
  72:15 77:23
madrid   13:25
  19:20,25 20:1
  20:4
mail   38:21
  56:10 59:15
  60:2 61:16,23
  79:20 94:13
  95:4 97:18
  98:14 110:16
  110:17 114:13
  120:12
mails   9:13 10:4
  10:6,17
maintenance
  100:24
majority   52:14
make   11:4
  18:12 19:7
  20:9 21:12
  22:24 26:22

  34:11 36:25
  47:20 55:7
  69:25 73:7
  75:10 84:22
  88:7 115:5
  119:10 125:15
making   18:17
  19:10 21:14
  25:16,18,23
  28:4 33:3
  48:14 50:11
  59:11 70:8
  95:2 119:12
man   26:7 32:19
manager   14:16
  59:16 79:17,23
  94:15 98:19
  113:25 118:14
  118:15
mandatory
  69:25
manual   65:4
march   54:3
mario   59:20
  114:11 120:5
mark   61:5 62:3
  63:18 64:15
  79:25 84:15
  87:9 89:12
  99:4
marked   57:4
  60:5 61:7 62:5
  63:4,21 64:20
  80:2 81:2

[marked - morning]                                                          Page 19

84:17,25 85:5
87:16 89:15
99:7 109:21
110:2,10
112:14
**marking**  37:2
**married**  12:12
12:15,18 14:12
**martinez**  35:1
46:25
**match**  68:25
**materials**  69:20
71:20 83:16
84:5,8,9,11
120:18 121:18
121:25 122:21
123:6
**math**  122:10
**matter**  4:5 49:4
58:10 59:1,9
68:19 103:15
**maximum**  79:3
123:24
**mean**  5:16 18:9
44:9 58:20
75:6 113:12
124:11
**means**  58:2,3,4
58:14 85:13
**meba**  18:5,13
**media**  41:7
80:10 126:4
**medicaid**  14:16

**medication**  7:5
**meet**  38:23
47:8,9 96:23
97:1
**meeting**  76:5
94:2,8,9,25
95:5,6,8,14,17
96:17,19,20,20
96:21 97:1,9
97:24 114:10
114:14
**meetings**  83:15
89:5 95:12,13
108:13 115:24
116:1,2,5,5,6
116:24 117:1
117:23 118:5
122:13
**meisner**  32:7
32:10,12,14,21
33:3,5,6,13
35:4
**mentally**  7:1
**mentioned**  9:2
10:1 59:24
**message**  42:24
53:21 103:13
103:14
**messages**  39:2
39:5,10,13,14
**met**  77:4,6
**miami**  1:2,12
10:24 12:2
13:7 14:18

16:19 21:18
24:11 25:8
29:25 31:1,2
31:21,25 37:17
37:18 40:5,6
46:5 100:5,10
100:13,19
123:13 129:13
**mid**  34:22
**middle**  5:8
33:17,20
**mine**  42:16
85:25 92:7
104:21 108:1
108:22
**minute**  40:25
104:16 127:12
**minutes**  37:24
54:24 66:14
84:13 122:8
123:24 125:13
125:16,17,20
126:7,9 127:11
127:16,20
**misspoke**  41:19
127:8
**mistake**  77:23
**mistaken**  103:8
**mistreatment**
103:23
**misunderstan...**
74:11
**moment**  91:23
119:13 122:4

124:16
**monday**  25:14
41:25 43:6,11
77:16,18
**mondays**  116:8
**money**  23:15
23:20 27:25
58:8 60:16
70:9 103:16
112:9
**montajes**  18:21
**month**  18:17
20:9,11 21:12
28:23 30:4,5
30:22 33:17,22
52:25 53:18
54:3 61:12,25
68:2 105:15
**monthly**  19:9
19:10
**months**  8:16
26:12 30:9
32:22 39:25
42:21 67:21,22
67:23 68:10,18
68:21 92:23
101:19 106:7
106:21 107:8
109:9
**morning**  4:1,11
4:13,25 5:1,2
7:8 8:13 9:6
31:19 34:16
37:20 38:18

[morning - numbers]                                          Page 20

44:15 48:7
51:13,14 69:16
69:19,22 70:8
70:20 71:8,14
73:12,24,25
74:1,10,18
76:4,8 77:1,2,2
77:7 89:4,8
90:25 92:7
93:23,24 96:2
96:5,22 98:7
108:5 115:19
116:7 117:12
117:19 119:5
120:1,7 121:18
122:2 123:16
124:23 125:13
125:15,16
127:11,25
128:4
**mornings**  9:3
**mouth**  50:14
**move**  21:17
54:6 89:9
**moved**  17:9
19:20,24 21:9
21:16 22:7
39:19 56:8
**movement**  42:8
**moving**  9:23
35:10 40:8
41:13,21
**msc**  40:3,8
41:13,16,21

42:1,8 43:3,5
45:21 46:2
47:25 48:5,12
48:13 49:11,15
52:15 54:19
67:3 89:20,23
103:12 107:17
109:2 117:10
118:5 119:14
120:15 123:1
123:11 126:14
127:13,16
128:5,13

**n**

**n**  1:19 2:12 5:7
5:7 12:11,11
19:3 22:23
26:8 45:11,11
103:20 122:24
**name**  4:2 5:4,6
5:8,10,20 12:8
16:6 18:3
22:20,22 27:4
27:5 28:25
29:9 32:15,18
32:20 34:25
37:6 40:20
51:11 53:7
59:17,22 69:6
85:9 119:15
121:3,10
**named**  119:21
119:22

**names**  10:24
36:8 104:10
108:7 109:4
**nationality**
102:17
**necessary**
11:18 121:14
121:19
**need**  6:18 38:7
39:25 47:8
56:8 71:19,20
71:21 84:4,7
108:19 121:2,6
121:24 122:1
123:16
**needed**  16:17
28:2 38:8 40:1
41:16 43:5,8
44:16 71:24
72:7 83:17
98:16 120:18
122:5
**needs**  45:5
**neither**  129:11
**never**  7:17,18
11:7,13 27:7
27:16 31:17
37:15 39:16
51:9,12 58:9
59:9 66:1 70:5
73:2,13,15
75:4 80:25
87:6 100:9,11
100:14 102:20

112:2 117:4,5
127:3
**new**  18:19,20
40:3,9 115:6
122:18 125:25
**nine**  67:22,23
68:1 77:16
**nod**  6:10
**noel**  27:4
**noon**  90:18
**normal**  33:7
34:6
**normally**  38:23
39:1 45:1
**notary**  129:4
129:17
**note**  72:15 88:7
**noted**  66:3
88:13
**notice**  1:23
129:5
**noticed**  66:1
**notion**  58:5
**november**  82:8
**number**  38:15
39:18 47:18
60:15 65:4,5
71:18 84:20
89:23 97:9
124:19
**numbers**  10:22
10:25 85:1

[o - paid]                                                      Page 21

| **o** | | | |
|---|---|---|---|
| **o** 1:18,19,19 12:11,11,11 18:25 19:3 22:11 36:5 122:24 | 54:10,16 118:1 126:25 | **open** 11:13 118:3,7 | **p.a.** 2:5 |
| **object** 6:19 | **offices** 21:25 27:24 47:16 123:7 127:2,7 | **opportunity** 26:3 | **p.m.** 25:15 80:6 80:7,10 86:2 88:4 90:3 126:2 128:21 128:24 |
| **objection** 108:9 | **official** 34:25 35:2,3 129:13 | **option** 46:13,16 | |
| **obtain** 14:10 | **okay** 6:2,8,12 6:17,23 11:4 11:23 41:8 44:15 58:21 62:18 65:12 66:21 68:5 70:21 76:16 81:14 82:8 90:12 92:16 95:8 99:18 105:2 122:3 125:22 127:19 | **options** 46:8 | **pac** 26:7 |
| **obtained** 23:4 | | **order** 28:2 50:15 | **pacman** 26:6,8 26:9,17,24 27:9,11 28:3 |
| **obvious** 91:8 | | **organize** 71:16 83:16 | **pads** 75:18 |
| **occasions** 42:25 59:25 67:5 96:11 113:18 113:19 | | **outside** 49:25 50:24 113:6 118:2,3,3 | **page** 8:10 57:10,19 62:17 63:3 65:1,5,6 78:21 82:23 85:4,5 86:9,10 87:13,14 88:15 88:16 90:20 92:10 99:10,13 99:16 100:20 102:22 103:19 104:24,25 105:1 106:4 110:25 112:16 112:18 |
| **occurred** 57:21 58:16 | | **overall** 58:12 | |
| **occurring** 102:25 | | **overpayment** 65:17 | |
| **october** 17:11 82:4,6 | **old** 53:8 | **overtime** 8:25 34:19 80:12,18 80:22,23 83:5 83:12 87:10,25 88:5,12 92:8 110:1 111:11 | |
| **offend** 113:21 | **older** 53:9 | | |
| **offer** 2:20,22 61:18,21 101:16 | **olson** 129:4,16 | **owes** 60:17 | |
| | **once** 11:19 27:12 47:7,8 61:13 67:5 68:7,15 69:9 77:20 83:20 95:8 96:10 115:14 | **own** 12:6 13:1 13:11 21:7 33:8 46:12 47:24 74:25 76:19 85:1 | **pages** 64:6 84:20 91:9 93:2 |
| **offered** 23:15 23:20 26:1,2 36:11,15 | | | |
| **offers** 101:11 | | **owner** 59:19 94:14 | **paid** 7:17 8:23 8:24,25 9:7,8 18:14,15 35:17 58:9,24 60:24 66:13 67:8,12 67:14 78:22 |
| **office** 9:16 28:13,18,22 38:3,3,4 39:6 39:10,11,12 | **ones** 58:6 69:18 69:21 70:2 104:22 108:3 | **p** | |
| | **online** 30:17 100:8 110:9 | **p** 1:18,19 12:11 22:23 26:8 | |

79:2,2,11
80:21 81:17,25
82:5,9,11,24
83:1,4,9
109:14,23
111:3,4,24
118:10,12,17
118:21 119:3
**palm** 2:7
**palmer** 36:22
37:3,9,16,19
38:1,8,12,17
39:20,24 40:8
40:15 41:13,19
41:23 42:2,8
42:10 43:17
48:10,15,19
67:2,16 70:23
80:18 107:15
116:7,10 117:3
117:24 119:8,9
120:15 122:15
122:17 125:12
125:17,19
126:7,9,10
128:13
**paper** 75:25,25
**papers** 8:12
**paragraph**
57:19 58:14,20
60:5 78:10,13
78:24 111:1
**park** 44:9,20
46:2,4,4,11,18

47:11,13,19,21
123:11
**parked** 47:25
**parking** 44:10
44:13,18,24
45:2,3,8,21
46:10 47:19,22
98:22 123:11
126:19,20
127:5,6,10,13
127:16,22
**parole** 22:2
**particular** 97:8
97:8
**parties** 129:11
**pass** 24:14 25:5
25:9 30:11,21
**passed** 25:6
30:13,23 61:14
**patrick** 2:2
**paul** 59:19
**pay** 25:19 34:9
46:12,14 48:12
60:7 62:19
65:14 66:23
94:21
**paychecks**
65:23
**paying** 66:3
103:12
**payment** 7:18
65:13,20
**payroll** 48:22
65:16 88:12

116:16 124:10
**pedro** 35:1 53:7
**people** 10:22
27:8,10 46:17
49:23 55:3
59:15 69:16
70:12 71:14,19
97:7,10,11,12
104:7 106:1
108:6,12,21
**percentage**
60:16
**perez** 108:16
**perfectly** 52:11
**performing**
120:14
**period** 7:18
30:10 61:12,14
**permit** 21:22
22:3
**person** 6:9
10:23 11:2
24:15 25:13
27:3 29:11,14
30:16 37:12
38:22,24 39:1
40:13 52:8,11
53:25 54:8
56:1 77:24
101:24 111:24
114:14 119:16
120:25 121:2,3
**personal** 39:16
39:18 104:21

106:3,17 107:5
107:23 108:1
129:8
**personally**
31:24
**phase** 85:12,13
**phone** 10:22,25
11:2 19:16
29:15 38:14,21
38:25 39:15
42:23,24 43:1
47:1 98:20,23
102:24 103:14
108:14
**photocopy**
47:17
**physical** 63:16
72:2,5 83:20
**physically** 73:8
74:20
**piece** 75:24
**pieces** 75:25
**pipes** 84:9
**place** 35:19
50:19 96:23,25
97:3 129:10
**placed** 38:1
**places** 46:11
**plaintiff** 1:6 2:4
4:12 57:22
60:6 111:2
**plaintiff's** 3:7
99:10

[plan - project]                                             Page 23

**plan**  31:23 33:2
34:4,8 48:23
49:6,6 120:17
121:18
**planning**  83:19
84:3
**plasencia**  22:21
**please**  4:7 5:4
6:14,18 10:9
12:10 18:24
19:16 22:10
42:17 44:23
57:8 78:21
79:20 93:3
98:20 104:12
109:21
**pleased**  42:11
42:17 61:14,20
**plus**  109:25
**pockets**  46:12
**point**  24:6
27:18,23 29:16
31:4 34:12
39:19 40:21,22
40:25 50:8
52:19 53:20
54:5 74:2 76:6
77:6 98:2
103:9 105:10
106:13
**policy**  2:23
63:24 65:19
78:22 79:7

**pollock**  60:12
60:14
**pompano**  103:8
**port**  8:19 40:3
40:4,6,11
43:22 44:20
45:2,24 46:4,9
46:10,18 59:16
59:21 73:14,15
73:17 74:7
79:17 89:7
96:4 104:6
108:2,18
117:10,11
118:15 119:11
123:13 125:17
**posed**  4:16
**position**  19:4
24:3 26:17
29:6 33:19
62:13 100:24
101:3,15
**positions**  33:1
36:9 100:8
101:13
**positive**  42:12
**possibility**
103:6
**possible**  42:13
47:7 65:18
95:9
**powered**  122:1
123:8

**powers**  97:19
**practically**
37:18 55:7
**practices**  94:18
97:16
**precedent**
57:20 58:16
**precisely**  55:5
**preparation**
83:15
**prepare**  7:9,10
**prepares**  25:7
**present**  2:9
97:12
**presented**  7:25
8:5
**president**  40:22
59:18 94:14
**prior**  13:3
33:19 38:11
81:10 84:1
88:10
**problem**  66:9
69:22 70:5
102:18
**process**  34:6
**produce**  55:16
**produced**  9:15
39:5,11 42:18
**production**
54:14
**professional**
14:22

**professor**  30:25
**project**  8:18,19
22:19 26:25
27:7,13,15
33:10,11 37:1
37:10,13,16
38:25 39:20,22
40:1,2,3,9,15
41:16,20,21,22
42:1,1,22 43:4
43:6,13,16,25
44:11 45:16,21
45:21 46:2,3
46:18 47:10,23
47:25 48:5,10
48:13 49:11
50:2 51:1,2,7
52:15,24 53:18
53:24,25 54:6
54:7,18 55:3,7
55:8,25 56:5
56:15 59:16,21
67:3,3 68:12
75:5 79:17,19
79:20,23 80:15
89:7 90:10
94:10,15,16
96:1,13 97:13
98:1,3,19
103:7,22 104:6
108:2,18 109:2
113:4,25
115:23 116:3,7
116:10 117:3

117:10,24
118:5,14,15,15
119:2,8,9,11,23
119:24 122:16
122:17 123:1
123:11 125:6
125:17 126:19
**projects** 27:25
36:21 51:4
103:5 121:4
124:25
**promise** 115:5
**promises** 27:19
**promotion**
48:15
**proper** 8:20
**properties** 13:1
**prove** 16:17
**proved** 27:13
**provide** 6:10
31:22 98:21
**provided** 45:23
62:24
**pto** 79:2 111:10
111:11,16
**public** 100:13
100:17 129:4
**publicly** 117:20
**puerto** 50:23
**purpose** 94:7
94:24 95:6,14
**purposes** 85:3
**pursuant** 1:23
129:5

**put** 10:14 73:11
74:10,16,17
75:4,8 76:24
76:25 83:10
85:1,14 86:6,7
86:20,23,25
87:3,24 93:25
100:7 124:16

**q**

**qlm** 29:2,4 38:5
38:6,14 81:11
**qualities** 55:6
**question** 6:16
6:20,21 7:21
44:23 66:10
68:14 71:13
72:23 75:23
89:10 93:18
94:23 102:7
111:12 118:23
128:9
**questioning**
29:14
**questions** 4:16
6:14,24 8:3,8
29:10,12 30:19
52:12 59:10
99:21 115:3
116:18 123:25
124:2 128:16
**quick** 115:5
**quit** 28:6

**r**

**r** 5:7 12:11
18:25 22:11
36:5 45:11
102:24
**raidel** 43:24
44:7,8,12 46:1
46:21 47:1
96:7,7
**raised** 25:21
**rate** 48:12
62:19 119:3
**rather** 53:17
94:12
**raul** 31:9 43:7
43:14,19,23
44:4,15 46:25
47:2,3,5 48:3,4
49:12,22 50:1
50:3,20 51:16
51:17,20 52:19
54:9,9,10
55:11,24 56:7
56:9,12,18
59:25 66:6,23
67:6 72:23
73:19 74:9
75:4 77:8 89:2
94:18 96:6
97:15,17,20
98:15 102:10
103:22 108:13
113:1,6,9

114:4,10,17
115:10 116:18
116:19,23
117:3,22 118:6
118:9,19,21,23
120:2 123:2,7
**raul's** 43:15
**reach** 56:11
**read** 9:11 64:1
79:6 128:18
**reading** 128:22
**really** 8:4 40:19
128:6
**reason** 78:25
79:13 112:1,2
**reasonable**
60:7
**recall** 17:9
23:22 28:17,21
40:8 41:13
42:3 52:23
94:2
**receive** 15:6,12
16:14 17:19
21:23 24:9,12
24:19 25:2,19
30:2 63:12
66:19 80:12,18
80:23 101:11
111:16
**received** 7:18
17:2 33:13
64:11,23,24
65:23 66:17,21

[received - rest]                                                    Page 25

68:25 81:16
100:11 110:16
**receiving**  81:10
**recently**  30:6
104:9
**recess**  41:5
80:7
**recognition**
16:2,15 17:2
**recognize**  57:7
61:10 63:24
**recommend**
42:17
**recommended**
9:19
**record**  4:2,8
5:5 10:8 41:2,4
41:7 57:9 63:7
64:5,17 72:14
72:20 73:21
80:4,6,10 99:9
126:2,3 128:21
129:9
**recorded**  73:3
77:18
**recording**
74:24
**records**  78:17
**recover**  58:8
92:8
**recross**  2:14
128:10
**recruit**  105:24
105:25

**red**  86:16
**redirect**  2:14
124:3
**reduced**  129:8
**referred**  57:3
61:6 62:4
63:20 64:19
80:1 84:16
89:14 99:6
**referring**  10:2
59:13 62:8
102:10 110:7
117:16,17
**reflect**  10:8
**regard**  124:21
**regarding**  68:7
**regardless**
111:25
**registered**  5:11
5:15 21:25
**registration**
5:20
**regular**  55:8
103:15 119:9
**related**  65:20
**remaining**
123:8
**remember**  7:6
27:5 28:25
32:15,18,20
42:5 70:17
90:25 92:22
93:22,24
106:10,12

110:17 124:7
**remove**  78:2
**rendered**  60:8
**rent**  13:11
**rented**  13:5,12
13:13,14 45:8
46:5
**repeat**  44:23
**report**  22:18
26:24 32:14
34:24 37:3
38:17 43:3,6
65:15 81:3
116:15
**reported**  32:17
36:19 49:22
76:12
**reporter**  4:9
**reporting**
38:11 44:17
49:14,23 50:1
59:23 76:17
78:10 116:13
124:6,10,11
**request**  104:8
**requested**  22:1
29:5 34:20
98:23 103:21
**required**  23:2
46:4 49:8
71:11 72:11
74:17 75:6
89:3 115:11
116:20 121:25

**requirement**
49:7
**residency**  22:4
**resign**  35:4
**resignation**
79:1
**resigned**  23:17
35:6
**resolve**  102:18
**resources**
59:11
**respect**  111:15
113:17
**respectful**
113:13,20
**respond**  56:9
118:23
**response**  3:7
54:4,25 55:11
55:19 99:10,23
104:8 118:16
**responses**
11:16
**responsibility**
124:9
**responsible**
74:24 76:16
116:12 120:19
120:22 124:6
124:23
**responsive**
89:10
**rest**  51:6 95:12

[result - send]                                                    Page 26

result   20:15
retained   60:6
    112:4
retrieve   128:13
retrieving
    120:19
returned
    121:12
review   7:13
    57:15 63:10
    65:14 124:12
rico   50:23
ride   123:12,23
    127:13
right   9:11 16:9
    36:11,15 37:18
    39:20 41:17
    45:1 46:13
    52:21 56:18
    57:25 62:13,20
    65:6,7 67:21
    67:24 68:1,4,8
    69:6,10 70:4
    70:16 72:3,12
    73:13 75:19
    77:10 78:19
    79:12 81:11
    82:9,12,16,18
    82:21,24 83:2
    83:5 85:9,12
    85:16,19,21
    86:1,5,19,22
    87:17,19,22
    88:3 89:20,23

    90:17 91:3
    92:13 93:25
    98:22 99:16
    101:9 103:23
    111:4,18
    112:20 113:2
    114:4,18
    116:14 117:25
    118:1 122:18
    127:14 128:2
river   37:18
robert   102:22
    103:6
rooms   122:20
rules   6:7
run   117:3

                s

s   1:19 19:3
    22:11,11,23
    36:5 102:24
    103:20
safe   121:17
safety   64:12
    94:2,7,24 95:6
    95:8,13,14,15
    95:17 96:17,20
    116:5,6,24
    117:1,23 118:5
salary   18:14,16
    25:21 27:14
    28:1
san   2:3

santamaria
    104:23
santos   106:18
    106:20 107:6
    109:5
satisfied   57:21
saturday   88:6
saturdays
    80:21 83:13
saying   32:25
    50:12 51:24
    52:20 58:7
    72:19 73:16
    85:14 93:22
    96:2 102:11
    103:11 113:15
    117:21 119:1
    124:7
says   61:20
    62:10,13,14,19
    65:5,14 78:16
    78:24 85:12,13
    85:15 86:1
    89:22 91:17
    92:7,11,21
    93:7 111:16
schedule   33:8
    34:15,23 37:19
    37:22 44:10,16
    47:10 48:5
    72:17 73:18
    78:2 83:18
    86:7,24 91:5

scheduled
    103:21
school   15:14,15
    15:23 16:18
    17:3 30:23
    31:2,25 100:13
    100:17
scissor   121:24
scott   2:5
screws   84:10
seal   129:13
second   5:11
    57:6,19 58:10
    59:1 61:3 63:3
    78:10,13 99:13
    117:6,14
section   65:10
    78:23
security   21:3
see   8:12,20
    57:23,24 60:8
    62:15 64:3
    65:13 78:11,14
    78:18 79:4,5
    81:5,19 86:16
    89:19 91:23,25
    92:7 93:1,8,12
    99:25 103:6
    104:10
seen   11:7 99:19
    99:20
send   39:2,9,23
    53:20 56:6
    60:2 79:20

**[send - southwest]**                                                     Page 27

98:17 103:5
110:8 119:6,6
124:19
**sent**   9:13 11:15
28:14,24 38:7
39:14 55:5
59:14,15,16,17
59:18,20 61:11
61:16,23,23
81:12 94:14
96:10,12 97:19
98:14 103:13
114:12 117:14
**sentence**   78:13
**separate**   84:5
**separated**   51:3
**separation**
99:24
**september**
33:22 81:15,16
81:19,20,22
88:9,16
**sergio**   121:3,13
122:4 124:22
125:4,6 128:14
**series**   11:16
116:17
**serious**   108:20
**services**   31:22
60:7
**set**   3:7 48:25
69:20 99:11
**setting**   95:5

**seven**   71:2,3
**several**   39:25
42:25 59:15,24
67:5 101:18
109:9
**sheet**   121:9
**sheets**   90:14
**shift**   77:16
**shit**   50:13
53:16
**shortly**   62:21
**show**   11:17
43:11 57:1
61:4 62:2
63:18 64:14
67:10 71:4,5
79:24 84:14
88:12 89:12
99:3
**showed**   56:15
70:10 77:15
81:1 109:16
**showing**   113:16
**shown**   84:24
129:7
**shut**   20:17
**sic**   12:22 39:21
**side**   86:9 88:1
90:14 91:10
99:16
**sided**   85:2
**sign**   61:24 75:3
75:9 76:10,23
76:25 96:23,24

110:9
**signature**   63:4
76:21 85:23
86:4 91:3,7,18
92:6,25 93:8
93:10,11,13
99:13,15,17
129:16
**signed**   64:1
75:11 77:9,13
85:8 87:19
88:21 96:1
109:25
**signing**   96:2
128:23
**silence**   19:15
**silent**   10:14
19:18
**silently**   104:19
**silny**   16:13
17:4
**similar**   42:16
48:23 93:13
116:18
**simply**   35:19
59:8
**sir**   4:25 5:8 6:3
12:1 14:20
31:14 35:15
61:10 89:18
104:12
**sit**   31:18 60:24
**site**   54:18 56:15
76:18 98:3

**situation**   35:17
44:18,24 45:2
**six**   26:12 49:21
71:2,3
**slowed**   20:16
**social**   21:3
**soffer**   129:4,16
**solares**   22:9,24
23:12,14
**solicitor**   129:11
**solutions**   4:3
**somebody**
91:21 93:15,19
111:21
**someone's**   78:2
**soon**   17:23
43:18 65:18
**sorry**   9:20
10:12 16:4,12
16:21 20:2
21:15 39:9
58:17 62:1
81:20,20 93:17
**sort**   8:21 34:15
121:24
**sosa**   53:7 109:6
109:8 119:24
120:2
**south**   1:12
**southern**   1:1
57:12
**southwest**   12:2
12:21 13:10

space  45:9
103:9 123:8
spain  13:18,19
17:23,24,25
18:14 19:24
20:25 35:12
spanish  10:15
16:7 19:17
27:6 32:17
38:23 45:7
51:17,19 67:19
71:3 81:21
91:24 104:12
106:11
speak  39:1 44:1
51:17,20 52:5
52:6,7 54:8
69:7,7 97:12
108:12 118:19
121:14
speaking  10:8
108:14
speaks  6:9
special  17:14
specific  66:8
67:7 95:5 97:2
109:1
specifically
7:13,14 11:21
17:9 34:20
46:1 47:13
65:10 78:22
93:22 113:10
126:23

specified
129:10
spell  5:5 12:10
18:23 22:10,22
36:4 45:10
spelling  122:24
spend  53:16
spent  28:1
spoke  8:19
10:23 11:1
38:11,16 43:13
43:23 44:7
54:9 56:1
60:11 68:19
69:4 79:17
97:11 98:6
102:15,23
104:4 106:5
107:7 109:8
113:18
spoken  104:20
staff  61:15
68:22
staffing  28:14
28:15,24,25
29:3 61:13
63:14,14 68:24
69:3 81:11,13
stamp  65:4,6
stamped  63:8
64:6,17 81:3
86:12,15 88:2
90:14

stamps  84:21
stands  17:17
start  17:22
18:19 22:12
26:9 28:11
29:2 34:15
37:23 41:25
43:22 53:11
62:10 70:8
72:20,25 73:3
73:11,23 74:3
74:12,21 75:7
85:15,17,18,24
86:18 87:16
88:19 89:25
90:16 91:13
92:4 93:5,16
96:24 100:14
104:22 105:22
122:13
started  20:25
23:22 25:18
26:14 37:2
40:9,10 50:6
50:11,11,12
52:20,25 53:3
63:14 73:17,18
86:20 88:22,22
88:24 90:9,23
92:19,23 93:23
101:14,19
128:2
starting  41:24
62:14,19 72:24

73:3,25 83:23
96:3,5
state  4:8 5:4
30:1 129:2,5
129:13
stated  104:14
115:9 118:20
119:13 120:16
122:4 123:10
statement
67:11
states  1:1 11:1
12:18 14:23
16:17,23,24
17:5,10 21:10
21:16,20 24:23
29:22 35:10
57:11 90:16
103:20
stay  54:7
stenographer
10:7 19:1 90:6
104:13
stick  90:6
stop  109:7
stopped  91:16
store  122:20
123:8
stored  123:2
straps  84:10
strasser  2:6,15
4:13,14,24 8:2
10:9,10,16
16:10,14 18:23

19:4,15,19
20:1 28:21
41:1,8 45:10
57:1,6,9,15
61:4,9 62:2,7
63:7,9,18,23
64:5,10,14,22
65:5,8 79:24
80:4,11 83:8
84:14,19,24
86:12,15 89:9
89:17 90:12
91:13 99:3,9
99:12 104:18
104:24 105:2
108:23 110:20
110:25 111:13
111:15 113:9
115:2 117:9
124:1,4 125:24
126:6 128:7,17
**street** 12:22
31:3 100:16
120:9
**strike** 44:5 61:3
89:9 126:15
**stub** 66:22
**stubs** 65:14
**studied** 15:14
**studies** 24:25
**study** 15:4
**subcontracted**
45:18

**submitted** 97:3
**sued** 109:13
**suggested** 69:7
**suggesting**
93:19,21
**suggestion**
55:20
**suing** 35:22
105:11
**suit** 129:11
**suite** 2:3,6
**summary** 81:3
**summer** 8:16
**superintendant**
32:18
**superintendent**
27:1,6 37:5
42:14 43:16
55:13,14 59:6
77:25 78:1,6
88:7 91:4 96:8
115:10 116:15
125:6
**superintende...**
66:6 73:10
83:14 124:8,9
**supervise** 27:8
**supervision**
129:8
**supervisor**
40:21 59:20
116:9 120:5
**supervisor's**
78:18

**supplied** 45:20
**support** 55:14
**supposed** 71:10
**supposedly**
21:24
**sure** 44:24
47:20 73:7
79:15 84:22
94:1 104:11
128:6
**surname** 5:12
5:13
**surnames** 5:22
**swear** 4:9
**sweetwater**
13:5,7 21:18
22:8
**switched** 61:15
103:15 119:22
**sworn** 4:15,20
129:6
**system** 83:11
100:21 101:5

**t**

**t** 1:18,19 19:3
45:11
**tablet** 72:15
75:12,13 76:1
76:10 77:5
85:8 98:20,23
**take** 11:3,6,19
34:21 40:24
41:1 46:6,7,19

57:6 66:22
68:7 98:21
99:12 104:11
122:7,8 123:23
125:24 126:15
126:16 127:1,9
127:19,20
**taken** 1:22 41:5
80:8 96:11
103:11 114:22
125:16 129:10
**takes** 126:24
**talk** 31:12
35:21 38:24,25
41:9 42:23
52:9,11 72:10
100:4 103:3
105:7,14
113:15 114:15
120:13 122:4
125:19 126:23
**talked** 69:9
80:14 97:16
100:2 104:8
105:3 106:19
111:9 112:25
**talking** 41:12
43:18 53:16
65:3 84:1
100:17 102:9
110:11 124:15
124:22 126:18
126:21

[tardy - time]                                                                    Page 30

| | | | |
|---|---|---|---|
| **tardy**  119:5 | **terminated** | 84:4 | 65:11 68:19 |
| **team**  49:17 | 79:10 98:9 | **think**  41:15,19 | 69:17 72:5,10 |
| **technical**  15:10 | 113:23 114:5 | 69:5 74:11 | 72:11,14,20 |
| 15:12 | **terminating** | 80:14 85:4 | 73:3,9,11,21,23 |
| **technician** | 114:8 | 86:14 91:21 | 74:2,3,13,22,25 |
| 15:11,20,23 | **termination** | 93:15 96:15,16 | 75:2,10,22,24 |
| **tell**  8:15 9:23 | 79:1 111:17 | 97:14 107:3 | 76:13,17,20,23 |
| 43:3,8 44:4,12 | 112:1 114:2 | 111:25 | 76:25 77:9,12 |
| 44:16 46:1 | **test**  24:14 | **thinking**  72:9 | 77:17,17 78:10 |
| 47:5,14 48:4 | 30:17 61:12,14 | **third**  78:24 | 78:17,22 79:2 |
| 53:10 55:23 | **testified**  4:21 | 100:5 | 79:11 80:6,10 |
| 60:13 66:8 | 118:8 129:7 | **thought**  24:22 | 80:23 83:5,10 |
| 68:15 69:3,12 | **testify**  112:4 | 48:19 72:7 | 83:15 85:15,17 |
| 88:13 92:6 | 129:6 | 127:4 | 85:18,24 86:1 |
| 97:9 104:19 | **testifying**  7:1 | **thousands** | 86:2,18,25 |
| 105:5,12 106:8 | **testimony** | 125:3 | 87:16,21 88:19 |
| 106:22 107:9 | 41:10 48:9 | **three**  24:18 | 88:20 89:25 |
| 108:3 109:10 | 72:21 73:2 | 51:1 61:12 | 90:3,16,24 |
| 109:12 115:14 | 129:7,9 | 68:21 80:10 | 91:10,13,16 |
| 115:21 116:19 | **text**  38:21 39:2 | 106:21 107:8 | 92:5,23 93:5,9 |
| 117:6 121:1,5 | 39:5,10,13 | 119:17,19 | 93:16,20 96:24 |
| 121:6 | 42:24 53:21 | **thursday**  25:14 | 97:3,7,8,11 |
| **telling**  71:25 | 56:6 | **time**  4:7,7 6:6,9 | 103:9 104:4,11 |
| 95:1 102:15 | **thank**  5:3 6:2 | 6:18 7:16,18 | 105:3 106:5,13 |
| **tells**  6:21 108:8 | 19:19 26:16 | 8:3 9:3 16:5 | 106:19 107:3,7 |
| **temporary**  30:8 | 70:1 127:8 | 23:11 25:20 | 109:8,14 111:3 |
| 30:10 101:20 | 128:8 | 27:18,23 29:18 | 111:5,19,23,23 |
| **ten**  30:8 49:21 | **thanking**  119:2 | 30:21 34:12 | 115:3 116:19 |
| 49:23 114:25 | **thing**  50:14 | 35:16 37:9 | 117:14,24 |
| 122:8 123:24 | 53:12 69:24 | 38:17 40:21,22 | 118:4,10 |
| 127:12,16 | 79:16 108:11 | 41:4,7 43:8 | 121:14 123:16 |
| **terminal**  40:4 | 118:25 119:1 | 47:3 50:16 | 124:12 126:2,5 |
| 89:20 | **things**  11:25 | 51:16 53:20 | 126:19,20 |
| | 50:12 69:20 | 54:5 56:3 58:9 | 127:19 128:12 |

[time - underpayment]                                                    Page 31

128:21 129:10
**times** 6:19
49:19,20,21
67:4 68:1
76:15 87:3,8
123:20 127:24
**timesheet** 72:16
75:8,9 85:7
88:7
**timesheets** 3:5
3:6 74:13
89:18,23
**title** 18:6 22:16
32:12 35:2
43:15
**titled** 57:10
63:24 65:11
81:2 99:10
**titles** 26:20
**today** 7:2 29:20
35:21 52:13
60:24 66:15
71:18,21 110:4
**today's** 4:6
**together** 11:16
12:16,17 50:7
70:24 76:5
112:11
**told** 11:11
27:12,17 38:2
38:7,9,15,16
39:21,23 40:7
40:13 41:15,20
41:23 42:10,11

43:5 46:3
47:12 48:2,6
48:10,18 50:23
51:12 53:5,22
54:12 55:2,2
55:12,21 56:9
60:18 61:13
67:11 69:13
70:4,11 73:8
73:11 74:9
79:18,20,22
83:14 84:2
96:22 98:5,9
98:12,13,18
101:19 103:14
103:17 104:2
105:9 114:9
115:10,18
118:19 120:2,6
120:10 124:5
**tony** 22:21 23:6
23:10
**took** 25:10
84:12 114:20
125:20 126:6
**tool** 121:8,9
**tools** 69:20
71:22 83:16
120:18,19,23
121:1,2,7,11,15
121:19 122:1,5
122:9,11,15,21
123:1,9 124:21
124:23 125:1,2

125:5,7,8
128:14
**top** 62:17 63:24
89:22 99:15
**total** 124:19
**totally** 70:24
**toward** 102:5,9
**towards** 26:10
103:23
**town** 114:17
**traffic** 126:13
127:18
**trailer** 54:18
77:7 118:6
121:12 123:3
125:1
**trailers** 123:5
**transmitted**
95:3
**treat** 102:14
**treated** 51:8
102:12,20
113:1
**treating** 113:16
**treatment** 51:5
51:6 53:3
68:11 102:5,8
102:19
**tried** 54:11
**true** 33:9 50:17
53:19 87:7
91:1 129:9
**truly** 4:15

**truth** 129:7
**try** 25:5 47:6
**trying** 111:7
**tuesday** 1:13
77:15,17
**turn** 10:14
**two** 7:14 8:17
10:6,17,21
16:22 30:10,11
32:22 36:19,20
51:2 56:1,14
58:17 64:6
73:10 119:22
123:5 126:18
126:21
**types** 84:11
**typewriting**
129:8
**typically** 80:15

**u**

**u** 18:25 36:5
**u.s.** 2:19 5:18
8:17 9:14,20
10:17 11:9,14
14:8 22:5
**uh** 6:11 65:9
**under** 7:4
61:12 62:13
65:13 78:10,23
111:1 112:17
125:16 129:8
**underpayment**
65:17

[undersigned - weisberg] Page 32

**undersigned**
60:6
**understand**
6:13 7:17 9:9
28:19 51:23
52:1,9,12
58:12 66:15
73:7 75:23
79:9,15 87:12
93:17 97:23
111:7,18,20,21
**understanding**
6:16 7:20,24
8:10,11 16:5
16:11 23:7
33:18 38:13
47:20 65:19
**understood**
6:15 11:19
34:24 45:20
64:1 79:6,10
90:12 94:19
108:23 124:21
**unfair** 102:19
**unfairly** 102:12
102:13,14
**unintelligible**
104:17
**union** 101:10
**united** 1:1
10:25 12:18
14:23 16:17,23
16:24 17:4,10
21:9,16,20

24:23 29:22
35:10 57:11
**universitario**
17:18
**university** 15:4
15:5,6,10,19
**unjust** 102:19
**unpaid** 111:8
**unused** 79:2
111:3
**ups** 115:4
**use** 5:21 84:9
**used** 39:16 77:7
123:8
**usually** 84:9

**v**

**v** 1:18
**vacation** 97:23
97:25 111:5,19
111:23 114:18
114:20,20,21
114:22
**valle** 59:22
**value** 27:14
**various** 101:7
**velez** 121:3
**veritext** 4:3
**versus** 4:5
**vice** 40:22
59:18 94:14
**victor** 2:9 4:2
**video** 4:2,4
41:4,6 80:9

126:2 128:21
**videographer**
2:9 4:1,3 41:3
41:6 80:5,9
126:1,4 128:20
**videotape**
125:25
**violations**
102:25
**visit** 42:22
**visited** 40:16
41:22
**voiced** 97:15
**vs** 1:7

**w**

**w** 102:24
**wage** 7:23
**wages** 65:13
111:9
**wait** 90:4
104:16 123:22
**waive** 128:18
128:19
**waived** 128:22
**want** 9:23 10:7
34:21 37:25
47:20 60:14
69:15,17,18,21
70:2,7 71:18
73:7 79:19
81:14 84:20,22
95:5 100:3
109:20 120:13

125:19 126:23
**wanted** 39:23
46:11 55:13
73:21
**wants** 69:25
115:6
**warehouse**
27:24 122:19
122:20
**warned** 53:1
**way** 54:14 72:6
97:17 109:16
113:16 120:11
**ways** 95:11
**we've** 60:4
111:9 112:25
**week** 9:4,8
32:11 40:10
42:4,6 43:22
58:22,24,25
66:24 67:12,14
67:15 81:17,22
81:24 82:2
95:9,12,22
115:17,17
116:22,23
117:2 124:20
**weekly** 66:20
66:21 108:13
**weeks** 56:1,14
67:24 68:2,3,6
68:16
**weisberg**
102:22,23

103:3,6
**welcome**  61:16
**went**  11:9
    18:19 21:25
    28:17,22 40:15
    47:16,23 48:22
    68:7 113:15
    127:4
**west**  2:7
**whack**  84:21
**wheels**  122:22
**wife**  12:7,22
    14:16 17:24
**wife's**  12:8
**win**  60:19
**witness**  2:14
    4:10,17,17,20
    7:25 10:12
    106:15,25
    107:13 108:19
    128:18,22
    129:8,9,13
**word**  19:2
**words**  125:8
**work**  14:15
    17:12,25 19:12
    20:12 21:4,21
    21:24 22:3,3,7
    22:14 23:10,25
    24:3,8 26:11
    28:8 31:8,24
    32:4,21 33:7
    34:3,8,14,19
    35:11,18 37:20

39:22 42:9
43:1 44:20
50:15 53:23,25
56:14 61:15
62:22 71:16
72:6 73:18,24
81:12 83:15,17
83:20,22 88:16
89:2 96:5
98:15 103:7,21
105:18 107:2
107:15,17,21
108:2 109:2,3
116:13,15
118:22 120:3,4
120:8,10,13
121:23 123:15
124:7
**worked**  18:1,4
18:8 23:3 32:2
32:6 36:7,20
44:11 49:5
52:16 54:12
58:9 65:21
66:13 67:9
68:18 69:1
73:11 74:7
75:1 80:24
87:2,3,10 88:5
92:9,19 104:1
109:22 118:10
118:13
**worker**  78:2
117:4

**worker's**  47:18
**workers**  17:15
    44:10 45:24
    50:13 51:7
    55:4,6,15 95:1
    96:22 101:9
    103:23 113:3
    113:14 115:17
    117:11,15
    119:23
**working**  7:12
    9:2,4,5 17:22
    20:25 21:2,12
    22:12 23:6,7
    23:11 24:5
    28:11 30:7
    31:18,20 33:1
    33:12,23 34:5
    34:5,15 35:7
    35:25 36:18
    41:24 43:21,22
    43:25 46:17
    49:17 50:6
    51:2,4 53:3,17
    53:18 55:3
    58:22 61:2,12
    63:9,14 67:2,3
    67:11,13,16
    68:9,22,22
    70:6 73:4,17
    73:19 75:7
    77:16 86:20
    87:23 88:23
    93:23 97:13

100:15 101:14
101:20 103:8
105:16 107:4
115:25 117:24
118:4 120:24
123:10,13
128:3
**works**  63:15
105:20
**worksite**  46:6
94:18
**worry**  69:13
**write**  52:3,9
60:5 72:17
74:20 75:2,24
76:19,20 88:14
102:2 111:2
121:9
**writing**  73:18
85:6
**wrong**  96:16
111:20

|  x  |
| :-: |
| **x**  2:12 122:24 |
|  y  |

**yard**  122:18
**year**  15:10
    16:16 18:10,18
    21:15 22:13
    23:3 24:23
    25:21 30:3
    57:17 111:19

**[year's - zip]**                                               Page 34

**year's**  115:6
**yearly**  19:8
**years**  12:16
    13:16 14:4,13
    23:12 24:25
    25:1 30:10,11
    53:8 54:13
    92:22
**yell**  50:16 51:9
    53:13 55:15,15
    113:20
**yelled**  96:6
**yesterday**
    105:4,7,8
**young**  53:7

**z**

**z**  5:7 36:5
**zip**  12:3

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20207-MARTINEZ/SANCHEZ


GUSTAVO HERNANDEZ,

      Plaintiff,

vs.

HYPOWER, LLC,

      Defendant.




DEPOSITION OF RAUL GONZALEZ JR.

TAKEN ON BEHALF OF THE PLAINTIFF

NOVEMBER 21ST, 2024
10:03 A.M. TO 12:21 P.M.

ALL PARTIES APPEARED REMOTELY
PURSUANT TO
FLORIDA SUPREME COURT ORDER AOSC20-23




REPORTED BY:
ALEXIS MALAKIUS, CER, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                      Page 2

```
 1                    APPEARANCES OF COUNSEL

 2   ON BEHALF OF THE PLAINTIFF:

 3        PATRICK BROOKS LAROU, ESQUIRE
          FAIRLAW FIRM
 4        135 SAN LORENZO AVENUE, SUITE 770
          CORAL GABLES, FLORIDA 33146
 5        305-230-4884
          BROOKS@FAIRLAWATTORNEY.COM
 6        (REMOTELY VIA ZOOM)

 7   ON BEHALF OF THE DEFENDANT:

 8        EMMA MCCARTHY, ESQUIRE
          COLE, SCOTT & KISSANE, P.A.
 9        222 LAKEVIEW AVENUE, SUITE 120
          WEST PALM BEACH, FLORIDA 33401
10        561-383-9200
          EMMA.MCCARTHY@CSKLEGAL.COM
11        (REMOTELY VIA ZOOM)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                    Page 3

```
 1                    INDEX OF EXAMINATION

 2   WITNESS:  RAUL GONZALEZ JR.
                                               PAGE
 3   DIRECT EXAMINATION
         BY PATRICK BROOKS LAROU, ESQUIRE           5
 4
     CROSS EXAMINATION
 5       EMMA MCCARTHY, ESQUIRE                     85

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                    Page 4

```
 1                    INDEX OF EXHIBITS

 2    EXHIBIT              DESCRIPTION              PAGE

 3                  NO EXHIBITS MARKED

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                                    Page 5

```
 1              DEPOSITION OF RAUL GONZALEZ JR.

 2                   NOVEMBER 21, 2024

 3         THE COURT REPORTER:  We are now on record.

 4      Today's date is November 21st, 2024.  The time is

 5      approximately 10:03 a.m.

 6         We are here for the deposition of Raul

 7      Gonzalez in the matter of Gustavo Hernandez vs.

 8      Hypower, LLC, with the Case Number 1:24-CV-20207.

 9         The Court Reporter is Alexis Malakius with

10      Universal Court Reporting.

11         Would Counsels please introduce themselves for

12      the record?

13         MR. LAROU:  Good morning, Brooks LaRou on

14      behalf of the Plaintiff, Gustavo Hernandez.

15         MS. MCCARTHY:  Good morning, Emma McCarthy on

16      behalf of the Defendant Hypower, LLC.

17   Thereupon:

18                   RAUL GONZALEZ JR.,

19   was called as a witness, and after having been first

20   duly sworn, testified as follows:

21                   DIRECT EXAMINATION

22   BY MR. LAROU:

23      Q    Good morning, Mr. Gonzalez.  As I stated, my

24   name is Brooks LaRou.  I represent Gustavo Hernandez in

25   the pending lawsuit filed against Hypower, LLC, which is
```



**Universal Court Reporting**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                                Page 6

```
 1    going to be the subject of today's deposition.

 2            I know you just stated a moment ago, your name

 3    for the record, Raul Gonzalez Jr., I just wanted to

 4    clarify.  Do you have a middle name?

 5        A    No, no middle name.

 6        Q    Thank you.  And have you ever been known by

 7    any other names other than Raul Gonzalez Jr.?

 8        A    No.

 9        Q    Mr. Gonzalez, have you ever had your

10    deposition taken before?

11        A    No.

12        Q    Okay.  So, before we begin, I'll just go over

13    a few ground rules for today's deposition.  First off to

14    ensure clarity of today's record, which is going to be

15    typed up by Alexis, our Court Reporter, let's please try

16    to avoid any type of nonverbal communication such as

17    head shakes, head nods, hand gestures, and limit our

18    responses only to verbal responses.  Understood?

19        A    Yes.

20        Q    Another thing that I like to mention is rather

21    than responding with or um-hum's or uh-huh's, those type

22    of kind of nonverbal responses, please respond either

23    with yes or no replies.  Understood?

24        A    Yes.

25        Q    And another thing I always like to mention is
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                              Page 7

```
 1   that, it tends to be human nature and you know, a
 2   regular day-to-day conversation to kind of interject or
 3   speak over one another.
 4          But again, just to ensure the clarity of
 5   today's record, let's please try and make sure that only
 6   one person is speaking at a time.  Understood?
 7      A    Yes, understood.
 8      Q    Okay.  The last thing I like to mention is
 9   that, you know, sometimes depositions can take a while.
10   They can take up to seven hours.  I don't anticipate
11   that today's deposition will take that long, and I'll
12   try and get you out of here as quickly as possible.
13          But if at any time during the deposition you
14   need to take a break, just let me know.  I'm happy to
15   allow you a break to -- you know, go to the bathroom,
16   get something to eat, get a drink of water, get coffee,
17   whatever you need, just let me know.
18          The only qualification to that is, if I've
19   already asked you a question, you have to fully respond
20   and answer that question before you take a break.
21   Understood?  Understood?
22      A    Yes.
23      Q    Okay.  Great.  Mr. Gonzalez, have you taken
24   any medication that might affect your memory today?
25      A    No.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                                    Page 8

```
 1        Q     And do you suffer any medical condition that
 2   might affect your memory today?
 3        A     No.
 4        Q     Do you understand that the oath that you gave
 5   at the beginning of today's deposition was the same oath
 6   that you would be required to take if you were
 7   testifying at trial in this case in front of a Judge and
 8   a Jury?
 9        A     Yes.
10        Q     And do you understand that the oath you took
11   requires you to testify truthfully under penalty of
12   perjury, which is a federal crime?
13        A     Yes.
14        Q     Okay.  And like we stated at the beginning
15   this deposition is being taken in connection with the
16   lawsuit filed by my client, Gustavo Hernandez, against
17   Hypower, LLC.  Are you aware of that lawsuit?
18        A     Yes, I was told.
19        Q     Who are you told by?
20        A     By my company, Hypower.
21        Q     What -- was there a particular individual from
22   Hypower that told you about the lawsuit?
23        A     Adam Johnson.
24        Q     When did you become aware of the lawsuit that
25   is the subject of today's deposition?
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                          Page 9

```
 1        A    After I got back from vacation.
 2        Q    When was that approximately?
 3        A    Approximately, I can't give you a date, but it
 4   was, I got back from vacation.  When was the lawsuit --
 5   when was the lawsuit, I don't remember the date of the
 6   lawsuit.
 7             All I know I remember is when I got back from
 8   vacation, they told me that, that Gustavo was terminated
 9   and that it was a lawsuit.
10        Q    Okay.  You remember about when you took that
11   vacation, was it over the summer?
12        A    Yes, it was summer, yes.  It was in August.
13        Q    Okay.  So, you found out about the lawsuit
14   when you got back from vacation in August?
15        A    Yes.
16        Q    Of 2024?
17        A    Well, yes.  Well, I didn't know the -- okay.
18   So, what I got was an e-mail from the company that
19   Gustavo claimed that he sent an e-mail to the company
20   and I received the e-mail from the company and they told
21   me that he was terminated when I got back to the job
22   site.
23        Q    Do you know Gustavo Hernandez?
24        A    As a worker, yes.  As a friend, no.  Outside
25   of the Hypower work site, no.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                                    Page 10

1      Q      Got it.  Did you prepare in any way for
2   today's deposition?
3      A      Yesterday, yes.
4      Q      How did you prepare?  What did you do?
5      A      Nothing.  I was just an hour and a half with
6   my lawyer.
7      Q      And you say -- when you say your lawyer, who
8   is your lawyer?
9      A      Emma, Emma McCarthy.
10      Q      And without telling me any specifics as to
11   what you discussed with Ms.  McCarthy, did you review
12   any documents in preparation for today's deposition?
13      A      When you mean documents, what documents?
14      Q      That's what I'm asking.  Did you review any
15   documents?
16      A      Yes.
17      Q      You remember what documents those were?
18      A      What -- pretty much what Gustavo was suing
19   for.
20      Q      And you referred to Ms.  McCarthy as your
21   Attorney.  As far as you know, does Ms.  McCarthy
22   represent you directly?
23      A      Today, yes, for Hypower, yes.
24      Q      Any times have you met with an Attorney to
25   discuss Mr.  Hernandez's lawsuit against Hypower?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                          Page 11

```
 1        A     Yesterday was the first time.

 2        Q     You speak any languages other than English?

 3        A     Yes, I do.

 4        Q     What languages are those?

 5        A     Spanish.  A little Greek.

 6        Q     And I just want to get a little bit of

 7   personal information from you before we kind of go into

 8   the sub -- more substantive questions.  Where were you

 9   born?

10        A     I was born in the United States, New York

11   City, the Bronx.  You need the year and date?

12        Q     Sure.

13        A     January 16th, 1970.

14        Q     Where were your parents born?

15        A     My mother was born in Puerto Rico, Santurce

16   and my father was born in Rio Pedra, Puerto Rico.

17        Q     Okay.  Mr. Gonzalez, what's your highest level

18   of education?

19        A     Associate's degree.  North Haven Community

20   College is the school I went to.  Electrical

21   engineering.

22        Q     Sorry, I didn't catch the name of the school.

23   What was it?

24        A     North Haven Community College in Connecticut.

25        Q     Okay.  Do you currently hold any licenses or
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                                    Page 12

```
 1    certifications?

 2        A    Yes, I have my journeyman's license.

 3        Q    I think my father actually has a journeyman's

 4   license.  He used to be an electrician.

 5        A    Okay.

 6        Q    Have you ever been sued before?

 7        A    No, never.

 8        Q    Okay.  Have you ever been charged with a

 9   crime?

10        A    No, never.

11        Q    Are you currently employed?

12        A    Yes.

13        Q    By who?

14        A    Hypower.

15        Q    Are you currently employed at any other jobs

16   other than Hypower?

17        A    No, sir.

18        Q    How long have you worked at Hypower?

19        A    A little over seven years.

20        Q    So, I guess you would've started there in

21   about 2017.  Does that sound about right?

22        A    Something like that, yes.

23        Q    And what did you do for work before you

24   started with Hypower?

25        A    I was working for Meisner Electric over 32
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                                    Page 13

```
 1  years, I've done electrical work, nothing else.  It's
 2  been my profession since I graduated from school.
 3       Q    So, what's your current job title at Hypower?
 4       A    Senior Superintendent.
 5       Q    Did you start out at Hypower as a senior
 6  superintendent?
 7       A    No, I started as a superintendent.
 8       Q    Congratulations on the promotion.  When did
 9  you get moved up to senior superintendent?
10       A    A few years back.  I'm going to say about
11  three years.
12       Q    And how did you begin working at Hypower?
13       A    Pretty much I asked my prior company for a
14  raise.  They didn't want to give it to me, so I applied
15  with Hypower and they gave me what I wanted, so I moved
16  to Hypower.
17       Q    Did you submit a written job application, do
18  you remember
19       A    To Hypower, yes, it was to Jeff Emerson and
20  Peter Weisberg.  And the recruiter was Brian -- Al
21  Bryan.
22       Q    Okay.  So, after you submitted your
23  application, did you get a response from anyone at
24  Hypower asking you to come in for an interview?
25       A    Yes, I got a response from Al Bryan, which was
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                                    Page 14

1   the recruiter.  I sat down with Jeff Emerson, which was

2   at the time vice president of the company.

3            And I sat down with Peter Weisberg at the

4   time, he was the general foreman of the company, which

5   he's been promoted now to VDC.  Jeff Emerson is no

6   longer with the company.  He moved to North Carolina.

7   But those were the three that approached me and the

8   three that gave me the job.

9            I took a disc.  I don't know if you know what

10  that is.  I took a disc, pretty much tells you the type

11  of person I am, and they went over it with me and pretty

12  much gave me the job on the spot.

13       Q    Got it.  Yeah, I'm not completely sure what a

14  disc is.  Can you tell me a little bit about that, what

15  is that?

16       A    A disc is a test they give you online and you

17  have to answer it truthfully, and then it tells you

18  pretty much what type of person you are, your

19  characters, how strong you are, what you're weak at. All

20  companies do it now.

21       Q    Got it.  Okay.  Have you worked on specific

22  projects for Hypower?

23       A    Yes, I've done -- I've done three so far for

24  Hypower.  The first one was NCL, Norwegian Cruise Line,

25  which was at the Port of Miami.



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                           Page 15

```
 1              And then the second job was the FedEx at the
 2   Miami International Airport the expansion, which was
 3   also a big project also.  And then I'm doing right now
 4   the largest terminal in the country, which is MSC in
 5   Port of Miami.
 6        Q     Very nice.  Do you remember the approximate
 7   dates for each of those projects?
 8        A     No.
 9        Q     Let's start for NCL?
10        A     NCL, I'm going to say July maybe of 2017,
11   maybe sooner or later.  I can't give you the exact
12   dates, but yes.
13        Q     So, July 2017 until about when?
14        A     Excuse me?
15        Q     How long did you work at that --
16        A     That was --
17        Q     -- NCL project?
18        A     Yeah, that job was close to two years. Matter
19   of fact, finishing up is when COVID came out. So, I'm
20   guessing what March of what?  2022 was the year around
21   that time when COVID came out or was finishing up NCL.
22        Q     Okay.
23        A     Was it 2022 or was it 2021, I can't remember
24   the year's too good.  I'm not good with years.  I'm not
25   good with holding dates.  I could build you a 60 million
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
 1   project -- fix a $60 million project, but hold time,

 2   memorizing dates is not my thing.

 3        Q    No, I hear you.  I barely remember what I had

 4   for breakfast yesterday.

 5            So, but do you remember about when you started

 6   on the FedEx project?

 7        A    Yes, FedEx --

 8        Q    -- At Miami International Airport?

 9        A    It was right after I finished NCL.  And then

10   and that was, I'm -- I can't remember the years I'm

11   telling.  I just built a -- I just build the jobs and

12   go.

13            And then after that I went right into MSC.

14   MSC, I started in July 2022.  So, I'm guessing I

15   finished the FedEx in June 2022.

16        Q    So, were you only on the FedEx project for a

17   few months?

18        A    No more than that.  It was a little over a

19   year and a half.  It was a big project.  Each project

20   usually takes two to three years, depending on the size

21   of the job, no, and depending also on the general

22   contractor if he keeps the schedule.

23        Q    That makes sense.  So, are you still currently

24   working at the MSC project at Port Miami?

25        A    Yes, MSC we started, yes.  I've been there
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                              Page 17

1   since July 2022, a little over two years already.  And

2   that project was supposed to be only 18 months, but the

3   general contractor's behind, so it puts everybody else

4   behind.

5        Q    Got it.  Do you know who the general

6   contractor is for the -- that MSC project?  That for

7   Miami?

8        A    Yes, it's Fincantieri.  It's an Italian firm.

9        Q    Got it.  So where -- kind of want to focus on

10   the MSC project --

11        A    Okay.

12        Q    -- at Port of Miami.  Where was -- I'm

13   assuming you were working right there at the Port?

14        A    Yes, every day I have to be on the job.  I'm

15   superintendent.  I have to be at the job every day.

16        Q    Good.  And so, can you tell me a little bit

17   about the project?  What exactly are you guys working

18   on?

19        A    Well, right now we're working on for MSC,

20   which is a cruise, cruise line.  And they're building a

21   -- once again, the largest terminal in the country. And

22   pretty much what we do is the electrical part, right, we

23   do the -- anything that has to do with electrical fire

24   alarm system, the BDA system, the low voltage system,

25   anything that has any type of electrical to it, we do



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                          Page 18

```
 1   all the work for it.  In our part, our contract's a
 2   little over 50 million.
 3        Q    Can you kind of walk me through your average
 4   day working at the MSC Port Miami project?
 5        A    Sure.  Okay.  So, pretty much every day I get
 6   in work, I get into my computer, open it up, make sure I
 7   got everybody's dailies -- pretty much their daily
 8   activities, which each foreman has to do.
 9             Now remember this job this big, I have over 10
10   foreman.  And to make sure that, that I get them ready
11   for their 8-hour day or unless we go into overtime
12   pretty much just going into work and making sure
13   everything that I've marked up in the plans or I drew up
14   on the plans that they follow those instructions and get
15   the work done that day.
16        Q    So, did foreman have -- did you have different
17   plans for each foreman every single day?
18        A    The foremen have an iPad.  And on the iPad,
19   it's pretty much all the activities they have to do for
20   the day.  It's pretty much broken down.  It's easy.  We
21   have what's on Procore HLD drawings that pretty much the
22   VDC team puts together when I mark them up, pretty much,
23   and like any job of this size, I have to take it down in
24   sections, break down the job in different parts, right?
25             Because you can't build a job all at once.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                              Page 19

1   You have to break it down in parts.  So, what I do is I

2   make sure I lay out everything the way I want it ran.

3            So, they're showing a receptacle on the wall,

4   Gustavo or whoever doesn't know how to get to that wall.

5   I give them the direction how to get to it on the HLD

6   drawings, which stands for Hypower layout drawings, it

7   gets marked up.

8            All we do is take the general contractor's

9   drawing, Fincantieri's.  And we make it easier for our

10  guys to understand it.  Right?  Because they only show

11  you a device on the wall.  It doesn't tell you what size

12  pipe, it doesn't tell you what type of wire.

13           So, I got to make sure that's done and the

14  foremans have to follow it.  And the foreman is pretty

15  much guide the helpers to do it.  It's really simple.

16           So, they have their daily -- they have their

17  iPad, which they have to fill out daily of course, of

18  what work was done.  We have over 200 forms in that

19  Procore that they have to pretty much follow through.

20           If they're in a room, they got to write down

21  the room number, the work that was performed in that

22  room, did they do everything on that room, like they're

23  supposed to.  So, it's a 07:00 to 03:30 job.  That's

24  what they have to do.  Nothing else.

25       Q    Got it.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                                     Page 20

```
 1      A    Does that make sense?
 2      Q    Yeah.  Thank you for that.  So, what time --
 3 during the time that you've been working at the MSC Port
 4 Miami project, what time do you usually get to work?
 5      A    I get to work always a little earlier than the
 6 guys, so I try to get there, like I tell you, I get
 7 there sometimes at 05:00 in the morning, 05:30, 6
 8 o'clock.  The latest I get there is 06:30.
 9           But the time I get, the earliest I get there
10 is 5 in the morning.  And the latest I leave is 02:00 in
11 the afternoon.
12      Q    Got it.  Yeah, that is pretty early.  So, if
13 you were to get there, you know, let's say between 05:00
14 and 06:30, who would usually be at the port.
15      A    Okay.  So --
16      Q    What Hypower employees would be at the Port
17 when you would arrive?
18      A    Okay.  So, I have another assistant
19 superintendent.  I have an assistant superintendent on
20 site.  So, the way -- a job this big, I can't do it by
21 myself.  So, I have what you call PMs, project managers.
22 I have two assistant PMs, which help out the pro -- the
23 project manager, but they also help me out.
24           And then I have what you call an assistant
25 superintendent, which pretty much helps me out with the
```



UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                                      Page 21

1  foremen when I'm not at the job site, because it's

2  supposed to be somebody at the job site the whole time.

3          But since I get in early, I leave early.

4  Right? So, if I get in at 05:00, well, I don't work a

5  full 8 hour.  I don't work past more than 8 hours.  I

6  get paid salary.

7          So, I work my 8 hours.  Sometimes I work maybe

8  10 minutes or whatever, but I make sure that I don't go

9  over my overtime anything I have to really go over.

10          But the assistant superintendent is the one

11  that usually is there 07:00 in the morning till 03:30,

12  if we work overtime, he's there till the overtime.

13     Q    Got it.  So, and during --

14     A    Do you need to know what each of those per --
each of those persons do?  Like the PM, the assistant
PMs and the assistants?  Like I break it down for you.
Real simple.

18     Q    Yeah, sure.  Yeah, please tell me?

19     A    The project manager's pretty much at my scale.
My -- but the thing is, the difference between him and I
is that he's more in the office.  He's hardly ever in
the field.

23          He's the one taking care of all of the
budgeting, all of the numbers, making sure everything's
properly done.  The two assistant PMs help him, but, and



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                                    Page 22

```
 1   then one of those assistant PMs is assigned to me, so

 2   pretty much to take care of all my RFIs, my submittals,

 3   the changes, it makes it easier on me.

 4           Because pretty much I'm running 80 men.  And

 5   then the assistant superintendent, which is the guy, he

 6   could say he's my right-hand man, right?

 7           He's the guy that makes sure that the foremen

 8   are doing the work properly and making sure that all the

 9   men are safe.  And he pretty much walks the whole site.

10   He does pretty much what I do, but at a lower scale,

11   right?

12       Q    Um-hum.

13       A    He's not as detailed as I am.

14       Q    Got it.

15       A    And of course, there's me, the senior

16   superintendent, I got to attend to every foreman, every

17   person, the PM, the assistant PMs to make sure

18   everything's being done right.

19           And I'm constantly in every meeting with the

20   general contractors following schedules and milestones.

21       Q    Okay.  Do you remember who the superintendent

22   was -- or if there were more than one who those people

23   were during the time that Gustavo was working with you

24   at the MSC terminal?

25       A    No, there was only one superintendent that was
```



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                                    Page 23

1    me, only one superintendent.  About two months, no,

2    about three months ago, we hired another superintendent

3    for this job, again, being so big, we took over the

4    garage.  So, they hire another superintendent to do the

5    garage.

6            So, the garage -- the superintendent we have

7    on site is doing the garage.  The garage is about a half

8    mile long.  So, it's a massive building.

9            And if you put the two buildings together,

10   it's over a mile long.  So, we have another

11   superintendent on site, which is Mark Route but he

12   didn't come in until three months ago before Gustavo was

13   terminated from the company.  But I was the only

14   superintendent on site.

15         Q    Got it.  Do you remember who the project

16   managers were while Gustavo was working there at the MSC

17   Port Miami project?

18         A    Yes, we had three project managers.  We had -

19   - the first project manager was Mark Sonnet.  And then

20   the -- then he was -- he left the company.

21              And then there was Rui Rues, which I've worked

22   with -- which I worked with before he was with me at the

23   FedEx and he left to another company because he -- of

24   course, he wanted more money.

25              And then the new super -- the new PM now is



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                                    Page 24

```
 1  Ivan Lopez.  And he came in maybe about a year ago.
 2      Q    Do you remember all of the assistant project
 3  managers that were working for Hypower at the MSC Port
 4  Miami project while Gustavo was working there?
 5      A    Yes, there's the same two that have been with
 6  me since day one.  It will be Sean Levine.  He's an
 7  assistant PM and Dameko, Dameko Brennen, I think is his
 8  last name.  Yeah, Brennen.
 9      Q    Okay.  So, you said earlier, usually when you
10  arrive to work -- you know, the only other people that
11  would be there would be -- you know, the project
12  managers, assistant project managers, maybe a super --
13      A    PM though.  The PM -- remember, I tell you,
14  the PM is at the office 90% of the time.  Project
15  manager, he's always at the office 90% of the time.
16          If he does come to the job site, he's to bring
17  me some paperwork, bring me some plans, because he is at
18  the office, he can print the plans for me and bring all
19  the documents I need.
20      Q    Got it.  So, usually, you know --
21      A    My assistant PMs get in at 7 o'clock.  Now
22  when I get here, 05:30 in the morning, 05:45 or 06:00,
23  whatever -- there's men out here, there's men that don't
24  want to catch traffic workers, they're out there.
25          Remember I got 80 men.  There's probably --
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                                    Page 25

1   when I get in the morning, there's probably maybe 60 men

2   out there at 6 o'clock in the morning and they're just

3   talking and yapping, you know, but they don't start till

4   7 o'clock.

5          But I know there's guys there that are there

6   before me, if you're asking the question besides my

7   assistant PM.

8      Q    Got it.  And so, you're saying, you know,

9   usually when you arrive at the MSC project, there would

10  be about 60 people or so waiting at the job site.  And

11  so, what job titles --

12     A    That's just Hypower.  That's just Hypower.

13  Now, the mechanical contractors and all the other subs

14  that are out there, remember the steel guys, there's

15  more than 60 guys out there in the morning.

16          Remember the bus is bringing these guys from

17  downtown because there's no parking at MSC.  They're

18  bringing these guys at 6 in the morning, they got to

19  catch a bus.

20          And in downtown, because the general

21  contractor supplies the bus to take them to work because

22  there is no parking in the job site.  It's a terminal.

23  You can't park, you can't park 2000 men in a job site

24  and you can't build it.

25          So, the bus, so the bus schedule was 6



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                                    Page 26

1   o'clock, 06:30, and 06:45.  That was the bus schedule.

2   That's the time the buses dropped the men off.

3            So, I had men being dropped off at 06:00 in

4   the morning.  I had meant being dropped off at 06:30 in

5   the morning and at 06:45 in the morning, this is why we

6   started work at 07:00.

7        Q    Got it.  Okay.  So, you were saying, you know,

8   when you arrived to work at the Fort Miami project, at

9   the MSC project, there would be about -- you know, 50

10  Hypower guys waiting around.  What would be their job

11  titles, do you know?

12       A    They're electricians, helpers.  And some of

13  the foremen were there also.

14       Q    Got it.  So, how did -- how would you usually

15  get to work when you're working at the MSC project?

16       A    Well, me being a superintendent, I had a

17  parking spot at NCO and a garage seat right next to a

18  Royal Caribbean.  I had a parking.

19            So, I would pay the $10 a month.  It's nothing

20  -- I'm sorry, $10 a week.  I would pay the $10 a week

21  and park right there at the garage and walk to the site.

22            Now remember the site is over a mile long.

23  Okay. So, it wasn't a 5-minute walk, it was a 10-minute

24  walk, 15-minute walk.  The guys that were getting the

25  bus -- the guys that were being bused in were lucky.



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                                    Page 27

1   They were brought in all the way to the job site.

2              The guys that were parking in the garage, the

3   men had an option.  They could take the bus in downtown

4   that was free or they could pay for the garage $10 a

5   week.  Of course, you know, we don't provide the

6   parking, they could pay for it.  And believe it or not,

7   I'm going to say more than 60% or 70% of the men parked

8   in the garage.  So, they didn't have to take that bus.

9              And we also instructed all the guys that were

10  in that bus.  Once they got on that bus, they couldn't

11  talk about work.

12       Q    Got it.  So, you're saying, you know, the

13  Hypower employees, they could either pay the $10 and

14  park at the Port in the garage, or there was, I guess, a

15  designated parking lot somewhere downtown?

16       A    That's correct, yes.

17       Q    Okay.  Do you know where the --

18       A    That's every construction job that's in Miami.

19  That's anywhere, any riser being billed, parking it's

20  crucial.  So, they -- the general contractors know this,

21  the general contracts supply the bus to take them into

22  work.

23              And Hypower doesn't have to pay for the

24  parking. It's part of the general contractors.

25       Q    Got it.  That makes sense.  I was at the Port



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                          Page 28

```
 1    just a few weeks ago, so I understand the parking

 2    situation.  I don't know how that many people would be

 3    able to park there, so that makes sense.

 4              Do you know where specifically that parking

 5    lot was located downtown for the Hypower employees?

 6         A    No, sir, no.  All I know was in downtown.  It

 7    was only like a 10 -- not even 10 minutes to bring the

 8    guys in.  It was right there.  It was right over the

 9    bridge.

10              It was close by.  It wasn't like a half hour

11    commute or an hour commute.  It was the maximum with

12    traffic was 10 minutes.

13         Q    Got it.  So, you're saying from the time they

14    get on the bus at the parking lot downtown until they

15    get to the job site, maybe about 10 minutes?

16         A    Yeah, it's 10 minutes the most.  It took

17    longer for them to get in the bus.

18         Q    What do you mean?

19         A    Well, you remember these guys are getting in

20    the bus with tools.

21         Q    I see.  Okay.  So, it would take some

22    additional time for them to load all the tools on the

23    bus --

24         A    What I would do out of courtesy, okay.  Just

25    to let you know, these guys really work 8-hour days.  The
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                    Page 29

1    guys would pick up at 3 o'clock, and I made sure that

2    they were in front of that bus stop at 03:10.

3              So, technically they owed me 20 minutes.  So,

4    these guys that let go the -- any guy that was taking

5    the bus, they will pick up at 3 o'clock, not at 03:30.

6    That's the time the time ends for an 8-hour day, they'll

7    pick up at 3 o'clock, get their tools together and get

8    on that bus.  So, they could be at the parking garage at

9    03:30.

10        Q    Okay.  Yeah, I see what you're saying.

11        A    Okay.  And I didn't have to do that, but I did

12   it because I'm fair.  That's the way it should be.

13        Q    Got it.  So, just a second ago you mentioned

14   that you instructed employees not to discuss work on the

15   bus?

16        A    That is correct.  That's been a policy with

17   Hypower.  The 7 years I've been with them.  Once again,

18   I've done a lot of construction, in ports and terminals.

19             And this is what I was informed, because they

20   talk about work in the bus.  We have to pay them for

21   work in the bus.

22        Q    Got it.  So, when did you instruct those

23   Hypower employees not to discuss work on the bus?

24        A    In the meetings.  In the very first meeting

25   when they had to take the bus to work or before they was



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                                    Page 30

```
 1   sent to the job site, they were told by our project
 2   manager or they was told by general foreman, which is
 3   Mario, they know the rules.  They think -- I don't know
 4   if it's in the handbook, but.
 5        Q    Got it.  Would you tell them -- would you tell
 6   Hypower employees directly not to discuss work on the
 7   bus?
 8        A    Yes.
 9        Q    And you said that was -- that took place
10   during meetings?
11        A    Yes, for the new hires, the ones that came in
12   new.  I didn't say -- I didn't bring it up every single
13   time.
14        Q    If you had to estimate about how many of the
15   Hypower employees would park at the lot downtown and
16   then take the bus?
17             MS. MCCARTHY:  Form.
18        A    I would say maybe 20%, 30%.  They really
19   didn't want to take that bus because if -- some of them
20   would probably still worry about COVID, some of them
21   just didn't feel comfortable.  So, they just rather --
22   and parking at the garage was easier, right?  At
23   Terminal C, it was easier to park there and just walk
24   over to the job site.
25   BY MR. LAROU:
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                                    Page 31

1       Q     Okay.  And I think earlier you said the bus

2    that would transport the Hypower guys was provided by

3    the GC.  So that was by Fincantieri?

4       A     By Fincantieri.  That is correct.  They have

5    logs of all the buses, the times and all that stuff if

6    you need them.

7       Q     Okay.

8       A     And we will have to give them a list of the

9    men that were going to get on the bus too.  We would let

10   them know if we had 30 men.  We didn't give them the

11   names of the guys.  We just gave them a number.

12          We going to have 30 guys getting on the bus.

13   So, they would supply more buses.  Because remember, we

14   weren't the only subs there.  You had the steel guy, the

15   steel guy had over 200 men, you know, they were all

16   taking the buses.  They were from Canada, so.

17      Q     Got it.  So, I know we kind of touched on some

18   of your job duties which included, you know, preparing

19   the foreman, getting those lists ready for them each

20   day.

21          Can you just kind of walk me through and

22   explain all of your job duties as superintendent while

23   you've been working at the MSC Port Miami project?

24      A     Sure.  So, when I would come in the morning,

25   like I said, I come in earlier, made sure I had the



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024          Page 32

1   pretty much the list of items that were hot, right?

2   Things that had to be done that day.

3           And pretty much, I've always had a four-week

4   planner, always planned four weeks ahead, but sometimes

5   the general contractor wants this done quicker.

6           So, that's why I go in earlier.  That way I'm

7   set up for it.  So, what I would do is go in, make sure

8   I had all my paperwork together, go see my eight

9   foreman, talk to them, talk to them briefly, let them

10  know what was going on.

11      **Q    So, around when, do you remember, like what**

12  **time do you usually talk to the foreman?**

13      A    Well, if I got there 6 o'clock, I'll be about

14  by 06:45, 06:50, I will walk up to the foreman, hand

15  them the paperwork.

16      **Q    Any other job duties that you were -- that**

17  **you've been responsible for at the MSC project other**

18  **than you know, making those to-do lists, talking to**

19  **foreman?**

20      A    No, my job is, again, the key word here is

21  super -- if you listen to a super, right?

22  Superintendent, so my job is to supervise.

23          So, all I do is all day is supervise those

24  foremen, make sure everything's done.  Now, the

25  electrical workers, once in a while, I'll talk to one or



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                              Page 33

```
 1   two of them, but every morning I would shake every

 2   single worker's hand, you know, present myself as a

 3   superintendent and walk away and let my foreme do their

 4   job, make sure that the guys were signing in at 07:00

 5   and signing out at 03:30.

 6        Q    I think you said earlier there were about 80

 7   guys from Hypower working on that?

 8        A    No, when Gustavo was there, there was only 30

 9   men on site.  There's 80 men on site now because they're

10   -- they want to go ahead and open up the place.

11             So, when Gustavo was employed at the time, the

12   maximum workers we had there, I think was maybe 35 men,

13   the maximum.  Gustavo only has six men to run.

14        Q    Got it.  And so those 30 to 35 people, were

15   those -- those were all Hypower employees?

16        A    That's correct.  We hire only Hypower

17   employees.  We don't have no subs.  No, I mean, we --

18   I'm sorry, let me reframe that.

19             Our subs, we have other subs like the fire

20   contractor and the low voltage contractors, but they do

21   their own dailies.  They do their own signings.  They do

22   all that.

23             I just supervise them.  I make sure that

24   everything that's being done is done properly according

25   to the plan.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                    Page 34

1      Q    Okay.  So, do you only ser -- do you only

2   supervise Hypower employees or do you supervise the subs

3   as well?

4      A    Also, the subs.  Just finish saying that 2

5   seconds ago.

6      Q    Got it.  Just wanted to make sure I'm

7   understanding correctly.

8           So, what are the job titles of all of the

9   employees that you're responsible for supervising --

10     A    Okay.  So --

11     Q    -- at the MSC project?

12     A    Okay.  So, this being a prevailing wage job,

13  there's four titles.  There's Apprentice 1, Apprentice

14  2, Apprentice 3, Apprentice 4.  Right?  So, that's one

15  title, the apprentices.

16          Then you, what you have is called the

17  Electrical Wiremen, which is the other title.  They're

18  the ones that have the journeyman car, right?  They're

19  more experienced, the apprentices are going to school,

20  and those are your helpers.

21          Now, your third title is a general foreman,

22  which is my assistant superintendent on site.  So, if he

23  wasn't doing a prevailing wage job, he would be an

24  assistant superintendent.

25          This being a prevailing wage job, he's a



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                           Page 35

```
 1   general foreman.  This -- that's the difference between

 2   the two titles between a prevailing wage job, a

 3   government job and a regular job.

 4        Q    Got it.  And so, was that Gustavo's job title

 5   when he was working at the MSC project?

 6        A    No, Gustavo was Foreman.  That's the fourth

 7   title, right?  Four titles, I told you, you had

 8   apprentice, electrical wireman, general foreman, and

 9   then foreman.  Gustavo was listed on the foreman.

10        Q    Got it.  Can you kind of tell me the

11   difference between the job duties of a general foreman

12   at the MSC project versus a foreman?

13        A    Okay.  So, the general foreman, like I told

14   you earlier, he's the assistant superintendent.  He's in

15   charge of all the foremen, right?  General being -- he's

16   in charge of all the foremen.

17            Foreman is just a foreman, and he's in charge

18   of the electrical wiremen and the helpers.  So, the

19   general foreman I have on site is taking care of the --

20   a foreman besides me.

21            He's my right-hand man, right?  He's the one

22   that helps me out with these foremen.  He keeps an eye

23   on me, making -- when I'm not around, he's making sure

24   they're -- that they're doing everything that I've given

25   them for the week or for the day.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                                    Page 36

1        And then there's the foreman that pretty much

2   run the apprentices, right?  One through four.  And the

3   electrical wiremen.  The electrical wiremen have their

4   journeyman's card.

5        This is a prevailing wage job.  This is why

6   they're in those titles, those four titles.  Now, if

7   this was a normal job, not a prevailing job, not a

8   government job, then Gustavo's still a foreman, but he's

9   a Foreman 2 or Foreman 3, and then you have Foremen 1,

10  2, 3, 4.  Then you have Apprentice 1, 2, 3, 4.  Then you

11  have Mechanicals 1, 2, 3, 4.  Then you have Journeyman's

12  1, 2, 3, 4.

13       So, it's a little more complicated when it's a

14  regular job, but it being a prevailing job, it makes it

15  easier for us.  It just breaks it down to four

16  categories.

17       Q     Okay.  So, it sounds like -- and again, just

18  to make sure I'm understanding correctly.  So, it sounds

19  like you supervise the general foreman, the general

20  foreman supervise foreman?

21       A     That's correct.

22       Q     And the foreman -- and then the foreman

23  supervised the apprentices, right?

24       A     Apprentice and electrical wireman.  There's a

25  big difference in pay with all those -- you know, those



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                                  Page 37

```
 1   titles.
 2        Q    Got it.  So, do you have a supervisor that you
 3   report to?
 4        A    Yes, my PM.
 5        Q    The project manager?
 6        A    Yes.  He's the one that lets me know the
 7   changes.  Like there's been a change on a revision on a
 8   set of plans that he received at the office.  That's why
 9   he's at the office 90% of the time because he's
10   constantly in the -- he's constantly on the computer.
11   He's constantly with the general contractors, with the
12   GC making sure that all change orders are being paid
13   for.
14             All RFIs are being answered, all submittals
15   have been approved.  So, his job is a very -- it's a --
16   it's more of an office job than on site.
17        Q    Got it.  And I think you said earlier, the
18   most recent PM, that you were reporting to as Ivan
19   Lopez, is that right?
20        A    That is correct, yes.
21        Q    Okay.
22        A    This is the first time I work with him.
23        Q    And do you know who Mr.  Lopez reports to?
24        A    He reports to Adam Johnson, the vice president
25   of the company.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                              Page 38

1      Q    So, as a superintendent working at the Port

2  Miami project for MSC, were you re --

3      A    Senior superintendent.  Senior, senior

4  superintendent.

5      Q    Okay.  So, during your time working at the MSC

6  Cruise Terminal Project, were you responsible for

7  ensuring safety compliance for all the Hypower inter --

8  employees?

9      A    That is a daily thing for Hypower, daily. That

10  is -- we talk about PPEs on a daily basis, and we have

11  one safety meeting, a big one every Thursday that is

12  priority.  Before the guys start the day, they have to

13  sign out -- they have to sign a JHA form.

14      Q    So, what's a JHA form?

15      A    JHA form is a safety form saying that do they

16  have their glasses, do they have their hard hats?  Do

17  they have the long sleeve shirts?  Pretty much all the

18  PPEs, right?  Personal protection equipment.

19          It's to -- it is to -- it is before they even

20  set a foot in that job site before they start work, they

21  have to fill that JHA form.  It's for their safety.

22      Q    Makes sense.  So, that's something that they

23  have to fill out and sign?

24      A    It's not a -- it's just a -- it's a signature,

25  once again --



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                         Page 39

```
 1        Q     So, it's a --
 2        A     Once again, the foremen have it on their iPad.
 3   So, only one -- I only have one person assigned to JHA
 4   forms.  And that's the -- and that would be Darwin,
 5   which is one of the foreman that I have, he does the
 6   daily JHA form for the terminal.  He makes sure that all
 7   men sign that form and understand.
 8        Q     So, the foreman is responsible for making sure
 9   that everyone else underneath them signs that JHA forms,
10   right?
11        A     The foreman responsible after 7 o'clock when
12   they're in the job site, making sure that their safety
13   glasses are on, right.  If they're working around silica
14   or dust to make sure their dust mask is on, and for no
15   reason their hardhat should be off and for no reason,
16   their belt should be off.  If they're on the lift, they
17   should be tied off.  That is the law.  We don't want
18   OSHA to come in and create problems.
19        Q     Yeah, absolutely.  And so, again, just to make
20   sure I'm -- just to make sure I'm understanding
21   correctly.  The Hypower employees would sign those JHA
22   forms digitally, on an iPad or --
23        A     Yes.
24        Q     -- was it a paper form?
25        A     Yes, on Darwin -- on Darwin's -- yeah, Darwin
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                   Page 40

```
 1  is the foreman that they were signing it on.  I didn't

 2  want -- I want it to be only on one form, correct.  I

 3  didn't want 10 forms.  So, Darwin was assigned that

 4  task.

 5       Q    Got it.  So, during the time that Gustavo was

 6  working at the MSC Port Miami project, did he have that

 7  same responsibility of making sure all the employees

 8  signed the JHA form?

 9       A    No, they didn't sign his form for that, no.

10  Only Darwin was the one in charge since day one, since

11  the very beginning.  The only iPad that JHA form was

12  signed was on Darwin's.

13            And if you go into a Procore, you'll see JHA,

14  you only see one name on it, Darwin.  Darwin Infante.

15  And again, we didn't want 10 different forms.

16            So, it's easier to put 30 guys on a form than

17  putting 10 forms and three guys on each form.  It's just

18  too much work for our assistant PMs to be following.

19       Q    Yeah, that makes sense.  That would -- I see

20  how that would simplify things.

21            So, when each employee would sign off on the

22  JHA form on, would they write the time that they signed

23  or just --

24       A    No --

25       Q    -- put a signature?
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                               Page 41

1       A    No, no time, no, there was no time.  They did

2   this right before they went to work.  So, 5 minutes to

3   7, they were coming in, they would sign them.  This is

4   what we call prep work, right?

5            It is like when -- let's say you work for

6   Walmart, you got to start at 07:00.  Do you go and punch

7   in right at 7 or do you punch in 5 minutes before 07:00.

8   Does that make sense?  So ---

9       Q    Yeah, that makes sense.

10      A    -- the same thing with the sign in sheet --

11  with the JHA sign in sheet.  Before they went to work,

12  they signed it, then they went into the building.

13           But nobody physically started work till 7

14  o'clock. I just want to -- I want to emphasize that,

15  that's important.  Nobody was up in air at 06:50 or

16  06:55 or 06:59, 7 o'clock was the time we started.

17      Q    That makes sense.  So, you mentioned, you

18  know, saying the JHA form was kind of prep work, you

19  know, before you actually start working before the shift

20  starts?

21      A    That's correct, yes.

22      Q    Was there any other kind of prep work that

23  employees have to do at the MSC Port Miami project

24  before they start working?

25      A    No, none at all.  Now, this is real-simple, I



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                                Page 42

1   had one guy that made sure that all the material was on

2   site before they started work, which was Sergio.

3              So, any type of prep work that was physic --

4   that had to be physical, I had one guy, Sergio Valles

5   since day one for the past two years, all he did was

6   make sure that the materials were stationed wherever the

7   foremen were working.  So, none of the foremen had to

8   prep any work prior that morning because it was already

9   done by Sergio Valles.

10             Now, every Thursday we had a safety meeting at

11  06:45 a.m.  We had all the guys signing a piece of

12  paper.  But that safety meeting was the big safety

13  meeting, right.  The meeting that's -- you know, talked

14  about, it could be like heat stroke, you know, make sure

15  you're drinking enough water.

16             The other ones were, make sure you wear your

17  hardhat.  It was a daily -- it was a weekly, a weekly

18  safety meeting that was provided by Hypower that we know

19  we have the ones in Procore for the JHA, but this was

20  more for Hypower more of a safety awareness. Right.  To

21  let them know that please pay attention to what you're

22  doing.

23        Q    So, who would usually be presenting those

24  meetings, those safety meetings?

25        A    That would be Dameko -- that will be Dameko.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                        Page 43

```
 1   My assistant PM.  Dameko is like my -- you could say my
 2   -- like my secretary.  He does all of the paperwork. He
 3   attends to everything.  Anything safety, anything
 4   dailies, he's got to report it all to the general
 5   contract, right.
 6           So, when these guys sign out, these guys fill
 7   out this JHA form, the GC gets it from Dameko.  He takes
 8   it together and puts it together and sends it to the
 9   general contractor on his form, the GCs form.
10      Q    Got it.  And so, are you usually present at
11   those weekly safety meetings?
12      A    Yes, I'm -- like I told you, I'm the first one
13   there, so I'm in every meeting.
14      Q    So, what involvement do you have during the -
15   - those meetings?  Do you just sit and listen?  Are you,
16   do you --
17      A    Yes, I do sit down and listen and then Dameko
18   at the end of the meeting, so pretty much tells them,
19   does anybody have any questions.
20           And do I -- and I also have a translator, just
21   to let you know, because remember 90% of my men, they're
22   Hispanic.  So, and most of them don't speak English.
23           So, I have -- pretty much, I have the
24   Interpreter, which is Rydell, he tells them in Spanish.
25   My general foreman is the one that tells him.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                              Page 44

1        Q    Okay.  So, other than safety meetings, do you

2   ever hold any other meetings at the MSC Port Miami

3   project?

4        A    No, the only other meetings is the general

5   contracts meetings.  And that's where my assistant PMs,

6   but the only meetings we had in the morning was the one

7   on Thursday, the safety meeting.  That's it.

8              We call that a toolbox tool -- toolbox,

9   toolbox stall, that's what -- that's the name of it now.

10  And the reason why it was designed Thursday is because

11  the company used to pay by check years back.

12             And so, we had the safety meeting and issue

13  the checks, but now we still have the meetings on

14  Thursday. That's why it was always done on Thursday.

15  So, besides that, there is no other meetings.

16             Now, when I do have private meetings with my

17  foreman, they're -- I send out a teams, right?  Let them

18  know that meet me in my office at 06:00 a.m., but they

19  get paid for the time that they sit with me in that

20  office.

21       Q    Did you ever have those kind of meetings with

22  Gustavo while he worked at that MSC project?

23       A    No, at the time.  Once again, when Gustavo was

24  with us at the time, the job was really falling behind.

25  There was no need to work because the general contractor



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                                   Page 45

```
 1   wasn't nowhere near ready for 80 men or a 100 men on
 2   site from Hypower.
 3           So, all we had was 30, 35 men on the job site.
 4   There was hardly no need for overtime.  We did work
 5   overtime once in a while when there was cement being
 6   poured or they needed an area knocked out.
 7           But besides that, no, I never had to have a
 8   meeting with the foremen because I was there early
 9   again, and they had their work already.
10           But there's days like now, like last week, the
11   week before, I've had the -- the foremen come in at
12   05:30 and 06:00 a.m.  And only reason why, again, we
13   have over 80 men, well, this week we have 85 to just to
14   let them know what needs to be done and what's important
15   to get complete first.  But they get paid for their
16   time.
17       Q    So, who all would be present at those weekly
18   safety meetings?  What employees?
19       A    Okay.  All the employees and all the foremen.
20   That was pretty much mandatory.  You had to be there for
21   the meetings.  You couldn't start your work without ones
22   filling out that JHA form, not filling out signature.
23   So, all the workers.
24       Q    Okay.  And so, it sounds like during those
25   weekly safety meetings you would discuss, like things
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                                    Page 46

1    like OSHA compliance --

2         A     That's correct.

3         Q     -- using PPE.  Anything else you guys would

4    discuss during those meetings?

5         A     Pretty much anything that, that was hazardous,

6    of course, you know what was around you.  We talked

7    about silica.  We talked about in the construction site,

8    there's a lot of concrete flying up in the air.

9              So, silica is the biggest killer now.  And

10   also tie off, right?  Lifts, lift trainings, you know,

11   they couldn't get on a trip -- on the lift unless they

12   were certified.  So, we made sure that their license was

13   always -- their certification was always up to date.

14   That's what we talked about.

15        Q     So, just a moment ago, you mentioned that a

16   guy named Sergio was responsible for making sure the

17   equipment was all stationed where it needed to be in the

18   mornings?

19        A     That's correct.

20        Q     Do you know Sergio's last name?

21        A     Valles.

22        Q     And what's his job title?

23        A     He's strictly -- he is a journeyman

24   electrician, but at this job I made him material

25   handler.  Material handler, and also cleanup.  So, at



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                          Page 47

1   the end of the day, he will clean up pretty much, he's

2   the only one that pretty much worked 10-hour days.

3            The one that worked overtime a lot of the time

4   because he will have to stay behind and pick up

5   everybody's mess.  And once again, this building is big.

6   We have over 40 lifts, so imagine what that poor guy's

7   doing all day, which he doesn't mind.

8            He's got a buggy.  He drives around, picks up

9   after everybody.  We have to keep the job clean and

10  safe.  And the equipment, he was in charge of calling

11  the rental companies to make sure that the equipment was

12  properly maintenance.  And he's still doing it to this

13  day.

14       Q    Got it.  So, what time does Sergio usually

15  start in the morning?

16       A    Okay.  So, Sergio, there's been times that

17  I've have told him to come in at 05:00 in the morning,

18  06:00 in the morning because certain lifts had to be

19  relocated from the fourth floor down to the second

20  floor.  And that's all-heavy equipment.

21            So, he would've to come in, and we didn't want

22  to hurt nobody, you know, he would tie off and do all

23  that and get it done.  But most days he's in at 07:00 in

24  the morning, the trail that he comes in at 05:00 or

25  04:30.



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                    Page 48

1      Q    So, what equipment is Sergio responsible for?

2   For getting stationed and ready to go?

3      A    No, he's got to make sure that all the lifts

4   are plugged in.  They're -- you know, some of these guys

5   leave in a rush, even though we have them pick up early,

6   so they could get their bus.

7           They sometimes don't plug in their lifts.

8   He'll go around, make sure the lifts are plugged because

9   they're electric lifts, he'll make sure that we have the

10  material on site.  He'll make sure if we're running out

11  of conduit or fittings, he'll let me know, so I can put

12  it together and order it.

13          So, pretty much, again, he's handling material

14  and taking care of equipment.  He's not giving in an oil

15  change or nothing like that.  What I mean by taking care

16  of the equipment is making sure that the equipment is,

17  it's up to code.  It is certified for the guys to use it

18  to make sure that he doesn't see anything bad on it.  A

19  bad control or a bad chain or its leaking oil.

20     Q    That makes sense.  So, does -- if I'm

21  understanding correctly, Hypower has equipment that it

22  lets its employees use?

23     A    So, before anybody gets in that equipment,

24  they have to be certified.  They take a course.  So, not

25  just anybody, not just any helper could get on a lift.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                        Page 49

```
 1   But the thing is, this company, they make sure that
 2   every worker that's here has their OSHA, the OSHA 10,
 3   the majority of them have the OSHA 10, all the foremen
 4   have the OSHA 30 and all the helpers and all that are
 5   going to school have their certification to be on lifts.
 6       Q    Okay.  So, is there kind of a process for
 7   using the equipment at Hypower for the MSC project?
 8       A    Of course, the guys know, they know the
 9   process.  They know when they get on that lift, they
10   have to be tied off with their harness.  They have to be
11   tied off to the proper point of the lift.
12            The chain in the back has to be -- once they
13   step in from the ladder, the ladder chain has to be
14   locked in place before they go up or before they move.
15   They know the process.  They know the procedures.
16       Q    Got it.  So, what about things like power
17   tools?  Does Hypower have like power tools that it lets
18   its employees use?
19       A    Okay.  So, in our handbook it tells you pretty
20   much what the journey means -- journeyman supposed to
21   have the tools.  So, us being electricians, you know,
22   you need strippers, you need screwdrivers, you need all
23   that.  You need a bender.  You -- the power tools is an
24   option, right?  If you want to screw in a fitting with
25   your screwdriver, you're more than welcome.  If you want
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

1   use a portable Phillips tip on a drill, that's your

2   option.

3           So, the handbook tells you exactly what you

4   need for tools.  I don't tell them what tools they use.

5   It's not my job.  It's pretty much in the handbook

6   before they're hired, they're given the handbook.  They

7   just have to follow the handbook.

8       **Q    Makes sense.  So, if one of the employees at**

9   **the MSC job site needed to use power tools --**

10      A    When you need power tools, what do you mean?

11  We barely use power tools.  We use portable tools.

12  Right?  You're talking about battery operated tools?

13      **Q    Sure.  I mean, any kind of, you know,**

14  **equipment that they're working with?**

15      A    No, we have power tools -- no, to me, power

16  tool -- to me power tool is something that you got to

17  plug in, right?  Like for instance, a cord drill, that's

18  a power drill --

19      **Q    I would say a battery --**

20      A    Now if you're talking about a portable hand

21  drill or a portable SDS, right?  I want to understand

22  what you're asking me.

23      **Q    Yeah, I'll clarify.  I would say maybe we just**

24  **have you know, different understandings of the word I**

25  **would consider a battery a source of power. Right?**



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                                  Page 51

```
 1              So, you know, just to, so we're on the same
 2    page. If an employee, if a Hypower employee needs to use
 3    one of those portables?
 4        A    A hand tool.  Okay.  Yeah.  A portable hand
 5    tool.  Okay.
 6        Q    How would they get those hand tools?
 7        A    No, they supply them themselves.  That's
 8    theirs.  Any SDS, any -- anything that it's in the
 9    handbook, once again, it's in the handbook.  The tools
10    that they're supposed to have on hand.
11              Now, we'll go ahead and provide, if they're
12    going to core a hole on the wall, we'll provide a cord
13    drill. Correct.  They don't have that.  If they're going
14    to drill a tap on to a wall, that's their drill.  That's
15    their portable drill.  That's what I'm telling to you.
16    That's their power drill if you want to say.  They
17    provide that.
18        Q    Okay.
19        A    That's not Hypower.  Hypower does not provide
20    that tool.  It's in the handbook again.
21        Q    Okay.  So, if the -- if an employee needs to
22    use a hand drill, they just bring their own, Hypower
23    doesn't give one?
24        A    That's correct.  And a hand drill to me, I
25    don't really consider a power tool.  To me, a power tool
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                          Page 52

1    is like a 15 amp -- again, a 15-amp chipping hammer or a

2    jackhammer, or those are power tools.

3        Q    Got it.

4        A    Their hand tools like a drill, yeah, they

5    provide themselves.  They provide their own tools. Now,

6    anything for like big pipe, like 4 Inch pipe, PVC pipe,

7    we provide a hot box, we provide a band saw, we provide

8    a Sawzall, those things we do provide, but we do not

9    provide their hand tools, no.

10       Q    Got it.  Okay.  So, if an employee -- if a

11   Hypower employee at the MSC project needed to use any of

12   that equipment that you just named?

13       A    The bandsaw --

14       Q    Yeah, if -- hold on, give me just a second.

15       A    Yeah.

16       Q    If a Hypower employee at the MSC project

17   needed to use any of those pieces of equipment on the

18   job, what was the process for obtaining that equipment?

19       A    They will tell Sergio again, the one that's in

20   charge of material and equipment, and Sergio will get it

21   for them.

22       Q    Where would Sergio get those pieces of

23   equipment from?

24       A    In -- from our gang box.  We have a toolbox.

25   It's a gang box.  Now remember, we didn't have 80 band



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                                    Page 53

1    saws, or we didn't have 80 Sawzall's or that we only

2    have a few because it's not something you use on a daily

3    basis.

4         Q    Got it.  You said it's called a gang box. What

5    is that?

6         A    A gang box is pretty much what it is a gang

7    box.  Okay.  Gangs, all the tools together.  You open it

8    up and the tools are inside.  You've never seen a gang

9    box?

10        Q    No, I have no idea what it is.  That's why I'm

11   asking.  So, is it --

12        A    It's a big storage compartment.  It's -- you

13   open it up and you put your tools in it.  There's over

14   500 of them in the job site with all the subs.  Every

15   sub has them.  It's how you keep your tools safe from

16   getting stolen.

17        Q    How big is it?  Is it like, a trailer or?

18        A    No, it's the -- it's about 4 feet tall, 4 feet

19   tall.  It has pistons on it.  So, when you pick up the

20   lid, the piston picks it up.  It's like opening up the

21   hatch of your car.  Like the trunk of your car. Right?

22        Q    Got you.  Okay.  And so, only Sergio was

23   allowed to go to the gang box and get that equipment out

24   for employees to use?

25        A    90% of the time, yes.  But sometimes a foreman



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1  will go there, we'll give him the keys and he'll grab

2  it.  This is how we keep control of tools.

3       Q    That makes sense.  And so, you said, they

4  would need keys, so I guess the gang box was usually

5  locked up?

6       A    Sure.  That's the purpose.

7       Q    Okay.  Got it.  So, during the time, that

8  Gustavo was working at the MSC project, you know how --

9  if an employee needed that equipment from the gang box

10 to start their day and begin working, you know, what

11 would be I guess the earliest that they would have to go

12 and get that equipment?

13      A    That would be after 7 o'clock.  The earliest

14 probably 07:10, 07:20, depending if Sergio could get to

15 it first.  It had to be planned, that's the thing.  The

16 foreman should plan, the guy's making almost $50 an

17 hour.  He should know what he's doing, not guess, and do

18 it on a daily basis.  He should plan ahead.

19      Q    So, you're saying that even though the foreman

20 should plan ahead and, you know, and have it all -- have

21 all the equipment ready, he wouldn't go and get that

22 equipment from the gang box until after 7 o'clock --

23      A    I would --

24      Q    -- until after the employees were supposed to

25 start working?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1      A    I wouldn't recommend a foreman to get

2  anything.  Again, that's Sergio's job.  But if the

3  foreman wants to get it, it's because he wants to go get

4  it.  So, I'm not telling him to go get it. Nobody's

5  telling him to go get it.

6           So, once again, we have a guy assigned for

7  tools, right?  But material, which is material tools and

8  equipment, that's the guy that's assigned to it. That's

9  the guy that he has to call.

10          If the guy's busy and he doesn't want to wait,

11  then he probably decides to get it himself.  But it is

12  not going to be an easy task because the gang box is

13  going to be locked.  We don't want tools stolen from the

14  job site.

15          Every job site, we lose tools, we always lose

16  tools.  So, we make sure if you give it to one person,

17  one person only, then you don't lose the tools because

18  that person is responsible.  He's the one that signs in

19  the tool and signs out the tool.

20      Q    Okay.  Yeah, I guess I'm just confused because

21  earlier you said that, you know, the employees are

22  supposed to start working at 7 o'clock, but how would

23  they start work --

24      A    That's correct.

25      Q    -- but how would they start working at 7



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                    Page 56

1    o'clock if they don't get their equipment until later,

2    you know, 07:10, 07:15 --

3         A    No, no.  Hold on --

4              MS. MCCARTHY:  Form.

5         A    Now, you -- I'm sorry.

6              MS. MCCARTHY:  Sorry.  You can still answer. I

7         just --

8              THE WITNESS:  Okay.

9              MS. MCCARTHY:  -- just give me a second after

10        the question.

11        A    Let me answer that for him.  Listen, real-

12   simple.  The men go to their works stations, their

13   equipment's already ready, everything's ready.

14             The lifts are where they plug them at.  So,

15   what is your question?  I'm confused.

16   BY MR. LAROU:

17        Q    Yeah, I guess that makes two of us.

18        A    Yeah, they start at 7 o'clock, correct?  They

19   start at 07:00.  They get on the lift, they check the -

20   - the first thing they have to do is check the lift to

21   make sure the lift is safe.

22             Okay.  They have to make sure, believe me, the

23   guys walk to their lifts, their tools are already there.

24   They have their tools, their hand tools.  They don't

25   work with power tools all day.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                              Page 57

```
 1          So, if you're asking me if they're working
 2   with a band saw every day, no, absolutely not.  No, they
 3   work with a band saw, they work with strippers.  They
 4   have a belt on, they have a tool belt that goes around
 5   their waist that has their strippers, their hammer.  So,
 6   they should be ready at 7 o'clock.
 7      Q    Okay.  So, my question for you is, if an
 8   employee is supposed to be starting their job at 7
 9   o'clock, how can they do that if they don't get their
10   equipment until 07:10 or later?
11      A    No, you're not making no sense at all. You're
12   not making no sense at all.  The equipment I'm talking
13   about is a lift, a power lift.  We're talking about an
14   aerial lift, a ladder.  The ladders are right away where
15   they were working at last.
16      Q    Just a moment ago, you said that employees
17   would get their equipment from the gang box at about
18   07:10 or 07:15?
19      A    No, no, no, now listen, now you're putting
20   words in my mouth.  Absolutely not.  I told you, what I
21   told you, the employees started working at 07:00, then
22   what equipment are you talking about?  They have their
23   tools.  They have their own tools.  They're walking in
24   with their tools.
25      Q    Okay.  So, I understand there are some pieces
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                    Page 58

```
 1   of equipment that employees provide for themselves.
 2   Their hand tools, there are other pieces of equipment
 3   that they have to use that they have to get from the
 4   gang box, right?
 5        A    Can we separate -- okay.  Can we separate
 6   equipment from tools?  Equipment is lifts, ladders.
 7   Okay.  Tools are hand tools, if you want to call it
 8   tools, power tools, you talk power tools.
 9             But no, when the employees start at 7 o'clock,
10   they have their hand tools already.  They're starting,
11   they carry a toolbox with them.
12        Q    Okay.  So, what's -- let's just clarify
13   something.  What is kept in the gang box?
14        A    I'm sorry, repeat the question again.
15        Q    What's kept in the gang box?
16        A    Just the bandsaw.  The Sawzall, the corduroy.
17   Nothing to do with the helpers.  Nothing to do with the
18   helpers.
19        Q    So --
20        A    They have their personal tools according to
21   the handbooks, to the handbook.  I keep bringing up the
22   word handbook.  If you read the handbook, it tells you
23   every tool they're supposed to have, their vendors,
24   their clients, their strippers.
25             Those are the tools.  Those are tools, not
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                     Page 59

```
 1  equipment.  Equipment is ladder, lift.  That's
 2  equipment.  That's what you get on to work on.  And
 3  that's already done.  Sergio makes sure that's ready. We
 4  don't wait for that.
 5      Q   Great.  So, if a Hypower employee needs to get
 6  one of the pieces -- one of the tools that's kept in the
 7  gang box, I guess I'm just trying to understand
 8  --
 9      A   Okay.  So, you're getting yourself confused
10  again.  Okay.  I guess you don't understand me.  Once
11  again --
12      Q   Mr. Gonzales, there's no question, sir.
13  There's -- Mr. Gonzalez, there's no question pending.
14      A   Yeah.
15      Q   There's no question pending.
16          MS. MCCARTHY:  Mr. Gonzalez, I'm going to ask
17      that you let Mr. LaRou finish his question before
18      answering.
19          THE WITNESS:  Listening.
20          MR. LAROU:  So, let's take a 15-minute break.
21      It seems like Mr. Gonzalez is getting a little
22      tense.  I think it would be best if we all just
23      take a breather and come back in 15 minutes.  So,
24      let's resume at 11:30.
25          MS. MCCARTHY:  Okay.  I would also like to
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                    Page 60

1          strike the comment of tense as testimony that

2          doesn't need to be attorney testifying, but agreed

3          on a break.  11:30?

4               MR. LAROU:  Okay.  Great.  See you in 15.  Bye-

5          bye.

6               MS. MCCARTHY:  All right.

7               THE COURT REPORTER:  Off record.

8               (Thereupon, a short discussion was held off

9               record.)

10              (Deposition resumed.)

11    BY MR. LAROU:

12         Q    Okay.  Mr. Gonzalez, so earlier you were

13    stating that there was kind of a set work schedule

14    employees were supposed to start working at 7 o'clock

15    every day.  Is that correct?

16         A    Yes, that's correct.

17         Q    And so, was that the case for both

18    electricians and foreman?  They were both required to

19    start working at 07:00 a.m.?

20         A    That is correct.

21         Q    And electricians were required to work until -

22    - I think, you said until 03:30 earlier.  But take a 30-

23    minute lunch break?

24         A    Yeah, give them 30 minutes to -- so that way

25    they could pick up their tools, plug the lifts in, and



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                              Page 61

1   be able to catch their bus to take them to downtown.

2   Even the ones that didn't take the bus to downtown, they

3   also picked up early.  That was just fair.

4       Q    Okay.  And so, foreman, were they required to

5   work the same schedule 07:00 a.m. to 03:30 with 30-

6   minute lunch break?

7       A    Yeah, the schedule applied to everybody, the

8   same foremen, assistant PMs, everybody, anybody that was

9   on the job site.  It was a 07:00 to unless they were

10  informed to stay later or come earlier.

11      Q    So, would you ever inform employees to stay

12  later or come earlier?

13      A    If it was an emergency, yes, right.  If it was

14  an emergency because they say, for instance, the general

15  contractor, say Raul, we really need this to be done by

16  today.  Then of course, I'll ask who would like to stay

17  later and then give them the work.

18      Q    Okay.  So, sounds like, they had to get

19  approval from you.

20           Is there any other individual that those

21  employees would have to get approval from if they wanted

22  to work later?

23      A    If I wasn't on site, then that would be --

24  they would have to get the approval from the PM.

25      Q    And so, I guess now that would be Ivan Lopez?



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                              Page 62

```
 1       A    Ivan Lopez, that's correct, yes.

 2       Q    Mr. Gonzalez, did you speak with anyone during

 3   our 15-minute break just a moment ago?

 4       A    No, sir.

 5       Q    Okay.  So, I just want to clarify one thing.  I

 6   think earlier you said that if an employee needed to get

 7   some tool from the gang box, they would get that at like

 8   07:10 or later.  Is that right?

 9       A    That is correct, yes.

10       Q    Okay.  So, I guess my question for you is, how

11   would the employees begin working at 07:00 a.m. if they

12   didn't have the tools they needed until 07:10 or later?

13       A    Okay.  So, usually if they had to wait for the

14   tools, they were doing something, they were checking the

15   lift, unplugging the lift, rolling up the extension

16   cord, you know, but they were working at 7 o'clock.

17       Q    Okay.  Got it.  That makes sense.  Thank you

18   for clarifying.

19            During your time working at the MSC project,

20   were employees ever given tools from the gang box before

21   07:00 a.m.?

22       A    No, sir, no, because the tools were locked up.

23   Unless we started early, then that would be different.

24       Q    How often during the time that Gustavo was

25   working there, about how often would you guys start
```



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                              Page 63

```
 1    early?

 2        A    Earlier than 7 o'clock?

 3        Q    Yes.

 4        A    If there was a pour, like let's say for

 5    instance there were pouring cement and concrete guys

 6    come in early of course, you know, everybody -- you

 7    know, all subs that do concrete work always come in

 8    early to start pouring cement.

 9              So, they're not pouring during the middle of

10    the afternoon, then I would tell Gustavo to come in

11    earlier.  But Gustavo always got paid his overtime.  If

12    he came in early, he got paid his time.  And there was

13    any other foreman also, just to let you know.

14        Q    Got it.  So, what would have been -- if you

15    had to estimate, I guess, what would have been the

16    earliest that Gustavo would've had to come in and start

17    the project early?

18        A    06:00 a.m.

19        Q    You said that was about maybe 20% of the time

20    they might have to start earlier?

21        A    No, at that time, no.  At that time, we

22    probably -- I had a few guys maybe 10% of the time. But

23    now it being this close to the opening date, we're there

24    more now, right?  We're there earlier.  We're there

25    later.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                    Page 64

```
 1              But at that time, no.  Last year, no, last
 2    year wasn't that busy.  But there was overtime for
 3    certain employees, right.  For certain people that had
 4    to stay because it was their section of the job, right?
 5    That part of the job.
 6              Gustavo had the second floor, which was a lot
 7    of deck work, right?  I don't know if you know anything
 8    about deck work.  They pulled concrete on the deck.
 9              So, there's times you have to stay a little
10    later or times you had to come in earlier, but it wasn't
11    every day.  It was something maybe once a month and it
12    wasn't something drastic on a daily basis.  If that's
13    the question, the answer you're looking for.
14         Q    Yeah, so I guess, you know, about how many of
15    the day -- about how many days out of the week would
16    Gustavo have to come in and start early?
17              MS. MCCARTHY:  Form.
18         A    Again, it wouldn't be weekly.  It would
19    probably be maybe twice out of the month, maybe once out
20    of the month.
21    BY MR. LAROU:
22         Q    Okay.  So, you were saying that the schedule
23    for everyone for electricians and foreman was 07:00 to
24    03:30, you know, unless somebody's instructed and
25    approved to either come in early or stay late.  Do you
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                              Page 65

1   know who set that work schedule?

2        A    I'm saying, repeat the question again.  I lost

3   you.  You said after 03:30?

4        Q    Yeah, I was saying, I was just confirming

5   that, you know, a moment ago you said that the typical

6   work schedule for electricians and foreman was 07:00

7   a.m. until 03:30 p.m.?

8        A    That's correct.

9        Q    Do you know who set that work schedule?

10       A    Hypower.

11            MS. MCCARTHY:  Form.

12   BY MR. LAROU:

13       Q    Right.  But Hypower is a company.  So, do you

14   know what individual from Hypower was responsible for

15   setting that schedule?

16            MS. MCCARTHY:  Form.

17       A    If you are asking if I'm the one that set the

18   schedule, I use -- I'm a company man, so I believe we

19   work 8-hour days, right.

20            So, from 07:00 -- and pretty much everybody

21   works from 07:00 -- in the construction field, everybody

22   works from 07:00 to 03:30.  And the reason why the extra

23   half hour is because they take a lunch hour, they take a

24   lunch break and it's a half hour.

25            They get their 15-minute break of course, and



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                              Page 66

```
 1   then they have the half hour lunch, which is not paid

 2   for. So, that's why they stay till 03:30.

 3             But yes, I'm the one that's -- I'm the one

 4   that set that schedule from 07:00 till 03:30, that's the

 5   plan.

 6   BY MR. LAROU:

 7        Q    Yeah.  My question was, you know, if you knew

 8   who set those specific hours, like start at 07:00 a.m.

 9             leave at 03:30 p.m.  So, that was you that

10   decided those hours?

11        A    Yes.

12        Q    How did you decide the start time of 07:00

13   a.m.?

14        A    Well, 32 years in the business, it's always

15   better to start at 07:00.  You are avoiding traffic in

16   the morning, right?  You know how traffic is at 07:00

17   a.m. in 95, especially coming to Miami, so I've been in

18   -- I've been in my -- I've been in Florida for over 30

19   years and pretty much I've been running work for 25

20   years.

21             So, 25 years, I've always thought that

22   starting at 07:00 was a good idea and leaving at 03:30.

23   That's my opinion.  That's not a law.

24        Q    Yeah, that makes sense, just from kind of a

25   common-sense standpoint.
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                    Page 67

1          And did you have to get approval for those --

2    for that --

3          A    No.

4          Q    -- that set schedule 07:00 to 03:30 or was it

5    -- it was something you decided on your own?

6          A    No, not at all.  And the other reason, I also

7    should explain why I picked 7 is, because the sun is

8    already out at 07:00 also, because sometime you can't

9    come in too early, like at 05:00 or 06:00 because the

10   sun's not out yet and it's really hard to work under

11   dark condition.  So, 07:00 is usually the right time.

12         Q    And so, were those electricians and foreman at

13   the MSC project required to arrive to work right at

14   07:00 a.m. or before?

15         A    Okay.  Well, what I tell all my employees,

16   okay, is to -- we start work at 07:00.  Okay.  I want to

17   make sure everybody knows that we start work at 07:00.

18   That means we're physically up on the lifts moving or

19   again, holding up extension cords, getting our tools,

20   getting ready to work right at 7 o'clock, not at 07:01,

21   07:02.

22         So, yes, I instruct my employees.  We start to

23   work at 07:00.  That is correct, yes.

24         Q    And so, obviously, earlier you were saying

25   there was usually some prep work involved, including you



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
 1   know, signing that form.
 2           So, I mean, would you tell people to get there
 3   early -- earlier than 07:00, so that they could do all
 4   that prep work before they actually start working?
 5       A    No, sir.  No, I wouldn't do that because, and
 6   then I would've to pay them, no, I would not tell them
 7   to come in at 06:00 or 05:30 or 06:30 to do a prep work,
 8   no.
 9       Q    So, if either an electrician or a foreman at
10   the MSC project wanted to work less than the set
11   schedule, less than that full 40 hours, is there a
12   process for that, are they -- sorry, strike that.
13           If -- sorry, give me just a second.  Let me
14   rephrase that question.
15           So, if an -- if either an electrician or a
16   foreman wanted to work less than the full 40 hours, were
17   they allowed to work less than the full 40 hours?
18       A    Yes, they were, yes.
19       Q    Okay.  So, would they have to get approval if
20   they wanted to work less than the full, the 40 hours?
21       A    If it's an emergency usually, you know, you
22   can't just tell the -- you can't tell the helper, no,
23   you can't.  You have to work 8 hours.  No, you will let
24   them go.
25           And then we have something that's called PTO.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                          Page 69

1  Right.  Personal Time Off.  You get on your phone. Every

2  employee has a number.  They get on the phone, and they

3  ask for that day off or if they come in that day and

4  something happened, like I told you, and I have no

5  problem with it, and believe it or not, I'll pay them

6  the 8 hours.

7          I will give them, if the work had to leave at

8  10 o'clock, 11 o'clock, I will give them the 8 hours.  I

9  have done it with Gustavo more than 50 times.  He had to

10 leave early and given him the full 8 hours.

11 **Q    Got it.  So, it sounds like, you know, the**

12 **electricians and the foreman, including Gustavo, they're**

13 **always paid -- you know, 8 hours for a day - 8 hours for**

14 **a day even if they didn't work 8 hours on the dot?**

15      A    Right.  Unless they requested it on PTO,

16 correct?  Then I can't supersede the PTO.  If they

17 request two hours that day for personal time, it got

18 automatically deducted from their Hype, right?  From --

19 so, let's say for instance, I decide I don't -- I can't

20 make it in tomorrow.  I'll say I'll take my PTO for 8

21 hours tomorrow, the 22nd, and it automatically puts my 8

22 hours of my PTO into it.

23          But if a worker comes in the day of the PTO,

24 let's say for instance, he did put it that day and he

25 comes in that day, then he loses his PTO or he you know,



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                              Page 70

```
 1   you understand, I have to reject it.  I have to reject
 2   his PTO.  He gets it back or he goes home, he loses a
 3   day, right.  He has to go back home.  That's what I'm
 4   trying to say.
 5           He doesn't lose his hours.  He just loses his
 6   day, which is silly if you're asking for PTO.
 7       Q    That makes sense.
 8       A    But it happens.
 9       Q    Yeah, that makes sense.  So, if a person wants
10   to take a -- take PTO, they do that through the app and
11   then you're the one who would approve it for the Port
12   Miami project?
13       A    Yes, that is correct.  Me being the
14   superintendent, it goes directly to me first.
15       Q    Okay.  And so, if you have somebody that's on-
16   the-job site, and they say, hey boss, hey Raul, I need
17   to leave work early today, you know, would they come to
18   you or is there anyone else that they're supposed to
19   come to?
20       A    They always come to me first.  And that's on a
21   daily basis.  That's every day.  It's the construction
22   site, it's the way it is.  They have a headache or
23   something personal happen, it's Murphy's Law.  It's
24   about to happen.
25       Q    Got it.  During the time that you've worked at
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                              Page 71

1   the MSC project at Port Miami, have you ever had

2   employees show up late to work?

3        A    Yes, that's every day.  But I still give them

4   the 8 hours.  Stuck in traffic, it happens.

5        Q    Got it.  So, I was going to ask, you know, how

6   do you usually handle that if you have an employee

7   showing up late?

8        A    Okay.  So, they call me, well, they send me a

9   text saying, Raul, I'm stuck in traffic, you know, I-95

10  like always, or 826, they're coming from Homestead or

11  whatever they call me.  But it's a daily thing, right?

12  You have the apprentices, the young kids that you know,

13  they had a, they came out of school like A, B, C at

14  night and they're little tired.  They come in 5 minutes

15  late, but they call me, they text me.

16       Q    Have you ever had to report any of the

17  employees for showing up late too often?

18       A    Well, employees missing days more often.  Not

19  hours.  I wouldn't -- we fill out what's called -- we

20  give a warning, right?  A form, we let them know.  And

21  we do it.  We believe in -- I believe in after three

22  times, then I'll just send it to another job.  I don't

23  terminate nobody.  I don't fire nobody.

24            I have the right to, but I won't do it.  I'll

25  send them to another job.  Everybody's got to eat.  I



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                                    Page 72

```
 1    don't want to take food away from anybody's table.  I
 2    also don't want to be abused.
 3        Q    Makes sense.  So, if an employee, either an
 4    electrician or a foreman at the MSC project wanted to
 5    work more than their set 40 hours, were they allowed to
 6    do that?
 7        A    Yes, if the opportunity was there, yes.  And
 8    if we could work it, yes, of course everybody loves
 9    overtime.  Yes, I will give them the benefit, of course.
10            But if there's no work and there is no means
11    for working overtime, then I'm sorry, we can't afford it
12    right now.  It's not on our budget.
13        Q    And so, if a person wanted to work more than
14    the 40 hours, what was the process for getting approval
15    for that?
16        A    Me, I'm the one that approves the overtime on
17    the field.
18        Q    So, that would just be like a verbal in-
19    person conversation you would have with them?
20        A    Yes, that is correct.
21        Q    Okay.  So, there's no type of --
22        A    No paperwork on -- yeah, there is no paperwork
23    for that.  No, no, sir.
24        Q    So, other than yourself, is there any other
25    individual that you know of that the Hypower employees
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                              Page 73

```
 1   would have to get approval to work more than 40 hours?

 2        A    Yes, that would be the PM, Ivan Lopez.

 3        Q    So, would they have to get approval from both

 4   you and Ivan or just one of you?

 5        A    Just one of us.  I have the right to do it on

 6   site, but if I'm not on site, then it's rare that they

 7   call Ivan, because I'm always on site.  I've never

 8   missed a date.  Today would be the first time I missed a

 9   date.

10        Q    During your time working at the MSC project at

11   Port Miami, have you ever had employees working beyond

12   their 40 hours without approval?

13        A    No, once again, I'm at the job site every day,

14   so -- okay.  So, make it clear.  So, when I leave at

15   02:00, 02:30 and the general foreman is there, he will

16   call me and say, Raul, we have to stay overtime, then I

17   will approve it.

18             Okay.  Let -- so, make it sound you know, make

19   it easier for everybody.  If I'm not there, then the

20   general foreman has to call me first for me to approve

21   it.  But no, he can't make the decision.  I'm the only

22   one that can approve the overtime.  It's -- I got to

23   answer to the vice president of the company, why are we

24   eating up so many hours.

25        Q    Makes sense.  So, if a person is, if either an
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                                    Page 74

1  electrician or a foreman at the MSC job site was working

2  beyond 40 hours what's your understanding of what they

3  should be paid for those extra hours?

4       A    They should be paid their time and a half. If

5  they work over 40 hours, anything over 40 hours, they

6  should get paid time and a half.

7            If they work -- let's say they work 41 hours

8  and they're making 50 an hour, right?  So, half of 50 is

9  12 -- what is 25?  They should be making 75 an hour.

10 That one hour.  That's the way it should be.

11      Q    That makes sense.  And so, just a second ago

12 you were saying that you never had -- you never ran into

13 the situation at the MSC job site where employees were

14 working beyond the 40 hours without your approval,

15 right?

16      A    That is correct, yes.

17      Q    So, I guess my question for you is, if you

18 were leaving at 2 o'clock every day, you know, how would

19 you have known that people were continuing to work in

20 the afternoon beyond 03:30?

21           MS. MCCARTHY:  Form.

22      A    The foreman -- once again, the general foreman

23 Rydell was in charge of that.  So, he made sure that

24 people were paid the time they were there.

25           The general foreman is my right-hand man.  He



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                          Page 75

1  keeps an eye on the foremen to make sure nobody's

2  getting paid more than what it should be.

3          Believe me, it's a tricky world out there,

4  right? You'll have guys that are not at the job site

5  getting paid.  Okay.  And that's what the foremen have

6  to make sure that the men are there and they're working.

7  And my general foreman is pretty much on top of it.

8  BY MR. LAROU:

9     Q    Okay.  So, as far as you know, were the

10  electricians and the foreman required to keep track of

11  their hours in any way?

12     A    The fore -- yes, so the -- once again, the

13  foreman have the iPad, right?  They fill out the

14  employee's name, the electrician that they're working

15  with, right.

16          Of course, he fills out his name and he fills-

17  out his employee's name.  And then they sign in at 07:00

18  a.m. and they sign out at 03:30.

19     Q    Were -- during the time that you've been

20  working at that MSC project, were you responsible for

21  looking at those time sheets or --

22     A    Yes.

23     Q    -- keeping track of them?

24     A    Yes, sir.  Every morning, that's what I do

25  every morning when I go in, I sit down, I open up



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                                    Page 76

```
 1   Procore, I open up Hype, Hype is where we enter the time
 2   and the quantities, the work they do.
 3            And I open up Procore and that's where every
 4   foreman is listed with their employees.  And I see their
 5   face code that I create is a task they do the date, the
 6   quantities, what production and the hours they work.
 7            And I punch it into Hype.  And that's -- and
 8   that's a 2-hour process.  That's one of the main reasons
 9   why I go to work early, because I have to supervise the
10   rest of the day.
11            And just to clear something.  Most days I
12   don't leave every day at 02:00.  I'm there mostly every
13   day till about 02:30, 3 o'clock.
14            When I get in at 06:00 or 06:30, the only time
15   I leave at 02:00 is when I get there super early.  Okay.
16   But yes, but once again, I make sure that the overtime
17   is approved by me and me only.  The general foreman has
18   to call me first.
19       Q    So, other than yourself, are you aware of any
20   other individuals from Hypower that are responsible for
21   keeping track of those employees' hours, the foreman and
22   the electrician at the MSC job site?
23       A    No, only the foreman is in -- it's -- okay.
24   So, the foreman, once again, has the Procore, the Apple
25   -- the tablet.  And they are responsible for entering
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                           Page 77

1   the employee's time, right?  The time they're at work.

2       Q     Um-hum.

3       A     All I do is see what's in Procore and I record

4   it in Hype.  Am I answering correctly?  Are you asking

5   me, should I go to every foreman's tablet while they're

6   working and look at it?  Is that what you're asking me?

7   Or because I don't do that.  All I do is pretty much

8   just at the end of the day -- or I'm sorry, the next day

9   look at the signatures and the time and the hours.

10      Q     No, I think my question was more so, you know,

11  are you aware of any individuals other than yourself

12  that were responsible for reviewing those time sheets?

13  Or was it just you?

14      A     No, I'm sorry.  No, just me.  Sorry about

15  that.  Just me.

16      Q     No worries.

17      A     Yes.

18      Q     And during your time working at the MSC job

19  site, have you been responsible for issuing paychecks to

20  Hypower employees?

21      A     No, it's all digitalized now.  It just goes

22  right into their bank account.  Never have to issue a

23  check.  Maybe in the 90s.

24      Q     So, earlier you were saying, you know, Gustavo

25  worked under you as a foreman at the MSC job site.  When



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1    did you first meet Gustavo?

2        A    Gustavo was, the first time I met him is when

3    they sent him to the job site, I'll tell you I can't

4    remember what day they sent him, but I've never worked

5    with Gustavo before until he was sent to MSC to my job

6    site as a foreman.

7             I asked for another foreman because at that

8    time I needed one more foreman on the job site for the

9    second floor when the second floor started.  So, they

10   sent me Gustavo from another job from.

11       Q    And how often would you see Gustavo while you

12   guys were working together at the MSC site?

13       A    Okay.  Every morning with all the other

14   foremen, I would see him in the morning, I'll say good

15   morning to everybody, shake everybody hand that was on

16   site and then go to my office.

17            And then when the men were working, like in

18   the middle of the day, I would go around and look at the

19   foremen.  I would see Gustavo maybe two, three times

20   daily, each foreman, two, three times daily, just not

21   Gustavo.  I do an average of 8 miles a day in that job

22   site.  It's a lot of walking.

23       Q    So, you said you would see Gustavo every

24   morning or you guys would start working.  When about how

25   -- what would be the earliest that you would see Gustavo



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                            Page 79

1   at the job site?

2        A    Well, Gustavo would take the bus from

3   downtown.  So, he would be at the job site 06:00, 06:10,

4   06:15, depending what time he took the bus.  The

5   earliest 06:00, the late is 06:30.

6        Q    Okay.  So, when you would see Gustavo at the

7   job site between like 06:00 and 06:30, what would he be

8   doing there?

9        A    He would be sitting there talking with all the

10  other guys.  I would walk away because they were always

11  talking about politics.  So, I would walk away.

12       They were all sitting there yapping.  Remember

13  there was always -- at that time there was maybe 35 guys

14  there, and it was loud in the morning.  So, I was just -

15  - I'll shake everybody's hand in the morning and just

16  talk to them afterwards.

17       Q    So, you would see -- you know, Gustavo at

18  between 06:00 and 06:30, he was just talking, was he --

19       A    He was sitting in a bucket -- yeah, he's

20  sitting in a bucket next to the electric room, 113 -- at

21  111, if I remember.  Because I was, my office trailer

22  was right across the street, right across from the

23  electrical room.

24            And I would see them all out there.  I would

25  just open up the shades.  They were all out there just


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                              Page 80

1    yapping and talking.

2         Q    So, sitting in the bucket like a bucket truck

3    or?

4         A    No, no bucket.  I'm sorry, there are two --

5    the jet line, yeah, it's a bucket.

6         Q    Okay.

7         A    They all sit out there, a piece of Styrofoam,

8    whatever they could sit on, so.

9         Q    Would you ever see him you know, during that

10   time kind of like walking around inspecting the job site

11   or?

12        A    No, he was pretty much him and all those guys

13   would just sit there the whole time, drinking coffee and

14   talking.  It was loud.  Like I told you.

15        Q    I think earlier you were saying that, you

16   know, you would usually have those meetings with the

17   foreman daily before the shift started, right?  So, what

18   -- I guess what would be like, the earliest that you

19   would've had those meetings with the foreman, with

20   Gustavo?

21             MS. MCCARTHY:  Form.

22        A    It was like 15 minutes to 7, 10 minutes to 7,

23   5 minutes to 7.  Depending.  Right before, what -- like

24   when all the men were already there, right?  Let's say

25   the majority of the workers were already there before



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1    06:45, right?  The last bus came at 06:45.

2              Then I'll go out there, shake all of the guys'

3    hands, and then I will hand Rydell, my general foreman,

4    the schedule for the day and then you know, talk with

5    the foremen and get them all situated, make sure the

6    guys are already getting ready to start signing in and

7    start working.  So, 06:00, I'll say 06:45.  The latest,

8    maybe 06:55.

9    BY MR. LAROU:

10       Q    Did you ever tell Gustavo to get there before

11   7 so, you guys didn't have those meetings?

12       A    No, sir.

13       Q    So, how would Gustavo have known to get there

14   and have the meetings with you at 06:45?

15            MS. MCCARTHY:  Form.

16       A    I guess he wanted to be there at 06:45, again,

17   be there at 06:00 -- yeah, I only went up.  I -- listen,

18   it was -- okay.  I understand what you're saying now.

19            So, why would I go to him at 06:45, and talk

20   about schedule for me, that's prepping, right?  That's

21   not physically working, but if you're saying it's

22   working?

23   BY MR. LAROU:

24       Q    No, I'm not saying one thing or another.  I'm

25   just trying to you know, understand kind of like the



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
 1   timeline for the day?

 2        A    Well, Gustavo's always been an early person.

 3   It looks like, him and about another 30 workers.  I

 4   mean, they're there early in the morning.

 5             They do this for -- they've been doing it all

 6   their life.  They know how the construction business is,

 7   right?  Guys' get there earlier.  They have their

 8   coffee, they yap, they talk, they you know, they -- I

 9   mean, I've never had a problem with Gustavo.  I loved

10   him.  He was a hard worker.  Just, I don't even know why

11   we're here to be honest with you.

12        Q    Yeah.  So, it sounds like he would -- you

13   know, you would see him sometimes like an hour before he

14   was supposed to start working.  You said he would

15   sometimes see him at like 06:00 a.m., did you ever tell

16   -- did you --

17             MS. MCCARTHY:  Form.

18        A    I'm sorry.  Are you asking --

19   BY MR. LAROU:

20        Q    Did you ever tell --

21        A    -- I spoke to him about work before 06:00 a.m.

22   no, I wouldn't.

23        Q    No, that was --

24        A    If I'm telling the guys not to talk about work

25   in the bus, then I wouldn't be talking about work before
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                    Page 83

```
 1   06:00 a.m.
 2           MS. MCCARTHY:  If I can interject for a
 3       second, Mr. Gonzalez, I know it's easy to get in
 4       like a conversation type thing, but just try to let
 5       Mr.  LaRou finish his questions.
 6           THE WITNESS:  Okay.  I'm sorry.
 7           MS. MCCARTHY:  Just because it's hard for the
 8       -- it's okay.  It's just hard for the Court
 9       Reporter to keep up when people talk over each
10       other.
11           THE WITNESS:  You guys got to remember what I
12       do for a living.  I run 80 men, so it's just hard
13       for me.  I'm so sorry, just to sit there and just
14       wait for the answer.
15           MS. MCCARTHY:  That's okay.
16   BY MR. LAROU:
17       Q    No worries at all.  And I'm from the South, so
18   I tend to speak a little slower.  So, I know that's --
19   it can be -- sometimes be difficult to sit there and
20   wait for me to finish.  But I'll try and keep this
21   moving along.  I don't have too many more questions for
22   you.
23           So, what I wanted to ask you is, you know, if
24   you would see Gustavo there as early as you know, 6
25   o'clock, you know, even though he wasn't supposed to
```



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                    Page 84

1    start working until 7, you know, did you ever tell him,

2    hey Gustavo, you don't you know, don't come in so early?

3         A    Once again, I can't tell nobody what time to

4    come in.  I'm honest with you.  I mean, I've been doing

5    this again for over 30 years.  I've always been to work

6    early and always clocked in at the time I was supposed

7    to start work, so I never told Gustavo to start before 7

8    o'clock.

9         Q    But you never told him not to come in so early

10   either?

11        A    No.

12             MS. MCCARTHY:  Form.

13   BY MR. LAROU:

14        Q    Have you ever communicated with Gustavo by

15   text message?

16        A    No.

17        Q    What about by e-mail?

18        A    No, that was -- the e-mails that I was sent

19   out is their EQ, right?  The EQ, right?  The e-mail was

20   EQ to fill out their forms or for their daily work. The

21   work they do -- they did daily what was completed.

22        Q    Got it.  So, you would send out those EQ forms

23   to Gustavo every day?

24        A    That's correct.  To everybody.  To all the

25   foremen.



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                    Page 85

```
 1              MR. LAROU:  All right.  Mr. Gonzalez, I think
 2         -- I appreciate you hanging in there with me.  I
 3         think those are all the questions I have for you.
 4         Okay.  I'm not sure if --
 5              MS. MCCARTHY:  I have a -- go ahead.
 6              MR. LAROU:  -- yeah, I was going to say, I'm
 7         not sure if Ms. McCarthy might have a couple
 8         follows up for you.
 9              MS. MCCARTHY:  I do have a couple follow up.
10         Can I just have like 5 minutes quickly if we can
11         take a quick 5-minute break?
12              MR. LAROU:  Yeah, of course.  Take all the
13         time you need.
14              MS. MCCARTHY:  All right.  Thanks.  We can
15         come back on at like 12:10?
16              MR. LAROU:  Perfect.
17              MS. MCCARTHY:  That works.  All right.  Thank
18         you.
19              THE COURT REPORTER:  Off record.
20              (Thereupon, a short discussion was held off
21              record.)
22              (Deposition resumed.)
23                           CROSS EXAMINATION
24    BY MS. MCCARTHY:
25         Q    Mr. Gonzalez, I just want to kind of ask a few
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                                    Page 86

1   follow-up questions of you.  So, you had mentioned

2   earlier that foremen and electricians would sometimes

3   sign a form before their 07:00 a.m. start time, I think

4   it was the JHA form, is that correct?

5       A    Yes, it was a safety form, yes.

6       Q    Okay.  And was that every day it would occur

7   before 07:00 a.m. them, signing the form?

8       A    Yes.

9       Q    Okay.  And was that form the one that I think

10  you said was on Darwin's tablet only?

11      A    Yes, that is correct.

12      Q    Okay.  So, how long approximately would you

13  say it took for employees including the foreman to get

14  that form signed?

15      A    At that time with 30 minutes on the field,

16  maybe tops 10 minutes.

17      Q    Okay.  And aside from signing the form -- that

18  form and clocking in at 07:00 a.m., was there any other

19  duties or anything of that kind that those employees

20  engaged in?

21      A    No.

22      Q    Before 07:00 a.m.?

23      A    No, before 07:00 a.m., no.

24      Q    So, aside from signing that form, they were

25  typically just sitting around drinking coffee and


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
 1    chitchatting, I think you --

 2        A    Yes.

 3        Q    -- mentioned earlier, correct?

 4        A    Yes, that is correct.

 5        Q    Okay.  And as far as the sign in sheet for

 6   like clocking in on your hours, you mentioned they would

 7   sign in on a tablet, correct?

 8        A    That is correct, yes.

 9        Q    And was it one tablet for all foremen and all

10   electricians or each foreman had their own tablet for

11   their group of electricians?

12        A    Each foreman had their own tablets and their

13   phones.  Right.  They had a company phone and a tablet.

14   So, they could -- the employees could sign on the phone

15   or they could sign on the tablet.

16             You -- 90% of the time they sign on the

17   tablet. If the foreman forgot their iPad, they would

18   sign on his phone.  So, yes.

19        Q    Okay.  So, did electricians also have company

20   phones or just foremen?

21        A    No, only the foreman have the company phone.

22        Q    Okay.  So, as far as signing in on your phone,

23   are they able to do that from anywhere?

24        A    Yes, the foreman could sign -- the foreman or

25   the workers?  I'm sorry.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                    Page 88

1        Q    The foreman?

2        A    The foreman, yes, the foreman could sign on

3    their phone, yes, from anywhere, anytime.

4        Q    And are there any situations where a foreman

5    would report to work and start working without his

6    electricians in his group?

7        A    Yes, that's happened lots of times.

8        Q    And what kind of situations does that happen

9    in, I guess where would the foreman be working --

10       A    Some foreman --

11       Q    -- with electricians --

12       A    Yeah, well, some foreman do, and I tell them,

13   not to do.  They -- they'll go ahead.  They'll sign

14   themselves in, and you'll see their signature.  But you

15   wouldn't see the signatures of their men, right.  There

16   -- the men that was supposed, he would type their names

17   in, but there will be no signature till after 7 o'clock.

18       Q    So, does -- so, sometimes the foreman would

19   sign just their name, they would technically clock

20   themselves in?

21       A    That's correct.

22       Q    Without any of the electricians being present

23   yet.  Is that right?

24       A    That's correct.

25       Q    So, my question was, I guess a little



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                    Page 89

```
 1   different.  So, can the foreman actually physically
 2   start work?  So, not really the clocking in, I
 3   understand that sometimes there's been times where they
 4   have technically clocked in without their electricians
 5   signing also, but can the foreman perform work without
 6   the electricians present yet?
 7        A    Absolutely not, no, we don't start work till 7
 8   o'clock.  We don't want nothing happening to the
 9   foreman.  The foreman don't work in our job.  They --
10   all they do is lay out, lay out the work that I give
11   them and pretty much supervise the electricians.  They
12   barely do any physical work.  And if they do, it's
13   because they want to.
14        Q    Okay.
15        A    They get paid non -- when we have, it's called
16   -- and Procore it's called non-production foreman,
17   right.  In other words, they don't do physical work,
18   they just take out Crayola, put a receptacle here, run a
19   pipe there.
20        Q    Okay.  So, is there any reason that sometimes
21   a foreman's signature would be on a sign in sheet
22   without the electrician's signatures yet?
23        A    Yes, he's just trying to get ahead probably,
24   just putting his name in there and signing it.
25        Q    Okay.  And that -- so, that does not mean they
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

1   started physical work, is that correct?

2        A    That's correct, yes.

3        Q    Okay.  And you previously mentioned that kind

4   of in the mornings you would, say good morning to

5   everyone and shake everyone's hands.

6             I just want to clarify because I think there

7   was some mix of topics a little bit earlier, but there

8   was not a daily meeting every morning, correct?

9        A    No, it's not a daily meeting.  I'm sorry. No.

10       Q    Okay.  So, it was just kind of, you said good

11   morning while everyone was chatting and was that it?

12       A    That's correct, yes.  And they will offer me

13   coffee.  Of course, I don't drink coffee, so I'll say

14   no.

15       Q    Okay.  And you also mentioned earlier that

16   sometimes if Mr.  Hernandez would not work his full 8

17   hours, you would still pay him the full 8 hours, is that

18   correct?

19       A    Not just Mr. -- yeah, just not just Mr.

20   Hernandez.  Every man in that job site.

21       Q    Right.  And how many hours early would some of

22   foreman or electricians leave that you would still pay

23   them the 8 hours?

24       A    Well -- okay.  For example, yesterday I had

25   Frederick, one of my employees come up to me at about 11



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                    Page 91

```
 1   o'clock says, well, I got to leave early right before

 2   lunch.  I said, okay.  No problem.  And I will pay him

 3   the extra 3 hours.

 4        Q    Okay.  And as far as Mr. Hernandez, roughly

 5   how often would you say he had to leave work early?

 6        A    At least once, I will be honest with you, at

 7   least once a week he will leave early.

 8        Q    How early?

 9        A    12 o'clock.  There's been days he's left at

10   09:00 a.m.

11        Q    And were those reasons -- would he give you

12   reasons for having to leave early?

13        A    For sure, yes.  Always -- it's always

14   something personal.  I don't ask because I shouldn't

15   ask, but usually it's personal.

16        Q    Okay.

17        A    Nothing, that's all he has a doctor's

18   appointment and he didn't want to use his PTO.

19        Q    And I know we talked about overtime earlier.

20   And so, it's your position, and correct me if I'm wrong,

21   I think you testified earlier that if an employee works

22   over 40 hours, they should be compensated for those

23   overtime hours at time and a half, correct?

24        A    Yes, that is correct.

25        Q    And as far as that statement, does that apply
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                    Page 92

```
 1    to overtime that was not approved in advance?

 2        A    If I didn't approve the overtime and it --

 3    okay.  It's rare that -- I don't think I understand the

 4    question properly.  Are you asking me that, if I'm not

 5    going to be worked overtime, I won't be overtime, I

 6    won't the overtime?  Is that what you're asking?

 7        Q    I'm saying -- I can rephrase it.  So, earlier

 8    you had mentioned if an employee works over 40 hours.

 9        A    Um-hum.

10        Q    Those in excess hours of 40 should be

11    compensated through overtime pay.

12             So, my question is, if those hours over 40,

13    the overtime hours were not previously approved, do you

14    think they're still entitled to receive the time and a

15    half for those hours?

16        A    No.

17             MS. MCCARTHY:  Okay.  I think that is all I

18         have.  Mr. LaRou, I don't know if you have

19         additional questions.

20             MR. LAROU:  No, nothing else on my end.  I

21         think we're all set.

22             MS. MCCARTHY:  Perfect.  Thank you again, Mr.

23         Gonzalez, for your time.  And thank you Madam Court

24         Reporter.

25             THE COURT REPORTER:  Okay.  I have a few
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                          Page 93

```
 1        spellings to verify, but also whilst we're on the

 2        record, will this be a read or waive?

 3             MS. MCCARTHY:  She's asking if you would like

 4        to read the transcript or waive it.  You can say

 5        read and we'll take a copy as well, Alexis.

 6             THE WITNESS:  Read it.

 7             THE COURT REPORTER:  Okay.  And so, you'll be

 8        ordering a copy, Ms. McCarthy?

 9             MS. MCCARTHY:  Yes.

10             THE COURT REPORTER:  Okay.  And Mr. LaRou?

11             MR. LAROU:  Not at this time.  Thank you

12        though.

13             THE COURT REPORTER:  Okay.  We're off record.

14             (Deposition concluded at 12:21 p.m.)

15             (Reading and signing of the deposition by the

16              witness has been reserved.)

17

18

19

20

21

22

23

24

25
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024                    Page 94

```
 1                    CERTIFICATE OF REPORTER

 2   STATE OF FLORIDA

 3   COUNTY OF ORANGE

 4

 5        I, ALEXIS MALAKIUS, Court Reporter and Notary

 6   Public for the State of Florida, do hereby certify that

 7   I was authorized to and did digitally report and

 8   transcribe the foregoing proceedings, and that the

 9   transcript is a true and complete record of my notes.

10

11        I further certify that I am not a relative,

     employee, attorney or counsel of any of the parties, nor

12   am I a relative or employee of any of the parties'

13   attorneys or counsel connected with the action, nor am I

14   financially interested in the action.

15

16        Witness my hand this 6th day of December, 2024.

17

18

19

20

21

22

23

24   _____

25   ALEXIS MALAKIUS, CER, COURT REPORTER
     NOTARY PUBLIC, STATE OF FLORIDA
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
 1                    CERTIFICATE OF OATH

 2   STATE OF FLORIDA

 3   COUNTY OF ORANGE

 4

 5        I, ALEXIS MALAKIUS, the undersigned authority,

 6   certify that RAUL GONZALEZ JR., appeared before me

 7   remotely pursuant to Florida Supreme Court Order

 8   AOSC20-23 and was duly sworn on the 21st day of

 9   November, 2024.

10            Witness my hand this 6th day of December, 2024.

11

12

13

14

15

16

17

18

19

20

21

22

23   _____
     ALEXIS MALAKIUS, CER, COURT REPORTER
24   NOTARY PUBLIC, STATE OF FLORIDA
     Commission No.:  HH 214557
25   Commission Exp:  01/09/2026
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
1   DATE:        DECEMBER 6, 2024
    TO:          RAUL GONZALEZ JR.
2   C/O:         EMMA MCCARTHY, ESQUIRE
                 222 LAKEVIEW AVENUE, SUITE 120
3                WEST PALM BEACH, FLORIDA 33401

4   IN RE:    GUSTAVO HERNANDEZ V. HYPOWER, LLC

5   CASE NO:  1:24-CV-20207

6   Dear MR. GONZALEZ,

7        Please take notice that on the 21st day of
    November, 2024, you gave your deposition in the above-
8   referenced matter.  At that time, you did not waive
    signature.  It is now necessary that you sign your
9   deposition.  You may do so by contacting your own
    attorney or the attorney who took your deposition and
10  make an appointment to do so at their office.  You may
    also contact our office at the below number, Monday -
11  Friday, 9:00 AM - 5:00 PM, for further information and
    assistance.
12
         If you do not read and sign your deposition within
13  thirty (30) days, the original, which has already been
    forwarded to the ordering attorney, may be filed with
14  the Clerk of the Court.

15       If you wish to waive your signature, sign your name
    in the blank at the bottom of this letter and promptly
16  return it to us.

17  Very truly yours,
    _____
18  ALEXIS MALAKIUS, CER, Court Reporter
    Universal Court Reporting
19  (954)712-2600

20  I do hereby waive my signature.

21

22

23
    _____
24  RAUL GONZALEZ JR.
    CC: VIA TRANSCRIPT:
25  EMMA MCCARTHY, ESQUIRE
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
1    Errata Sheet

2

3    NAME OF CASE: Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ

4    DATE OF DEPOSITION: 11/21/2024

5    NAME OF WITNESS: Raul Gonzalez

6    Reason Codes:

7         1. To clarify the record.

8         2. To conform to the facts.

9         3. To correct transcription errors.

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                        _____
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

**$**

**$10**
26:19,20 27:4,13

**$50**
54:16

**$60**
16:1

**0**

**02:00**
20:10 73:15 76:12,
15

**02:30**
73:15 76:13

**03:10**
29:2

**03:30**
19:23 21:11 29:5,9
33:5 60:22 61:5
64:24 65:3,7,22
66:2,4,9,22 67:4
74:20 75:18

**04:30**
47:25

**05:00**
20:7,13 21:4
47:17,24 67:9

**05:30**
20:7 24:22 45:12
68:7

**05:45**
24:22

**06:00**
24:22 26:3 44:18
45:12 47:18 63:18
67:9 68:7 76:14
79:3,5,7,18 81:7,
17 82:15,21 83:1

**06:10**
79:3

**06:15**
79:4

**06:30**
20:8,14 26:1,4
68:7 76:14 79:5,7,
18

**06:45**
26:1,5 32:14 42:11
81:1,7,14,16,19

**06:50**
32:14 41:15

**06:55**
41:16 81:8

**06:59**
41:16

**07:00**
19:23 21:11 26:6
33:4 41:6,7 47:23
56:19 57:21 60:19
61:5,9 62:11,21
64:23 65:6,20,21,
22 66:4,8,12,15,
16,22 67:4,8,11,
14,16,17,23 68:3
75:17 86:3,7,18,
22,23

**07:01**
67:20

**07:02**
67:21

**07:10**
54:14 56:2 57:10,
18 62:8,12

**07:15**
56:2 57:18

**07:20**
54:14

**09:00**

**91:10**

**1**

**1**
34:13 36:9,10,11,
12

**10**
18:9 21:8 28:7,12,
15,16 40:3,15,17
49:2,3 69:8 80:22
86:16

**10%**
63:22

**10-hour**
47:2

**10-minute**
26:23

**100**
45:1

**10:03**
5:5

**11**
69:8 90:25

**111**
79:21

**113**
79:20

**11:30**
59:24 60:3

**12**
74:9 91:9

**12:10**
85:15

**12:21**
93:14

**15**
52:1 59:23 60:4
80:22

**15-amp**
52:1

**15-minute**
26:24 59:20 62:3
65:25

**16th**
11:13

**18**
17:2

**1970**
11:13

**1:24-CV-20207**
5:8

**2**

**2**
34:4,14 36:9,10,
11,12 74:18

**2-hour**
76:8

**20**
29:3

**20%**
30:18 63:19

**200**
19:18 31:15

**2000**
25:23

**2017**
12:21 15:10,13

**2021**
15:23

**2022**
15:20,23 16:14,15
17:1

**2024**
5:2,4 9:16



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

**21**
5:2

**21st**
5:4

**22nd**
69:21

**25**
66:19,21 74:9

---

**3**

**3**
29:1,5,7 34:14
36:9,10,11,12
76:13 91:3

**30**
31:10,12 33:8,14
40:16 45:3 49:4
60:24 66:18 82:3
84:5 86:15

**30%**
30:18

**30-**
60:22 61:5

**32**
12:25 66:14

**35**
33:12,14 45:3
79:13

---

**4**

**4**
34:14 36:10,11,12
52:6 53:18

**40**
47:6 68:11,16,17,
20 72:5,14 73:1,12
74:2,5,14 91:22
92:8,10,12

**41**
74:7

---

**5**

**5**
20:10 41:2,7 71:14
80:23 85:10

**5-minute**
26:23 85:11

**50**
18:2 26:9 69:9
74:8

**500**
53:14

---

**6**

**6**
20:7 25:2,18,25
32:13 83:24

**60**
15:25 25:1,10,15

**60%**
27:7

---

**7**

**7**
24:21 25:4 29:17
39:11 41:3,7,13,16
54:13,22 55:22,25
56:18 57:6,8 58:9
60:14 62:16 63:2
67:7,20 80:22,23
81:11 84:1,7 88:17
89:7

**70%**
27:7

**75**
74:9

---

**8**

**8**
21:5,7 68:23 69:6,
8,10,13,14,20,21
71:4 78:21 90:16,
17,23

**8-hour**
18:11 28:25 29:6
65:19

**80**
22:4 24:25 33:6,9
45:1,13 52:25 53:1
83:12

**826**
71:10

**85**
45:13

---

**9**

**90%**
24:14,15 37:9
43:21 53:25 87:16

**90s**
77:23

**95**
66:17

---

**A**

**a.m.**
5:5 42:11 44:18
45:12 60:19 61:5
62:11,21 63:18
65:7 66:8,13,17
67:14 75:18 82:15,
21 83:1 86:3,7,18,
22,23 91:10

**able**
28:3 61:1 87:23

**about**
8:22 9:10,13 12:21
13:10 14:14 15:13
16:5 17:17 23:1,2,
7 24:1 25:10 26:9
27:11 28:15 29:20
30:14,20 32:13
33:6 38:10 42:14
46:7,14 49:16
50:12,20 53:18
57:13,17,22 62:25
63:19 64:8,14,15
70:24 76:13 77:14
78:24 79:11 81:20
82:3,21,24,25
84:17 90:25 91:19

**absolutely**
39:19 57:2,20 89:7

**abused**
72:2

**according**
33:24 58:20

**account**
77:22

**across**
79:22

**activities**
18:8,19

**actually**
12:3 41:19 68:4
89:1

**Adam**
8:23 37:24

**additional**
28:22 92:19

**advance**
92:1

**aerial**
57:14

**affect**
7:24 8:2



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

**afford**
72:11

**after**
5:19 9:1 13:22
16:9,13 39:11 47:9
54:13,22,24 56:9
65:3 71:21 88:17

**afternoon**
20:11 63:10 74:20

**afterwards**
79:16

**again**
7:4 17:21 23:3
29:17 32:20 36:17
38:25 39:2,19
40:15 44:23 45:9,
12 47:5 48:13
51:9,20 52:1,19
55:2,6 58:14
59:10,11 64:18
65:2 67:19 73:13
74:22 75:12 76:16,
24 81:16 84:3,5
92:22

**against**
5:25 8:16 10:25

**ago**
6:2 23:2,12 24:1
28:1 29:13 34:5
46:15 57:16 62:3
65:5 74:11

**agreed**
60:2

**ahead**
32:4 33:10 51:11
54:18,20 85:5
88:13 89:23

**air**
41:15 46:8

**Airport**
15:2 16:8

**AI**
13:20,25

**alarm**
17:24

**Alexis**
5:9 6:15 93:5

**all**
9:7 14:19 18:1,19,
25 19:8 21:23,24
22:2,8 24:2,18
25:13 27:1,9 28:6,
22 31:5,15,22
32:8,23 33:15,22
34:8 35:15,16
36:25 37:12,14
38:7,17 39:6 40:7
41:25 42:1,5,11
43:2,4 45:3,17,19,
23 46:17 47:7,22
48:3 49:3,4,22
53:7,14 54:20,21
56:25 57:11,12
59:22 60:6 63:7
67:6,15 68:3 77:3,
7,21 78:13 79:9,
12,24,25 80:7,12,
24 81:2,5 82:5
83:17 84:24 85:1,
3,12,14,17 87:9
89:10 91:17 92:17,
21

**all-heavy**
47:20

**allow**
7:15

**allowed**
53:23 68:17 72:5

**almost**
54:16

**along**
83:21

**already**
7:19 17:1 42:8
45:9 56:13,23
58:10 59:3 67:8
80:24,25 81:6

**also**
15:3 16:21 20:23
26:13 27:9 34:4
43:20 46:10,25
59:25 61:3 63:13
67:6,8 72:2 87:19
89:5 90:15 93:1

**always**
6:25 20:5 24:15
32:3,4 44:14 46:13
55:15 63:7,11
66:14,21 69:13
70:20 71:10 73:7
79:10,13 82:2
84:5,6 91:13

**am**
14:11 22:13 77:4

**amp**
52:1

**another**
6:20,25 7:3 20:18
23:2,4,10,23
71:22,25 78:7,10
81:24 82:3

**answer**
7:20 14:17 56:6,11
64:13 73:23 83:14

**answered**
37:14

**answering**
59:18 77:4

**anticipate**
7:10

**any**
6:7,16 7:13,24 8:1
10:1,10,12,14,24

11:2,25 12:15
17:25 18:23 27:19
29:4 32:16 41:22
42:3,8 43:19 44:2
48:25 50:13 51:8
52:11,17 61:20
63:13 71:16 72:24
75:11 76:19 77:11
86:18 88:4,22
89:12,20

**anybody**
43:19 48:23,25
61:8

**anybody's**
72:1

**anyone**
13:23 62:2 70:18

**anything**
17:23,25 21:9 43:3
46:3,5 48:18 51:8
52:6 55:2 64:7
74:5 86:19

**anytime**
88:3

**anywhere**
27:19 87:23 88:3

**app**
70:10

**Apple**
76:24

**application**
13:17,23

**applied**
13:14 61:7

**apply**
91:25

**appointment**
91:18

**appreciate**
85:2



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

**apprentice**
34:13,14 35:8
36:10,24

**apprentices**
34:15,19 36:2,23
71:12

**approached**
14:7

**approval**
61:19,21,24 67:1
68:19 72:14 73:1,
3,12 74:14

**approve**
70:11 73:17,20,22
92:2

**approved**
37:15 64:25 76:17
92:1,13

**approves**
72:16

**approximate**
15:6

**approximately**
5:5 9:2,3 86:12

**area**
45:6

**around**
15:20 26:10 32:11
35:23 39:13 46:6
47:8 48:8 57:4
78:18 80:10 86:25

**arrive**
20:17 24:10 25:9
67:13

**arrived**
26:8

**aside**
86:17,24

**ask**
59:16 61:16 69:3

**asked**
71:5 83:23 85:25
91:14,15

**asked**
7:19 13:13 78:7

**asking**
10:14 13:24 25:6
50:22 53:11 57:1
65:17 70:6 77:4,6
82:18 92:4,6 93:3

**assigned**
22:1 39:3 40:3
55:6,8

**assistant**
20:18,19,22,24
21:10,15,25 22:1,
5,17 24:2,7,12,21
25:7 34:22,24
35:14 40:18 43:1
44:5 61:8

**assistants**
21:16

**Associate's**
11:19

**assuming**
17:13

**attend**
22:16

**attends**
43:3

**attention**
42:21

**attorney**
10:21,24 60:2

**August**
9:12,14

**automatically**
69:18,21

**average**
18:3 78:21

**avoid**
6:16

**avoiding**
66:15

**aware**
8:17,24 76:19
77:11

**awareness**
42:20

**away**
33:3 57:14 72:1
79:10,11

---

**B**

**back**
9:1,4,7,14,21
13:10 44:11 49:12
59:23 70:2,3 85:15

**bad**
48:18,19

**band**
52:7,25 57:2,3

**bandsaw**
52:13 58:16

**bank**
77:22

**barely**
16:3 50:11 89:12

**basis**
38:10 53:3 54:18
64:12 70:21

**bathroom**
7:15

**battery**
50:12,19,25

**BDA**
17:24

**because**

18:25 19:10 21:1
22:4 23:23 24:17
25:17,20,21 29:12,
19 30:19 31:13
33:9 37:9 42:8
43:21 44:10,25
45:8 47:4,18 48:8
53:2 55:3,12,17,20
61:14 62:22 64:4
65:23 67:7,8,9
68:5 73:7 76:9
77:7 78:7 79:10,21
83:7 89:13 90:6
91:14

**become**
8:24

**before**
6:10,12 7:20 11:7
12:6,23 23:12,22
25:6 29:25 38:12,
19,20 41:2,7,11,
19,24 42:2 45:11
48:23 49:14 50:6
59:17 62:20 67:14
68:4 78:5 80:17,
23,25 81:10 82:13,
21,25 84:7 86:3,7,
22,23 91:1

**begin**
6:12 13:12 54:10
62:11

**beginning**
8:5,14 40:11

**behalf**
5:14,16

**behind**
17:3,4 44:24 47:4

**believe**
27:6 56:22 65:18
69:5 71:21 75:3

**belt**
39:16 57:4



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

**bender**
49:23

**benefit**
72:9

**besides**
25:6 35:20 44:15
45:7

**best**
59:22

**better**
66:15

**between**
20:13 21:20 35:1,
2,11 79:7,18

**beyond**
73:11 74:2,14,20

**big**
15:3 16:19 18:9
20:20 23:3 36:25
38:11 42:12 47:5
52:6 53:12,17

**biggest**
46:9

**billed**
27:19

**bit**
11:6 14:14 17:16
90:7

**born**
11:9,10,14,15,16

**boss**
70:16

**both**
60:17,18 73:3

**box**
52:7,24,25 53:4,6,
7,9,23 54:4,9,22
55:12 57:17 58:4,
13,15 59:7 62:7,20

**break**
7:14,15,20 18:24
19:1 21:16 59:20
60:3,23 61:6 62:3
65:24,25 85:11

**breakfast**
16:4

**breaks**
36:15

**breather**
59:23

**Brennen**
24:7,8

**Brian**
13:20

**bridge**
28:9

**briefly**
32:9

**bring**
24:16,17,18 28:7
30:12 51:22

**bringing**
25:16,18 58:21

**broken**
18:20

**Bronx**
11:11

**Brooks**
5:13,24

**brought**
27:1

**Bryan**
13:21,25

**bucket**
79:19,20 80:2,4,5

**budget**
72:12

**budgeting**
21:24

**buggy**
47:8

**build**
15:25 16:11 18:25
25:24

**building**
17:20 23:8 41:12
47:5

**buildings**
23:9

**built**
16:11

**bus**
25:16,19,21,25
26:1,25 27:3,8,10,
21 28:14,17,20,23
29:2,5,8,15,20,21,
23,25 30:7,16,19
31:1,9,12 48:6
61:1,2 79:2,4 81:1
82:25

**bused**
26:25

**buses**
26:2 31:5,13,16

**business**
66:14 82:6

**busy**
55:10 64:2

**bye**
60:5

**Bye-**
60:4

――――――――

**C**

**call**
20:21,24 41:4 44:8

**budgeting**
55:9 58:7 71:8,11,
15 73:7,16,20
76:18

**called**
5:19 34:16 53:4
68:25 71:19 89:15,
16

**calling**
47:10

**came**
15:19,21 24:1
30:11 63:12 71:13
81:1

**can**
7:9,10 14:14 17:16
18:3 24:18 31:21
35:10 48:11 56:6
57:9 58:5 73:22
83:2,19 85:10,14
89:1,5 92:7 93:4

**can't**
9:3 15:11,23 16:10
18:25 20:20 25:23,
24 67:8 68:22,23
69:16,19 72:11
73:21 78:3 84:3

**Canada**
31:16

**car**
34:18 53:21

**card**
36:4

**care**
21:23 22:2 35:19
48:14,15

**Caribbean**
26:18

**Carolina**
14:6

**carry**
58:11



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

**case**
5:8 8:7 60:17

**catch**
11:22 24:24 25:19
61:1

**categories**
36:16

**cement**
45:5 63:5,8

**certain**
47:18 64:3

**certification**
46:13 49:5

**certifications**
12:1

**certified**
46:12 48:17,24

**chain**
48:19 49:12,13

**change**
37:7,12 48:15

**changes**
22:3 37:7

**characters**
14:19

**charge**
35:15,16,17 40:10
47:10 52:20 74:23

**charged**
12:8

**chatting**
90:11

**check**
44:11 56:19,20
77:23

**checking**
62:14

**checks**

**44:13**

**chipping**
52:1

**chitchatting**
87:1

**City**
11:11

**claimed**
9:19

**clarify**
6:4 50:23 58:12
62:5 90:6

**clarifying**
62:18

**clarity**
6:14 7:4

**clean**
47:1,9

**cleanup**
46:25

**clear**
73:14 76:11

**client**
8:16

**clients**
58:24

**clock**
88:19

**clocked**
84:6 89:4

**clocking**
86:18 87:6 89:2

**close**
15:18 28:10 63:23

**code**
48:17 76:5

**coffee**
7:16 80:13 82:8

**86:25 90:13**

**College**
11:20,24

**come**
13:24 23:12 24:16
31:24,25 39:18
45:11 47:17,21
59:23 61:10,12
63:6,7,10,16
64:10,16,25 67:9
68:7 69:3 70:17,
19,20 71:14 84:2,
4,9 85:15 90:25

**comes**
47:24 69:23,25

**comfortable**
30:21

**coming**
41:3 66:17 71:10

**comment**
60:1

**common-sense**
66:25

**communicated**
84:14

**communication**
6:16

**Community**
11:19,24

**commute**
28:11

**companies**
14:20 47:11

**company**
8:20 9:18,19,20
13:13 14:2,4,6
23:13,20,23 37:25
44:11 49:1 65:13,
18 73:23 87:13,19,
21

**compartment**
53:12

**compensated**
91:22 92:11

**complete**
45:15

**completed**
84:21

**completely**
14:13

**compliance**
38:7 46:1

**complicated**
36:13

**computer**
18:6 37:10

**concluded**
93:14

**concrete**
46:8 63:5,7 64:8

**condition**
8:1 67:11

**conduit**
48:11

**confirming**
65:4

**confused**
55:20 56:15 59:9

**Congratulations**
13:8

**Connecticut**
11:24

**connection**
8:15

**consider**
50:25 51:25

**constantly**
22:19 37:10,11



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

**construction**
27:18 29:18 46:7
65:21 70:21 82:6

**continuing**
74:19

**contract**
43:5

**contract's**
18:1

**contractor**
16:22 17:6 25:21
32:5 33:20 43:9
44:25 61:15

**contractor's**
17:3 19:8

**contractors**
22:20 25:13 27:20,
24 33:20 37:11

**contracts**
27:21 44:5

**control**
48:19 54:2

**conversation**
7:2 72:19 83:4

**copy**
93:5,8

**cord**
50:17 51:12 62:16

**cords**
67:19

**corduroy**
58:16

**core**
51:12

**correct**
27:16 29:16 31:4
33:16 36:21 37:20
40:2 41:21 46:2,19
51:13,24 55:24

56:18 60:15,16,20
62:1,9 65:8 67:23
69:16 70:13 72:20
74:16 84:24 86:4,
11 87:3,4,7,8
88:21,24 90:1,2,8,
12,18 91:20,23,24

**correctly**
34:7 36:18 39:21
48:21 77:4

**could**
15:25 22:6 27:3,4,
6,13 29:8 42:14
43:1 48:6,25 54:14
60:25 68:3 72:8
80:8 87:14,15,24
88:2

**couldn't**
27:10 45:21 46:11

**Counsels**
5:11

**country**
15:4 17:21

**couple**
85:7,9

**course**
19:17 22:15 23:24
27:5 46:6 48:24
49:8 61:16 63:6
65:25 72:8,9 75:16
85:12 90:13

**Court**
5:3,9,10 6:15 60:7
83:8 85:19 92:23,
25 93:7,10,13

**courtesy**
28:24

**COVID**
15:19,21 30:20

**Crayola**
89:18

**create**
39:18 76:5

**crime**
8:12 12:9

**CROSS**
85:23

**crucial**
27:20

**cruise**
14:24 17:20 38:6

**current**
13:3

**currently**
11:25 12:11,15
16:23

———————

**D**

**dailies**
18:7 33:21 43:4

**daily**
18:7 19:16,17
38:9,10 39:6 42:17
53:2 54:18 64:12
70:21 71:11 78:20
80:17 84:20,21
90:8,9

**Dameko**
24:7 42:25 43:1,7,
17

**dark**
67:11

**Darwin**
39:4,25 40:3,10,14

**Darwin's**
39:25 40:12 86:10

**date**
5:4 9:3,5 11:11
46:13 63:23 73:8,9
76:5

**dates**
15:7,12,25 16:2

**day**
17:14,15 18:4,5,
11,15,17,20 24:6
29:6 31:20 32:2,23
35:25 38:12 40:10
42:5 47:1,7,13
54:10 56:25 57:2
60:15 64:11,15
69:3,13,14,17,23,
24,25 70:3,6,21
71:3 73:13 74:18
76:10,12,13 77:8
78:4,18,21 81:4
82:1 84:23 86:6

**day-to-day**
7:2

**days**
28:25 45:10 47:2,
23 64:15 65:19
71:18 76:11 91:9

**decide**
66:12 69:19

**decided**
66:10 67:5

**decides**
55:11

**decision**
73:21

**deck**
64:7,8

**deducted**
69:18

**Defendant**
5:16

**degree**
11:19

**depending**
16:20,21 54:14
79:4 80:23

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

**UNIVERSAL**
**Court Reporting**

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

deposition
5:1,6 6:1,10,13
7:11,13 8:5,15,25
10:2,12 60:10
85:22 93:14,15

depositions
7:9

designated
27:15

designed
44:10

detailed
22:13

device
19:11

didn't
9:17 11:22 13:14
23:12 27:8 29:11
30:12,19,21 31:10
40:1,3,9,15 47:21
52:25 53:1 61:2
62:12 69:14 81:11
91:18 92:2

difference
21:20 35:1,11
36:25

different
18:16,24 40:15
50:24 62:23 89:1

difficult
83:19

digitalized
77:21

digitally
39:22

DIRECT
5:21

direction
19:5

directly
10:22 30:6 70:14

disc
14:9,10,14,16

discuss
10:25 29:14,23
30:6 45:25 46:4

discussed
10:11

discussion
60:8 85:20

doctor's
91:17

documents
10:12,13,15,17
24:19

doesn't
19:4,11,12 27:23
47:7 48:18 51:23
55:10 60:2 70:5

don't
7:10 9:5 14:9 21:4,
5,8 24:23 25:3
27:5 28:2 30:3
33:17 39:17 43:22
48:7 50:4 51:13,25
55:13,17 56:1,24
57:9 59:4,10 64:7
69:19 71:22,23
72:1,2 76:12 77:7
82:10 83:21 84:2
89:7,8,9,17 90:13
91:14 92:3,18

done
13:1 14:23 18:15
19:13,18 21:25
22:18 29:18 32:2,
5,24 33:24 42:9
44:14 45:14 47:23
59:3 61:15 69:9

dot

69:14

down
14:1,3 18:20,23,24
19:1,20 21:16
36:15 43:17 47:19
75:25

downtown
25:17,20 27:3,15
28:5,6,14 30:19
61:1,2 79:3

drastic
64:12

drawing
19:9

drawings
18:21 19:6

drew
18:13

drill
50:1,17,18,21
51:13,14,15,16,22,
24 52:4

drink
7:16 90:13

drinking
42:15 80:13 86:25

drives
47:8

dropped
26:2,3,4

duly
5:20

during
7:13 20:3 21:13
22:23 30:10 38:5
40:5 43:14 45:24
46:4 54:7 62:2,19,
24 63:9 70:25
73:10 75:19 77:18
80:9

dust
39:14

duties
31:18,22 32:16
35:11 86:19

E

e-mail
9:18,19,20 84:17,
19

e-mails
84:18

each
15:7 16:19 18:8,17
21:14,15 31:19
40:17,21 78:20
83:9 87:10,12

earlier
20:5 24:9 31:1,25
32:6 33:6 35:14
37:17 55:21 60:12,
22 61:10,12 62:6
63:2,11,20,24
64:10 67:24 68:3
77:24 80:15 82:7
86:2 87:3 90:7,15
91:19,21 92:7

earliest
20:9 54:11,13
63:16 78:25 79:5
80:18

early
20:12 21:3 45:8
48:5 61:3 62:23
63:1,6,8,12,17
64:16,25 67:9 68:3
69:10 70:17 76:9,
15 82:2,4 83:24
84:2,6,9 90:21
91:1,5,7,8,12

easier


UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

19:9 22:3 30:22,23
36:15 40:16 73:19

**easy**
18:20 55:12 83:3

**eat**
7:16 71:25

**eating**
73:24

**education**
11:18

**eight**
32:8

**either**
6:22 27:13 64:25
68:9,15 72:3 73:25
84:10

**electric**
12:25 48:9 79:20

**electrical**
11:20 13:1 17:22,
23,25 32:25 34:17
35:8,18 36:3,24
79:23

**electrician**
12:4 46:24 68:9,15
72:4 74:1 75:14
76:22

**electrician's**
89:22

**electricians**
26:12 49:21 60:18,
21 64:23 65:6
67:12 69:12 75:10
86:2 87:10,11,19
88:6,11,22 89:4,6,
11 90:22

**else**
13:1 17:3 19:24
39:9 46:3 70:18
92:20

**emergency**
61:13,14 68:21

**Emerson**
13:19 14:1,5

**Emma**
5:15 10:9

**emphasize**
41:14

**employed**
12:11,15 33:11

**employee**
40:21 51:2,21
52:10,11,16 54:9
57:8 59:5 62:6
69:2 71:6 72:3
91:21 92:8

**employee's**
75:14,17 77:1

**employees**
20:16 27:13 28:5
29:14,23 30:6,15
33:15,17 34:2,9
38:8 39:21 40:7
41:23 45:18,19
48:22 49:18 50:8
53:24 54:24 55:21
57:16,21 58:1,9
60:14 61:11,21
62:11,20 64:3
67:15,22 71:2,17,
18 72:25 73:11
74:13 76:4 77:20
86:13,19 87:14
90:25

**employees'**
76:21

**end**
43:18 47:1 77:8
92:20

**ends**
29:6

**engaged**
86:20

**engineering**
11:21

**English**
11:2 43:22

**enough**
42:15

**ensure**
6:14 7:4

**ensuring**
38:7

**enter**
76:1

**entering**
76:25

**entitled**
92:14

**EQ**
84:19,20,22

**equipment**
38:18 46:17 47:10,
11,20 48:1,14,16,
21,23 49:7 50:14
52:12,17,18,20,23
53:23 54:9,12,21,
22 55:8 56:1
57:10,12,17,22
58:1,2,6 59:1,2

**equipment's**
56:13

**especially**
66:17

**estimate**
30:14 63:15

**every**
17:14,15 18:5,17
22:16,19 27:18
30:12 33:1 38:11
42:10 43:13 49:2

53:14 55:15 57:2
58:23 60:15 64:11
69:1 70:21 71:3
73:13 74:18 75:24,
25 76:3,12 77:5
78:13,23 84:23
86:6 90:8,20

**everybody**
17:3 47:9 61:7,8
63:6 65:20,21
67:17 72:8 73:19
78:15 84:24

**everybody's**
18:7 47:5 71:25
79:15

**everyone**
39:9 64:23 90:5,11

**everyone's**
90:5

**everything**
18:13 19:2,22
33:24 35:24 43:3

**everything's**
21:24 22:18 32:24
56:13

**exact**
15:11

**exactly**
17:17 50:3

**EXAMINATION**
5:21 85:23

**example**
90:24

**excess**
92:10

**Excuse**
15:14

**expansion**
15:2



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

**experienced**
34:19

**explain**
31:22 67:7

**extension**
62:15 67:19

**extra**
65:22 74:3 91:3

**eye**
35:22 75:1

---

**F**

**face**
76:5

**fact**
15:19

**fair**
29:12 61:3

**falling**
44:24

**far**
10:21 14:23 75:9
87:5,22 91:4,25

**father**
11:16 12:3

**federal**
8:12

**Fedex**
15:1 16:6,7,15,16
23:23

**feel**
30:21

**feet**
53:18

**few**
6:13 13:10 16:17
28:1 53:2 63:22
85:25 92:25

**field**
21:22 65:21 72:17
86:15

**filed**
5:25 8:16

**fill**
19:17 38:21,23
43:6 71:19 75:13
84:20

**filling**
45:22

**fills**
75:16

**fills-**
75:16

**Fincantieri**
17:8 31:3,4

**Fincantieri's**
19:9

**finish**
34:4 59:17 83:5,20

**finished**
16:9,15

**finishing**
15:19,21

**fire**
17:23 33:19 71:23

**firm**
17:8

**first**
5:19 6:13 11:1
14:24 23:19 29:24
37:22 43:12 45:15
54:15 56:20 70:14,
20 73:8,20 76:18
78:1,2

**fitting**
49:24

**fittings**

48:11

**fix**
16:1

**floor**
47:19,20 64:6 78:9

**Florida**
66:18

**flying**
46:8

**focus**
17:9

**follow**
18:14 19:14,19
50:7 85:9

**follow-up**
86:1

**following**
22:20 40:18

**follows**
5:20 85:8

**food**
72:1

**foot**
38:20

**fore**
75:12

**foreman**
14:4 18:8,10,16,17
19:14 22:16 30:2
31:19 32:9,12,14,
19 34:21 35:1,6,8,
9,11,12,13,17,19,
20 36:1,8,9,19,20,
22 39:5,8,11 40:1
43:25 44:17 53:25
54:16,19 55:1,3
60:18 61:4 63:13
64:23 65:6 67:12
68:9,16 69:12 72:4
73:15,20 74:1,22,

25 75:7,10,13
76:4,17,21,23,24
77:25 78:6,7,8,20
80:17,19 81:3
86:13 87:10,12,17,
21,24 88:1,2,4,9,
10,12,18 89:1,5,9,
16 90:22

**foreman's**
77:5 89:21

**foremans**
19:14

**foreme**
33:3

**foremen**
18:18 21:1 22:7
26:13 32:24 35:15,
16,22 36:9 39:2
42:7 45:8,11,19
49:3 61:8 75:1,5
78:14,19 81:5
84:25 86:2 87:9,20

**forgot**
87:17

**form**
30:17 38:13,14,15,
21 39:6,7,24 40:2,
8,9,11,16,17,22
41:18 43:7,9 45:22
56:4 64:17 65:11,
16 68:1 71:20
74:21 80:21 81:15
82:17 84:12 86:3,
4,5,7,9,14,17,18,
24

**forms**
19:18 39:4,9,22
40:3,15,17 84:20,
22

**Fort**
26:8



**UNIVERSAL**
**Court Reporting**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

found
9:13

four
32:4 34:13 35:7
36:2,6,15

four-week
32:3

fourth
35:6 47:19

Frederick
90:25

free
27:4

friend
9:24

from
8:21 9:1,4,7,14,18,
20 11:7 13:2,23,25
23:13 25:16 28:13
31:16 33:7 43:7
45:2 47:19 49:13
52:23,24 53:15
54:9,22 55:13
57:17 58:3,6
61:19,21,24 62:7,
20 65:14,20,21,22
66:4,24 69:18
71:10 72:1 73:3
76:20 78:10 79:2,
22 83:17 86:17,24
87:23 88:3

front
8:7 29:2

full
21:5 68:11,16,17,
20 69:10 90:16,17

fully
7:19

## G

gang
52:24,25 53:4,6,8,
23 54:4,9,22 55:12
57:17 58:4,13,15
59:7 62:7,20

Gangs
53:7

garage
23:4,5,6,7 26:17,
21 27:2,4,8,14
29:8 30:22

gave
8:4 13:15 14:8,12
31:11

GC
31:3 37:12 43:7

GCS
43:9

general
14:4 16:21 17:3,5
19:8 22:20 25:20
27:20,21,24 30:2
32:5 34:21 35:1,8,
11,13,15,19 36:19
37:11 43:4,9,25
44:4,25 61:14
73:15,20 74:22,25
75:7 76:17 81:3

gestures
6:17

get
7:12,16 11:6 13:9,
23 18:5,6,10,14
19:4,5 20:4,5,6,8,
9,13 21:3,4,6
24:21,22 25:1
26:15 28:14,15,17
29:7 31:9 44:19
45:15 46:11 47:23

48:6,25 49:9 51:6
52:20,22 53:23
54:12,14,21 55:1,
3,4,5,11 56:1,19
57:9,17 58:3 59:2,
5 61:18,21,24
62:6,7 65:25 67:1
68:2,19 69:1,2
73:1,3 74:6 76:14,
15 81:5,10,13 82:7
83:3 86:13 89:15,
23

gets
19:7 43:7 48:23
70:2

getting
26:24 28:19 31:12,
19 48:2 53:16
59:9,21 67:19,20
72:14 75:2,5 81:6

give
9:3 13:14 14:16
15:11 19:5 31:8,10
51:23 52:14 54:1
55:16 56:9 60:24
61:17 68:13 69:7,8
71:3,20 72:9 89:10
91:11

given
35:24 50:6 62:20
69:10

giving
48:14

glasses
38:16 39:13

go
6:12 7:15 11:7
16:12 18:11 21:8,9
29:4 32:6,7,8
33:10 40:13 41:6
48:2,8 49:14 51:11
53:23 54:1,11,21
55:3,4,5 56:12

68:24 70:3 75:25
76:9 77:5 78:16,18
81:2,19 85:5 88:13

goes
57:4 70:2,14 77:21

going
6:1,14 13:10 15:10
18:12 27:7 31:9,12
32:10 34:19 49:5
51:12,13 55:12,13
59:16 71:5 85:6
92:5

Gonzales
59:12

Gonzalez
5:1,7,18,23 6:3,7,9
7:23 11:17 59:13,
16,21 60:12 62:2
83:3 85:1,25 92:23

good
5:13,15,23 15:24,
25 17:16 66:22
78:14 90:4,10

government
35:3 36:8

grab
54:1

graduated
13:2

Great
7:23 59:5 60:4

Greek
11:5

ground
6:13

group
87:11 88:6

guess
12:20 27:14 54:4,
11,17 55:20 56:17



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

59:7,10 61:25
62:10 63:15 64:14
74:17 80:18 81:16
88:9,25

**guessing**
15:20 16:14

**guide**
19:15

**Gustavo**
5:7,14,24 8:16 9:8,
19,23 10:18 19:4
22:23 23:12,16
24:4 33:8,11,13
35:6,9 40:5 44:22,
23 54:8 62:24
63:10,11,16 64:6,
16 69:9,12 77:24
78:1,2,5,10,11,19,
21,23,25 79:2,6,17
80:20 81:10,13
82:9 83:24 84:2,7,
14,23

**Gustavo's**
35:4 36:8 82:2

**guy**
22:5,7 29:4 31:14,
15 42:1,4 46:16
55:6,8,9

**guy's**
47:6 54:16 55:10

**guys**
17:17 19:10 20:6
25:5,14,15,16,18
26:10,24,25 27:2,9
28:8,19,25 29:1,4
31:2,11,12 33:4,7
38:12 40:16,17
42:11 43:6 46:3
48:4,17 49:8 56:23
62:25 63:5,22 75:4
78:12,24 79:10,13
80:12 81:6,11
82:24 83:11

**guys'**
81:2 82:7

---

**H**

**had**
6:9 16:3 23:18
26:3,4,16,18 27:3
29:25 30:14 31:10,
14,15,25 32:2,3,8
33:12 35:7 42:1,4,
7,10,11 44:6,12
45:3,7,9,11,20
47:18 54:15 61:18
62:13 63:15,16,22
64:3,6,10 69:7,9
71:1,13,16 73:11
74:12 80:19 82:9
86:1 87:10,12,13
90:24 91:5 92:8

**half**
10:5 16:19 23:7
28:10 65:23,24
66:1 74:4,6,8
91:23 92:15

**hammer**
52:1 57:5

**hand**
6:17 32:14 33:2
50:20 51:4,6,10,
22,24 52:4,9 56:24
58:2,7,10 78:15
79:15 81:3

**handbook**
30:4 49:19 50:3,5,
6,7 51:9,20 58:21,
22

**handbooks**
58:21

**handle**
71:6

**handler**

**guys'**
46:25

**handling**
48:13

**hands**
81:3 90:5

**hanging**
85:2

**happen**
70:23,24 88:8

**happened**
69:4 88:7

**happening**
89:8

**happens**
70:8 71:4

**happy**
7:14

**hard**
38:16 67:10 82:10
83:7,8,12

**hardhat**
39:15 42:17

**hardly**
21:21 45:4

**harness**
49:10

**has**
12:3 17:23,25 18:8
33:13 48:21 49:2,
12,13 53:15,19
55:9 57:5 69:2
70:3 73:20 76:17,
24 91:17 93:16

**hatch**
53:21

**hats**
38:16

**have**
6:4,6,9 7:19,23

10:24 12:2,6,8,18
14:17,21 17:14,15
18:9,16,18,19,21,
23 19:1,14,16,17,
18,19,24 20:18,19,
21,22,24 21:9
23:6,10 24:5 27:8,
23 29:11,20 31:4,
8,12 33:17,19
34:16,18 35:19
36:3,9,10,11 37:2,
15 38:10,12,13,16,
17,21,23 39:2,3,5
40:6 41:23 42:19
43:14,19,20,23
44:13,16,21 45:7,
13 47:4,6,9,17
48:5,9,24 49:3,4,5,
10,17,21 50:7,15,
24 51:10,13 52:24,
25 53:1,2,10
54:11,20 55:6
56:20,22,24 57:4,
22,23 58:3,10,20,
23 61:21,24 62:12
63:14,15,20 64:9,
16 66:1 67:1
68:19,23,25 69:4,9
70:1,15,22 71:1,6,
12,16,24 72:19
73:1,3,5,11,16
74:19 75:4,5,13
76:9 77:19,22
80:16 81:11,13,14
82:7 83:21 84:14
85:3,5,7,9,10
87:19,21 89:4,15
92:18,25

**Haven**
11:19,24

**having**
5:19 91:12

**hazardous**
46:5


**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

**he**
9:19,21 12:4 14:4,
6 16:22 22:5,9,10
23:11,20,22,23,24
24:1,16,17,18
34:22,23 35:5,22
37:8,24 39:5,6
40:6 42:5 43:2,7,
24 44:22 46:23
47:1,4,7,8,10,21,
22,24 48:18 54:17,
18,21 55:3,9,10,11
63:12 69:9,24,25
70:2,3,5 73:15,21
74:23,25 75:16
78:5 79:3,4,7,9,18,
19 80:12 81:16
82:10,12,13,14
83:25 88:16 91:5,
7,11,17,18

**he'll**
48:8,9,10,11 54:1

**he's**
14:5 21:12,21,23
22:6,7,13 24:6,15,
16 34:25 35:14,15,
17,21,23 36:8
37:6,9,10,11 43:4
46:23 47:1,8,12,23
48:3,13,14 54:17
55:18 79:19 89:23
91:9

**head**
6:17

**headache**
70:22

**hear**
16:3

**heat**
42:14

**held**
60:8 85:20

**help**
20:22,23 21:25

**helper**
48:25 68:22

**helpers**
19:15 26:12 34:20
35:18 49:4 58:17,
18

**helps**
20:25 35:22

**here**
5:6 7:12 24:22,23
32:20 49:2 82:11
89:18

**Hernandez**
5:7,14,24 8:16
9:23 90:16,20 91:4

**Hernandez's**
10:25

**hey**
70:16 84:2

**highest**
11:17

**him**
21:20,25 37:22
43:25 46:24 47:17
54:1 55:4,5 56:11
69:10 78:2,3,4,14
80:9,12 81:19
82:3,10,13,15,21
84:1,9 90:17 91:2

**himself**
55:11

**hire**
23:4 33:16

**hired**
23:2 50:6

**hires**
30:11

**his**
24:7 37:15 40:9
43:9 46:22 59:17
63:11,12 69:25
70:2,5 75:16,17
83:5 87:18 88:5,6
89:24 90:16 91:18

**Hispanic**
43:22

**HLD**
18:21 19:5

**hold**
11:25 16:1 44:2
52:14 56:3

**holding**
15:25 67:19

**hole**
51:12

**home**
70:2,3

**Homestead**
71:10

**honest**
82:11 84:4 91:6

**hot**
32:1 52:7

**hour**
10:5 21:5 28:10,11
54:17 65:23,24
66:1 74:8,9,10
82:13

**hours**
7:10 21:5,7 66:8,
10 68:11,16,17,20,
23 69:6,8,10,13,
14,17,21,22 70:5
71:4,19 72:5,14
73:1,12,24 74:2,3,
5,7,14 75:11 76:6,
21 77:9 87:6
90:17,21,23 91:3,

22,23 92:8,10,12,
13,15

**human**
7:1

**hurt**
47:22

**Hype**
69:18 76:1,7 77:4

**Hypower**
5:8,16,25 8:17,20,
22 9:25 10:23,25
12:14,16,18,24
13:3,5,12,15,16,
19,24 14:22,24
19:6 20:16 24:3
25:12 26:10 27:13,
23 28:5 29:17,23
30:6,15 31:2 33:7,
15,16 34:2 38:7,9
39:21 42:18,20
45:2 48:21 49:7,17
51:2,19,22 52:11,
16 59:5 65:10,13,
14 72:25 76:20
77:20

---

**I**

**I'LL**
6:12 7:11 32:13,25
50:23 61:16 69:5,
20 71:22,24 78:3,
14 79:15 81:2,7
83:20 90:13

**I'M**
7:14 10:14 13:10
14:13 15:3,10,19,
24 16:10,14 17:12,
14 21:1 22:4,19
26:20 27:7 29:12
32:6 33:18 34:6
35:23 36:18 39:20
43:12,13 48:20



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

51:15 53:10 55:4,
20 56:5,15 57:12
58:14 59:7,16
65:2,17,18 66:3
70:3 71:9 72:11,16
73:6,7,13,19,21
76:12 77:8,14 80:4
81:24 82:18,24
83:6,13,17 84:4
85:4,6 87:25 90:9
91:20 92:4,7

**I'VE**
7:18 13:1 14:23
16:25 18:13 23:21
29:17,18 32:3
35:24 45:11 47:17
66:17,18,19,21
73:7 78:4 82:9
84:4,5

**I-95**
71:9

**idea**
53:10 66:22

**imagine**
47:6

**important**
41:15 45:14

**in**
5:7,24 8:7,15 9:12,
14 10:1,12 11:10,
15,16,24 12:20
13:24 15:4 16:14,
15 17:21 18:1,6,
13,23,24 19:1,18,
20,21 20:7,10
21:3,4,11,21 22:19
23:12 24:1,21,22
25:1,2,15,18,20,
22,23 26:3,4,5,25
27:1,2,3,8,10,14,
18 28:6,8,17,19
29:2,18,20,21,24
30:4,11 31:24,25

32:6,7,25 33:4
35:14,16,17 36:6,
25 37:10 38:20
39:12,18 40:10
41:3,7,10,11,15
42:19 43:13,24
44:6,18,19 45:5,11
46:7,8,17 47:10,
15,17,18,21,23,24
48:4,5,7,14,23
49:12,13,14,19,24
50:5,17 51:8,9,20
52:19,24 53:13,14
55:18 57:20,23
58:13,15 59:6,23
60:4,25 63:6,7,10,
12,16 64:10,16,25
65:21 66:14,15,17,
18 67:9 68:7 69:3,
20,23,25 71:4,9,
14,21 74:19,23
75:11,17,25 76:14,
23 77:3,4,23
78:14,17,21 79:14,
15,19,20 80:2 81:6
82:4,25 83:3 84:2,
4,6,9 85:2 86:18,
20 87:5,6,7,22
88:6,9,14,17,20
89:2,4,9,17,21,24
90:4,20 92:1,10

**in-**
72:18

**Inch**
52:6

**included**
31:18

**including**
67:25 69:12 86:13

**individual**
8:21 61:20 65:14
72:25

**individuals**

76:20 77:11

**Infante**
40:14

**inform**
61:11

**information**
11:7

**informed**
29:19 61:10

**inside**
53:8

**inspecting**
80:10

**instance**
50:17 61:14 63:5
69:19,24

**instruct**
29:22 67:22

**instructed**
27:9 29:14 64:24

**instructions**
18:14

**inter**
38:7

**interject**
7:2 83:2

**International**
15:2 16:8

**Interpreter**
43:24

**interview**
13:24

**into**
11:7 16:13 18:6,
11,12 27:21 40:13
41:12 69:22 74:12
76:7 77:22

**introduce**

5:11

**involved**
67:25

**involvement**
43:14

**ipad**
18:18 19:17 39:2,
22 40:11 75:13
87:17

**issue**
44:12 77:22

**issuing**
77:19

**it's**
13:1 17:8 18:19,20
19:15,23 21:1
23:8,10 25:22
26:19 27:19,24
28:16 30:4 36:13
37:15,16 38:19,21,
24 39:1 40:16,17
48:17 50:5 51:8,9,
20 52:25 53:2,4,
12,15,18,20 55:3
65:24 66:14 67:10
68:21 70:21,22,23
71:11 72:12 73:6,
22 75:3 76:23
77:21 78:22 80:5
81:21 83:3,7,8,12
89:12,15,16 90:9
91:13,15,20 92:3

**Italian**
17:8

**items**
32:1

**its**
48:19,22 49:18

**Ivan**
24:1 37:18 61:25
62:1 73:2,4,7



UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

## J

**jackhammer**
52:2

**January**
11:13

**Jeff**
13:19 14:1,5

**jet**
80:5

**JHA**
38:13,14,15,21
39:3,6,9,21 40:8,
11,13,22 41:11,18
42:19 43:7 45:22
86:4

**job**
9:21 13:3,17 14:8,
12 15:1,18 16:21
17:14,15 18:9,23,
24,25 19:23 20:20
21:1,2 23:3 24:16
25:10,11,22,23
26:10 27:1,18
28:15 30:1,24
31:18,22 32:16,20,
22 33:4 34:8,12,
23,25 35:2,3,4,11
36:5,7,8,14 37:15,
16 38:20 39:12
44:24 45:3 46:22,
24 47:9 50:5,9
52:18 53:14 55:2,
14,15 57:8 61:9
64:4,5 71:22,25
73:13 74:1,13 75:4
76:22 77:18,25
78:3,5,8,10,21
79:1,3,7 80:10
89:9 90:20

**jobs**
12:15 16:11

**Johnson**
8:23 37:24

**journey**
49:20

**journeyman**
34:18 46:23 49:20

**journeyman's**
12:2,3 36:4,11

**Jr**
5:1,18 6:3,7

**Judge**
8:7

**July**
15:10,13 16:14
17:1

**June**
16:15

**Jury**
8:8

**just**
6:2,3,12 7:4,14,17
10:5 11:6 16:11
18:12 25:2,12
28:1,24 29:13
30:21,23 31:11,21
33:23 34:4,6 35:17
36:15,17 38:24
39:19,20 40:17,23
41:14 43:15,20
45:13 46:15 48:25
50:7,23 51:1,22
52:12,14 55:20
56:7,9 57:16
58:12,16 59:7,22
61:3 62:3,5 63:13
65:4 66:24 68:13,
22 70:5 71:22
72:18 73:4,5 74:11
76:11 77:8,13,14,
15,21 78:20 79:14,
15,18,25 80:13
81:25 82:10 83:4,

7,8,12,13 85:10,25
86:25 87:20 88:19
89:18,23,24 90:6,
10,19

## K

**keep**
47:9 53:15 54:2
58:21 75:10 83:9,
20

**keeping**
75:23 76:21

**keeps**
16:22 35:22 75:1

**kept**
58:13,15 59:6

**key**
32:20

**keys**
54:1,4

**kids**
71:12

**killer**
46:9

**kind**
6:22 7:2 11:7 17:9
18:3 31:17,21
35:10 41:18,22
44:21 49:6 50:13
60:13 66:24 80:10
81:25 85:25 86:19
88:8 90:3,10

**knew**
66:7

**knocked**
45:6

**know**
6:2 7:1,9,14,15,17
9:7,17,23 10:21

14:9 17:5 19:4
20:13 21:14 24:10,
11,20 25:3,5,8
26:7,9,11 27:5,12,
17,20 28:2,4,6,25
30:3 31:10,15,17,
18 32:10,18 33:2
36:25 37:6,23
41:18,19 42:13,14,
18,21 43:21 44:18
45:14 46:6,10,20
47:22 48:4,11
49:8,9,15,21
50:13,24 51:1
54:8,10,17,20
55:21 56:2 62:16
63:6,7,13 64:7,14,
24 65:1,5,9,14
66:7,16 68:1,21
69:11,13,25 70:17
71:5,9,12,20 72:25
73:18 74:18 75:9
77:10,24 79:17
80:9,16 81:4,25
82:6,8,10,13 83:3,
18,23,24,25 84:1,2
91:19 92:18

**known**
6:6 74:19 81:13

**knows**
67:17

## L

**ladder**
49:13 57:14 59:1

**ladders**
57:14 58:6

**languages**
11:2,4

**largest**
15:4 17:21



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

**Larou**
5:13,22,24 30:25
56:16 59:17,20
60:4,11 64:21
65:12 66:6 75:8
81:9,23 82:19
83:5,16 84:13
85:1,6,12,16
92:18,20 93:10,11

**last**
7:8 24:8 45:10
46:20 57:15 64:1
81:1

**late**
64:25 71:2,7,15,17
79:5

**later**
15:11 56:1 57:10
61:10,12,17,22
62:8,12 63:25
64:10

**latest**
20:8,10 81:7

**law**
39:17 66:23 70:23

**lawsuit**
5:25 8:16,17,22,24
9:4,5,6,9,13 10:25

**lawyer**
10:6,7,8

**lay**
19:2 89:10

**layout**
19:6

**leaking**
48:19

**least**
91:6,7

**leave**
20:10 21:3 48:5
66:9 69:7,10 70:17

**leaving**
66:22 74:18

**left**
23:20,23 91:9

**less**
68:10,11,16,17,20

**let's**
6:15 7:5 15:9
20:13 41:5 58:12
59:20,24 63:4
69:19,24 74:7
80:24

**lets**
37:6 48:22 49:17

**level**
11:17

**Levine**
24:6

**license**
12:2,4 46:12

**licenses**
11:25

**lid**
53:20

**life**
82:6

**lift**
39:16 46:10,11
48:25 49:9,11
56:19,20,21 57:13,
14 59:1 62:15

**lifts**
46:10 47:6,18
48:3,7,8,9 49:5
56:14,23 58:6
60:25 67:18

**limit**
6:17

**line**
14:24 17:20 80:5

**list**
31:8 32:1

**listed**
35:9 76:4

**listen**
32:21 43:15,17
56:11 57:19 81:17

**Listening**
59:19

**lists**
31:19 32:18

**little**
11:5,6 12:19 14:14
16:18 17:1,16 18:2
20:5 36:13 59:21
64:9 71:14 83:18
88:25 90:7

**living**
83:12

**LLC**
5:8,16,25 8:17

**load**
28:22

**located**
28:5

**locked**
49:14 54:5 55:13
62:22

**logs**
31:5

**long**
7:11 12:18 15:15
23:8,10 26:22
38:17 86:12

**longer**
14:6 28:17

**look**

**77:6,9 78:18**

**looking**
64:13 75:21

**looks**
82:3

**Lopez**
24:1 37:19,23
61:25 62:1 73:2

**lose**
55:15,17 70:5

**loses**
69:25 70:2,5

**lost**
65:2

**lot**
27:15 28:5,14
29:18 30:15 46:8
47:3 64:6 78:22

**lots**
88:7

**loud**
79:14 80:14

**loved**
82:9

**loves**
72:8

**low**
17:24 33:20

**lower**
22:10

**lucky**
26:25

**lunch**
60:23 61:6 65:23,
24 66:1 91:2



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

# M

**Madam**
92:23

**made**
29:1 31:25 42:1
46:12,24 74:23

**main**
76:8

**maintenance**
47:12

**majority**
49:3 80:25

**make**
7:5 18:6,10 19:2,9,
13 20:1 21:8 22:17
32:7,24 33:4,23
34:6 36:18 39:14,
19,20 41:8 42:6,
14,16 47:11 48:3,
8,9,10,18 49:1
55:16 56:21,22
67:17 69:20 73:14,
18,21 75:1,6 76:16
81:5

**makes**
16:23 22:3,7 27:25
28:3 36:14 38:22
39:6 40:19 41:9,17
48:20 50:8 54:3
56:17 59:3 62:17
66:24 70:7,9 72:3
73:25 74:11

**making**
18:12 21:24 22:8
32:18 35:23 37:12
39:8,12 40:7 46:16
48:16 54:16 57:11,
12 74:8,9

**Malakius**
5:9

**man**
22:6 35:21 65:18
74:25 90:20

**manager**
20:23 23:19 24:15
30:2 37:5

**manager's**
21:19

**managers**
20:21 23:16,18
24:3,12

**mandatory**
45:20

**many**
28:2 30:14 64:14,
15 73:24 83:21
90:21

**March**
15:20

**Mario**
30:3

**mark**
18:22 23:11,19

**marked**
18:13 19:7

**mask**
39:14

**massive**
23:8

**material**
42:1 46:24,25
48:10,13 52:20
55:7

**materials**
42:6

**matter**
5:7 15:18

**maximum**
28:11 33:12,13

**maybe**
15:10,11 21:7
24:1,12 25:1 28:15
30:18 33:12 50:23
63:19,22 64:11,19
77:23 78:19 79:13
81:8 86:16

**Mccarthy**
5:15 10:9,11,20,21
30:17 56:4,6,9
59:16,25 60:6
64:17 65:11,16
74:21 80:21 81:15
82:17 83:2,7,15
84:12 85:5,7,9,14,
17,24 92:17,22
93:3,8,9

**me**
7:14,17 9:8,21
10:10 13:14,15
14:7,8,11,12,14
15:14 17:16 18:3
20:23,25 21:18
22:1,3,15 23:1,22
24:6,17,18 25:6
26:16 29:3 31:21
33:18 35:10,20,22,
23 37:6 44:18,19
48:11 50:15,16,22
51:24,25 52:14
56:9,11,22 57:1
59:10 68:13 70:13,
14,20 71:8,11,15
72:16 73:16,20
75:3 76:17,18
77:5,6,14,15 78:10
81:20 83:13,20
85:2 90:12,25
91:20 92:4

**mean**
10:13 28:18 33:17
48:15 50:10,13
68:2 82:4,9 84:4
89:25

**means**
49:20 67:18 72:10

**meant**
26:4

**mechanical**
25:13

**Mechanicals**
36:11

**medical**
8:1

**medication**
7:24

**meet**
44:18 78:1

**meeting**
22:19 29:24 38:11
42:10,12,13,18
43:13,18 44:7,12
45:8 90:8,9

**meetings**
29:24 30:10 42:24
43:11,15 44:1,2,4,
5,6,13,15,16,21
45:18,21,25 46:4
80:16,19 81:11,14

**Meisner**
12:25

**memorizing**
16:2

**memory**
7:24 8:2

**men**
22:4,9 24:23,25
25:1,23 26:2,3
27:3,7 31:9,10,15
33:9,12,13 39:7
43:21 45:1,3,13
56:12 75:6 78:17
80:24 83:12 88:15,
16



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

mention
6:20,25 7:8

mentioned
29:13 41:17 46:15
86:1 87:3,6 90:3,
15 92:8

mess
47:5

message
84:15

met
10:24 78:2

Miami
14:25 15:2,5 16:8,
24 17:7,12 18:4
20:4 23:17 24:4
26:8 27:18 31:23
38:2 40:6 41:23
44:2 66:17 70:12
71:1 73:11

middle
6:4,5 63:9 78:18

might
7:24 8:2 63:20
85:7

mile
23:8,10 26:22

miles
78:21

milestones
22:20

million
15:25 16:1 18:2

mind
47:7

minute
60:23 61:6

minutes
21:8 28:7,12,15,16
29:3 41:2,7 59:23

60:24 71:14 80:22,
23 85:10 86:15,16

missed
73:8

missing
71:18

mix
90:7

moment
6:2 46:15 57:16
62:3 65:5

money
23:24

month
26:19 64:11,19,20

months
16:17 17:2 23:1,2,
12

more
11:8 16:18 21:5,21
22:22 23:24 25:15
27:7 31:13 34:19
36:13 37:16 42:20
49:25 63:24 69:9
71:18 72:5,13 73:1
75:2 77:10 78:8
83:21

morning
5:13,15,23 20:7,10
21:11 24:22 25:1,
2,15,18 26:4,5
31:24 33:1 42:8
44:6 47:15,17,18,
24 66:16 75:24,25
78:13,14,15,24
79:14,15 82:4
90:4,8,11

mornings
46:18 90:4

most
28:16 37:18 43:22

47:23 76:11

mostly
76:12

mother
11:15

mouth
57:20

move
49:14

moved
13:9,15 14:6

moving
67:18 83:21

MSC
15:4 16:13,14,24,
25 17:6,10,19 18:4
20:3 22:24 23:16
24:3 25:9,17 26:9,
15 31:23 32:17
34:11 35:5,12
38:2,5 40:6 41:23
44:2,22 49:7 50:9
52:11,16 54:8
62:19 67:13 68:10
71:1 72:4 73:10
74:1,13 75:20
76:22 77:18,25
78:5,12

much
10:18 13:13 14:10,
12,18 17:22 18:5,
7,12,19,20,21,22
19:15,19 20:25
21:19 22:2,4,9,10
32:1,3 36:1 38:17
40:18 43:18,23
45:20 46:5 47:1,2
48:13 49:20 50:5
53:6 65:20 66:19
75:7 77:7 80:12
89:11

Murphy's
70:23

my
5:23 8:16,20 10:6
11:15,16 12:2,3
13:2,13 16:2 18:6
21:7,9,19,20 22:2,
6 24:21 25:6 32:8,
20,22 33:3 34:22
35:21 37:4 43:1,2,
21,25 44:5,16,18
50:5 57:7,20 62:10
66:7,18,23 67:15,
22 69:20,21,22
74:17,25 75:7
77:10 78:5,16
79:21 81:3 88:25
90:25 92:12,20

myself
20:21 33:2

___

**N**

name
5:24 6:2,4,5 11:22
24:8 40:14 44:9
46:20 75:14,16,17
88:19 89:24

named
46:16 52:12

names
6:7 31:11 88:16

nature
7:1

NCL
14:24 15:9,10,17,
21 16:9

NCO
26:17

near
45:1


Universal Court Reporting

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

**need**
7:14,17 11:11
21:14 24:19 31:6
44:25 45:4 49:22,
23 50:4,10 54:4
60:2 61:15 70:16
85:13

**needed**
45:6 46:17 50:9
52:11,17 54:9
62:6,12 78:8

**needs**
45:14 51:2,21 59:5

**never**
12:7,10 45:7 53:8
73:7 74:12 77:22
78:4 82:9 84:7,9

**new**
11:10 23:25 30:11,
12

**next**
26:17 77:8 79:20

**nice**
15:6

**night**
71:14

**no**
6:5,8,11,23 7:25
8:3 9:24,25 12:7,
10,17 13:7 14:5
15:8 16:3,18,21
22:25 23:1 25:17,
22 28:6 32:20
33:8,17 35:6
39:14,15 40:9,24
41:1,25 44:4,15,
23,25 45:4,7 48:3
50:15 51:7 52:9
53:10,18 56:3
57:2,11,12,19 58:9
59:12,13,15 62:4,
22 63:21 64:1

**nobody**
41:13,15 47:22
71:23 84:3

**nobody's**
55:4 75:1

**nods**
6:17

**non**
89:15

**non-production**
89:16

**none**
41:25 42:7

**nonverbal**
6:16,22

**normal**
36:7

**North**
11:19,24 14:6

**Norwegian**
14:24

**not**
14:13 15:24 16:2
21:1 22:13 27:6
28:7 29:5,14,23
30:6 35:23 36:7
38:24 45:22 48:14,
24,25 50:5 51:19
52:8 53:2 54:17
55:4,12 57:2,11,
12,20 58:25 63:9

67:3,6 68:5,6,8,22,
23 69:4 72:10,21,
22,23 73:13,21
76:23 77:10,14,16,
21 80:4,12 81:12,
24 82:22,23 83:17
84:11,16,18 86:21,
23 87:21 88:17
89:7 90:9,14 91:2
92:16,20

**nobody**
41:13,15 47:22
71:23 84:3

**nobody's**
55:4 75:1

**nods**
6:17

**non**
89:15

**non-production**
89:16

**none**
41:25 42:7

**nonverbal**
6:16,22

**normal**
36:7

**North**
11:19,24 14:6

**Norwegian**
14:24

**not**
14:13 15:24 16:2
21:1 22:13 27:6
28:7 29:5,14,23
30:6 35:23 36:7
38:24 45:22 48:14,
24,25 50:5 51:19
52:8 53:2 54:17
55:4,12 57:2,11,
12,20 58:25 63:9

66:1,23 67:6,10,20
68:6 69:5 71:18
72:12 73:6,19 75:4
78:20 81:21,24
82:24 84:9 85:4,7
88:13 89:2,7,25
90:8,9,16,19 92:1,
4,13 93:11

**nothing**
10:5 13:1 19:24
26:19 48:15 58:17
89:8 91:17 92:20

**November**
5:2,4

**now**
5:3 14:5,20 15:3
17:19 18:9 23:25
24:21 25:13 26:22
32:24 33:9 34:21
36:6 41:25 42:10
44:9,13,16 45:10
46:9 50:20 51:11
52:5,25 56:5 57:19
61:25 63:23,24
72:12 77:21 81:18

**nowhere**
45:1

**number**
5:8 19:21 31:11
69:2

**numbers**
21:24

---

**O**

**o'clock**
20:8 24:21 25:2,4
26:1 29:1,5,7
32:13 39:11 41:14,
16 54:13,22 55:22
56:1,18 57:6,9
58:9 60:14 62:16
63:2 67:20 69:8

74:18 76:13 83:25
84:8 88:17 89:8
91:1,9

**oath**
8:4,5,10

**obtaining**
52:18

**obviously**
67:24

**occur**
86:6

**off**
6:13 26:2,3,4
39:15,16,17 40:21
46:10 47:22 49:10,
11 60:7,8 69:1,3
85:19,20 93:13

**offer**
90:12

**office**
21:21 24:14,15,18
37:8,9,16 44:18,20
78:16 79:21

**often**
62:24,25 71:17,18
78:11 91:5

**oil**
48:14,19

**okay**
6:12 7:8,23 8:14
9:10,13,17 11:17,
25 12:5,8 13:22
14:21 15:22 17:11
18:5 20:15,18
22:21 24:9 26:7,23
27:17 28:21,24
29:10,11 31:1,7
34:1,10,12 35:13
36:17 37:21 38:5
44:1 45:19,24
47:16 49:6,19



**UNIVERSAL Court Reporting**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

51:4,5,18,21 52:10
53:7,22 54:7 55:20
56:8,22 57:7,25
58:5,7,12 59:9,10,
25 60:4,12 61:4,18
62:5,10,13,17
64:22 67:15,16
68:19 70:15 71:8
72:21 73:14,18
75:5,9 76:15,23
78:13 79:6 80:6
81:18 83:6,8,15
85:4 86:6,9,12,17
87:5,19,22 89:14,
20,25 90:3,10,15,
24 91:2,4,16 92:3,
17,25 93:7,10,13

**on**
5:3,13,15 13:8
14:12,21 16:6,16,
20,21 17:9,14,18,
19 18:14,18,21
19:3,5,11,22 20:19
22:3 23:7,11,14
27:10 28:14,22
29:8,14,23 30:6
31:9,12,17 32:10
33:7,9 34:22 35:9,
19,23 37:7,10,16
38:10 39:2,13,14,
16,22,25 40:1,2,
12,14,16,17,21,22
42:1 43:9 44:7,13,
14 45:1,3 46:11
48:10,18,25 49:5,9
50:1 51:1,10,12,14
52:14,17 53:2,19
54:18 56:3,19 57:4
59:2 60:3 61:9,23
64:8,12 67:5,18
69:1,2,14,15 70:20
72:12,16,22 73:5,
6,7 75:1,7 78:8,15
80:8 85:15 86:10,
15 87:6,7,14,15,

16,18,22 88:2
89:21 92:20 93:1

**on-**
70:15

**once**
17:21 18:25 27:10
29:17 32:25 38:25
39:2 44:23 45:5
47:5 49:12 51:9
55:6 59:10 64:11,
19 73:13 74:22
75:12 76:16,24
84:3 91:6,7

**one**
7:3,6 14:24 21:10,
23 22:1,22,25 23:1
24:6 32:25 34:14
35:21 36:2 37:6
38:11 39:3,5 40:2,
10,14 42:1,4,5
43:12,25 44:6
47:2,3 50:8 51:3,
23 52:19 55:16,17,
18 59:6 62:5 65:17
66:3 70:11 72:16
73:4,5,22 74:10
76:8 78:8 81:24
86:9 87:9 90:25

**ones**
30:11 34:18 42:16,
19 45:21 61:2

**online**
14:16

**only**
6:18 7:5,18 16:16
17:2 19:10 22:25
23:1,13 24:10 28:7
31:14 33:8,13,16
34:1 39:3 40:2,10,
11,14 44:4,6 45:12
47:2 53:1,22 55:17
73:21 76:14,17,23
81:17 86:10 87:21

**open**
18:6 33:10 53:7,13
75:25 76:1,3 79:25

**opening**
53:20 63:23

**operated**
50:12

**opinion**
66:23

**opportunity**
72:7

**option**
27:3 49:24 50:2

**order**
48:12

**ordering**
93:8

**orders**
37:12

**OSHA**
39:18 46:1 49:2,3,
4

**other**
6:7 11:2 12:15,16
24:10 25:13 32:16,
17 33:19 34:17
41:22 42:16 44:1,
2,4,15 58:2 61:20
63:13 67:6 72:24
76:19,20 77:11
78:13 79:10 83:10
86:18 89:17

**our**
6:15,17 18:1 19:9
30:1 33:19 40:18
49:19 52:24 62:3
67:19 72:12 89:9

**out**
7:12 9:13 13:5
15:19,21 19:2,17
20:22,23,25 24:23,

24 25:2,14,15
28:24 33:5 35:22
38:13,23 43:6,7
44:17 45:6,22
48:10 53:23 55:19
64:15,19 67:8,10
71:13,19 75:3,13,
16,17,18 79:24,25
80:7 81:2 84:19,
20,22 89:10,18

**Outside**
9:24

**over**
6:12 7:3 9:11
12:19,25 14:11
16:18 17:1 18:2,9
19:18 21:9 23:3,10
26:22 28:8 30:24
31:15 45:13 47:6
53:13 66:18 74:5
83:9 84:5 91:22
92:8,12

**overtime**
18:11 21:9,12
45:4,5 47:3 63:11
64:2 72:9,11,16
73:16,22 76:16
91:19,23 92:1,2,5,
6,11,13

**owed**
29:3

**own**
33:21 51:22 52:5
57:23 67:5 87:10,
12

---

**P**

**p.m.**
65:7 66:9 93:14

**page**
51:2



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

**paid**
21:6 37:12 44:19
45:15 63:11,12
66:1 69:13 74:3,4,
6,24 75:2,5 89:15

**paper**
39:24 42:12

**paperwork**
24:17 32:8,15 43:2
72:22

**parents**
11:14

**park**
25:23 26:21 27:14
28:3 30:15,23

**parked**
27:7

**parking**
25:17,22 26:17,18
27:2,6,15,19,24
28:1,4,14 29:8
30:22

**part**
17:22 18:1 27:24
64:5

**particular**
8:21

**parts**
18:24 19:1

**past**
21:5 42:5

**pay**
26:19,20 27:4,6,
13,23 29:20 36:25
42:21 44:11 68:6
69:5 90:17,22 91:2
92:11

**paychecks**
77:19

**Pedra**

11:16

**penalty**
8:11

**pending**
5:25 59:13,15

**people**
22:22 24:10 25:10
28:2 33:14 64:3
68:2 74:19,24 83:9

**per**
21:14

**Perfect**
85:16 92:22

**perform**
89:5

**performed**
19:21

**perjury**
8:12

**person**
7:6 14:11,18 22:17
39:3 55:16,17,18
70:9 72:13,19
73:25 82:2

**personal**
11:7 38:18 58:20
69:1,17 70:23
91:14,15

**persons**
21:15

**Peter**
13:20 14:3

**Phillips**
50:1

**phone**
69:1,2 87:13,14,
18,21,22 88:3

**phones**
87:13,20

**physic**
42:3

**physical**
42:4 89:12,17 90:1

**physically**
41:13 67:18 81:21
89:1

**pick**
29:1,5,7 47:4 48:5
53:19 60:25

**picked**
61:3 67:7

**picks**
47:8 53:20

**piece**
42:11 80:7

**pieces**
52:17,22 57:25
58:2 59:6

**pipe**
19:12 52:6 89:19

**piston**
53:20

**pistons**
53:19

**place**
30:9 33:10 49:14

**Plaintiff**
5:14

**plan**
33:25 54:16,18,20
66:5

**planned**
32:4 54:15

**planner**
32:4

**plans**
18:13,14,17 24:17,
18 37:8

**please**
5:11 6:15,22 7:5
21:18 42:21

**plug**
48:7 50:17 56:14
60:25

**plugged**
48:4,8

**PM**
21:15 22:17 23:25
24:7,13,14 25:7
37:4,18 43:1 61:24
73:2

**PMS**
20:21,22 21:16,25
22:1,17 24:21
40:18 44:5 61:8

**point**
49:11

**policy**
29:16

**politics**
79:11

**poor**
47:6

**port**
14:25 15:5 16:24
17:12,13 18:4
20:3,14,16 23:17
24:3 27:14,25
31:23 38:1 40:6
41:23 44:2 70:11
71:1 73:11

**portable**
50:1,11,20,21
51:4,15

**portables**
51:3

**ports**
29:18



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

**position**
91:20

**possible**
7:12

**pour**
63:4

**poured**
45:6

**pouring**
63:5,8,9

**power**
49:16,17,23 50:9,
10,11,15,16,18,25
51:16,25 52:2
56:25 57:13 58:8

**PPE**
46:3

**PPES**
38:10,18

**prep**
41:4,18,22 42:3,8
67:25 68:4,7

**preparation**
10:12

**prepare**
10:1,4

**preparing**
31:18

**prepping**
81:20

**present**
33:2 43:10 45:17
88:22 89:6

**presenting**
42:23

**president**
14:2 37:24 73:23

**pretty**
10:18 13:13 14:10,

11,18 17:22 18:5,
7,12,19,20,21,22
19:14,19 20:12,25
21:19 22:2,4,9,10
32:1,3 36:1 38:17
43:18,23 45:20
46:5 47:1,2 48:13
49:19 50:5 53:6
65:20 66:19 75:7
77:7 80:12 89:11

**prevailing**
34:12,23,25 35:2
36:5,7,14

**previously**
90:3 92:13

**print**
24:18

**prior**
13:13 42:8

**priority**
38:12

**private**
44:16

**pro**
20:22

**probably**
24:25 25:1 30:20
54:14 55:11 63:22
64:19 89:23

**problem**
69:5 82:9 91:2

**problems**
39:18

**procedures**
49:15

**process**
49:6,9,15 52:18
68:12 72:14 76:8

**Procore**
18:21 19:19 40:13

42:19 76:1,3,24
77:3 89:16

**production**
76:6

**profession**
13:2

**project**
15:3,17 16:1,6,16,
19,24 17:2,6,10,17
18:4 20:4,21,23
21:19 23:15,17,18,
19 24:2,4,11,12,14
25:9 26:8,9,15
30:1 31:23 32:17
34:11 35:5,12 37:5
38:2,6 40:6 41:23
44:3,22 49:7
52:11,16 54:8
62:19 63:17 67:13
68:10 70:12 71:1
72:4 73:10 75:20

**projects**
14:22 15:7

**promoted**
14:5

**promotion**
13:8

**proper**
49:11

**properly**
21:25 22:8 33:24
47:12 92:4

**protection**
38:18

**provide**
27:5 51:11,12,17,
19 52:5,7,8,9 58:1

**provided**
31:2 42:18

**PTO**
68:25 69:15,16,20,

22,23,25 70:2,6,10
91:18

**Puerto**
11:15,16

**pulled**
64:8

**punch**
41:6,7 76:7

**purpose**
54:6

**put**
23:9 40:16,25
48:11 53:13 69:24
89:18

**puts**
17:3 18:22 43:8
69:21

**putting**
40:17 57:19 89:24

**PVC**
52:6

---

## Q

**qualification**
7:18

**quantities**
76:2,6

**question**
7:19,20 25:6
56:10,15 57:7
58:14 59:12,13,15,
17 62:10 64:13
65:2 66:7 68:14
74:17 77:10 88:25
92:4,12

**questions**
11:8 43:19 83:5,21
85:3 86:1 92:19



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

**quick**
85:11

**quicker**
32:5

**quickly**
7:12 85:10

---

**R**

**raise**
13:14

**ran**
19:2 74:12

**rare**
73:6 92:3

**rather**
6:20 30:21

**Raul**
5:1,6,18 6:3,7
61:15 70:16 71:9
73:16

**re**
38:2

**read**
58:22 93:2,4,5,6

**reading**
93:15

**ready**
18:10 31:19 45:1
48:2 54:21 56:13
57:6 59:3 67:20
81:6

**Real**
21:17

**real-**
56:11

**real-simple**
41:25

**really**

19:15 21:9 28:25
30:18 44:24 51:25
61:15 67:10 89:2

**reason**
39:15 44:10 45:12
65:22 67:6 89:20

**reasons**
76:8 91:11,12

**receive**
92:14

**received**
9:20 37:8

**recent**
37:18

**receptacle**
19:3 89:18

**recommend**
55:1

**record**
5:3,12 6:3,14 7:5
60:7,9 77:3 85:19,
21 93:2,13

**recruiter**
13:20 14:1

**referred**
10:20

**reframe**
33:18

**regular**
7:2 35:3 36:14

**reject**
70:1

**relocated**
47:19

**remember**
9:5,7,10 10:17
13:18 15:6,23
16:3,5,10 18:9
22:21 23:15 24:2,

13,25 25:14,16
26:22 28:19 31:13
32:11 43:21 52:25
78:4 79:12,21
83:11

**rental**
47:11

**repeat**
58:14 65:2

**rephrase**
68:14 92:7

**replies**
6:23

**report**
37:3 43:4 71:16
88:5

**Reporter**
5:3,9 6:15 60:7
83:9 85:19 92:24,
25 93:7,10,13

**reporting**
5:10 37:18

**reports**
37:23,24

**represent**
5:24 10:22

**request**
69:17

**requested**
69:15

**required**
8:6 60:18,21 61:4
67:13 75:10

**requires**
8:11

**reserved**
93:16

**respond**
6:22 7:19

**responding**
6:21

**response**
13:23,25

**responses**
6:18,22

**responsibility**
40:7

**responsible**
32:17 34:9 38:6
39:8,11 46:16 48:1
55:18 65:14 75:20
76:20,25 77:12,19

**rest**
76:10

**resume**
59:24

**resumed**
60:10 85:22

**review**
10:11,14

**reviewing**
77:12

**revision**
37:7

**RFIS**
22:2 37:14

**Rico**
11:15,16

**right**
12:21 15:3 16:9,13
17:13,19,22 18:24
19:10 21:4 22:6,
11,18 26:17,21
28:8 30:22 32:1,21
34:14,18 35:7,15,
21 36:2,23 37:19
38:18 39:10,13
41:2,4,7 42:13,20
43:5 44:17 46:10



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

49:24 50:12,17,21,
25 53:21 55:7
57:14 58:4 60:6
61:13 62:8 63:24
64:3,4,7 65:13,19
66:16 67:11,13,20
69:1,15,18 70:3
71:11,20,24 72:12
73:5 74:8,15 75:4,
13,15 77:1,22
79:22 80:17,23,24
81:1,20 82:7 84:19
85:1,14,17 87:13
88:15,23 89:17
90:21 91:1

**right-hand**
22:6 35:21 74:25

**Rio**
11:16

**riser**
27:19

**rolling**
62:15

**room**
19:20,21,22 79:20,
23

**roughly**
91:4

**Route**
23:11

**Royal**
26:18

**Rues**
23:21

**Rui**
23:21

**rules**
6:13 30:3

**run**
33:13 36:2 83:12
89:18

**running**
22:4 48:10 66:19

**rush**
48:5

**Rydell**
43:24 74:23 81:3

---

**S**

---

**safe**
22:9 47:10 53:15
56:21

**safety**
38:7,11,15,21
39:12 42:10,12,18,
20,24 43:3,11
44:1,7,12 45:18,25
86:5

**said**
24:9 30:9 31:1,25
33:6 37:17 53:4
54:3 55:21 57:16
60:22 62:6 63:19
65:3,5 78:23 82:14
86:10 90:10 91:2

**salary**
21:6

**same**
8:5 24:5 40:7
41:10 51:1 61:5,8

**Santurce**
11:15

**sat**
14:1,3

**saw**
52:7 57:2,3

**saws**
53:1

**Sawzall**
52:8 58:16

**Sawzall's**
53:1

**say**
10:7 13:10 15:10
20:13 22:6 27:7
30:12,18 41:5 43:1
50:19,23 51:16
61:14,15 63:4
69:19,20,24 70:4,
16 73:16 74:7
78:14 80:24 81:7
85:6 86:13 90:4,13
91:5 93:4

**saying**
25:8 26:7 27:12
28:13 29:10 34:4
38:15 41:18 54:19
64:22 65:2,4 67:24
71:9 74:12 77:24
80:15 81:18,21,24
92:7

**says**
91:1

**scale**
21:19 22:10

**schedule**
16:22 25:25 26:1
60:13 61:5,7 64:22
65:1,6,9,15,18
66:4 67:4 68:11
81:4,20

**schedules**
22:20

**school**
11:20,22 13:2
34:19 49:5 71:13

**screw**
49:24

**screwdriver**
49:25

**screwdrivers**

49:22

**SDS**
50:21 51:8

**Sean**
24:6

**seat**
26:17

**second**
15:1 29:13 47:19
52:14 56:9 64:6
68:13 74:11 78:9
83:3

**seconds**
34:5

**secretary**
43:2

**section**
64:4

**sections**
18:24

**see**
28:21 29:10 32:8
40:13,14,19 48:18
60:4 76:4 77:3
78:11,14,19,23,25
79:6,17,24 80:9
82:13,15 83:24
88:14,15

**seems**
59:21

**seen**
53:8

**send**
44:17 71:8,22,25
84:22

**sends**
43:8

**senior**
13:4,5,9 22:15
38:3



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

**sense**
16:23 20:1 27:25
28:3 38:22 40:19
41:8,9,17 48:20
50:8 54:3 57:11,12
62:17 66:24 70:7,9
72:3 73:25 74:11

**sent**
9:19 30:1 78:3,4,5,
10 84:18

**separate**
58:5

**ser**
34:1

**Sergio**
42:2,4,9 46:16
47:14,16 48:1
52:19,20,22 53:22
54:14 59:3

**Sergio's**
46:20 55:2

**set**
32:7 37:8 38:20
60:13 65:1,9,17
66:4,8 67:4 68:10
72:5 92:21

**setting**
65:15

**seven**
7:10 12:19

**shades**
79:25

**shake**
33:1 78:15 79:15
81:2 90:5

**shakes**
6:17

**She's**
93:3

**sheet**

**sheets**
41:10,11 87:5
89:21

**sheets**
75:21 77:12

**shift**
41:19 80:17

**shirts**
38:17

**short**
60:8 85:20

**should**
29:12 39:15,16,17
54:16,17,18,20
57:6 67:7 74:3,4,6,
9,10 75:2 77:5
91:22 92:10

**shouldn't**
91:14

**show**
19:10 71:2

**showing**
19:3 71:7,17

**sign**
38:13,23 39:7,21
40:9,21 41:3,10,11
43:6 75:17,18 86:3
87:5,7,14,15,16,
18,24 88:2,13,19
89:21

**signature**
38:24 40:25 45:22
88:14,17 89:21

**signatures**
77:9 88:15 89:22

**signed**
40:8,12,22 41:12
86:14

**signing**
33:4,5 40:1 42:11
68:1 81:6 86:7,17,

24 87:22 89:5,24
93:15

**signings**
33:21

**signs**
39:9 55:18,19

**silica**
39:13 46:7,9

**silly**
70:6

**simple**
19:15 21:17 56:12

**simplify**
40:20

**since**
13:2 17:1 21:3
24:6 40:10 42:5

**single**
18:17 30:12 33:2

**sir**
12:17 28:6 59:12
62:4,22 68:5 72:23
75:24 81:12

**sit**
43:15,17 44:19
75:25 80:7,8,13
83:13,19

**site**
9:22,25 20:20
21:1,2 22:9 23:7,
11,14 24:16 25:10,
22,23 26:21,22
27:1 28:15 30:1,24
33:9 34:22 35:19
37:16 38:20 39:12
42:2 45:2,3 46:7
48:10 50:9 53:14
55:14,15 61:9,23
70:16,22 73:6,7,13
74:1,13 75:4 76:22
77:19,25 78:3,6,8,

12,16,22 79:1,3,7
80:10 90:20

**sitting**
79:9,12,19,20 80:2
86:25

**situated**
81:5

**situation**
28:2 74:13

**situations**
88:4,8

**six**
33:13

**size**
16:20 18:23 19:11

**sleeve**
38:17

**slower**
83:18

**some**
24:17 26:12 28:21
30:19,20 31:17
48:4 57:25 62:7
67:25 88:10,12
90:7,21

**somebody**
21:2 70:15

**somebody's**
64:24

**something**
7:16 12:22 38:22
50:16 53:2 58:13
62:14 64:11,12
67:5 68:25 69:4
70:23 76:11 91:14

**sometime**
67:8

**sometimes**
7:9 20:7 21:7 32:4
48:7 53:25 82:13,



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

| | | | |
|---|---|---|---|
| 15 83:19 86:2 88:18 89:3,20 90:16 | **spoke** 82:21 | **stationed** 42:6 46:17 48:2 | **Styrofoam** 80:7 |
| **somewhere** 27:15 | **spot** 14:12 26:17 | **stations** 56:12 | **sub** 11:8 53:15 |
| **Sonnet** 23:19 | **stall** 44:9 | **stay** 47:4 61:10,11,16 64:4,9,25 66:2 73:16 | **subject** 6:1 8:25 |
| **sooner** 15:11 | **standpoint** 66:25 | **steel** 25:14 31:14,15 | **submit** 13:17 |
| **sorry** 11:22 26:20 33:18 56:5,6 58:14 68:12,13 72:11 77:8,14 80:4 82:18 83:6,13 87:25 90:9 | **stands** 19:6 | **step** 49:13 | **submittals** 22:2 37:14 |
| | **start** 13:5 15:9 25:3 38:12,20 41:6,19, 24 45:21 47:15 54:10,25 55:22,23, 25 56:18,19 58:9 60:14,19 62:25 63:8,16,20 64:16 66:8,12,15 67:16, 17,22 68:4 78:24 81:6,7 82:14 84:1, 7 86:3 88:5 89:2,7 | **still** 16:23 30:20 36:8 44:13 47:12 56:6 71:3 90:17,22 92:14 | **submitted** 13:22 |
| **sound** 12:21 73:18 | | | **subs** 25:13 31:14 33:17, 19 34:2,4 53:14 63:7 |
| **sounds** 36:17,18 45:24 61:18 69:11 82:12 | | **stolen** 53:16 55:13 | **substantive** 11:8 |
| **source** 50:25 | | **stop** 29:2 | **sued** 12:6 |
| **South** 83:17 | **started** 12:20,24 13:7 16:5,14,25 26:6 41:13,16 42:2 57:21 62:23 78:9 80:17 90:1 | **storage** 53:12 | **suffer** 8:1 |
| **Spanish** 11:5 43:24 | | **street** 79:22 | **suing** 10:18 |
| **speak** 7:3 11:2 43:22 62:2 83:18 | **starting** 57:8 58:10 66:22 | **strictly** 46:23 | **summer** 9:11,12 |
| | **starts** 41:20 | **strike** 60:1 68:12 | **sun** 67:7 |
| **speaking** 7:6 | **stated** 5:23 6:2 8:14 | **strippers** 49:22 57:3,5 58:24 | **sun's** 67:10 |
| **specific** 14:21 66:8 | **statement** 91:25 | **stroke** 42:14 | **super** 23:25 24:12 32:21 76:15 |
| **specifically** 28:4 | **States** 11:10 | **strong** 14:19 | **superintendent** 13:4,6,7,9 17:15 20:19,25 21:10 22:5,16,21,25 23:1,2,4,6,11,14 26:16 31:22 32:22 |
| **specifics** 10:10 | **stating** 60:13 | **stuck** 71:4,9 | |
| **spellings** 93:1 | | **stuff** 31:5 | |



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

33:3 34:22,24
35:14 38:1,3,4
70:14

**supersede**
69:16

**supervise**
32:22,23 33:23
34:2 36:19,20 76:9
89:11

**supervised**
36:23

**supervising**
34:9

**supervisor**
37:2

**supplies**
25:21

**supply**
27:21 31:13 51:7

**supposed**
17:2 19:23 21:2
49:20 51:10 54:24
55:22 57:8 58:23
60:14 70:18 82:14
83:25 84:6 88:16

**sure**
7:5 11:12 14:13
18:5,6,10,12 19:2,
13 21:8,18,24
22:7,8,17 29:1
31:24,25 32:7,24
33:4,23 34:6 35:23
36:18 37:12 39:6,
8,12,14,20 40:7
42:1,6,14,16
46:12,16 47:11
48:3,8,9,10,16,18
49:1 50:13 54:6
55:16 56:21,22
59:3 67:17 74:23
75:1,6 76:16 81:5
85:4,7 91:13

**sworn**
5:20

**system**
17:24

---

**T**

**table**
72:1

**tablet**
76:25 77:5 86:10
87:7,9,10,13,15,17

**tablets**
87:12

**take**
7:9,10,11,14,20
8:6 18:23 19:8
22:2 25:21 27:3,8,
21 28:21 29:25
30:16,19 48:24
59:20,23 60:22
61:1,2 65:23 69:20
70:10 72:1 79:2
85:11,12 89:18
93:5

**taken**
6:10 7:23 8:15

**takes**
16:20 43:7

**taking**
21:23 29:4 31:16
35:19 48:14,15

**talk**
27:11 29:20 32:9,
12,25 38:10 58:8
79:16 81:4,19
82:8,24 83:9

**talked**
42:13 46:6,7,14
91:19

**talking**
25:3 32:18 50:12,
20 57:12,13,22
79:9,11,18 80:1,14
82:25

**tall**
53:18,19

**tap**
51:14

**task**
40:4 55:12 76:5

**team**
18:22

**teams**
44:17

**technically**
29:3 88:19 89:4

**tell**
14:14 17:16 19:11,
12 20:6 21:18
24:13 30:5 35:10
50:4 52:19 63:10
67:15 68:2,6,22
78:3 81:10 82:15,
20 84:1,3 88:12

**telling**
10:10 16:11 51:15
55:4,5 82:24

**tells**
14:10,17 43:18,24,
25 49:19 50:3
58:22

**tend**
83:18

**tends**
7:1

**tense**
59:22 60:1

**terminal**
15:4 17:21 22:24

25:22 30:23 38:6
39:6

**terminals**
29:18

**terminate**
71:23

**terminated**
9:8,21 23:13

**test**
14:16

**testified**
5:20 91:21

**testify**
8:11

**testifying**
8:7 60:2

**testimony**
60:1

**text**
71:9,15 84:15

**than**
6:7,21 11:2 12:16
16:18 20:5 21:5
22:22 25:15 27:7
32:18 37:16 40:16
44:1 49:25 63:2
68:3,10,11,16,17,
20 69:9 72:5,13,24
73:1 75:2 76:19
77:11

**thank**
6:6 20:2 62:17
85:17 92:22,23
93:11

**Thanks**
85:14

**that**
6:20 7:1,5,9,11,18,
20,24 8:1,4,6,10,
17,22,24 9:2,8,9,



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

10,18,19,21 12:21,
22 14:7,8,10,14,15
15:15,16,18,21
16:10,13,18,23
17:2,6,23,25
18:10,13,14,15,21
19:4,18,19,21,22
20:1,2,3,12 21:8,
11,21 22:7,8,23,25
24:3,5,10,23 25:5,
14 26:1,24,25
27:2,4,8,9,10,25
28:2,3,4 29:1,2,4,
8,11,14,16 30:9,
11,19 31:2,3,4,5,9
32:1,2,6,16 33:4,7,
18,22,23 34:4,9,18
35:4,22,24 36:1
37:2,6,8,12,18,19,
20 38:9,11,15,20,
21,22 39:4,5,6,7,9,
12,17 40:1,3,5,6,9,
11,19,20,22 41:8,
9,14,17,22 42:1,3,
4,6,8,12,18,21,25
43:25 44:8,15,18,
19,22 45:7,20,22
46:5,12,15 47:2,3,
6,11,16,23,24
48:3,9,15,16,18,
20,21,23 49:1,4,9,
17,23 50:14,16
51:8,10,13,17,20
52:12,18 53:1,5,23
54:3,7,9,11,12,13,
19,21 55:9,18,21
56:11,17 57:4,5,9,
16 58:1,3 59:4,17
60:1,13,15,17,20,
24 61:2,3,8,20,23,
25 62:6,7,8,9,17,
23,24 63:7,16,19,
21 64:1,2,3,5,22
65:1,5,9,15,17
66:4,9,21,24 67:2,
4,17,18,23 68:1,3,

4,5,11,12,14 69:3,
17,24,25 70:7,9,
10,13,18,25 71:6,
12 72:6,15,16,18,
20,23,25 73:2,6,22
74:10,11,12,16,19,
23 75:4,6,14,19,20
76:5,16,20 77:6,7,
12,15 78:7,15,21,
25 79:13 80:9,15,
18 82:23 84:18
85:17 86:2,4,6,9,
11,14,15,17,19,24
87:4,8,23 88:8,16,
23 89:3,10,20,25
90:1,3,11,15,17,
20,22 91:21,24,25
92:1,3,4,6,17

**that's**
10:14 19:13,23
25:12 26:2 27:16,
18,19 29:6,12,16
32:6 33:16,24
34:14 35:1,6 36:21
37:8 38:22 39:4
41:15,21 42:13
44:5,7,9,14 46:2,
14,19 47:20 49:2
50:1,17 51:7,14,
15,16,19,24 52:19
53:10 54:6,15
55:2,8,24 59:1,2,3,
6 60:16 62:1 64:12
65:8 66:2,3,4,23
68:25 70:3,15,20,
21 71:3 74:10
75:5,24 76:3,7,8
81:20 83:15,18
84:24 88:7,21,24
90:2,12 91:17

**the-job**
70:16

**their**
18:7,11 19:16
26:10 29:7 33:3,21

36:3 38:16,21
39:2,12,14,15,16
45:9,15 46:12,13
48:6,7 49:2,5,10
51:14,15,16,22
52:4,5,9 54:10
56:1,12,23,24
57:5,8,9,17,22,23,
24 58:2,10,20,23,
24 60:25 61:1 64:4
65:25 69:18 72:5
73:12 74:4 75:11
76:4 77:22 82:6,7
84:19,20 86:3
87:10,11,12,17
88:3,14,15,16,19
89:4

**theirs**
51:8

**them**
18:10,22 19:5
25:21 27:21 28:17,
22 29:17,20 30:5,
19,20 31:6,8,10,
11,19 32:9,15
33:1,23 35:25 39:9
41:3 42:21 43:18,
22,24 44:17 45:14
48:5 49:3 50:4
51:7 52:21 53:14,
15 56:14 58:11
60:24 61:1,17
68:6,24 69:5,7,8
71:3,20,25 72:9,19
75:23 79:16,24
81:5 86:7 88:12
89:11 90:23

**themselves**
5:11 51:7 52:5
58:1 88:14,20

**then**
14:17 15:1,3 16:9,
13 20:24 22:1,5
23:19,20,21,25

30:16 34:16 35:9
36:1,8,9,10,11,22
41:12 43:17 55:11,
17 57:21 61:16,17,
23 62:23 63:10
66:1 68:6,25
69:16,25 70:11
71:22 72:11 73:6,
16,19 75:17 78:16,
17 81:2,3,4 82:25

**there**
8:21 12:20 16:25
17:13 20:6,7,8,9,
13 21:11,12 22:22,
25 23:16,21 24:4,
11,24 25:2,5,9,14,
15,22 26:9,13,21
27:14 28:3,8 30:23
31:14 32:13 33:6,
8,12 41:1,22 43:13
44:15,25 45:4,5,8,
20 49:6 54:1 56:23
57:25 58:2 60:13
61:20 62:25 63:4,
5,12,23,24 64:2
67:25 68:2,11
70:18 72:7,10,22,
24 73:15,19 74:24
75:3,6 76:12,15
79:8,9,12,13,14,
24,25 80:4,7,13,
24,25 81:2,10,13,
16,17 82:4,7
83:13,19,24 85:2
86:18 88:4,15,17
89:19,20,24 90:6,7

**there's**
22:15 24:5,23,25
25:1,5,14,17 33:9
34:13 36:1,24 37:7
45:10 46:8 47:16
53:13 59:12,13,15
64:9 72:10,21 89:3
91:9



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

**thereupon**
5:17 60:8 85:20

**these**
25:16,18 28:19,25
29:4 35:22 43:6
48:4

**they**
7:10 9:8,20 13:14,
15 14:11,16 18:14,
19 19:10,16,17,19,
20,22,24 20:23
23:4 25:3,18 27:1,
3,4,6,8,10,13,20
28:13,14 29:2,3,5,
8,19,25 30:1,2,3,
18,21 31:4,13,15,
16 33:10,20,21
38:12,13,15,16,17,
19,20,22 39:16
40:1,9,22 41:1,2,3,
11,12,24 42:2
44:18,19 45:6,9,15
46:11 48:6,7,24
49:1,8,9,10,12,14,
15 50:4,6 51:6,7,
13,16,22 52:4,5,19
54:3,11 55:23,25
56:1,14,18,19,20,
22,24 57:2,3,4,6,9,
15,22,23 58:3,10,
11,20 60:18,25
61:2,4,9,14,18,21,
24 62:7,11,12,13,
14,16 63:20 64:8
65:23,25 66:1,2
68:3,4,12,17,18,
19,20 69:2,3,14,
15,16 70:10,16,17,
20,22 71:8,11,13,
14,15 72:5 73:3,6
74:2,4,5,7,9,24
75:13,17,18 76:2,
5,6,25 78:3,4,9
79:10,12,25 80:7,8
82:5,6,7,8 84:21

86:24 87:6,13,14,
15,16,17,23 88:13,
19 89:3,9,10,11,
12,13,15,17,18,25
90:12 91:22

**they'll**
29:6 88:13

**they're**
17:20 19:3,20,22
24:24 25:2,17
26:12 33:9 34:17,
18 35:24 36:6
39:12,13,16 43:21
44:17 48:4,9 50:6,
14 51:10,11,13
57:1,23 58:10,23
63:9 69:12 70:18
71:10,14 74:8
75:6,14 77:1,5
82:4 92:14

**they've**
82:5

**thing**
6:20,25 7:8 16:2
21:20 38:9 41:10
49:1 54:15 56:20
62:5 71:11 81:24
83:4

**things**
32:2 40:20 45:25
49:16 52:8

**think**
12:3 24:7 30:3
31:1 33:6,12 37:17
59:22 60:22 62:6
77:10 80:15 85:1,3
86:3,9 87:1 90:6
91:21 92:3,14,17,
21

**third**
34:21

**this**

8:7,15 18:9,23
20:20 23:3 26:5
27:20 29:19 32:5
34:12,25 35:1
36:5,7 37:22 41:2,
3,25 42:19 43:7
45:13 46:24 47:5,
12 49:1 54:2 61:15
63:23 82:5 83:20
84:5 93:2,11

**those**
6:21 10:17 11:4
14:7 15:7 18:14
21:14,15 22:1,22
29:22 31:19 32:18,
23 33:14,15 34:20
36:6,25 39:21
42:23,24 43:11,15
44:21 45:17,24
46:4 51:3,6 52:2,8,
17,22 58:25 61:20
66:8,10 67:1,12
74:3 75:21 76:21
77:12 80:12,16,19
81:11 84:22 85:3
86:19 91:11,22
92:10,12,15

**though**
24:13 48:5 54:19
83:25 93:12

**thought**
66:21

**three**
13:11 14:7,8,23
16:20 23:2,12,18
40:17 71:21 78:19,
20

**through**
18:3 19:19 31:21
36:2 70:10 92:11

**Thursday**
38:11 42:10 44:7,
10,14

**tie**
46:10 47:22

**tied**
39:17 49:10,11

**till**
21:11,12 25:3
41:13 66:2,4 76:13
88:17 89:7

**time**
5:4 7:6,13 11:1
14:2,4 15:21 16:1
20:2,3,4,9 21:2
22:23 24:14,15
26:2 28:13,22 29:6
30:13 32:12 33:11
37:9,22 38:5 40:5,
22 41:1,16 44:19,
23,24 45:16 47:3,
14 53:25 54:7
62:19,24 63:12,19,
21,22 64:1 66:12
67:11 69:1,17
70:25 73:8,10
74:4,6,24 75:19,21
76:1,14 77:1,9,12,
18 78:2,8 79:4,13
80:10,13 84:3,6
85:13 86:3,15
87:16 91:23 92:14,
23 93:11

**timeline**
82:1

**times**
10:24 31:5 47:16
64:9,10 69:9 71:22
78:19,20 88:7 89:3

**tip**
50:1

**tired**
71:14

**title**
13:3 34:15,17,21



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

35:4,7 46:22

**titles**
25:11 26:11 34:8,
13 35:2,7 36:6
37:1

**to-do**
32:18

**today**
7:24 8:2 10:23
61:16 70:17 73:8

**today's**
5:4 6:1,13,14 7:5,
11 8:5,25 10:2,12

**together**
18:22 23:9 29:7
32:8 43:8 48:12
53:7 78:12

**told**
8:18,19,22 9:8,20
30:1,2 35:7,13
43:12 47:17 57:20,
21 69:4 80:14
84:7,9

**tomorrow**
69:20,21

**took**
8:10 9:10 14:9,10
23:3 28:16 30:9
79:4 86:13

**tool**
44:8 50:16 51:4,5,
20,25 55:19 57:4
58:23 62:7

**toolbox**
44:8,9 52:24 58:11

**tools**
28:20,22 29:7
49:17,21,23 50:4,
9,10,11,12,15
51:6,9 52:2,4,5,9
53:7,8,13,15 54:2

55:7,13,15,16,17
56:23,24,25 57:23,
24 58:2,6,7,8,10,
20,25 59:6 60:25
62:12,14,20,22
67:19

**top**
75:7

**topics**
90:7

**tops**
86:16

**touched**
31:17

**track**
75:10,23 76:21

**traffic**
24:24 28:12 66:15,
16 71:4,9

**trail**
47:24

**trailer**
53:17 79:21

**trainings**
46:10

**transcript**
93:4

**translator**
43:20

**transport**
31:2

**trial**
8:7

**tricky**
75:3

**trip**
46:11

**truck**
80:2

**trunk**
53:21

**truthfully**
8:11 14:17

**try**
6:15 7:5,12 20:6
83:4,20

**trying**
59:7 70:4 81:25
89:23

**twice**
64:19

**two**
15:18 16:20 17:1
20:22 21:25 23:1,9
24:5 33:1 35:2
42:5 56:17 69:17
78:19,20 80:4

**type**
6:16,21 14:10,18
17:25 19:12 42:3
72:21 83:4 88:16

**typed**
6:15

**typical**
65:5

**typically**
86:25

_____

**U**

_____

**uh-huh's**
6:21

**Um-hum**
22:12 77:2 92:9

**um-hum's**
6:21

**under**
8:11 67:10 77:25

**underneath**
39:9

**understand**
8:4,10 19:10 28:1
39:7 50:21 57:25
59:7,10 70:1
81:18,25 89:3 92:3

**understanding**
34:7 36:18 39:20
48:21 74:2

**understandings**
50:24

**understood**
6:18,23 7:6,7,21

**United**
11:10

**Universal**
5:10

**unless**
18:11 46:11 61:9
62:23 64:24 69:15

**unplugging**
62:15

**until**
15:13 23:12 28:14
54:22,24 56:1
57:10 60:21,22
62:12 65:7 78:5
84:1

**up**
6:15 7:10 13:9
15:19,21 18:6,13,
22 19:7 29:1,5,7
30:12 32:7,14
33:10 41:15 46:8,
13 47:1,4,8 48:5,
17 49:14 53:8,13,
19,20 54:5 58:21
60:25 61:3 62:15,
22 67:18,19 71:2,
7,17 73:24 75:25



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

76:1,3 79:25 81:17
83:9 85:8,9 90:25

**us**
36:15 44:24 49:21
56:17 73:5

**use**
48:17,22 49:18
50:1,4,9,11 51:2,
22 52:11,17 53:2,
24 58:3 65:18
91:18

**used**
12:4 44:11

**using**
46:3 49:7

**usually**
16:20 20:4,14
21:11 24:9,20 25:9
26:14 32:12 42:23
43:10 47:14 54:4
62:13 67:11,25
68:21 71:6 80:16
91:15

---

**V**

---

**vacation**
9:1,4,8,11,14

**Valles**
42:4,9 46:21

**VDC**
14:5 18:22

**vendors**
58:23

**verbal**
6:18 72:18

**verify**
93:1

**versus**
35:12

**vice**
14:2 37:24 73:23

**voltage**
17:24 33:20

**vs**
5:7

---

**W**

---

**wage**
34:12,23,25 35:2
36:5

**waist**
57:5

**wait**
55:10 59:4 62:13
83:14,20

**waiting**
25:10 26:10

**waive**
93:2,4

**walk**
18:3 26:21,23,24
30:23 31:21 32:14
33:3 56:23 79:10,
11

**walking**
57:23 78:22 80:10

**walks**
22:9

**wall**
19:3,4,11 51:12,14

**Walmart**
41:6

**want**
11:6 13:14 17:9
19:2 24:24 30:19
33:10 39:17 40:2,
3,15 41:14 47:21
49:24,25 50:21

51:16 55:10,13
58:7 62:5 67:16
72:1,2 85:25 89:8,
13 90:6 91:18

**wanted**
6:3 13:15 23:24
34:6 61:21 68:10,
16,20 72:4,13
81:16 83:23

**wants**
32:5 55:3 70:9

**warning**
71:20

**wasn't**
26:23 28:10 34:23
45:1 61:23 64:2,
10,12 83:25

**water**
7:16 42:15

**way**
10:1 19:2 20:20
27:1 29:12 32:6
60:24 70:22 74:10
75:11

**we**
5:3,6 6:12 8:14
11:7 16:25 17:22,
25 18:11,20 19:8,
9,18 21:12 23:2,3,
6,10,18 26:5 27:5,
9 29:20 31:8,9,10,
11,12,13,17 33:12,
16,17,19 38:10
39:17 40:15 41:4,
16 42:10,11,18,19
44:6,8,12,13 45:3,
4,12,13 46:6,7,12,
14 47:6,9,21 48:5,
9 50:11,15,23
52:7,8,24,25 53:1
54:2 55:6,13,15,16
58:5 59:3,22 61:15
62:23 63:21 65:18

67:16,17,22 68:25
71:19,20,21 72:8,
11 73:16,23 76:1
85:10,14 89:7,8,15
91:19

**we'll**
51:11,12 54:1 93:5

**we're**
17:19 48:10 51:1
57:13 63:23,24
67:18 82:11 92:21
93:1,13

**weak**
14:19

**wear**
42:16

**week**
26:20 27:5 35:25
45:10,11,13 64:15
91:7

**weekly**
42:17 43:11 45:17,
25 64:18

**weeks**
28:1 32:4

**Weisberg**
13:20 14:3

**welcome**
49:25

**went**
11:20 14:11 16:13
41:2,11,12 81:17

**were**
8:6 10:17 11:8,14
14:7 16:16 17:13
20:13 22:22,23
23:16 24:3 26:7,
13,24,25 27:1,2,9
29:2 30:1 31:9,15,
16 32:1,16 33:4,6,
14,15 37:18 38:2,6



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

40:1 41:3 42:6,7,
16 46:12 54:24
57:15 60:12,14,18,
21 61:4,9 62:14,
16,20,22 63:5
64:22 67:12,24
68:16,18 72:5
74:12,13,18,19,24
75:9,19,20 77:12,
24 78:12,17 79:10,
12,25 80:15,24,25
86:24 91:11 92:13

**weren't**
31:14

**what**
8:21 9:18 10:4,11,
13,14,17,18 11:4,
23 12:23 13:15
14:9,13,14,18,19
15:20 16:3 17:17,
22 19:1,11,12,18,
24 20:2,4,16,21,24
21:14 22:10 25:11
26:10 28:18,24
29:10,19 32:7,10,
11 34:8,16 41:4
42:21 43:14 44:9
45:14,18 46:6,14
47:6,14 48:1,15
49:16,20 50:3,4,
10,22 51:15 52:18
53:4,6,10 54:10,17
56:15 57:20,22
58:13 59:2 63:14,
15 65:14 67:15
70:3 72:14 74:2,9
75:2,5,24 76:6
77:6 78:4,25 79:4,
7 80:17,18,23
81:18 83:11,23
84:3,17,21 88:8
92:6

**what's**
11:17 13:3 18:21
38:14 45:14 46:22

58:12,15 71:19
74:2 77:3

**whatever**
7:17 21:8 24:23
71:11 80:8

**when**
8:24 9:2,4,5,7,10,
14,21 10:7,13 13:8
15:13,19,21 16:5
18:22 20:17 21:1
24:9,22 25:1,9
26:8,15 29:22,25
31:24 32:11 33:8,
11 35:5,23 36:13
39:11 40:21 41:5
43:6 44:16,23 45:5
49:9 50:10 53:19
58:9 73:14 75:25
76:14,15 77:25
78:2,9,17,24 79:6
80:24 83:9 89:15

**where**
11:8,14 17:9,12
27:17 28:4 44:5
46:17 52:22 56:14
57:14 74:13 76:1,3
88:4,9 89:3

**wherever**
42:6

**which**
5:25 6:14 8:12
13:25 14:1,4,25
15:2,4 17:20 18:8
19:6,17 20:22,25
22:5 23:11,21,22
30:2 31:18 34:17,
22 39:5 42:2 43:24
47:7 55:7 64:6
66:1 70:6

**while**
7:9 23:16 24:4
31:22 32:25 44:22
45:5 77:5 78:11

90:11

**whilst**
93:1

**who**
8:19 10:7 12:13
17:5 20:14 22:21,
22 23:15 37:23
42:23 45:17 61:16
65:1,9 66:8 70:11

**whoever**
19:4

**whole**
21:2 22:9 80:13

**why**
26:5 32:6 36:5
37:8 44:10,14
45:12 53:10 65:22
66:2 67:7 73:23
76:9 81:19 82:10

**will**
7:11 24:6 29:5
31:8 32:14 42:25
47:1,4 52:19,20
54:1 68:23 69:7,8
72:9 73:15,17 81:3
88:17 90:12 91:2,
6,7 93:2

**wire**
19:12

**wireman**
35:8 36:24

**wiremen**
34:17 35:18 36:3

**with**
5:8,9 6:21,23 8:15
10:5,11,24 12:8,24
13:15 14:1,3,6,11
15:24,25 17:23
20:25 22:19,23
23:22 24:5 28:11,
20 29:16,17 35:22

36:25 37:11,22
41:10,11 44:16,19,
21,24 45:8 49:10,
24 50:14 53:14
56:25 57:2,3,24
58:11,17 61:5 62:2
69:5,9 72:19 75:15
76:4 78:5,13 79:9
80:16,19 81:4,14
82:9,11 84:4,14
85:2 86:15 88:11
91:6

**without**
10:10 45:21 73:12
74:14 88:5,22
89:4,5,22

**witness**
5:19 56:8 59:19
83:6,11 93:6,16

**won't**
71:24 92:5,6

**word**
32:20 50:24 58:22

**words**
57:20 89:17

**work**
9:25 12:23 13:1
15:15 18:1,6,12,15
19:18,21 20:4,5
21:4,5,7,12 22:8
24:10 25:21 26:6,
8,15 27:11,22
28:25 29:14,20,21,
23,25 30:6 37:22
38:20 40:18 41:2,
4,5,11,13,18,22
42:2,3,8 44:25
45:4,9,21 55:23
56:25 57:3 59:2
60:13,21 61:5,17,
22 63:7 64:7,8
65:1,6,9,19 66:19
67:10,13,16,17,20,


**UNIVERSAL Court Reporting**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

23,25 68:4,7,10,
16,17,20,23 69:7,
14 70:17 71:2
72:5,8,10,13 73:1
74:5,7,19 76:2,6,9
77:1 82:21,24,25
84:5,7,20,21 88:5
89:2,5,7,9,10,12,
17 90:1,16 91:5

**worked**
12:18 14:21 23:21,
22 44:22 47:2,3
70:25 77:25 78:4
92:5

**worker**
9:24 49:2 69:23
82:10

**worker's**
33:2

**workers**
24:24 32:25 33:12
45:23 80:25 82:3
87:25

**working**
12:25 13:12 16:24
17:13,17,19 18:4
20:3 22:23 23:16
24:3,4 26:15 31:23
33:7 35:5 38:1,5
39:13 40:6 41:19,
24 42:7 50:14
54:8,10,25 55:22,
25 57:1,15,21
60:14,19 62:11,16,
19,25 68:4 72:11
73:10,11 74:1,14
75:6,14,20 77:6,18
78:12,17,24 81:7,
21,22 82:14 84:1
88:5,9

**works**
56:12 65:21,22
85:17 91:21 92:8

**world**
75:3

**worries**
77:16 83:17

**worry**
30:20

**would**
5:11 8:6 20:14,16,
17 24:11 25:9
26:9,10,14,19,20
28:2,21,24 29:1
30:5,15,18,20
31:2,9,13,24 32:7
33:1 34:23 39:4,21
40:19,20,21,22
41:3 42:23,25
45:17,25 46:3
47:22 50:19,23,25
51:6 52:22 54:4,
11,13,23 55:22,25
57:17 59:22,25
61:11,16,21,23,24,
25 62:7,11,23,25
63:10,14,15 64:15,
18 68:2,6,19
70:11,17 72:18,19
73:1,2,3,8 74:18
78:11,14,18,19,23,
24,25 79:2,3,6,7,9,
10,11,17,24 80:9,
13,16,18 81:13,19
82:12,13,14 83:24
84:22 86:2,6,12
87:6,17 88:5,9,16,
18,19 89:21 90:4,
16,17,21,22 91:5,
11 93:3

**would've**
12:20 47:21 63:16
68:6 80:19

**wouldn't**
54:21 55:1 64:18
68:5 71:19 82:22,
25 88:15

**write**
19:20 40:22

**written**
13:17

**wrong**
91:20

_____

### Y

_____

**yap**
82:8

**yapping**
25:3 79:12 80:1

**yeah**
14:13 15:18 20:2,
12 21:18 24:8
28:16 29:10 39:19,
25 40:19 41:9
50:23 51:4 52:4,
14,15 55:20 56:17,
18 59:14 60:24
61:7 64:14 65:4
66:7,24 70:9 72:22
79:19 80:5 81:17
82:12 85:6,12
88:12 90:19

**year**
11:11 15:20 16:19
24:1 64:1,2

**year's**
15:24

**years**
12:19 13:1,10,11
15:18,24 16:10,20
17:1 29:17 42:5
44:11 66:14,19,20,
21 84:5

**yes**
6:19,23,24 7:7,22
8:9,13,18 9:12,15,
17,24 10:3,16,23
11:3 12:2,12,22

13:19,25 14:23
15:12 16:7,25
17:8,14 23:18 24:5
27:16 30:8,11
37:4,6,20 39:23,25
41:21 43:12,17
53:25 60:16 61:13
62:1,9 63:3 66:3,
11 67:22,23 68:18
70:13 71:3 72:7,8,
9,20 73:2 74:16
75:12,22,24 76:16
77:17 86:5,8,11
87:2,4,8,18,24
88:2,3,7 89:23
90:2,12 91:13,24
93:9

**yesterday**
10:3 11:1 16:4
90:24

**yet**
67:10 88:23 89:6,
22

**York**
11:10

**you**
6:2,4,6,9 7:1,9,12,
13,15,17,19,20,23
8:1,4,6,10,11,17,
19,22,24 9:3,10,
13,14,23 10:1,4,7,
11,13,14,17,20,21,
22,24 11:2,7,8,11,
25 12:6,8,11,15,
18,20,23 13:5,9,
12,17,18,22,23,24
14:9,10,14,16,17,
18,19,21 15:6,11,
15,25 16:3,5,16,23
17:5,13,16,17
18:3,16,25 19:1,
11,12 20:2,4,6,13,
17,21,24 21:14,16
22:21,23 23:9,15



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Gustavo Hernandez vs Hypower, LLC 1:24-CV-20207-MARTINEZ/SANCHEZ
Gonzalez, Raul on 11/21/2024

24:2,9,10,11,13,20
25:3,8,9,23,24
26:7,8,9,11,14
27:5,12,17 28:4,
18,19,25 29:13,14,
22 30:5,9,14 31:1,
6,14,15,18,21
32:11,12,16,18,21
33:2,6 34:1,2,16
35:7,10,14 36:9,
10,11,19,25 37:2,
17,18,23 38:2,6
40:13,14 41:5,6,7,
17,18,19 42:13,14,
16 43:1,10,12,14,
15,16,21 44:1,21
45:20,21,25 46:3,
6,10,15,20 47:22
48:4 49:19,21,22,
23,24,25 50:3,10,
13,16,24 51:1,15,
16 52:12 53:2,4,7,
12,13,15,19,22
54:3,8,10,20
55:16,17,21 56:2,
5,6 57:7,16,20,21,
22 58:7,8,22 59:2,
10,17 60:4,12,22
61:11,19 62:2,6,
10,16,17,25 63:6,
13,14,19 64:7,9,
10,14,22,24,25
65:3,5,9,13,17
66:7,9,12,15,16
67:1,5,8,24,25
68:2,21,22,23
69:1,4,11,13,25
70:1,15,17,18
71:1,5,6,9,12,16
72:19,25 73:4,11,
18 74:12,17,18,19
75:9,20 76:19
77:4,10,11,13,19,
24,25 78:1,3,11,
23,24,25 79:6,17
80:9,14,15,16,18

81:4,10,11,14,25
82:8,11,12,13,14,
15,16,18,20 83:11,
22,23,24,25 84:1,
2,4,9,14,22 85:2,3,
8,13,18 86:1,10,12
87:1,6,16 88:14
90:3,4,10,15,17,22
91:5,6,11,21 92:4,
8,13,18,22,23
93:3,4,11

**you'll**
40:13 75:4 88:14
93:7

**you're**
14:19 25:6,8 26:15
27:12 28:13 29:10
34:9 42:15,21
49:25 50:12,20,22
54:19 57:1,11,19
59:9 64:13 70:6,11
77:6 81:18,21 92:6

**you've**
20:3 31:23 32:17
53:8 70:25 75:19

**young**
71:12

**your**
6:2,9 7:24 8:2
10:7,8,20 11:14,17
13:3,22 14:18 18:3
31:18,22 34:20,21
38:5 42:16 45:21
49:25 50:1 53:13,
15,21 56:15 62:19
67:5 69:1 73:10
74:2,14 77:18
87:6,22 91:20
92:23

**yourself**
59:9 72:24 76:19
77:11



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

# EXHIBIT C

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20207-MARTINEZ/SANCHEZ


GUSTAVO HERNANDEZ,

        Plaintiff,

vs.

HYPOWER, LLC,

        Defendant.
_____/




DEPOSITION OF ALSIDES FLEITES

TAKEN ON BEHALF OF THE PLAINTIFF

DECEMBER 27, 2024
10:03 A.M. TO 01:47 P.M.

ALL PARTIES APPEARED REMOTELY
PURSUANT TO
FLORIDA SUPREME COURT ORDER AOSC20-23




REPORTED BY:
SYDELL BAZILE, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA


UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                    Page 2

```
01                    APPEARANCES OF COUNSEL

02   ON BEHALF OF THE PLAINTIFF:

03        PATRICK BROOKS LAROU, ESQUIRE
          FAIR LAW FIRM
04        135 SAN LORENZO AVENUE SUITE 770
          CORAL GABLES, FLORIDA 33146
05        305-230-4884
          BROOKS@FAIRLAWATTORNEY.COM
06        (REMOTELY VIA ZOOM)

07   ON BEHALF OF THE DEFENDANT:

08        EMMA MCCARTHY, ESQUIRE
          COLE, SCOTT & KISSANE, P.A.
09        222 LAKEVIEW AVENUE SUITE 120
          WEST PALM BEACH, FLORIDA 33401
10        561-383-9200
          EMMA.MCCARTHY@CSKLEGAL.COM
11        (REMOTELY VIA ZOOM)

12   ALSO PRESENT:

13        FIORELLA WARGER, INTERPRETER

14

15

16

17

18

19

20

21

22

23

24

25
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                    Page 3

```
01                  INDEX OF EXAMINATION

02   WITNESS: ALSIDES FLEITES
                                                 PAGE
03   DIRECT EXAMINATION
         BY BROOKS LAROU, ESQUIRE                   6
04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                          Page 4

```
01                    INDEX OF EXHIBITS

02    EXHIBIT              DESCRIPTION              PAGE

03    (NO EXHIBITS MARKED)

04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```


UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01              DEPOSITION OF ALSIDES FLEITES

02                  DECEMBER 27, 2024

03         THE COURT REPORTER:  We are now on the record.

04      Today's date is December 27th, 2024, and the time

05      of approximately 10:03 A.M.

06          We are here for the -- I'm sorry.  We are here

07      for the deposition of Alsides Fleites, taken in the

08      matter of Gustavo Hernandez vs. Hypower, LLC.  Case

09      Number 124-CV-20207-Martinez/Sanchez taken in the

10      United States District Court, Southern District of

11      Florida. All attending remotely.

12          The Court Reporter is Sydell Bazile with

13      Universal Court Reporting.  Would Counsels, please

14      introduce themselves for the record?

15          MR. LAROU:  Good morning.  Brooks Larou, on

16      behalf of the Plaintiff, Gustavo Hernandez.

17          MS. MCCARTHY:  Good morning.  Emma McCarthy,

18      on behalf of the Defendant, Hypower Incorporated.

19          THE COURT REPORTER:  Thank you.  You may

20      begin.

21    Thereupon:

22                      FIORELLA WARGER

23    interpreter,  having been first duly sworn, testified

24    as follows:

25                      ALSIDES FLEITES
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  was called as a witness, and after having been first

02  duly  sworn, testified as follows:

03                    DIRECT EXAMINATION

04  BY MR. LAROU:

05      Q.   Good morning, Mr. Fleites.  As I just stated,

06  my name is Brooks Larou.  I represent Gustavo Hernandez

07  in the pending lawsuit against Hypower, LLC.

08           And I know just a moment ago you stated your

09  full name for the record as Alsides Fleites.  I just

10  wanted to confirm, do you have a middle name or multiple

11  last names?

12      A.   No.

13      Q.   Okay.  And have you ever been known by any

14  other names?

15      A.   No.

16      Q.   Mr. Fleites, have you ever had your deposition

17  taken before today?

18      A.   No.

19      Q.   Okay.  So, there are just a few ground rules

20  that I'd like to cover before we begin.  Okay.  So first

21  off, just to ensure clarity of the record because the

22  Court Reporter is going to be typing down everything

23  that is said today.

24           Please try to avoid any type of nonverbal

25  communications such as head shakes, head nods, and



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                          Page 7

```
01   gestures.  Understood?
02        A.   Yes.
03        Q.   Okay.  Great.  Another thing that I always
04   like to mention is please try to ensure that only one
05   person speaks at a time, and I know that might be a bit
06   difficult at times.  But after I speak, please wait
07   until the Interpreter finishes interpreting what I say
08   in Spanish before you respond.
09        A.   Okay.
10        Q.   Additionally, if at any time you feel that you
11   need to take a break, that's perfectly fine and I'll try
12   to conduct this deposition as quickly as possible and
13   get you out of here early.
14             The only qualification to that is that if I've
15   already asked you a question, you must fully respond to
16   my question before you ask to take a break.
17        A.   Okay.
18        Q.   Mr. Fleites, have you taken any types of
19   medication which might affect your memory today?
20        A.   No.
21        Q.   Okay.  And do you suffer any medical condition
22   which might affect your memory?
23        A.   No.
24        Q.   Do you understand that the oath that you gave
25   at the beginning of today's deposition was the same oath
```



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  that you'd be required to take if you were testifying at

02  Trial in this case in front of a Jury and a Judge?

03       A.   Yes.

04       Q.   And do you understand that the oath you took

05  today requires that you testify truthfully under penalty

06  of perjury, which is a federal crime?

07       A.   Yes.

08       Q.   And Mr. Fleites, I noticed -- it appears that

09  you're writing something down.  Can I ask what you're

10  writing?

11       A.   What we're talking about.

12       Q.   Would you mind showing the document that

13  you're writing on to the camera?  Okay.  Great.  Thank

14  you.

15            So, Mr. Fleites, are you aware of the lawsuit

16  that is the subject of today's deposition filed by my

17  client, Gustavo Hernandez?

18       A.   Yes.  I learned it through him and also

19  through this document that was provided to me with his

20  signature.

21       Q.   The document that you're referring to is that

22  the subpoena that my law firm sent to you?

23       A.   That's correct.

24       Q.   Do you remember about when you became aware,

25  the approximate date or month that you became aware of

 UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                     Page 9

```
01   the lawsuit filed by my client?

02        A.   About a month ago, November -- about a month

03   ago.

04        Q.   Do you know Gustavo Hernandez?

05        A.   Yes.

06        Q.   How did you meet him?

07        A.   He was assigned to the project where I was

08   supervisor.

09        Q.   Which project was that?

10        A.   Palmer Lakes.

11        Q.   Just for the record, I want to ensure that

12   we're getting the spelling of the name of that project

13   correct.  I believe it's, P-A-L-M-E-R, Lakes, L-A-K-E-

14   S.  Just want to confirm with Mr. Fleites.  Is that the

15   correct spelling of the name of the project?

16        A.   That's correct.

17        Q.   And Mr. Fleites, are you represented by any

18   Attorney in connection with today's deposition?

19        A.   No, I mean, Ms. Emma who is from Hypower.

20   The Attorney hired by Hypower.

21        Q.   So, I just want to confirm, because -- I

22   believe you said no.  So, you are represented by the

23   Attorneys also representing Hypower in connection with

24   today's deposition?

25        A.   Yes.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01        Q.   Okay.  And to your knowledge is that the law
02   firm of Cole, Scott & Kissane?
03        A.   Yes.
04        Q.   When did you become a client of Cole, Scott &
05   Kissane?
06        A.   Day before today, yesterday.
07        Q.   And without telling me anything that you
08   specifically said with your Attorneys or that your
09   Attorneys said to you, can you please tell me how that
10   attorney-client relationship formed?
11             MS. MCCARTHY:  Form.
12             THE INTERPRETER:  Sorry.
13             MS. MCCARTHY:  Sorry.  Go ahead.
14        A.   Well, the relationship started when I received
15   the notification from Gustavo Hernandez's Attorney.  So,
16   then they reached out to me, the law firm, and they sent
17   me an e-mail and I accepted them to represent me.
18   BY MR. LAROU:
19        Q.   So, just to confirm, it was it was Cole, Scott
20   & Kissane, or one of the Attorneys from that law firm
21   that asked to represent you in connection with this
22   lawsuit?
23             MS. MCCARTHY:  Form.  And I'm going to advise
24        you to not disclose any specifics as to attorney-
25        client privilege or how our relationship has
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01        commenced.

02        A.   Yes.

03   BY MR. LAROU:

04        Q.   Did you sign any type of written agreement

05   with Cole, Scott & Kissane regarding your

06   representation?

07        A.   No.

08        Q.   Did you prepare in any way for today's

09   deposition?

10        A.   Something simple, a conversation I had with

11   Emma.

12        Q.   And when you say Emma, are you referring to

13   Emma McCarthy?

14        A.   Correct.

15        Q.   About how long was that conversation?

16        A.   About 45 minutes.

17        Q.   Did you review any documents in preparation

18   for today's deposition?

19        A.   No.

20        Q.   What languages can you speak?

21        A.   Spanish, and English not very fluent for this

22   type of case.  It's a technical English for work.

23        Q.   Where were you born?

24             THE INTERPRETER:  Sorry, Counsel.  Was that

25        when or where?
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01            MR. LAROU:  Where.

02      A.   In Cuba.

03 BY MR. LAROU:

04      Q.   What part?

05      A.   Las Villas the central province of Villas.

06 In the center of the country.

07            THE COURT REPORTER:  Can I have a spelling of?

08            THE INTERPRETER:  It's, L-A-S, second word,

09      V-I-L-L-A-S.

10            THE COURT REPORTER:  Okay.

11 BY MR. LAROU:

12      Q.   When did you first move to the United States?

13      A.   That was around 1991 or '92.

14      Q.   Did you come from Cuba to the United States,

15 or did you live anywhere else in between?

16      A.   No, I was in Germany, and from Germany, I came

17 to the United States.

18      Q.   What years did you live in Germany?

19      A.   In '91 or '92.  A few months, like two or

20 three months before coming here.

21      Q.   Are you able to speak German?

22      A.   No.

23      Q.   What is your date of birth?

24      A.   1/29/1964.

25            THE COURT REPORTER:  You said 64, six four.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                          Page 13

```
01              THE INTERPRETER:  Six four, yes.

02              THE COURT REPORTER:  Okay.  Thank you.

03   BY MR. LAROU:

04        Q.   What is your highest level of education?

05        A.   In Cuba I did engineering.  I have an

06   engineering degree, and here I did a state master.  I

07   have an electrical general contractor license.

08        Q.   Other than that electrical general contractor

09   license, as well as your driver's license, do you

10   currently hold any other licenses or certifications?

11        A.   I have several.  One was a security.  I once

12   had also one for --

13              THE INTERPRETER:  The Interpreter needs to

14       clarify.

15        A.   Journeyman electric.  I also have firearm

16   license.

17              THE COURT REPORTER:  Which license?  I'm

18       sorry.

19              THE INTERPRETER:  Firearm.

20   BY MR. LAROU:

21        Q.   Got it.  I'm familiar with the electrical

22   journeyman's license.  My father actually used to be an

23   electrician and he held a journeyman's license as well.

24              So, my question for you is, what -- first,

25   let's start with the journeyman's license.  What steps
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                                    Page 14

```
01   did you have to take to obtain that journeyman's

02   license?

03        A.   When I came here from Cuba -- from Germany and

04   from Cuba, I started to study.  Without having a

05   license, I started working as an assistant, a helper for

06   three years.

07   Then I applied for the exam -- I was under W-2.

08            But then I applied for the exam, I passed.

09   And then I started working under that license.

10        Q.   One more question about your arrival in the

11   U.S. in 1991 or 1992.  Where did you land in the U.S.?

12   Where did you move to?

13        A.   In Orlando, Florida.

14        Q.   How long did you live in Orlando?

15        A.   I was there for a few days until my case was

16   transferred to Miami.

17        Q.   Got it.  So, you came to Miami then, I guess,

18   in about 1991 or 1992?

19        A.   That's correct.

20        Q.   And have you been living in Miami ever since

21   then?

22        A.   Yes, that is correct.

23        Q.   Now, I want to talk about your electrical

24   general contractor's license.  How did you obtain that

25   license?
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                    Page 15

```
01          A.   Well, my dream was to have my own company, and
02     at that time I worked for Hypower.  So, I decided to
03     study for the license.  So, I paid a professor for
04     classes and I prepared for about two years.  And then I
05     took the tests, there are several tests, until I passed.
06          Q.   Have you ever been sued before?
07          A.   No.
08          Q.   Have you ever been charged with a crime?
09          A.   No.
10          Q.   Are you currently employed?
11          A.   Yes.
12          Q.   Where do you work?
13          A.   Miami-Dade County, water and sewer.
14          Q.   What position do you hold with Miami-Dade
15     County?
16          A.   Plant, land electrician supervisor.
17          Q.   How long have you been employed with the
18     County?
19          A.   Since October 17th, 2022.  So, it's been two
20     years and two months.
21          Q.   Did you work anywhere before that?
22          A.   No.
23          Q.   You've never had a job before working with
24     Miami-Dade County?
25          A.   You mean if I work, I don't understand.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                    Page 16

```
01        Q.   Before you started working for Miami-Dade
02   County, have you been employed with any other company?
03        A.   At Hypower.
04        Q.   When did you work for Hypower?
05        A.   I work about five years for Hypower.  I would
06   have to double-check, but it was about five years.
07        Q.   Do you remember what years you were employed
08   by Hypower?
09        A.   I would say like 2018, maybe 2017.
10        Q.   Okay.  So, from -- if my math is correct, you
11   worked there from about 2017 or 2018 until about 2022 or
12   2023.  Does that sound right?
13        A.   I worked in Hypower until October 2022.
14        Q.   Got it.  So, you stopped working at Hypower, I
15   guess, right about before you started working for the
16   County?
17        A.   That's correct.
18        Q.   What job title or titles did you hold while
19   working for Hypower?
20        A.   General superintendent or project supervisor.
21        Q.   Just to clarify, are those two separate job
22   titles?
23        A.   No, it's the same one.
24        Q.   Why did you stop working at Hypower?
25        A.   Well, I had -- my goal was to pay off my house
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                    Page 17

01   and to have my own business or to work at a job with not

02   that much responsibility.  So, this opportunity came up

03   with Miami-Dade County.  I applied and I was offered the

04   opportunity.

05        **Q.   Did you feel like you were overwhelmed with**

06   **your job responsibilities while working for Hypower?**

07        A.   Not at all.  It is the responsibility of any

08   supervisor.  It was an electrical project of several

09   million dollars and one has to cover all the

10   responsibilities just as an owner, and I was paid for

11   that.  That was my job description.

12        **Q.   So, working as a supervisor at Miami-Dade**

13   **County now, do you feel like you have less**

14   **responsibility than you did during your time working at**

15   **Hypower?**

16        A.   Yes.

17        **Q.   In what way?**

18        A.   The system is more sophisticated.  There's

19   less employ --

20             THE INTERPRETER:  This is the Interpreter.  I

21        need to clarify.

22        A.   The system is more sophisticated.  It has less

23   employees, it has less responsibilities related to

24   employees and to the supplies or the materials.  It's

25   mainly an administrative position.  The work is more



**UNIVERSAL**
**Court Reporting**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                              Page 18

01   simple.  For example, I have eight employees, that alone

02   is completely different.

03          When I say more sophisticated, I mean that it

04   has more branches and there is more people dedicated to

05   each branch.  For example, there's a person in charge of

06   payroll, there's a person in charge of materials.

07          So, in the private sector, a supervisor will

08   cover all of them.

09   BY MR. LAROU:

10       Q.   How did you begin working at Hypower?

11       A.   How did I start working at Hypower?  Well,

12   they needed a supervisor.  It was a very recognized

13   prestigious company.

14       Q.   How did you find the job?

15          THE INTERPRETER:  I'm sorry, Counsel?

16   BY MR. LAROU:

17       Q.   How did you find the job?

18       A.   Well, they advertised in magazines and the

19   website and I already knew a few workers and supervisors

20   there so I called and they told me that, yes, that they

21   were looking for someone.  So, I have a resume, a good

22   resume, and I was offered the opportunity right away.

23       Q.   What are the names of friends that you had at

24   Hypower that connected you with the company when you

25   were applying?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                    Page 19

```
01        A.   Jose Morales, M-O-R-A-L-E-S.  Robert Weisber,
02   W-E-I-S-B-E-R, Pete Weisber also, there's more.
03        Q.   Who else?
04        A.   Jason Valentine.
05        Q.   Are there any other individuals that were
06   working at Hypower that you knew before you started
07   working there?
08        A.   Yes, but I actually don't remember right now.
09   I'm trying to.
10        Q.   Okay.  So, while you're thinking about that, I
11   want to ask you about how those relationships formed
12   with the individuals you just mentioned, and if you're
13   able to think of any other individuals that you knew who
14   are working at Hypower work before you started working
15   there you can let me know.
16             But first I'll start with Jose Morales.  How
17   did you meet him?  How did you know him before you
18   started working for Hypower?
19             THE INTERPRETER:  This is the Interpreter.  I
20        just need to ask one.
21        A.   I worked many years ago for a famous company
22   called Daniel's Electric Contractor.  And I knew several
23   employees there and supervisors and those are the ones
24   that I knew before.
25   BY MR. LAROU:
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                    Page 20

```
01        Q.   So, Jose Morales, Robert Weisber, Pete
02   Weisber, and Jason Valentine, you knew all of them, from
03   your work -- your previous work with Daniel's Electric?
04        A.   Yes, correct.
05        Q.   During the time you were working at Hypower,
06   do you have any -- did you ever have issues with your
07   work schedule?
08        A.   Never.
09        Q.   What projects have you worked on at Hypower?
10             And I know earlier you stated Palmer Lakes,
11   but can you tell me the other projects that you've
12   worked on during your employment with Hypower?
13        A.   From -- before Palmer Lakes I was in Gables
14   Estates in Coral Gables.  In all above Florida, before
15   that, I was in Telemundo.
16        Q.   Do you remember the approximate dates that you
17   were working at the Palmer Lakes project?
18        A.   In Palmer Lakes I was one year.  That means
19   from September 2021 to October 2022.
20        Q.   Can you tell me where that Palmer Lakes
21   project is located about, what city or what area of
22   Miami?
23        A.   So, it is located across from Miami
24   International Airport and it has the Miami River on the
25   east side.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01        Q.   During the time you were working for Hypower,
02   did you ever have to take leave for medical purposes?
03        A.   No.
04        Q.   So, I want to focus on the Palmer Lakes
05   project.  Can you tell me a little bit about the project
06   what you were working on?
07        A.   Other projects, well, the train station, the
08   condos at Gables station, and the station at Telemundo.
09        Q.   But at Palmer Lakes, what specifically were
10   you working on?
11        A.   The whole project.
12        Q.   I'm not really sure what that project consists
13   of.  Can you tell me?
14        A.   It's a project for Amazon.
15        Q.   What type of project?
16        A.   It's the electricity for the entire process of
17   receiving merchandise, processing merchandise for
18   delivery.  It's the loading of all the vehicles of
19   Amazon which are electrical and it's a system received
20   and shipping to other areas of Miami.
21        Q.   So, if I'm understanding correctly, you and
22   Hypower were responsible for running all of the
23   electricity through that project?
24        A.   Yes, everything related to electrical in that
25   project was my responsibility.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                    Page 22

```
01        Q.   Okay.  And Mr. Fleites, I noticed it seems
02   like you're looking down at your phone.  Can I ask what
03   you're looking at?
04        A.   Yes, because we are receiving work some parts
05   and I had to forward a contact information.
06        Q.   Okay.  I just want to ask that I have your
07   full attention during today's deposition.  And I'd like
08   to let you know please don't review any documents unless
09   you're going to share those with me.
10        A.   Okay.
11        Q.   And I'm sure you probably don't want to be
12   here getting deposed today.  And I promise I'll try and
13   get you out here as soon as possible.
14        A.   Yes, that's correct.  I don't know why I have
15   to be involved in this.
16        Q.   So, during the time you were working at
17   Hypower, did you ever have to take time off from work
18   because you felt you were too stressed?
19        A.   Never.
20        Q.   So, going back to the Palmer Lakes project,
21   can you walk me through an average day during your time
22   working there as a superintendent?
23        A.   Well, a usual day I would arrive a few minutes
24   or 30 minutes before my -- the start of my work day.  I
25   would prepare the document that needed to be signed.  I
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  would prepare what I was going to say in the meeting.

02         At 07:00 A.M.  we would have a meeting with

03  all the employees.  They would come in and they would

04  sign sheets and sit down.  Then we would hold meeting at

05  07:00 A.M.

06         We would talk about what was done the day

07  before and what was going to be done that day.  I would

08  distribute the stuff where we needed more people, where

09  we need less people, according to the foreman.

10         After that, the meeting would be over and each

11  band would go to their assigned area foreman because I

12  would divide the work in parts, and each foreman had

13  several employees.  When they went to their areas they

14  would have their tools and they would start working.

15         I would then do their payroll, order

16  materials, coordinate the work, prepare meetings.  Walk

17  through the project and basically, that was my day at

18  work.  I would also supervise, make sure that the rest

19  times and lunch times were followed.  Not to exceed 30

20  minutes.

21     Q.  Mr. Fleites, I'm going to have to ask you

22  again, can you not be on your phone while I'm asking you

23  questions?

24         MS. MCCARTHY:  And if I could chime in.

25     Mr. Fleites, maybe if you can power off your phone



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01        for a little bit, just -- I think it'll help
02        everything go a little more smooth throughout the
03        rest of the depo.
04            THE WITNESS:  I already did it.
05            MS. MCCARTHY:  Thank you.
06  BY MR. LAROU:
07        Q.   Wonderful.  Thank you.  So, I want to clarify
08  a couple points in your last response regarding your
09  average work day.
10            You said that you would arrive about 30
11  minutes before the start of the work day.  What time did
12  your work day start?
13        A.   Well, as a supervisor that I was, my
14  responsibilities were to arrive early and to prepare all
15  the conditions for the day.  I was under a salary.
16            I didn't earn by the hour.  So, my job was to
17  arrive early and to maybe have a cup of coffee and
18  gossip a little bit and see everyone.
19        Q.   Right.  But my question was what time did work
20  day start?
21        A.   My schedule, my work schedule was 07:00 A.M.
22            to 03:30.  Like I said, my position did not
23  have a specific schedule.
24        Q.   So, on average typical day working at the
25  Palmer Lakes project, what time would you arrive to the
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01   job site?

02        A.    About 30 minutes before 07:00.

03        Q.    And what time would you leave work typically?

04        A.    If there was no overtime, 03:30.

05        Q.    How often would you work overtime?

06        A.    That would depend on what was going on in the

07   project at the time.

08        Q.    So, would you say there was overtime every

09   week, every other week, one week out of the month, about

10   how often?

11             MS. MCCARTHY:  Form.

12        A.    The overtime was not part of the schedule.

13             It would depend on the need on the task or on

14   the emergency of the project.  It varies.  Sometimes you

15   have to work for several months in a row on overtime,

16   and other times it would be just one, once per week.

17   BY MR. LAROU:

18        Q.    So, just to make sure I'm understanding

19   correctly, at some points during the Palmer Lakes

20   project there would be overtime available for several

21   consecutive weeks in a row?

22             MS. MCCARTHY:  Form.

23        A.    Yes, it could happen from what I remember.

24   Yeah.

25   BY MR. LAROU:
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    Q.   Okay.  So, you mentioned just a moment ago you

02 would typically arrive to the Palmer Lakes job site at

03 about 06:30 in the morning.  Who would be there at the

04 job site when you would arrive?

05    A.   Well, from who -- like to avoid traffic,

06 others like to have coffee before work.  But in average

07 about 20 or 15 minutes more or less or 10 minutes before

08 the start time, the employees were already there.

09    Q.   But when you would arrive at 06:30, would you

10 see any Hypower employees there at the job site already?

11    A.   Could be that someone was there, but in

12 average it wasn't that so that everybody was there.

13    Q.   About how many people would be there when you

14 arrived at 06:30?

15    A.   Well, some older people were there, some

16 people who like to have a cup of coffee, I mean who like

17 to make a coffee, we had a coffee machine there.

18         Some people -- people would start coming in

19 little by little.

20 Some would stay in the car, some would sit apart.

21         But it was normal for people to be coming in

22 more or less at the time.  Some lived far way, some

23 wanted to avoid traffic, that would vary.

24         But I do know that the rule was that 10 or 15

25 minutes before everybody had to be there in order to be



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                    Page 27

```
01   ready to start at 07:00.  In this job, we don't have

02   that.  So, I just arrive a few minutes before.

03        Q.   But -- so, my question was when you would

04   arrive to the job site at Palmer Lakes at 06:30 in the

05   morning, how many Hypower -- about how many Hypower

06   employees would be there?

07        A.   Well, one day there could be four, another day

08   three, another six, another day one, another day none,

09   another day seven.  In other words, it was not a norm.

10   It would depend on how that person felt at that moment.

11        Q.   Is there something you wanted to add to that

12   response?

13        A.   Well, what I meant is that it depended on the

14   moment.  If it was raining, what was happening at the

15   moment?  Some would come in and ask me questions or

16   wanted to clarify something.  They would come in and

17   out.  They would walk, they would talk, they would have

18   coffee.

19        They would have some kind of connection before

20   starting.  Some were more responsible than others.  But

21   there was not a specific norm regarding that.  What I do

22   know is that everybody had to be there to start at

23   07:00.

24        Q.   You mentioned just a moment ago that there was

25   a rule everyone had to be there at least 10, 15 -- 10 or
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                          Page 28

01    15 minutes before 7 o'clock to make sure that they're

02    all ready to get the day started.

03              What exactly would the Hypower employees have

04    to do to get ready to start their day?

05         A.   Just sit down and start the meeting at 07:00.

06         Q.   What are the job titles of those employees

07    that you would see in the morning before 7 o'clock?

08         A.   Oh, all the employees that are under my

09    supervision in the project.  All employees of the

10    project including the foremen who are the ones that are

11    directly distributed the tasks to.

12         Q.   You said it would be all of the individuals

13    you were supervising.  So, other than the foremen what

14    other Hypower employees were you responsible for

15    supervising?

16         A.   Just the electrical or if we had a

17    subcontractor or any other labor.

18         Q.   So, as far as Hypower employees then it sounds

19    like you were just supervising foremen and electricians,

20    correct?

21         A.   Correct.

22         Q.   Next, I want to ask about the meetings that

23    you were referring to just a moment ago that I believe

24    you said would be held at 7 o'clock.  How often would

25    you hold those meetings?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01          MS. MCCARTHY:  Form.

02       A.   In average they were 15 minutes.

03  BY MR. LAROU:

04       Q.   Right.  But how often would you conduct those

05  meetings?

06       A.   Everyday.

07       Q.   Just to make sure I'm understanding correctly,

08  you would hold meetings with the electricians and

09  contractors every day at the Palmer Lakes project

10  starting at 07:00 A.M.?

11          MS. MCCARTHY:  Form.

12       A.   That is not correct.  I would hold a meeting

13  with the Hypower employees at 07:00 A.M. and we would

14  talk about the day, preparing the day ahead, what we

15  were going to do the following days, what was done the

16  day before.

17  BY MR. LAROU:

18       Q.   I don't understand what is not correct.  So,

19  you're saying you would hold meetings every day, right?

20          MS. MCCARTHY:  Form.

21       A.   Yes, but you mentioned contractors, and I did

22  not hold meetings with the contractors, just with

23  Hypower employees.

24  BY MR. LAROU:

25       Q.   So, would that include foremen?



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    A.    That's correct.

02    Q.    Did you ever hold meetings with Foreman or

03 electricians working for Hypower before 07:00 A.M.?

04    A.    No.

05    Q.    How would you usually get to work?

06         THE INTERPRETER:  I'm sorry, Counsel?

07 BY MR. LAROU:

08    Q.    How did you get to work?

09    A.    In my car.

10    Q.    Where would you park?

11    A.    Well, around the project, there was parking.

12         As people would arrive, they would take their

13 spots that were closest and then as people came little

14 later, they would park around the perimeter.  But

15 usually, I'd park like two blocks or one and half blocks

16 or one block away.

17    Q.    So, was there a specific parking garage or

18 parking lot for Hypower employees at the Palmer Lakes

19 project?

20    A.    No, that was typical for many construction

21 site, people park around the site and that was the case

22 in Palmer Lakes.

23    Q.    While you were working at the Palmer Lakes

24 project were you eligible to receive any bonuses in

25 addition to your regular pay?



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                    Page 31

01      A.   Specifically in Palmer Lakes I didn't get to

02  receive it because it would -- it was to be paid in

03  March and I left before.

04      Q.   Were you eligible to receive any bonuses?

05      A.   Yes.

06      Q.   What was that bonus based on?

07      A.   In salaried employees.

08      Q.   I'm not sure what you mean.

09      A.   We the salaried employees will get a yearly

10  bonus based on the, how the project work, what the

11  earnings were, and the work done by the salaried

12  employee.

13          MR. LAROU:  Sorry, Madam Interpreter, could

14      you repeat the last bit of the question based on

15      what?

16          THE INTERPRETER:  Work done by the salaried

17      employee.

18  BY MR. LAROU:

19      Q.   So, are you saying that your bonus was based

20  on the work that you did alone?

21          MS. MCCARTHY:  Form.

22      A.   That my bonus was based, I don't understand.

23  BY MR. LAROU:

24      Q.   What had to happen for you to receive a bonus?

25      A.   Be salaried employee and do my work correctly.



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                    Page 32

```
01   That was stimulus I would receive from my work.
02        Q.   Do you know if that bonus was based on the
03   company's profitability?
04        A.   I don't know.
05        Q.   Did anyone from Hypower explain to you the
06   criteria for receiving your bonus?
07             MS. MCCARTHY:  Form.
08        A.   No, it was a thing that was expected in March,
09   April, or March.
10   BY MR. LAROU:
11        Q.   Did you ever receive a bonus while working for
12   Hypower?
13        A.   Yes.
14        Q.   Did anyone explain to you when you received
15   that bonus, why you were receiving it?
16             MS. MCCARTHY:  Form.
17        A.   I was not interested.  I mean, I would receive
18   it, and in my case, it was just extra money I would
19   receive.
20   BY MR. LAROU:
21        Q.   Did you receive more than one bonus from
22   Hypower?
23        A.   Yes.
24        Q.   How many?
25        A.   One per year.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01      Q.   So, how many in total?

02      A.   If I was there about five years, I received

03   three or four.

04      Q.   Did you receive the same amount every year?

05      A.   Yes, I think so.

06      Q.   Is it your understanding that if the company,

07   Hypower, was making more money that you would receive a

08   larger bonus?

09      A.   No, that would depend on the times and those

10   would qualify for that bonus.  It was an average of the

11   same for everyone.

12      Q.   How do you that it was the same for everyone?

13      A.   Because we would talk about it.

14      Q.   The salaried employees that you're referring

15   to that also received bonus that you spoke with, what

16   are the names of those individuals?

17      A.   Basically with the supervisors.

18      Q.   What are their names?

19      A.   With Jose Morales, with Jason Valentine.  It

20   would depend on the relationship you would have with

21   them.  But basically those two.

22      Q.   Basically, are there any other individuals,

23   salaried employees of Hypower that you spoke with about

24   bonuses?

25          MS. MCCARTHY:  Form.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                                    Page 34

```
01        A.   No.

02   BY MR. LAROU:

03        Q.   So, during the time that you were working as

04   superintendent at the Palmer Lakes project, how many

05   people did you supervise?

06        A.   In average 30 or 35 employees.

07        Q.   And those individuals were all either

08   electricians or foremen?

09        A.   Correct.

10        Q.   What was the amount of each bonus you received

11   from Hypower?

12             MS. MCCARTHY:   Form.

13        A.   7,000.

14   BY MR. LAROU:

15        Q.   And it was the same 7,000 each time that you

16   received the bonus?

17        A.   There was a difference, plus or minus but they

18   were not insignificant numbers.

19        Q.   So, I want to talk about the chain of command

20   regarding supervision of the Palmer Lakes project.  So,

21   can you tell me kind of from the bottom level of

22   employees all the way to the top who supervised who?

23        A.   Okay.  We have the helpers.  There was the

24   mechanics who are the -- the electric mechanics who are

25   -- the ones who have the journeyman license.  And we
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01   have the foremen.

02          The foremen are in charge of giving the tasks

03   to the journeymen.  And the journeymen are the ones who

04   do the work with the helpers.

05      Q.   So sounds like the electrical, I'm sorry,

06   electrical mechanics I believe you refer to them as the

07   individuals holding a journeyman's license were

08   responsible for overseeing the helpers.  Is that right?

09      A.   Yes, they work together, mechanic with a

10   helper.  It doesn't mean that all the mechanics are

11   journeymen.  The average is that that they are.

12      Q.   So, I just want to clarify.  An electrical

13   mechanic is that the same thing as an electrician?

14      A.   Well, electrician is anyone who works with

15   electricity, but their classifications.  An electrical

16   mechanic is someone who usually has the journeyman

17   license and has certain degree of experience and he is

18   assigned an assistant to help him.

19      Q.   So, if I'm understanding correctly, the

20   foreman would be responsible for supervising the

21   electrical mechanics, the electricians as well as

22   helpers.  Is that right?

23      A.   Correct.

24      Q.   Okay.  So, I believe you stated earlier that

25   you as a superintendent then would be responsible for



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  overseeing the foremen?

02       A.   That's correct.

03       Q.   Was there anyone supervising you?

04       A.   Yes.

05       Q.   And who is that?

06       A.   The project manager and the Chief of

07  Operations.

08       Q.   Do you know if there was any hierarchy between

09  the project manager and the Chief of Operations, if one

10  was higher than the other in the chain of command?

11       A.   My understanding is that the Chief of

12  Operations is a higher position than the project

13  manager.  The project manager is in charge of the

14  finances for specific project, while the Chief of

15  Operations is the supervisor for all projects.

16       Q.   Thank you for clarifying.  Who was the project

17  manager at the Palmer Lakes project?

18       A.   His name is Dan Sundae.

19       Q.   And was there any other superintendent other

20  than yourself working at the Palmer Lakes project?

21       A.   From what I remember, there may have been

22  another superintendent as a backup or a covering for me

23  in the project.

24       Q.   Do you remember what their name was?

25       A.   I am -- there was someone else.  I'm trying to



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  remember.  I'm not sure, but there was one Keith Werlao.

02      Q.   And who was the Chief of Operations at the

03  Palmer Lakes project -- strike that.  Who was the Chief

04  of Operations responsible for overseeing the Palmer

05  Lakes project?

06      A.   Adam Johnson.

07           MR. LAROU:  And guys, I know we've been going

08      for a little over an hour and a half now.  Is it

09      okay if we take maybe a 10-minute break and come

10      back?

11           THE WITNESS:  Okay.

12           THE COURT REPORTER:  Everyone in agreement?

13           MS. MCCARTHY:  Fine with me.

14           THE COURT REPORTER:  All right.  The time is

15      11:39 A.M.  going off record.

16           (Thereupon, a short discussion was held off

17      record.)

18           (Deposition resumed.)

19           THE COURT REPORTER:  The time is 11:51 A.M.

20      We're back on record.

21  BY MR. LAROU:

22      Q.   Okay.  Mr. Fleites, before we get back into

23  the questions regarding your time working for Hypower, I

24  just want to ask.  Did you communicate with anyone

25  during the 10-minute break that we just took?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01        A.    No.
02        Q.    During the time you were working as a
03   superintendent at the Palmer Lakes project, were you
04   responsible for ensuring the company's compliance with
05   safety rules or regulations?
06        A.    That's correct.
07        Q.    How would you ensure compliance with safety
08   rules and regulations for the Palmer Lakes project?
09        A.    Every week we would hold together or in
10   conjunction with the daily meetings, meetings regarding
11   safety, we would discuss the safety and this was every
12   Monday or Friday depending on the project.  And also
13   during the process of the project, there was a safety
14   manager working along.
15        Q.    What was the name of the safety manager
16   working at the Palmer Lakes project?
17        A.    The name I don't remember.
18        Q.    So, would the safety manager also attend those
19   meetings where you would discuss safety?
20        A.    On occasion.
21        Q.    So, at those safety meetings, who all would be
22   there?
23        A.    All the Hypower electric workers on the
24   project.
25        Q.    So, would that include electricians?
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                           Page 39

```
01        A.    Correct.

02        Q.    And would that include foreman as well?

03        A.    Correct.

04        Q.    What would you discuss at those safety

05   meetings?

06        A.    The project manager of Hypower would give us

07   the topics for the month to talk about every week, and

08   we would add the topics that had to do with that

09   particular phase of the project.

10             THE INTERPRETER:  The Deponent is indicating

11        that the Interpreter made a mistake with the

12        interpreting.  It's not the project manager, it's

13        the safety manager.

14   BY MR. LAROU:

15        Q.    So, who would conduct the meeting?  Who would

16   run those safety meetings?

17        A.    I was.

18        Q.    Would you discuss work hours at those safety

19   meetings?

20        A.    I don't think so.  I don't remember.  There

21   were some topics related to work schedules and things

22   like that.  We would talk about that.  But it was not

23   that specifically about the work schedule.  But maybe

24   time intervals regarding rest time and meal time and

25   water time.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01        Q.   Were those rules or regulations governing

02   break periods or work time?

03             THE INTERPRETER:  I'm sorry, Counsel.  I

04        didn't understand the question.

05   BY MR. LAROU:

06        Q.   Can you tell me what were those rules or

07   regulations governing employees break time and work

08   times?

09             THE INTERPRETER:  Thank you.

10        A.   That's the service manual of Hypower Electric.

11   BY MR. LAROU:

12        Q.   Do you remember what they were?

13             MS. MCCARTHY:  Form.

14        A.   It was eight hours per day, 07:00 A.M.  start

15   time break between 09:00 and 09:15, lunchtime between

16   12:00 and 12:30  P.M.  03:30, end of the day.  About 10

17   or 15 minutes before 03:30 we needed to pick up

18   everything.  And by 03:30, to be in the area where they

19   sign out.

20   BY MR. LAROU:

21        Q.   So, you stated that Hypower employees were

22   required to be in the area where they sign out by 03:30?

23             MS. MCCARTHY:  Form.

24   BY MR. LAROU:

25        Q.   Were they required to actually sign out of
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01   work and stop working by 03:30?
02             MS. MCCARTHY:   Form.
03       A.   Yes, that's correct.  They would go through
04   the area where we would hold the meetings in the
05   morning.  They would report to that area.
06   BY MR. LAROU:
07       Q.   Where would you hold those meetings?
08       A.   Across from my office.
09       Q.   Was that outside or inside?
10       A.   About 100 feet outside of the project.
11       Q.   The electricians working at the Palmer Lakes
12   project for Hypower have to use any type of tools to do
13   their job?
14             THE INTERPRETER:  I'm sorry, Counsel.  You
15       said tools, right?
16             MR. LAROU:  Correct.
17             THE INTERPRETER:  Thank you.
18       A.   Yes.
19   BY MR. LAROU:
20       Q.   What tools were electricians required to use
21   while working at the Palmer Lakes project?
22       A.   Okay.  So, there is a -- these are the rules
23   at Hypower.  And there is a list of tools and I will
24   explain this because maybe you are not aware of how the
25   system works.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01              There are certain tools that are personal
02   tools that are guaranteed by the electrician.  And then
03   there is a list of tools that's provided by Hypower for
04   jobs that are more involved.
05         Q.   I'm not sure I understand.
06              MS. MCCARTHY:  Form.
07   BY MR. LAROU:
08         Q.   So, what tools did the electricians have to
09   use working at the Palmer Lakes project?
10         A.   Which one you do need to know about, the
11   personal ones or the ones from Hypower?
12         Q.   All of them.
13              THE INTERPRETER:  I'm sorry.  This is the
14         Interpreter.  And I will ask the Deponent to go
15         slowly with those technical terms.
16         A.   So, that's hammers, spins twisters, cutting
17   twisters, cutters, screwdrivers, different sizes and
18   types, metal cutters, like bandsaw, handsaw, seesaw.
19              We also have knuckle punchers, sanding tools,
20   drills, counting all the tools it's about 40 tools.
21         Q.   Okay.  And one of the tools that you just
22   mentioned, I just want to confirm.  I believe you said
23   sawzall like S-A-W-Z-A-L-L?  Is that correct?
24         A.   I don't think so.
25         Q.   Okay.  So, what tools would Hypower provide to
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                    Page 43

01  the electricians working at the Palmer Lakes project?

02      A.   Basically, the tools that are big and

03  nonpersonal like shovels and machines to bend pipes,

04  spikes, knuckle punchers.

05      Q.   Other than those shovels, machines to bend

06  pipes, knuckle punchers, would Hypower provide any other

07  tools for their electricians to use at the Palmer Lakes

08  project?

09          MS. MCCARTHY:   Form.

10      A.   Portable generators, equipment to pull wires,

11  chain lifts, manual chain lifts, all the seesaw lifts,

12  boom lifts.

13  BY MR. LAROU:

14      Q.   What about foremen, would Hypower provide any

15  tools for foremen to use at the Palmer Lakes project?

16      A.   Basically, the foremen are assigned tools to

17  guard them, to assign them to the workers.  But the

18  foremen basically do not perform jobs.

19      Q.   So, what tools would foremen be assigned to

20  guard them?

21      A.   In the area of work of the foremen, there is a

22  gang box safety like a safety box.  They are provided

23  with those tools that are kept in this box, tools like

24  the bandsaw, electrical tools.  They are collected the

25  end of the day, every day, and placed in that box.  And



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01   then in the morning, they are given to the workers for

02   the day.

03          Q.   I know earlier you mentioned that employees

04   were required to get their 10 or 15 minutes before start

05   time of 07:00 A.M.  During that time, before the shifts

06   started at 07:00 A.M. is that when employees would go

07   and retrieve these tools from the gang box?

08               MS. MCCARTHY:   Form.

09          A.   No, negative.

10   BY MR. LAROU:

11          Q.   So, when would employees retrieve their tools

12   from the gang box?

13          A.   After having the meeting in my area, then they

14   would go to their area where the foreman would have a

15   key to open that safety box with the tools or the gang

16   box.  It would make sense for an employee to go to the

17   work area and then return to my area for the meeting.

18          Q.   So, you're saying that the electricians and

19   the foremen would go and get those tools from the gang

20   box after the meeting at 7 o'clock?

21               MS. MCCARTHY:   Form.

22          A.   That's correct.

23   BY MR. LAROU:

24          Q.   And just make sure I'm understanding

25   correctly, are you saying that it would be the foreman's



UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01   responsibility for taking those materials, those tools

02   from the gang box and distributing them to employees?

03          A.   That is correct.

04          Q.   Are there any other individuals or another

05   individual who is responsible for taking out power tools

06   from the gang box and giving them to the employees other

07   than foreman?

08          A.   If there was an agreement between the foreman

09   and some trust -- an employee of his trust, then that's

10   what they would do.  My part was to assign the tools to

11   the foremen and for them to manage them.  How he would

12   do it?  I wouldn't get involved in that.

13          Q.   While you were working at the Palmer Lakes

14   project, did you ever work with a guy named Sergio

15   Velez?

16          THE INTERPRETER:  And Counsel, may I have the

17      spelling of the last name?

18          MR. LAROU:  I believe it's either V-A-L-E-Z or

19      V-E-L-E-Z.

20          A.   Yes.

21   BY MR. LAROU:

22          Q.   What was his job title?

23          A.   Materials man.

24          Q.   What were his job duties?

25          A.   He would receive all the materials and the



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  rental equipment and the tools.  For example, he would

02  have these -- a generator in a container and he was in

03  charge of picking it to the foreman if they requested

04  it, and other tools that he would be in charge of, bring

05  them to the foreman.

06      **Q.   Was Sergio responsible for distributing tools**

07  **from the gang box to electricians for Palmer Lakes**

08  **project?**

09          MS. MCCARTHY:  Form.

10      A.   So, Sergio was responsible for the big tools

11  that were not assigned to the foreman.

12  BY MR. LAROU:

13      **Q.   What tools -- sorry.  What tools would those**

14  **be?**

15      A.   Those pullers of wires, those are the puller

16  wires, generators, knuckle punchers, cutting scissors,

17  the seesaw lifts.

18      **Q.   So, if an electrician needed to use any of**

19  **those large tools that you just mentioned that Sergio**

20  **was responsible for distributing, how would they get**

21  **those tools?**

22      A.   Well, a foreman would radio Sergio or

23  depending, maybe radio me, and we would coordinate to

24  take that tool to the area where the foreman needed it.

25      **Q.   Would the electricians or foremen ever obtain**



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  those large tools that Sergio would distribute before 7

02  o'clock?

03          THE INTERPRETER:  I'm sorry, Counsel, I did

04      not get the last part.

05          MR. LAROU:  Before 7 o'clock.

06          THE INTERPRETER:  Oh, okay.  Thank you.

07      A.   It would usually not happen.

08  BY MR. LAROU:

09      Q.   Usually.  But so, sometimes it would happen

10  that these large tools would be distributed before 7

11  o'clock?

12      A.   As far as I am concerned, I don't see that

13  happening.  I don't see them going to pick up a large

14  tool that maybe they can't even carry themselves, or

15  that could be stolen and go to the meeting, and then go

16  back.

17          There are things that I wouldn't see in the

18  project.  I mean, that employee had a certain

19  relationship with Sergio or with the materials man or

20  the foreman.  Employees want the best tool, the newest

21  tool.

22          In other words, they -- employees have to --

23  they relate to certain people like Sergio or like anyone

24  else like in any other job.

25      Q.   Would you agree with me that the electricians



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  need those large tools that Sergio would distribute in

02  order for them to be ready to begin working?

03          MS. MCCARTHY:  Form.

04      A.   Well, what I'm saying is that Sergio was in

05  charge of those tools.  He kept an inventory.  And

06  sometimes the tools, they needed to be carried in a cart

07  to flow to a certain floor.

08          If any of them ever picked up a tool before 7

09  o'clock, that was something that was done voluntarily.

10          They would make the arrangements.  I mean,

11  they were adults.  And they had relationships between

12  them.  And they knew what they liked, what was

13  convenient for them.

14  BY MR. LAROU:

15      Q.   And I'm going to rephrase and re-ask that

16  question because I don't believe that response was

17  correctly responsive to my question.

18          And before I do that, I just want to remind

19  you, Mr. Fleites, that you're not in trouble, you're not

20  being sued personally.  Just trying to understand the

21  facts of the case that is ongoing between Gustavo

22  Hernandez and Hypower?

23          It's a yes or no question.  Would you agree

24  with me that the electricians would need these tools

25  that Sergio would distribute in order for them to be



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                Page 49

```
01   ready to begin working at 07:00?

02             MS. MCCARTHY:  Form.

03        A.   No.

04   BY MR. LAROU:

05        Q.   So, your testimony -- your sworn testimony

06   today that you are giving under oath is that the

07   electricians of Hypower do not need the tools

08   distributed by Sergio in order to be ready to work?

09             MS. MCCARTHY:  Form.

10        A.   Not necessarily.

11   BY MR. LAROU:

12        Q.   Electrician needed the pull wires, could they

13   do that without a wire puller?

14             MS. MCCARTHY:  Form.

15        A.   In order to pull the wires -- I'm sorry, two

16   electricians, three electricians, four electricians

17   wouldn't be able to do it.  They would need a loader to

18   do that.  And there is a license required to work that

19   equipment, an electrician does not have that license.

20             In the process of wiring, there are many

21   things that need to be done before that tool gets to the

22   area.

23   BY MR. LAROU:

24        Q.   So, I think earlier you stated that the set

25   work schedule at the Palmer Lakes project was between
```



**Universal Court Reporting**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                                    Page 50

```
01   07:00 A.M. and 03:30  P.M.  Is that correct?
02        A.    Correct.
03        Q.    And was that the same -- strike that.  Were
04   electricians and foremen, both required to work that
05   same work schedule?
06        A.    Correct.
07        Q.    Do you know who set that work schedule?
08        A.    The regulations are from Hypower Electric.
09        Q.    Right.  But the regulations are not a person.
10   My question was, do you know who set those work hours?
11             MS. MCCARTHY:  Form.
12        A.    The owner.
13   BY MR. LAROU:
14        Q.    Who told -- is there anyone from Hypower that
15   told you that the work hours at the Palmer Lakes project
16   were between 07:00 A.M. and 03:30  P.M.?
17        A.    The project contract.
18        Q.    Was that --
19             THE INTERPRETER:  I'm sorry, Counsel?
20   BY MR. LAROU:
21        Q.    Who was that?
22        A.    The owner of the project, and the general
23   contractor.
24        Q.    What are their names?
25        A.    The owner was Engineer Prologic, that's what I
```


UNIVERSAL COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01    remember.  And the general contractor, I don't remember

02    the name right now.

03         Q.   So, my question -- so, was there anyone who

04    worked for Hypower that told you the working hours that

05    Palmer Lakes project are between 07:00 and 03:30  P.M.?

06         A.   When -- there was a meeting for to set the

07    parameters of the project and set the schedule.  My

08    supervisors, the project manager, the Chief of

09    Operations, the estimators, the owners, they get

10    together.  And when -- and then they set up all the

11    terms for the contractor -- for the owner of the

12    contract and the general contractor.

13         Q.   And in that last response, when you were

14    referring to the Chief Operations -- Chief of

15    Operations, are you referring to Adam Johnson?

16         A.   Correct.

17         Q.   And the project manager, are you referring to

18    Adam Sundae -- I'm sorry, my correction, Dan Sundae?

19         A.   Correct.

20         Q.   So, which one of those individuals told you

21    definitively work schedule at the Palmer Lakes project

22    was going to be 07:00 until 03:30  P.M.?

23         A.   Specifically, verbally, they don't tell me

24    that.  That's in the paperwork related to the contract

25    for the project.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                    Page 52

01      Q.   So, you found out by reading that paperwork.

02   Is that correct?

03      A.   Yes, I find it out by the way.  And 90% of the

04   projects, that's the schedule.

05      Q.   And what about the required 30-minute lunch

06   break was -- how did you find out about that

07   requirement?

08      A.   I think the books of Hypower Electric, 30

09   minutes.

10      Q.   Is that how you found out about the required

11   30-minute break by reading through Hypower's paperwork,

12   through their handbook?

13          MS. MCCARTHY:  Form.

14      A.   All employees that start working for Hypower

15   are given the bylaws of the company, and they are

16   responsible for reading them and signing.  And that's

17   where they have received all the instructions, the

18   schedule, and everything related to the company.

19   BY MR. LAROU:

20      Q.   My question is, how did you find out about the

21   required 30-minute lunch break?

22      A.   How did I find out?

23      Q.   Yes.

24      A.   It's like e divine mandate that the bosses

25   would have lunch at a particular time, the construction



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  workers would have lunch at another particular time.

02          If the lunch truck would arrive at 12:00 then

03  the lunch would be between 12:00 and 12:30.  If the

04  lunch truck arrive at 11:30 then lunch would be between

05  11:30 and 12:00.

06          It's normal thing in human beings to take 30

07  minutes for lunch.  No one has to tell me that.  And all

08  employees knew that they have 30 minutes for lunch.

09          In the project's case, that half hour was

10  between 12:00 and 12:30.

11      Q.  So, it's -- you stated it was divine mandate

12  that employees would have a 30-minute lunch break.  So,

13  it is your testimony that the required 30-minute lunch

14  break during the Palmer Lakes project was a message that

15  came down to the employees from God?

16          MS. MCCARTHY:  Form.

17      A.  I don't know if it's from God, but everybody

18  deserves a break for lunch.  We are assigned 30 minutes

19  and that's what we have.

20  BY MR. LAROU:

21      Q.  During you time working at the Palmer Lakes

22  project, who was responsible for ensuring that employees

23  took a 30-minute lunch break?

24      A.  I was.

25      Q.  How would you make sure that the employees



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01   would take the required 30-minute lunch break?

02        A.   I rely on the opinions of the foremen.  They

03   work directly with me, they report to me.  And I like to

04   visit the areas, to walk -- do the walkthroughs.

05        The food truck comes to the same place every

06   single time.

07        So, I see what they eat, what they buy, and

08   what they owe.  Sometimes the driver of the food truck

09   tells me such and such person owes me so much.  So, I

10   handle that.  I go to the person and I ask, what's

11   happening, what's going on.  So, that's how I know.

12        I can't be personally directly with 30

13   employees at the same time, nobody can achieve that.

14   But I see what happens around me.  And the foreman also

15   gives me information as to who went outside for lunch

16   and took too long.

17        Q.   Who is responsible for ensuring that the

18   Hypower employees at the Palmer Lakes project began

19   working at 7 o'clock?

20        A.   I was.

21        Q.   And who is responsible for ensuring that

22   employees of Hypower at the Palmer Lakes project stopped

23   working at 03:30  P.M.?

24        A.   I was.

25        Q.   And how would you ensure that Hypower


UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01   employees at the Palmer Lakes project began working at

02   07:00 A.M.?

03        A.   Because at 07:00 A.M.  I would start the

04   meeting with them.

05        Q.   So, earlier you stated that the employees were

06   required to arrive 10 or 15 minutes before 07:00 to make

07   sure they are all ready to start their shift.

08             How would employees know that they were

09   supposed to get there 10 or 15 minutes early?

10             MS. MCCARTHY:   Form.

11        A.   Well, if I remember correctly, Hypower books

12   state that the employee needs to arrive 10 minutes

13   before, not to work, but to arrive early.

14             For example, if the meeting is at 10:00, we

15   wouldn't start 10:30 later.  It all depends in the

16   circumstances of life.

17             It's not that it's a rule.  It's like a

18   suggestion and it's normal for any human being to arrive

19   at their job 10 or five minutes before he is supposed to

20   report for work.

21   BY MR. LAROU:

22        Q.   Did you ever instruct Hypower employees at the

23   Palmer Lakes project that they needed to be there 10 or

24   15 minutes early?

25        A.   I wouldn't have said an employee to arrive



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01   late at work.  The employees would arrive 10 minutes

02   before, 15 minutes before.  Some half-an-hour before.

03            They would grab their bucket to sit down and

04   wait for my meeting.

05       Q.   During the time that you worked for Hypower at

06   the Palmer Lakes project, have you ever instructed any

07   Hypower employee to arrive before 7 o'clock in the

08   morning?

09       A.   Instructions to an employee to arrive before 7

10   o'clock.

11       Q.   And it's a yes or no question.

12       A.   No, no.

13       Q.   If I were to show you Hypower's employee

14   handbook just a moment ago that employees knew they had

15   to be there 10 or 15 minutes earlier because it's in the

16   handbook.  If I were to show you that handbook, could

17   you point to me where in the handbook it says that?

18            MS. MCCARTHY:  Form.

19       A.   It may be here.  I don't know if I would be

20   able to see it.  I don't know.  It may be there or it

21   may not be there.

22   BY MR. LAROU:

23       Q.   Just a moment ago you said that it was there.

24   So, what made you believe that?

25       A.   What I remember makes me think that there is



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01   something that makes reference to being early at work.

02          With all due respect, you and I, what were we

03   doing, 10 minutes before we start looking at each other

04   in the camera?

05          THE INTERPRETER:  Okay.  When he says -- when

06       the Deponent is saying, you, he is referring to the

07       Interpreter.

08       A.   Because we have common sense with

09   responsibility.  We were not going to start at 10

10   o'clock with the code, with the Zoom meeting, logging

11   in.

12   BY MR. LAROU:

13       Q.   And so, I just wanted to confirm.  I know you

14   stated that the work schedule at the Palmer Lakes

15   project was from 07:00 A.M. until 03:30  P.M. was a

16   mandatory 30-minute break.

17          So, again, if my math is correct, if they're

18   working five days a week, that comes up to 40 hours per

19   week.  Is that correct?

20       A.   Correct.

21       Q.   And what days were Hypower employees required

22   to work 07:00 A.M. until 03:30  P.M. during the Palmer

23   Lakes project?

24       A.   The five days of the week, Monday through

25   Friday.
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                     Page 58

01      Q.   And if a Hypower employee at the Palmer Lakes

02   project wanted to work less than 40 hours, were they

03   allowed to do that?

04      A.   Yes, of course.  An employee could request

05   personal days.  They could -- or medical leave, or they

06   could leave early if they have any family issues.

07      Q.   Would they have to get approval if they wanted

08   to work less than the full 40 hours?

09      A.   Yes, they would approach me and let me know.

10           I would never say no, because we all have days

11   where we have issues.  But it was nothing very formal,

12   no paperwork to be signed, no document.  We would simply

13   report it in that week, that person would collect 38,

14   35, or 30 hours, depending.

15      Q.   Okay.  So, just to make sure that I'm

16   understanding correctly.  If an employee wanted to work

17   less than 40 hours, they would just come to you for

18   approval.  There was no other kind of formal process or

19   paperwork that they had to fill out to get that

20   approval?

21      A.   There was paperwork to be filled out if it was

22   vacation time or personal days, or if it was an extended

23   time off.  But if it was something sudden, they would

24   just come to me, let me know.  I would accept it and

25   they could leave.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                    Page 59

```
01        Q.    During your time working at the Palmer Lakes
02   project, did you ever have employees you were
03   supervising that showed up late to work?
04        A.    That happens every day in all projects.
05        Q.    So, how would you handle that if an employee
06   showed up late in Palmer Lakes project?
07        A.    Well, one of the things that I would try to
08   manage as best as possible is demanding requiring that
09   employees would call me if they were arriving late.
10             If they were stuck in traffic and they would
11   call me and tell me, "I'm 10, 15, 20 minutes late".  I
12   would say, "No problem".  Because I do understand the
13   problems that workers have.  And I am not going to
14   deduct them those 10 or 15 minutes.  But I did require
15   that they would let me know for their life safety and
16   because I had a work plan.
17             They could call me and say, "Hey, you know, I
18   overslept".  And I would say, "That's okay.  Drive
19   safely."  And if they would arrive later 30 minutes, I
20   would say, "That's fine.  Just go join your, you know,
21   team, your area, and continue what you were doing."
22        Q.    Okay.  So, you're saying that if an employee
23   arrived say 10 minutes, 15 minutes, 30 minutes late to
24   the project one day, they would still be paid as if they
25   began working at 7 o'clock?
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                    Page 60

01        A.   I am referring to 10 or 15 minutes, not half

02   an hour or one hour.  If that's the case then I would

03   mark seven hours and 30 minutes of work.  So, again, I

04   was referring to 5 or 10 minutes.  I wouldn't hurt the

05   employee that way.

06        I am happy if they communicate with me.  I am

07   happy to know the person is on his way.  And I am happy

08   that he is trying -- that I can count on him today and

09   he is trying to resolve his issues.

10        What bothers me is when they come in late in

11   front of everyone in a disrespectful manner, "I don't

12   need you here if you didn't have the consideration or

13   the made the effort to even call or be here early.

14        Q.   And so, I just wanted to clarify.  At Palmer

15   Lakes project, were you responsible for keeping track of

16   employees' hours?

17        A.   100%.

18        Q.   And so, the employees whose hours you were

19   keeping track of, that would include electricians as

20   well as foremen?

21        A.   That's correct.

22        Q.   How would you keep track of employees' hours?

23        THE INTERPRETER:  I'm sorry, Counsel?

24   BY MR. LAROU:

25        Q.   How did you keep track of employees' hours?



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01      A.    They would have a sign-in sheet and sign-out

02   sheet or board.  And they would sign in my presence.

03          And then I would calculate the hours in the

04   weekend and prepare the payroll.

05      Q.   And so, are you saying that every day when

06   every single electrician or Hypower would sign in to the

07   timesheet, they would do that in your presence?

08          MS. MCCARTHY:  Form.

09      A.   Correct.

10   BY MR. LAROU:

11      Q.   And is that the case for when they would sign

12   out on their timesheet as well, they would do that in

13   your presence every single one of them every day?

14          MS. MCCARTHY:  Form.

15      A.   That is correct.

16   BY MR. LAROU:

17      Q.   How late would you work each day at the Palmer

18   Lakes project?

19      A.   It would depend on the day.  I was a salaried

20   employee.  Sometimes I would say 15 or 20 minutes more

21   or sometimes 30 minutes.

22          In construction, we employees under salary,

23   would have to comply and fulfill all our

24   responsibilities.

25          And that was my job to fulfill my



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                         Page 62

```
01   responsibilities.  I was paid a good salary, a very good

02   salary.  So, I had to respond.

03          It's not that I would do it in eight hours or

04   four hours, or 40 or 20 hours.  I just had to comply or

05   fulfill my responsibilities.

06          Q.  Was there ever a day during the Palmer Lakes

07   project where you left before 03:30?

08          A.  I don't think I remember.  I am a person who

09   likes to do my job and do my responsibilities.  I am a

10   follower of that.  So, I don't remember.

11          Q.  Was there ever a day during the Palmer Lakes

12   project where you got sick and you couldn't work?

13          A.  No, it hasn't happened to me.  And as an

14   antidote, I had two COVID tests done hoping to have

15   COVID to be able to rest but they both came back

16   negative.

17          Q.  I think earlier you stated that the Palmer

18   Lakes project spanned from about September 2021 until

19   October 2022.  Did you ever take a vacation during that

20   time?

21              MS. MCCARTHY:  Form, and relevancy.

22              THE INTERPRETER:  He is asking to repeat the

23          question.  May I do it?  I'm sorry?

24   BY MR. LAROU:

25          Q.  You stated earlier that the Palmer Lakes
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  project spanned from about September 2021 until October

02  2022.  Did you ever take a vacation during that time

03  period?

04          MS. MCCARTHY:  Form, and relevancy.

05      A.   Yes.

06  BY MR. LAROU:

07      Q.   About many days did you take for vacation

08  during that period?

09      A.   I think 40 hours.

10      Q.   Did you leave Miami during that vacation

11  period?

12          MS. MCCARTHY:  Relevancy.

13      A.   I think so.

14  BY MR. LAROU:

15      Q.   Where did you go?

16          MS. MCCARTHY:  Again, relevancy.  You may

17      answer though, Mr. Fleites.

18      A.   I think it was Cuba.  Or a cruise, I don't

19  remember.  Or Las Vegas, I don't remember.

20  BY MR. LAROU:

21      Q.   So, you stated earlier that never missed work

22  for being sick during the Palmer Lakes project.  But you

23  did take about 40 hours worth of vacation time during

24  that project.

25          So, my question to you is, during the time



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01   that you were out for vacation during the Palmer Lakes

02   project, who was responsible for ensuring that

03   employees' hours were recorded correctly?

04          MS. MCCARTHY:  Form.

05      A.  Dan Sundae PM.

06   BY MR. LAROU:

07      Q.  Did you ever have to miss work during the

08   Palmer Lakes project other than those 40 hours' worth of

09   vacation time?

10      A.  I don't think so, no.

11      Q.  When you stopped working with Hypower, was the

12   Palmer Lakes project completed at the time you left?

13      A.  No.

14      Q.  Do you know when the Palmer Lakes project was

15   completed?

16      A.  After I left in October, maybe six or four

17   months longer.

18      Q.  Do you know if there was a superintendent that

19   replaced you after you left Hypower at the Palmer Lakes

20   project?

21      A.  Yes, there was one.

22      Q.  Do you know who that person?

23      A.  Robert Weisber.  I had mentioned his name

24   before.

25      Q.  So, you didn't want to finish out the Palmer



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01  Lakes project before you left Hypower?

02          MS. MCCARTHY:  Form.

03      A.   I would have liked to, but I already had the

04  opportunity with Miami-Dade County.  Palmer Lakes was a

05  project that was very successful with good profit.  And

06  I managed it very well.

07  BY MR. LAROU:

08      Q.   So, if employees working at the Palmer Lakes

09  project wanted to work -- strike that.  Were

10  electricians at Palmer Lakes project allowed to work

11  more than 40 hours per week?

12      A.   Yes.  Yes.  If there was overtime, yes.  If

13  the pro -- if the overtime was approved, yes.

14      Q.   What about foremen?  Were they also allowed to

15  work more than 40 hours per week at the Palmer Lakes

16  project?

17      A.   Yes, they could.  As a matter of fact,

18  Mr. Gustavo, I would assign him overtime with tasks like

19  counting lambs.  It was really an office work.  But I

20  would give him the job and he could do that out of his

21  house.  He would report the time to me.

22          He would tell me, "Oh, I'm coming to work".

23  And I would say, "No, no.  You can do this out of your

24  house.

25          Just report the time to me."  That's something
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  that I did with Mr. Gustavo several times.

02      Q.  So, it sounds then like you were responsible

03  for approving Hypower employees overtime at the Palmer

04  Lakes project.  Is that correct?

05      A.  No, that is not correct.

06      Q.  So, who was responsible for approving Hypower

07  employees, overtime at the Palmer Lakes project?

08      A.  Dan Sundae, the PM, and Mr. Allan Johnson.  I

09  would handle the overtime.  I wouldn't approve it.

10      Q.  What do you mean by, handle it?

11      A.  I would determine the amount of men that was

12  required for a certain area, for a certain work, and how

13  much time, and how much overtime was required.

14  Supervision.

15      Q.  Can you tell me the process that Hypower

16  employees would have to go through to receive approval

17  to work overtime at the Palmer Lakes project?

18      A.  The employees actually don't have to go

19  through any process.  If there was a need and a reason

20  to do overtime, then for example, the general contractor

21  would say, "Hey, I need to accelerate this phase.  So, I

22  need overtime people work overtime."

23          Then the project manager would review if there

24  was budget -- if it was in the budget or the general

25  contractor could say, "I'll pay for the overtime".



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01            So, then they would say, starting today or
02   starting tomorrow, we need people who are available to
03   work overtime, who is available.  How many people do we
04   need?  We need 10.  And then people would do the
05   overtime because they wanted to do it.
06         Q.   Okay.  And so, just a moment ago, you said
07   that you would -- you were responsible for supervising
08   employees that were working overtime.
09            So, if Hypower employees were approved to work
10   overtime at the Palmer Lakes project, would you always
11   stay and supervise them?
12            MS. MCCARTHY:   Form.
13         A.   If it was a big project, I would provide
14   support.  But if it was a project or a task that
15   required three or four people doing overtime, there was
16   always a foreman there.  And then I would not be present
17   in this small tasks.
18            So, I would leave them and I would ask them to
19   report me their hours.  And I would prepare the payroll
20   based on that.
21   BY MR. LAROU:
22         Q.   So, in that situation, if employees were
23   working overtime and you weren't there to supervise,
24   would there be any other individual there to ensure that
25   their stop time was accurately reflected on their
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                    Page 68

01    timesheet?

02         A.   That's correct.  Yes, the foreman would

03    supervise that and they would report it to me.  I

04    believe in the human beings.  I believe in a person.

05              If the foreman would tell me it's four hours,

06    then it's four hours.

07         Q.   During your time working at the Palmer Lakes

08    project, did you ever have employees that you were

09    supervising who worked more than 40 hours without

10    approval?

11         A.   I don't think so, impossible.

12         Q.   Why would that be impossible?

13         A.   I have to request that from my supervisor, my

14    PM, or Adam Johnson.  I can't just say, okay.  I need

15    four people to do overtime.  How would I justify that

16    overtime, the money spent for that?  What was done then?

17    I have to request the overtime.

18         Q.   Right.  But if a person just stayed on the job

19    site longer than 40 hours without approval, are you

20    aware of that ever happening?

21         A.   No.

22         Q.   If a person -- if a Hypower employee did work

23    longer than 40 hours without approval, do you think they

24    should be paid for overtime for those hours?

25         A.   Absolutely.  If an employee worked more than



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01   40 hours, he needs to be paid obviously.  If it was

02   approved, it needs to be paid.  If it was not approved,

03   then we would have to investigate why the employee

04   worked more than 40 hours.  But he worked the hours, he

05   gets paid.

06        Q.   During your time working at the Palmer Lakes

07   project, what steps would you take to ensure that

08   employees' timesheets accurately reflect the number of

09   hours they worked?

10        A.   Because I would have the report of the hour --

11   regular hours that were worked, and overtime hours

12   that were worked, that was assigned at that time to each

13   employee.

14        Q.   When you say, the hours report, are you

15   referring to the timesheets that the employees would

16   sign?

17        A.   Yes, the timesheets.  Correct.

18        Q.   What steps would you take to ensure that the

19   hours listed on the timesheet accurately reflect the

20   number of hours that they actually were at the Palmer

21   Lakes project working?

22        A.   The employees would come and work, they would

23   sign in and then sign out at 03:30.  I would write down

24   the description of the work they did the day, and the

25   amount of hours, regular hours, and overtime hours they
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                    Page 70

01   worked.

02        I would keep that paper in my possession.  And

03   then I would add those in my computer with a code for

04   the task done and the hours.  And then at the end of the

05   week, the employee could see the hours that were

06   reported.

07        Q.   So, you're saying you would write down notes

08   making sure that the timesheets accurately lined up with

09   the hours worked?  Are you saying that those were

10   handwritten notes you would make?

11        A.   There are codes for every task and there are

12   hours assigned to every task.  For example, an

13   underground task is $1,000 hours, and that's Code XXX.

14        So, that's a number.  Once we enter that code

15   in the board, then that reflects the underground work.

16   And that would require eight hours.  So, that's

17   bookkeeping.

18        Q.   And would you submit those notes to anyone

19   from Hypower?

20        A.   That's in the payroll system in Human

21   Resources.

22        Q.   So, you would submit those notes to Human

23   Resources?

24        A.   But it's really not notes.  And I will explain

25   so that you may understand.  Each activity in a project


UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  has between 200 and 300 codes.  Each code represents an

02  area and shows the hours required for that task.

03  So, then those hours are taken off from the code.

04          For example, if an employee works 40 hours

05  underground, then the code for underground will reflect

06  the 40 hours.  And that's how it's reflected in the

07  books with the code representing the underground work.

08      Q.   Right.  But that document that you would

09  prepare, would you submit it to someone working at

10  Hypower?

11          MS. MCCARTHY:  Form.

12      A.   Well, yeah, that document is in the system.

13  And the amount of hours are indicated in the code.

14          It's not like 40 employees worked 40 hours.

15  It's not so simple in the case of Hypower.

16  Every task code represents an amount of hours.

17          And that amount of hours appears in the

18  system.  It says specifically what task that employee

19  worked on.

20  BY MR. LAROU:

21      Q.   Got it.  But were you required to submit that

22  document to a specific individual at Hypower or was it

23  just something that you would save on the computer?

24      A.   That is saved in system.

25      Q.   How long have you known Gustavo Hernandez?



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                     Page 72

01          A.   Well, I met him when he started working at

02    Palmer Lakes.  He arrived there to work there like any

03    other regular foreman.  So, I told him what his

04    responsibilities were, what he was assigned to.

05          So, that's how I met him.  I don't know if

06    it's necessary to talk about him.  He was somewhat

07    controversial.  But I would know to work with him.

08          He even came to my house one time or at some

09    point.  We had a couple of drinks.  He asked me

10    information about how to apply to work in Miami-Dade

11    County.  And we had certain work connections.  When I

12    left Hypower, he also wanted to leave.

13          He -- honestly, I don't see the -- I never see

14    a problem specifically.  I never had a specific problem

15    with him.  He would just complain about the workers.

16    He was not very communicative.

17          He was not much of a people person with his

18    workers.  He was controversial.  Many times I had to

19    move workers around and assign to him those that were,

20    how can I say this, that he would be more comfortable

21    working or dealing with.

22          Q.   How often would you work with Gustavo at the

23    Palmer Lakes project?

24          A.   Every day.  Every day.

25          Q.   So, the daily meetings that you referred to



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                    Page 73

01  earlier, would Gustavo always attend those meetings?

02      A.   Correct.

03      Q.   Have you ever communicated with Gustavo

04  through text message?

05      A.   I think so, yes.  I think so.

06      Q.   What about through e-mail?  Have you ever

07  communicated with Gustavo through e-mail?

08      A.   I also think we may have done it when we

09  worked together.

10      Q.   And what was Gustavo's job title at the Palmer

11  Lakes project?

12      A.   Foreman.

13      Q.   Were you responsible for approving Gustavo's

14  timesheets at the Palmer Lakes project?

15      A.   Correct.

16          MR. LAROU:  Okay.  Mr. Fleites, thank you so

17      much for your time.  I don't think I have any

18      further questions.

19          THE WITNESS:  You're welcome.

20          THE INTERPRETER:  He is saying that I'm -- the

21      Interpreter is the best.

22          MS. MCCARTHY:  I don't have any further

23      questions either.

24          THE COURT REPORTER:  All right.  Would you

25      guys like to go over read or waive with the



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                    Page 74

```
01        Witness?

02              THE INTERPRETER:  Do you want me to ask him?

03              MS. MCCARTHY:  Yeah.  He can probably read.

04        But just see what he would like to do.

05              THE INTERPRETER:  Okay.

06              THE WITNESS:  What does Emma recommend?

07              MS. MCCARTHY:  You can read it.

08              THE WITNESS:  Okay.  Send to me e-mail.

09              (Deposition concluded at 01:47 P.M.)

10              (Reading and signing of the deposition by the

11        witness has been reserved.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01                    CERTIFICATE OF REPORTER

02    STATE OF FLORIDA

03    COUNTY OF BROWARD

04

05         I, Sydell Bazile, Court Reporter and Notary
      Public for the State of Florida, do hereby certify that
06    I was authorized to and did digitally report and
      transcribe the foregoing proceedings and that the
07    transcript is a true and complete record of my notes.

08         I further certify that I am not a relative,
      employee, attorney, or counsel of any of the parties,
09    nor am I a relative or employee of any of the parties'
      attorneys or counsel connected with the action, nor am
10    I financially interested in the action.

11

12         Witness my hand this 5th day of February 2025.

13

14
      _____
15    SYDELL BAZILE, COURT REPORTER
      NOTARY PUBLIC, STATE OF FLORIDA
16    Commission No.:  HH 214627
      Commission Exp:  01/10/2026
17

18

19

20

21

22

23

24

25
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01                    CERTIFICATE OF OATH

02    STATE OF FLORIDA

03    COUNTY OF BROWARD

04

05         I, Sydell Bazile, the undersigned authority,
      certify that FIORELLA WARGER - INTERPRETER appeared
06    before me remotely pursuant to Florida Supreme Court
      OrderAOSC20-23 and was duly sworn on the 27th day of
07    December 2025.

08
           Witness my hand this 5th day of February 2025.
09

10

11
      _____
12    SYDELL BAZILE, COURT REPORTER
      NOTARY PUBLIC, STATE OF FLORIDA
13    Commission No.:  HH 214627
      Commission Exp:  01/10/2026
14

15

16

17

18

19

20

21

22

23

24

25
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01                      CERTIFICATE OF OATH

02      STATE OF FLORIDA

03      COUNTY OF BROWARD

04

05           I, Sydell Bazile, the undersigned authority,
        certify that Alsides Fleites appeared before me
06      remotely pursuant to Florida Supreme Court Order
        AOSC20-23 and was duly sworn on the 27th day of
07      December 2025.

08

             Witness my hand this 5th day of February 2025.
09

10

11

12      _____
        SYDELL BAZILE, COURT REPORTER
13      NOTARY PUBLIC, STATE OF FLORIDA
        Commission No.:  HH 214627
14      Commission Exp:  01/10/2026

15

16

17

18

19

20

21

22

23

24

25
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                          Page 78

```
01   DATE:       February 5, 2025
     TO:         Alsides Fleites
02   C/O
                 Emma McCarthy, Esquire
03               Cole, Scott & Kissane, P.A.
                 222 Lakeview Ave Ste 120
04               West Palm Beach, FL 33401

05   IN RE:   Gustavo Hernandez vs. Hypower, LLC.
     CASE NO:  124-CV-20207-Martinez/Sanchez
06

07   Dear Ms. Fleites,

08        Please take notice that on December 27, 2025, you
     gave your deposition in the above-referenced matter.
09   At that time, you did not waive signature.  It is now
     necessary that you sign your deposition.  You may do so
10   by contacting your own attorney or the attorney who
     took your deposition and make an appointment to do so
11   at their office.  You may also contact our office at
     the below number, Monday - Friday, 9:00 AM - 5:00 PM,
12   for further information and assistance.

13        If you do not read and sign your deposition
     within thirty (30) days, the original, which has
14   already been forwarded to the ordering attorney, may
     be filed with the Clerk of the Court.
15
          If you wish to waive your signature, sign your
16   name in the blank at the bottom of this letter and
     promptly return it to us.
17
     Very truly yours,
18
     Sydell Bazile, Court Reporter
19   Universal Court Reporting
     (954)712-2600
20
     I do hereby waive my signature.
21


22

     _____
23   Alside Fleites
24   Cc: via transcript:
                              Brooks Larou, Esquire
25                            Emma McCarthy, Esquire
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024                    Page 79

```
1   Errata Sheet

2

3   NAME OF CASE: GUSTAVO HERNANDEZ vs HYPOWER, LLC

4   DATE OF DEPOSITION: 12/27/2024

5   NAME OF WITNESS: Alsides Fleites

6   Reason Codes:

7        1. To clarify the record.

8        2. To conform to the facts.

9        3. To correct transcription errors.

10  Page _____ Line _____ Reason _____

11  From _____ to _____

12  Page _____ Line _____ Reason _____

13  From _____ to _____

14  Page _____ Line _____ Reason _____

15  From _____ to _____

16  Page _____ Line _____ Reason _____

17  From _____ to _____

18  Page _____ Line _____ Reason _____

19  From _____ to _____

20  Page _____ Line _____ Reason _____

21  From _____ to _____

22  Page _____ Line _____ Reason _____

23  From _____ to _____

24

25                       _____
```


UNIVERSAL Court Reporting

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024

**$**

**$1,000**
70:13

**0**

**01:47**
74:9

**03:30**
24:22 25:4 40:16,
17,18,22 41:1
50:1,16 51:5,22
54:23 57:15,22
62:7 69:23

**06:30**
26:3,9,14 27:4

**07:00**
23:2,5 24:21 25:2
27:1,23 28:5
29:10,13 30:3
40:14 44:5,6 49:1
50:1,16 51:5,22
55:2,3,6 57:15,22

**09:00**
40:15

**09:15**
40:15

**1**

**1/29/1964**
12:24

**10**
26:7,24 27:25
40:16 44:4 55:6,9,
12,19,23 56:1,15
57:3,9 59:11,14,23
60:1,4 67:4

**10-minute**
37:9,25

**100**
41:10

**100%**
60:17

**10:00**
55:14

**10:03**
5:5

**10:30**
55:15

**11:30**
53:4,5

**11:39**
37:15

**11:51**
37:19

**124-cv-20207-
martinez/sanchez**
5:9

**12:00**
40:16 53:2,3,5,10

**12:30**
40:16 53:3,10

**15**
26:7,24 27:25 28:1
29:2 40:17 44:4
55:6,9,24 56:2,15
59:11,14,23 60:1
61:20

**17th**
15:19

**1991**
12:13 14:11,18

**1992**
14:11,18

**2**

**20**

26:7 59:11 61:20
62:4

**200**
71:1

**2017**
16:9,11

**2018**
16:9,11

**2021**
20:19 62:18 63:1

**2022**
15:19 16:11,13
20:19 62:19 63:2

**2023**
16:12

**2024**
5:2,4

**27**
5:2

**27th**
5:4

**3**

**30**
22:24 23:19 24:10
25:2 34:6 52:8
53:6,8,18 54:12
58:14 59:19,23
60:3 61:21

**30-minute**
52:5,11,21 53:12,
13,23 54:1 57:16

**300**
71:1

**35**
34:6 58:14

**38**
58:13

**4**

**40**
42:20 57:18 58:2,
8,17 62:4 63:9,23
64:8 65:11,15
68:9,19,23 69:1,4
71:4,6,14

**45**
11:16

**5**

**5**
60:4

**6**

**64**
12:25

**7**

**7**
28:1,7,24 44:20
47:1,5,10 48:8
54:19 56:7,9 59:25

**7,000**
34:13,15

**9**

**90%**
52:3

**91**
12:19

**92**
12:13,19



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024

## A

**A.M.**
5:5 23:2,5 24:21
29:10,13 30:3
37:15,19 40:14
44:5,6 50:1,16
55:2,3 57:15,22

**able**
12:21 19:13 49:17
56:20 62:15

**about**
8:11,24 9:2 11:15,
16 14:10,18,23
15:4 16:5,6,11,15
19:10,11 20:21
21:5 23:6 24:10
25:2,9 26:3,7,13
27:5 28:22 29:14
33:2,13,23 34:19
39:7,22,23 40:16
41:10 42:10,20
43:14 52:5,6,10,20
62:18 63:1,7,23
65:14 72:6,10,15
73:6

**above**
20:14

**Absolutely**
68:25

**accelerate**
66:21

**accept**
58:24

**accepted**
10:17

**according**
23:9

**accurately**
67:25 69:8,19 70:8

**achieve**
54:13

**across**
20:23 41:8

**activity**
70:25

**actually**
13:22 19:8 40:25
66:18 69:20

**Adam**
37:6 51:15,18
68:14

**add**
27:11 39:8 70:3

**addition**
30:25

**Additionally**
7:10

**administrative**
17:25

**adults**
48:11

**advertised**
18:18

**advise**
10:23

**affect**
7:19,22

**after**
6:1 7:6 23:10
44:13,20 64:16,19

**again**
23:22 57:17 60:3
63:16

**against**
6:7

**ago**
6:8 9:2,3 19:21
26:1 27:24 28:23

56:14,23 67:6

**agree**
47:25 48:23

**agreement**
11:4 37:12 45:8

**ahead**
10:13 29:14

**Airport**
20:24

**all**
5:11 17:7,9 18:8
20:2,14 21:18,22
23:3 24:14 28:2,8,
9,12 34:7,22 35:10
36:15 37:14 38:21,
23 42:12,20 43:11
45:25 51:10 52:14,
17 53:7 55:7,15
57:2 58:10 59:4
61:23 73:24

**Allan**
66:8

**allowed**
58:3 65:10,14

**alone**
18:1 31:20

**along**
38:14

**already**
7:15 18:19 24:4
26:8,10 65:3

**Alsides**
5:1,7,25 6:9

**also**
8:18 9:23 13:12,15
19:2 23:18 33:15
38:12,18 42:19
54:14 65:14 72:12
73:8

**always**
54:13

7:3 67:10,16 73:1

**am**
36:25 47:12 59:13
60:1,6,7 62:8,9

**Amazon**
21:14,19

**amount**
33:4 34:10 66:11
69:25 71:13,16,17

**another**
7:3 27:7,8,9 36:22
45:4 53:1

**answer**
63:17

**antidote**
62:14

**any**
6:13,24 7:10,18,21
9:17 10:24 11:4,8,
17 13:10 16:2 17:7
19:5,13 20:6 22:8
26:10 28:17 30:24
31:4 33:22 36:8,19
41:12 43:6,14 45:4
46:18 47:24 48:8
55:18 56:6 58:6
66:19 67:24 72:2
73:17,22

**anyone**
32:5,14 35:14 36:3
37:24 47:23 50:14
51:3 70:18

**anything**
10:7

**anywhere**
12:15 15:21

**apart**
26:20

**appears**
8:8 71:17



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024

**applied**
14:7,8 17:3

**apply**
72:10

**applying**
18:25

**approach**
58:9

**approval**
58:7,18,20 66:16
68:10,19,23

**approve**
66:9

**approved**
65:13 67:9 69:2

**approving**
66:3,6 73:13

**approximate**
8:25 20:16

**approximately**
5:5

**April**
32:9

**area**
20:21 23:11 40:18,
22 41:4,5 43:21
44:13,14,17 46:24
49:22 59:21 66:12
71:2

**areas**
21:20 23:13 54:4

**around**
12:13 30:11,14,21
54:14 72:19

**arrangements**
48:10

**arrival**
14:10

**arrive**
22:23 24:10,14,17,
25 26:2,4,9 27:2,4
30:12 53:2,4 55:6,
12,13,18,25 56:1,
7,9 59:19

**arrived**
26:14 59:23 72:2

**arriving**
59:9

**ask**
7:16 8:9 19:11,20
22:2,6 23:21 27:15
28:22 37:24 42:14
54:10 67:18 74:2

**asked**
7:15 10:21 72:9

**asking**
23:22 62:22

**assign**
43:17 45:10 65:18
72:19

**assigned**
9:7 23:11 35:18
43:16,19 46:11
53:18 69:12 70:12
72:4

**assistant**
14:5 35:18

**attend**
38:18 73:1

**attending**
5:11

**attention**
22:7

**Attorney**
9:18,20 10:15

**attorney-**
10:24

**attorney-client**
10:10

**Attorneys**
9:23 10:8,9,20

**available**
25:20 67:2,3

**average**
22:21 24:9,24
26:6,12 29:2 33:10
34:6 35:11

**avoid**
6:24 26:5,23

**aware**
8:15,24,25 41:24
68:20

**away**
18:22 30:16

---

## B

**back**
22:20 37:10,20,22
47:16 62:15

**backup**
36:22

**band**
23:11

**bandsaw**
42:18 43:24

**based**
31:6,10,14,19,22
32:2 67:20

**basically**
23:17 33:17,21,22
43:2,16,18

**Bazile**
5:12

**became**
8:24,25

**because**
6:21 9:21 22:4,18
23:11 31:2 33:13
41:24 48:16 55:3
56:15 57:8 58:10
59:12,16 67:5
69:10

**become**
10:4

**before**
6:17,20 7:8,16
10:6 12:20 15:6,
21,23 16:1,15
19:6,14,17,24
20:13,14 22:24
23:7 24:11 25:2
26:6,7,25 27:2,19
28:1,7 29:16 30:3
31:3 37:22 40:17
44:4,5 47:1,5,10
48:8,18 49:21
55:6,13,19 56:2,7,
9 57:3 62:7 64:24
65:1

**began**
54:18 55:1 59:25

**begin**
5:20 6:20 18:10
48:2 49:1

**beginning**
7:25

**behalf**
5:16,18

**beings**
53:6 68:4

**believe**
9:13,22 28:23
35:6,24 42:22
45:18 48:16 56:24
68:4

**bend**
43:3,5



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024

**best**
47:20 59:8 73:21

**between**
12:15 36:8 40:15
45:8 48:11,21
49:25 50:16 51:5
53:3,4,10 71:1

**big**
43:2 46:10 67:13

**birth**
12:23

**bit**
7:5 21:5 24:1,18
31:14

**block**
30:16

**blocks**
30:15

**board**
61:2 70:15

**bonus**
31:6,10,19,22,24
32:2,6,11,15,21
33:8,10,15 34:10,
16

**bonuses**
30:24 31:4 33:24

**bookkeeping**
70:17

**books**
52:8 55:11 71:7

**boom**
43:12

**born**
11:23

**bosses**
52:24

**both**
50:4 62:15

**bothers**
60:10

**bottom**
34:21

**box**
43:22,23,25 44:7,
12,15,16,20 45:2,6
46:7

**branch**
18:5

**branches**
18:4

**break**
7:11,16 37:9,25
40:2,7,15 52:6,11,
21 53:12,14,18,23
54:1 57:16

**bring**
46:4

**Brooks**
5:15 6:6

**bucket**
56:3

**budget**
66:24

**business**
17:1

**buy**
54:7

**bylaws**
52:15

---

### C

**calculate**
61:3

**call**
59:9,11,17 60:13

**called**

**6:**1 18:20 19:22

**came**
12:16 14:3,17 17:2
30:13 53:15 62:15
72:8

**camera**
8:13 57:4

**can**
8:9 10:9 11:20
12:7 19:15 20:11,
20 21:5,13 22:2,21
23:22,25 34:21
40:6 54:13 60:8
65:23 66:15 72:20
74:3,7

**can't**
47:14 54:12 68:14

**car**
26:20 30:9

**carried**
48:6

**carry**
47:14

**cart**
48:6

**case**
5:8 8:2 11:22
14:15 30:21 32:18
48:21 53:9 60:2
61:11 71:15

**center**
12:6

**central**
12:5

**certain**
35:17 42:1 47:18,
23 48:7 66:12
72:11

**certifications**
13:10

**chain**
34:19 36:10 43:11

**charge**
18:5,6 35:2 36:13
46:3,4 48:5

**charged**
15:8

**Chief**
36:6,9,11,14 37:2,
3 51:8,14

**chime**
23:24

**circumstances**
55:16

**city**
20:21

**clarify**
13:14 16:21 17:21
24:7 27:16 35:12
60:14

**clarifying**
36:16

**clarity**
6:21

**classes**
15:4

**classifications**
35:15

**client**
8:17 9:1 10:4,25

**closest**
30:13

**code**
57:10 70:3,13,14
71:1,3,5,7,13,16

**codes**
70:11 71:1

**coffee**
24:17 26:6,16,17

---



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024

27:18

**Cole**
10:2,4,19 11:5

**collect**
58:13

**collected**
43:24

**come**
12:14 23:3 27:15,
16 37:9 58:17,24
60:10 69:22

**comes**
54:5 57:18

**comfortable**
72:20

**coming**
12:20 26:18,21
65:22

**command**
34:19 36:10

**commenced**
11:1

**common**
57:8

**communicate**
37:24 60:6

**communicated**
73:3,7

**communications**
6:25

**communicative**
72:16

**company**
15:1 16:2 18:13,24
19:21 33:6 52:15,
18

**company's**
32:3 38:4

**complain**
72:15

**completed**
64:12,15

**completely**
18:2

**compliance**
38:4,7

**comply**
61:23 62:4

**computer**
70:3 71:23

**concerned**
47:12

**concluded**
74:9

**condition**
7:21

**conditions**
24:15

**condos**
21:8

**conduct**
7:12 29:4 39:15

**confirm**
6:10 9:14,21 10:19
42:22 57:13

**conjunction**
38:10

**connected**
18:24

**connection**
9:18,23 10:21
27:19

**connections**
72:11

**consecutive**
25:21

**consideration**
60:12

**consists**
21:12

**construction**
30:20 52:25 61:22

**contact**
22:5

**container**
46:2

**continue**
59:21

**contract**
50:17 51:12,24

**contractor**
13:7,8 19:22 50:23
51:1,11,12 66:20,
25

**contractor's**
14:24

**contractors**
29:9,21,22

**controversial**
72:7,18

**convenient**
48:13

**conversation**
11:10,15

**coordinate**
23:16 46:23

**Coral**
20:14

**correct**
8:23 9:13,15,16
11:14 14:19,22
16:10,17 20:4
22:14 28:20,21
29:12,18 30:1 34:9
35:23 36:2 38:6

39:1,3 41:3,16
42:23 44:22 45:3
50:1,2,6 51:16,19
52:2 57:17,19,20
60:21 61:9,15
66:4,5 68:2 69:17
73:2,15

**correction**
51:18

**correctly**
21:21 25:19 29:7
31:25 35:19 44:25
48:17 55:11 58:16
64:3

**could**
23:24 25:23 26:11
27:7 31:13 47:15
49:12 56:16 58:4,
5,6,25 59:17
65:17,20 66:25
70:5

**couldn't**
62:12

**Counsel**
11:24 18:15 30:6
40:3 41:14 45:16
47:3 50:19 60:23

**Counsels**
5:13

**count**
60:8

**counting**
42:20 65:19

**country**
12:6

**County**
15:13,15,18,24
16:2,16 17:3,13
65:4 72:11

**couple**
24:8 72:9



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024

course
58:4

Court
5:3,10,12,13,19
6:22 12:7,10,25
13:2,17 37:12,14,
19 73:24

cover
6:20 17:9 18:8

covering
36:22

COVID
62:14,15

crime
8:6 15:8

criteria
32:6

cruise
63:18

Cuba
12:2,14 13:5 14:3,
4 63:18

cup
24:17 26:16

currently
13:10 15:10

cutters
42:17,18

cutting
42:16 46:16

D

daily
38:10 72:25

Dan
36:18 51:18 64:5
66:8

Daniel's

19:22 20:3

date
5:4 8:25 12:23

dates
20:16

day
10:6 22:21,23,24
23:6,7,17 24:9,11,
12,15,20,24 27:7,
8,9 28:2,4 29:9,14,
16,19 40:14,16
43:25 44:2 59:4,24
61:5,13,17,19
62:6,11 69:24
72:24

days
14:15 29:15 57:18,
21,24 58:5,10,22
63:7

dealing
72:21

December
5:2,4

decided
15:2

dedicated
18:4

deduct
59:14

Defendant
5:18

definitively
51:21

degree
13:6 35:17

delivery
21:18

demanding
59:8

depend
25:6,13 27:10
33:9,20 61:19

depended
27:13

depending
38:12 46:23 58:14

depends
55:15

depo
24:3

Deponent
39:10 42:14 57:6

deposed
22:12

deposition
5:1,7 6:16 7:12,25
8:16 9:18,24 11:9,
18 22:7 37:18
74:9,10

description
17:11 69:24

deserves
53:18

determine
66:11

didn't
24:16 31:1 40:4
60:12 64:25

difference
34:17

different
18:2 42:17

difficult
7:6

DIRECT
6:3

directly
28:11 54:3,12

disclose
10:24

discuss
38:11,19 39:4,18

discussion
37:16

disrespectful
60:11

distribute
23:8 47:1 48:1,25

distributed
28:11 47:10 49:8

distributing
45:2 46:6,20

District
5:10

divide
23:12

divine
52:24 53:11

document
8:12,19,21 22:25
58:12 71:8,12,22

documents
11:17 22:8

doesn't
35:10

dollars
17:9

don't
15:25 19:8 22:8,
11,14 27:1 29:18
31:22 32:4 38:17
39:20 42:24 47:12,
13 48:16 51:1,23
53:17 56:19,20
60:11 62:8,10
63:18,19 64:10
66:18 68:11 72:5,
13 73:17,22



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024

**done**
23:6,7 29:15
31:11,16 48:9
49:21 62:14 68:16
70:4 73:8

**double-check**
16:6

**down**
6:22 8:9 22:2 23:4
28:5 53:15 56:3
69:23 70:7

**dream**
15:1

**drills**
42:20

**drinks**
72:9

**Drive**
59:18

**driver**
54:8

**driver's**
13:9

**due**
57:2

**duly**
5:23 6:2

**during**
17:14 20:5,12 21:1
22:7,16,21 25:19
34:3 37:25 38:2,13
44:5 53:14,21 56:5
57:22 59:1 62:6,
11,19 63:2,8,10,
22,23,25 64:1,7
68:7 69:6

**duties**
45:24

**E**

**e-mail**
10:17 73:6,7 74:8

**each**
18:5 23:10,12
34:10,15 57:3
61:17 69:12 70:25
71:1

**earlier**
20:10 35:24 44:3
49:24 55:5 56:15
62:17,25 63:21
73:1

**early**
7:13 24:14,17
55:9,13,24 57:1
58:6 60:13

**earn**
24:16

**earnings**
31:11

**east**
20:25

**eat**
54:7

**education**
13:4

**effort**
60:13

**eight**
18:1 40:14 62:3
70:16

**either**
34:7 45:18 73:23

**electric**
13:15 19:22 20:3
34:24 38:23 40:10
50:8 52:8

**electrical**
13:7,8,21 14:23
17:8 21:19,24
28:16 35:5,6,12,
15,21 43:24

**electrician**
13:23 15:16 35:13,
14 42:2 46:18
49:12,19 61:6

**electricians**
28:19 29:8 30:3
34:8 35:21 38:25
41:11,20 42:8
43:1,7 44:18 46:7,
25 47:25 48:24
49:7,16 50:4 60:19
65:10

**electricity**
21:16,23 35:15

**eligible**
30:24 31:4

**else**
12:15 19:3 36:25
47:24

**emergency**
25:14

**Emma**
5:17 9:19 11:11,
12,13 74:6

**employ**
17:19

**employed**
15:10,17 16:2,7

**employee**
31:12,17,25 44:16
45:9 47:18 55:12,
25 56:7,9,13 58:1,
4,16 59:5,22 60:5
61:20 68:22,25
69:3,13 70:5 71:4,
18

**employees**
17:23,24 18:1
19:23 23:3,13
26:8,10 27:6 28:3,
6,8,9,14,18 29:13,
23 30:18 31:7,9
33:14,23 34:6,22
40:7,21 44:3,6,11
45:2,6 47:20,22
52:14 53:8,12,15,
22,25 54:13,18,22
55:1,5,8,22 56:1,
14 57:21 59:2,9
60:18 61:22 65:8
66:3,7,16,18 67:8,
9,22 68:8 69:15,22
71:14

**employees'**
60:16,22,25 64:3
69:8

**employment**
20:12

**end**
40:16 43:25 70:4

**Engineer**
50:25

**engineering**
13:5,6

**English**
11:21,22

**ensure**
6:21 7:4 9:11 38:7
54:25 67:24 69:7,
18

**ensuring**
38:4 53:22 54:17,
21 64:2

**enter**
70:14

**entire**
21:16



**Universal Court Reporting**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024

equipment
43:10 46:1 49:19

**Estates**
20:14

estimators
51:9

every
25:8,9 29:9,19
33:4 38:9,11 39:7
43:25 54:5 59:4
61:5,6,13 70:11,12
71:16 72:24

everybody
26:12,25 27:22
53:17

**Everyday**
29:6

everyone
24:18 27:25 33:11,
12 37:12 60:11

everything
6:22 21:24 24:2
40:18 52:18

exactly
28:3

exam
14:7,8

**EXAMINATION**
6:3

example
18:1,5 46:1 55:14
66:20 70:12 71:4

exceed
23:19

expected
32:8

experience
35:17

explain

32:5,14 41:24
70:24

extended
58:22

extra
32:18

---

**F**

---

fact
65:17

facts
48:21

familiar
13:21

family
58:6

famous
19:21

far
26:22 28:18 47:12

father
13:22

federal
8:6

feel
7:10 17:5,13

feet
41:10

felt
22:18 27:10

few
6:19 12:19 14:15
18:19 22:23 27:2

filed
8:16 9:1

fill
58:19

filled
58:21

finances
36:14

find
18:14,17 52:3,6,
20,22

fine
7:11 37:13 59:20

finish
64:25

finishes
7:7

**FIORELLA**
5:22

firearm
13:15,19

firm
8:22 10:2,16,20

first
5:23 6:1,20 12:12
13:24 19:16

five
16:5,6 33:2 55:19
57:18,24

**Fleites**
5:1,7,25 6:5,9,16
7:18 8:8,15 9:14,
17 22:1 23:21,25
37:22 48:19 63:17
73:16

floor
48:7

**Florida**
5:11 14:13 20:14

flow
48:7

fluent
11:21

focus
21:4

followed
23:19

follower
62:10

following
29:15

follows
5:24 6:2

food
54:5,8

foreman
23:9,11,12 30:2
35:20 39:2 44:14
45:7,8 46:3,5,11,
22,24 47:20 54:14
67:16 68:2,5 72:3
73:12

foreman's
44:25

foremen
28:10,13,19 29:25
34:8 35:1,2 36:1
43:14,15,16,18,19,
21 44:19 45:11
46:25 50:4 54:2
60:20 65:14

**Form**
10:11,23 25:11,22
29:1,11,20 31:21
32:7,16 33:25
34:12 40:13,23
41:2 42:6 43:9
44:8,21 46:9 48:3
49:2,9,14 50:11
52:13 53:16 55:10
56:18 61:8,14
62:21 63:4 64:4
65:2 67:12 71:11

formal



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024

58:11,18

**formed**
10:10 19:11

**forward**
22:5

**found**
52:1,10

**four**
12:25 13:1 27:7
33:3 49:16 62:4
64:16 67:15 68:5,
6,15

**Friday**
38:12 57:25

**friends**
18:23

**from**
9:19 10:15,20
12:14,16 14:3,4
16:10,11 20:2,13,
19,23 22:17 25:23
26:5 32:1,5,21
34:11,21 36:21
41:8 42:11 44:7,
12,19 45:2,6 46:7
50:8,14 53:15,17
57:15 62:18 63:1
68:13 70:19 71:3

**front**
8:2 60:11

**fulfill**
61:23,25 62:5

**full**
6:9 22:7 58:8

**fully**
7:15

**further**
73:18,22

**G**

**Gables**
20:13,14 21:8

**gang**
43:22 44:7,12,15,
19 45:2,6 46:7

**garage**
30:17

**gave**
7:24

**general**
13:7,8 14:24 16:20
50:22 51:1,12
66:20,24

**generator**
46:2

**generators**
43:10 46:16

**German**
12:21

**Germany**
12:16,18 14:3

**gestures**
7:1

**get**
7:13 22:13 28:2,4
30:5,8 31:1,9
37:22 44:4,19
45:12 46:20 47:4
51:9 55:9 58:7,19

**gets**
49:21 69:5

**getting**
9:12 22:12

**give**
39:6 65:20

**given**
44:1 52:15

**gives**
54:15

**giving**
35:2 45:6 49:6

**go**
10:13 23:11 24:2
41:3 42:14 44:6,
14,16,19 47:15
54:10 59:20 63:15
66:16,18 73:25

**goal**
16:25

**God**
53:15,17

**going**
6:22 10:23 22:9,20
23:1,7,21 25:6
29:15 37:7,15
47:13 48:15 51:22
54:11 57:9 59:13

**good**
5:15,17 6:5 18:21
62:1 65:5

**gossip**
24:18

**governing**
40:1,7

**grab**
56:3

**Great**
7:3 8:13

**ground**
6:19

**guaranteed**
42:2

**guard**
43:17,20

**guess**
14:17 16:15

**Gustavo**
5:8,16 6:6 8:17 9:4
10:15 48:21 65:18
66:1 71:25 72:22
73:1,3,7

**Gustavo's**
73:10,13

**guy**
45:14

**guys**
37:7 73:25

**H**

**had**
6:16 11:10 13:12
15:23 16:25 18:23
22:5 23:12 26:17,
25 27:22,25 28:16
31:24 39:8 47:18
48:11 56:14 58:19
59:16 62:2,4,14
64:23 65:3 72:9,
11,14,18

**half**
30:15 37:8 53:9
60:1

**half-an-hour**
56:2

**hammers**
42:16

**handbook**
52:12 56:14,16,17

**handle**
54:10 59:5 66:9,10

**handsaw**
42:18

**handwritten**
70:10

**happen**



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024

25:23 31:24 47:7,9

**happened**
62:13

**happening**
27:14 47:13 54:11
68:20

**happens**
54:14 59:4

**happy**
60:6,7

**has**
10:25 17:9,22,23
18:4 20:24 35:16,
17 53:7 71:1 74:11

**hasn't**
62:13

**have**
6:10,13,16 7:18
12:7 13:5,7,11,15
14:1,20 15:1,6,8,
17 16:2,6 17:1,13
18:1,21 20:6,9
21:2 22:6,14,17
23:2,14,21 24:17,
23 25:15 26:6,16
27:1,17,19 28:3
33:20 34:23,25
35:1 36:21 41:12
42:8,19 44:14
45:16 46:2 47:22
49:19 52:17,25
53:1,8,12,19 55:25
56:6 57:8 58:6,7,
10,11 59:2,13
60:12 61:1,23
62:14 64:7 65:3
66:16,18 68:8,13,
17 69:3,10 71:25
73:3,6,8,17,22

**having**
5:23 6:1 14:4
44:13

**he**
9:7 13:23 35:17
45:11,25 46:1,2,4
48:5 55:19 57:5,6
60:8,9 62:22
65:20,21,22 69:1,4
72:1,2,4,6,8,9,12,
13,15,16,17,18,20
73:20 74:3,4

**head**
6:25

**held**
13:23 28:24 37:16

**help**
24:1 35:18

**helper**
14:5 35:10

**helpers**
34:23 35:4,8,22

**here**
5:6 7:13 12:20
13:6 14:3 22:12,13
56:19 60:12,13

**Hernandez**
5:8,16 6:6 8:17 9:4
48:22 71:25

**Hernandez's**
10:15

**Hey**
59:17 66:21

**hierarchy**
36:8

**higher**
36:10,12

**highest**
13:4

**him**
8:18 9:6 19:17
35:18 60:8 65:18,
20 72:1,3,5,6,7,15,

19 74:2

**hired**
9:20

**his**
8:19 36:18 45:9,
22,24 60:7,9 64:23
65:20 72:3,17

**hold**
13:10 15:14 16:18
23:4 28:25 29:8,
12,19,22 30:2 38:9
41:4,7

**holding**
35:7

**honestly**
72:13

**hoping**
62:14

**hour**
24:16 37:8 53:9
60:2 69:10

**hours**
39:18 40:14 50:10,
15 51:4 57:18
58:2,8,14,17 60:3,
16,18,22,25 61:3
62:3,4 63:9,23
64:3 65:11,15
67:19 68:5,6,9,19,
23,24 69:1,4,9,11,
14,19,20,25 70:4,
5,9,12,13,16 71:2,
3,4,6,13,14,16,17

**hours'**
64:8

**house**
16:25 65:21,24
72:8

**human**
53:6 55:18 68:4
70:20,22

**hurt**
60:4

**Hypower**
5:8,18 6:7 9:19,20,
23 15:2 16:3,4,5,8,
13,14,19,24 17:6,
15 18:10,11,24
19:6,14,18 20:5,9,
12 21:1,22 22:17
26:10 27:5 28:3,
14,18 29:13,23
30:3,18 32:5,12,22
33:7,23 34:11
37:23 38:23 39:6
40:10,21 41:12,23
42:3,11,25 43:6,14
48:22 49:7 50:8,14
51:4 52:8,14
54:18,22,25 55:11,
22 56:5,7 57:21
58:1 61:6 64:11,19
65:1 66:3,6,15
67:9 68:22 70:19
71:10,15,22 72:12

**Hypower's**
52:11 56:13

---

**I**

**I'D**
6:20 22:7 30:15

**I'LL**
7:11 19:16 22:12
66:25

**I'M**
5:6 10:23 13:17,21
18:15 19:9 21:12,
21 22:11 23:21,22
25:18 29:7 30:6
31:8 35:5,19 36:25
37:1 40:3 41:14
42:5,13 44:24 47:3
48:4,15 49:15
50:19 51:18 58:15



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024

59:11 60:23 62:23
65:22 73:20

**I'VE**
7:14

**impossible**
68:11,12

**in**
5:7,9 6:7 7:8 8:2
9:18,23 10:21
11:8,17 12:2,6,15,
16,18,19 13:5
14:10,11,13,14,18,
20 16:13 17:17
18:5,6,7,18 20:13,
14,15,18 21:24
22:15 23:1,3,12,24
24:8 25:6,15,21
26:3,6,11,18,20,
21,25 27:1,4,9,15,
16 28:7,9 29:2
30:9,22,24 31:1,2,
7 32:8,18 33:1
34:6 35:2 36:10,
13,23 37:12 38:9
40:18,22 41:4
43:21,23,25 44:1,
13 45:12 46:2,4
47:17,22,24 48:1,
4,6,19,25 49:8,15,
20 51:13,24 53:6,9
55:15 56:7,15,17
57:4,11 58:13
59:4,6,10 60:10,11
61:2,3,6,7,12,22
62:3 64:16 66:24
67:17,22 68:4
69:23 70:2,3,15,
20,25 71:6,12,13,
15,17,24 72:10

**include**
29:25 38:25 39:2
60:19

**including**
28:10

**Incorporated**
5:18

**indicated**
71:13

**indicating**
39:10

**individual**
45:5 67:24 71:22

**individuals**
19:5,12,13 28:12
33:16,22 34:7 35:7
45:4 51:20

**information**
22:5 54:15 72:10

**inside**
41:9

**insignificant**
34:18

**instruct**
55:22

**instructed**
56:6

**instructions**
52:17 56:9

**interested**
32:17

**International**
20:24

**interpreter**
5:23 7:7 10:12
11:24 12:8 13:1,
13,19 17:20 18:15
19:19 30:6 31:13,
16 39:10,11 40:3,9
41:14,17 42:13,14
45:16 47:3,6 50:19
57:5,7 60:23 62:22
73:20,21 74:2,5

**interpreting**
7:7 39:12

**intervals**
39:24

**into**
37:22

**introduce**
5:14

**inventory**
48:5

**investigate**
69:3

**involved**
22:15 42:4 45:12

**issues**
20:6 58:6,11 60:9

**it'll**
24:1

**it's**
9:13 11:22 12:8
15:19 16:23 17:24
21:14,16,18,19
39:12 42:20 45:18
48:23 52:24 53:6,
11,17 55:17,18
56:11,15 62:3
68:5,6 70:24 71:6,
14,15 72:6

———————

**J**

———————

**Jason**
19:4 20:2 33:19

**job**
15:23 16:18,21
17:1,6,11 18:14,17
24:16 25:1 26:2,4,
10 27:1,4 28:6
41:13 45:22,24
47:24 55:19 61:25
62:9 65:20 68:18
73:10

**jobs**
42:4 43:18

**Johnson**
37:6 51:15 66:8
68:14

**join**
59:20

**Jose**
19:1,16 20:1 33:19

**journeyman**
13:15 34:25 35:16

**journeyman's**
13:22,23,25 14:1
35:7

**journeymen**
35:3,11

**Judge**
8:2

**Jury**
8:2

**just**
6:5,8,9,19,21 9:11,
14,21 10:19 16:21
17:10 19:12,20
22:6 24:1 25:16,18
26:1 27:2,24 28:5,
16,19,23 29:7,22
32:18 35:12 37:24,
25 42:21,22 44:24
46:19 48:18,20
56:14,23 57:13
58:15,17,24 59:20
60:14 62:4 65:25
67:6 68:14,18
71:23 72:15 74:4

**justify**
68:15

———————

**K**

———————

**keep**



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024

60:22,25 70:2

**keeping**
60:15,19

**Keith**
37:1

**kept**
43:23 48:5

**key**
44:15

**kind**
27:19 34:21 58:18

**Kissane**
10:2,5,20 11:5

**knew**
18:19 19:6,13,22,
24 20:2 48:12 53:8
56:14

**know**
6:8 7:5 9:4 19:15,
17 20:10 22:8,14
26:24 27:22 32:2,4
36:8 37:7 42:10
44:3 50:7,10 53:17
54:11 55:8 56:19,
20 57:13 58:9,24
59:15,17,20 60:7
64:14,18,22 72:5,7

**knowledge**
10:1

**known**
6:13 71:25

**knuckle**
42:19 43:4,6 46:16

─────── **L** ───────

**L-A-K-E-**
9:13

**L-A-S**
12:8

**labor**
28:17

**Lakes**
9:10,13 20:10,13,
17,18,20 21:4,9
22:20 24:25 25:19
26:2 27:4 29:9
30:18,22,23 31:1
34:4,20 36:17,20
37:3,5 38:3,8,16
41:11,21 42:9
43:1,7,15 45:13
46:7 49:25 50:15
51:5,21 53:14,21
54:18,22 55:1,23
56:6 57:14,23 58:1
59:1,6 60:15 61:18
62:6,11,18,25
63:22 64:1,8,12,
14,19 65:1,4,8,10,
15 66:4,7,17 67:10
68:7 69:6,21 72:2,
23 73:11,14

**lambs**
65:19

**land**
14:11 15:16

**languages**
11:20

**large**
46:19 47:1,10,13
48:1

**larger**
33:8

**Larou**
5:15 6:4,6 10:18
11:3 12:1,3,11
13:3,20 18:9,16
19:25 24:6 25:17,
25 29:3,17,24 30:7
31:13,18,23 32:10,
20 34:2,14 37:7,21
39:14 40:5,11,20,

24 41:6,16,19 42:7
43:13 44:10,23
45:18,21 46:12
47:5,8 48:14 49:4,
11,23 50:13,20
52:19 53:20 55:21
56:22 57:12 60:24
61:10,16 62:24
63:6,14,20 64:6
65:7 67:21 71:20
73:16

**Las**
12:5 63:19

**last**
6:11 24:8 31:14
45:17 47:4 51:13

**late**
56:1 59:3,6,9,11,
23 60:10 61:17

**later**
30:14 55:15 59:19

**law**
8:22 10:1,16,20

**lawsuit**
6:7 8:15 9:1 10:22

**learned**
8:18

**least**
27:25

**leave**
21:2 25:3 58:5,6,
25 63:10 67:18
72:12

**left**
31:3 62:7 64:12,
16,19 65:1 72:12

**less**
17:13,19,22,23
23:9 26:7,22 58:2,
8,17

**let's**
13:25

**level**
13:4 34:21

**license**
13:7,9,16,17,22,
23,25 14:2,5,9,24,
25 15:3 34:25
35:7,17 49:18,19

**licenses**
13:10

**life**
55:16 59:15

**lifts**
43:11,12 46:17

**liked**
48:12 65:3

**lined**
70:8

**list**
41:23 42:3

**listed**
69:19

**little**
21:5 24:1,2,18
26:19 30:13 37:8

**live**
12:15,18 14:14

**lived**
26:22

**living**
14:20

**LLC**
5:8 6:7

**loader**
49:17

**loading**
21:18



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024

located
20:21,23

logging
57:10

long
11:15 14:14 15:17
54:16 71:25

longer
64:17 68:19,23

looking
18:21 22:2,3 57:3

lot
30:18

lunch
23:19 52:5,21,25
53:1,2,3,4,7,8,12,
13,18,23 54:1,15

lunchtime
40:15

**M**

M-O-R-A-L-E-S
19:1

machine
26:17

machines
43:3,5

Madam
31:13

made
39:11 56:24 60:13

magazines
18:18

mainly
17:25

make
23:18 25:18 26:17
28:1 29:7 44:16,24

48:10 53:25 55:6
58:15 70:10

makes
56:25 57:1

making
33:7 70:8

man
45:23 47:19

manage
45:11 59:8

managed
65:6

manager
36:6,9,13,17
38:14,15,18 39:6,
12,13 51:8,17
66:23

mandate
52:24 53:11

mandatory
57:16

manner
60:11

manual
40:10 43:11

many
19:21 26:13 27:5
30:20 32:24 33:1
34:4 49:20 63:7
67:3 72:18

March
31:3 32:8,9

mark
60:3

master
13:6

materials
17:24 18:6 23:16
45:1,23,25 47:19

math
16:10 57:17

matter
5:8 65:17

may
5:19 36:21 45:16
56:19,20,21 62:23
63:16 70:25 73:8

maybe
16:9 23:25 24:17
37:9 39:23 41:24
46:23 47:14 64:16

Mccarthy
5:17 10:11,13,23
11:13 23:24 24:5
25:11,22 29:1,11,
20 31:21 32:7,16
33:25 34:12 37:13
40:13,23 41:2 42:6
43:9 44:8,21 46:9
48:3 49:2,9,14
50:11 52:13 53:16
55:10 56:18 61:8,
14 62:21 63:4,12,
16 64:4 65:2 67:12
71:11 73:22 74:3,7

me
8:19 10:7,9,16,17
18:20 19:15 20:11,
20 21:5,13 22:9,21
27:15 34:21 36:22
37:13 40:6 46:23
47:25 48:24 51:23
53:7 54:3,9,14,15
56:17,25 58:9,24
59:9,11,15,17
60:6,10 62:13
65:21,22,25 66:15
67:19 68:3,5 72:9
74:2,8

meal
39:24

mean
9:19 15:25 18:3
26:16 31:8 32:17
35:10 47:18 48:10
66:10

means
20:18

meant
27:13

mechanic
35:9,13,16

mechanics
34:24 35:6,10,21

medical
7:21 21:2 58:5

medication
7:19

meet
9:6 19:17

meeting
23:1,2,4,10 28:5
29:12 39:15 44:13,
17,20 47:15 51:6
55:4,14 56:4 57:10

meetings
23:16 28:22,25
29:5,8,19,22 30:2
38:10,19,21 39:5,
16,19 41:4,7 72:25
73:1

memory
7:19,22

men
66:11

mention
7:4

mentioned
19:12 26:1 27:24
29:21 42:22 44:3
46:19 64:23



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024

merchandise
21:17

message
53:14 73:4

met
72:1,5

metal
42:18

Miami
14:16,17,20 20:22,
23,24 21:20 63:10

Miami-dade
15:13,14,24 16:1
17:3,12 65:4 72:10

middle
6:10

might
7:5,19,22

million
17:9

mind
8:12

minus
34:17

minutes
11:16 22:23,24
23:20 24:11 25:2
26:7,25 27:2 28:1
29:2 40:17 44:4
52:9 53:7,8,18
55:6,9,12,19,24
56:1,2,15 57:3
59:11,14,19,23
60:1,3,4 61:20,21

miss
64:7

missed
63:21

mistake
39:11

moment
6:8 26:1 27:10,14,
15,24 28:23 56:14,
23 67:6

Monday
38:12 57:24

money
32:18 33:7 68:16

month
8:25 9:2 25:9 39:7

months
12:19,20 15:20
25:15 64:17

Morales
19:1,16 20:1 33:19

more
14:10 17:18,22,25
18:3,4 19:2 23:8
24:2 26:7,22 27:20
32:21 33:7 42:4
61:20 65:11,15
68:9,25 69:4 72:20

morning
5:15,17 6:5 26:3
27:5 28:7 41:5
44:1 56:8

move
12:12 14:12 72:19

much
17:2 54:9 66:13
72:17 73:17

multiple
6:10

must
7:15

my
6:6 7:16 8:16,22
9:1 13:22,24 14:15
15:1 16:10,25
17:1,11 21:25
22:24 23:17 24:13,

16,19,21,22 27:3
28:8 30:9 31:22,25
32:1,18 36:11 41:8
44:13,17 45:10
48:17 50:10 51:3,
7,18 52:20 56:4
57:17 61:2,25
62:5,9 63:25 68:13
70:2,3 72:8

_____

**N**

name
6:6,9,10 9:12,15
36:18,24 38:15,17
45:17 51:2 64:23

named
45:14

names
6:11,14 18:23
33:16,18 50:24

necessarily
49:10

necessary
72:6

need
7:11 17:21 19:20
23:9 25:13 42:10
48:1,24 49:7,17,21
60:12 66:19,21,22
67:2,4 68:14

needed
18:12 22:25 23:8
40:17 46:18,24
48:6 49:12 55:23

needs
13:13 55:12 69:1,2

negative
44:9 62:16

never
15:23 20:8 22:19

58:10 63:21 72:13,
14

newest
47:20

Next
28:22

no
6:12,15,18 7:20,23
9:19,22 11:7,19
12:16,22 15:7,9,22
16:23 21:3 25:4
30:4,20 32:8 33:9
34:1 38:1 44:9
48:23 49:3 53:7
56:11,12 58:10,12,
18 59:12 62:13
64:10,13 65:23
66:5 68:21

nobody
54:13

nods
6:25

none
27:8

nonpersonal
43:3

nonverbal
6:24

norm
27:9,21

normal
26:21 53:6 55:18

not
10:24 11:21 17:1,7
21:12 23:19,22
24:22 25:12 27:9,
21 29:12,18,22
31:8 32:17 34:18
37:1 39:12,22
41:24 42:5 43:18
46:11 47:4,7 48:19



**UNIVERSAL**
**Court Reporting**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024

49:7,10,19 50:9
55:13,17 56:21
57:9 59:13 60:1
62:3 66:5 67:16
69:2 70:24 71:14,
15 72:16,17

**notes**
70:7,10,18,22,24

**nothing**
58:11

**noticed**
8:8 22:1

**notification**
10:15

**November**
9:2

**now**
5:3 14:23 17:13
19:8 37:8 51:2

**number**
5:9 69:8,20 70:14

**numbers**
34:18

---

**O**

---

**o'clock**
28:1,7,24 44:20
47:2,5,11 48:9
54:19 56:7,10
57:10 59:25

**oath**
7:24,25 8:4 49:6

**obtain**
14:1,24 46:25

**obviously**
69:1

**occasion**
38:20

**October**
15:19 16:13 20:19
62:19 63:1 64:16

**off**
6:21 16:25 22:17
23:25 37:15,16
58:23 71:3

**offered**
17:3 18:22

**office**
41:8 65:19

**often**
25:5,10 28:24 29:4
72:22

**Oh**
28:8 47:6 65:22

**okay**
6:13,19,20 7:3,9,
17,21 8:13 10:1
12:10 13:2 16:10
19:10 22:1,6,10
26:1 34:23 35:24
37:9,11,22 41:22
42:21,25 47:6 57:5
58:15 59:18,22
67:6 68:14 73:16
74:5,8

**older**
26:15

**on**
5:3,15,18 8:13
20:9,12,24 21:4,6,
10 23:22 24:24
25:6,13,15 27:10,
13 31:6,10,14,20
32:2 33:9,20 37:20
38:12,20,23 54:2,
11 60:7,8 61:12,19
67:20,25 68:18
69:19 71:19,23

**once**
13:11 25:16 70:14

**one**
7:4 10:20 13:11,12
14:10 16:23 17:9
19:20 20:18 25:9,
16 27:7,8 30:15,16
32:21,25 36:9 37:1
42:10,21 51:20
53:7 59:7,24 60:2
61:13 64:21 72:8

**ones**
19:23 28:10 34:25
35:3 42:11

**ongoing**
48:21

**only**
7:4,14

**open**
44:15

**Operations**
36:7,9,12,15 37:2,
4 51:9,14,15

**opinions**
54:2

**opportunity**
17:2,4 18:22 65:4

**order**
23:15 26:25 48:2,
25 49:8,15

**Orlando**
14:13,14

**other**
6:14 13:8,10 16:2
19:5,13 20:11
21:7,20 25:9,16
27:9 28:13,14,17
33:22 36:10,19
43:5,6 45:4,6 46:4
47:22,24 57:3
58:18 64:8 67:24
72:3

**others**
26:6 27:20

**our**
10:25 61:23

**out**
7:13 10:16 22:13
25:9 27:17 40:19,
22,25 45:5 52:1,3,
6,10,20,22 58:19,
21 61:12 64:1,25
65:20,23 69:23

**outside**
41:9,10 54:15

**over**
23:10 37:8 73:25

**overseeing**
35:8 36:1 37:4

**overslept**
59:18

**overtime**
25:4,5,8,12,15,20
65:12,13,18 66:3,
7,9,13,17,20,22,25
67:3,5,8,10,15,23
68:15,16,17,24
69:11,25

**overwhelmed**
17:5

**owe**
54:8

**owes**
54:9

**own**
15:1 17:1

**owner**
17:10 50:12,22,25
51:11

**owners**
51:9



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024

---

**P**

---

**P-A-L-M-E-R**
9:13

**P.M.**
40:16 50:1,16
51:5,22 54:23
57:15,22 74:9

**paid**
15:3 17:10 31:2
59:24 62:1 68:24
69:1,2,5

**Palmer**
9:10 20:10,13,17,
18,20 21:4,9 22:20
24:25 25:19 26:2
27:4 29:9 30:18,
22,23 31:1 34:4,20
36:17,20 37:3,4
38:3,8,16 41:11,21
42:9 43:1,7,15
45:13 46:7 49:25
50:15 51:5,21
53:14,21 54:18,22
55:1,23 56:6
57:14,22 58:1
59:1,6 60:14 61:17
62:6,11,17,25
63:22 64:1,8,12,
14,19,25 65:4,8,
10,15 66:3,7,17
67:10 68:7 69:6,20
72:2,23 73:10,14

**paper**
70:2

**paperwork**
51:24 52:1,11
58:12,19,21

**parameters**
51:7

**park**
30:10,14,15,21

**parking**
30:11,17,18

**part**
12:4 25:12 45:10
47:4

**particular**
39:9 52:25 53:1

**parts**
22:4 23:12

**passed**
14:8 15:5

**pay**
16:25 30:25 66:25

**payroll**
18:6 23:15 61:4
67:19 70:20

**penalty**
8:5

**pending**
6:7

**people**
18:4 23:8,9 26:13,
15,16,18,21 30:12,
13,21 34:5 47:23
66:22 67:2,3,4,15
68:15 72:17

**per**
25:16 32:25 40:14
57:18 65:11,15

**perfectly**
7:11

**perform**
43:18

**perimeter**
30:14

**period**
63:3,8,11

**periods**
40:2

**perjury**
8:6

**person**
7:5 18:5,6 27:10
50:9 54:9,10 58:13
60:7 62:8 64:22
68:4,18,22 72:17

**personal**
42:1,11 58:5,22

**personally**
48:20 54:12

**Pete**
19:2 20:1

**phase**
39:9 66:21

**phone**
22:2 23:22,25

**pick**
40:17 47:13

**picked**
48:8

**picking**
46:3

**pipes**
43:3,6

**place**
54:5

**placed**
43:25

**Plaintiff**
5:16

**plan**
59:16

**Plant**
15:16

**please**
5:13 6:24 7:4,6
10:9 22:8

**plus**
34:17

**PM**
64:5 66:8 68:14

**point**
56:17 72:9

**points**
24:8 25:19

**Portable**
43:10

**position**
15:14 17:25 24:22
36:12

**possession**
70:2

**possible**
7:12 22:13 59:8

**power**
23:25 45:5

**preparation**
11:17

**prepare**
11:8 22:25 23:1,16
24:14 61:4 67:19
71:9

**prepared**
15:4

**preparing**
29:14

**presence**
61:2,7,13

**present**
67:16

**prestigious**
18:13

**previous**
20:3

**private**

---



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024

18:7

**privilege**
10:25

**pro**
65:13

**probably**
22:11 74:3

**problem**
59:12 72:14

**problems**
59:13

**process**
21:16 38:13 49:20
58:18 66:15,19

**processing**
21:17

**professor**
15:3

**profit**
65:5

**profitability**
32:3

**project**
9:7,9,12,15 16:20
17:8 20:17,21
21:5,11,12,14,15,
23,25 22:20 23:17
24:25 25:7,14,20
28:9,10 29:9
30:11,19,24 31:10
34:4,20 36:6,9,12,
13,14,16,17,20,23
37:3,5 38:3,8,12,
13,16,24 39:6,9,12
41:10,12,21 42:9
43:1,8,15 45:14
46:8 47:18 49:25
50:15,17,22 51:5,
7,8,17,21,25
53:14,22 54:18,22
55:1,23 56:6

57:15,23 58:2
59:2,6,24 60:15
61:18 62:7,12,18
63:1,22,24 64:2,8,
12,14,20 65:1,5,9,
10,16 66:4,7,17,23
67:10,13,14 68:8
69:7,21 70:25
72:23 73:11,14

**project's**
53:9

**projects**
20:9,11 21:7 36:15
52:4 59:4

**Prologic**
50:25

**promise**
22:12

**provide**
42:25 43:6,14
67:13

**provided**
8:19 42:3 43:22

**province**
12:5

**pull**
43:10 49:12,15

**puller**
46:15 49:13

**pullers**
46:15

**punchers**
42:19 43:4,6 46:16

**purposes**
21:2

---

### Q

**qualification**
7:14

**qualify**
33:10

**question**
7:15,16 13:24
14:10 24:19 27:3
31:14 40:4 48:16,
17,23 50:10 51:3
52:20 56:11 62:23
63:25

**questions**
23:23 27:15 37:23
73:18,23

**quickly**
7:12

---

### R

**radio**
46:22,23

**raining**
27:14

**re-ask**
48:15

**reached**
10:16

**read**
73:25 74:3,7

**reading**
52:1,11,16 74:10

**ready**
27:1 28:2,4 48:2
49:1,8 55:7

**really**
21:12 65:19 70:24

**reason**
66:19

**receive**
30:24 31:2,4,24
32:1,11,17,19,21
33:4,7 45:25 66:16

**received**
10:14 21:19 32:14
33:2,15 34:10,16
52:17

**receiving**
21:17 22:4 32:6,15

**recognized**
18:12

**recommend**
74:6

**record**
5:3,14 6:9,21 9:11
37:15,17,20

**recorded**
64:3

**refer**
35:6

**reference**
57:1

**referred**
72:25

**referring**
8:21 11:12 28:23
33:14 51:14,15,17
57:6 60:1,4 69:15

**reflect**
69:8,19 71:5

**reflected**
67:25 71:6

**reflects**
70:15

**regarding**
11:5 24:8 27:21
34:20 37:23 38:10
39:24

**regular**
30:25 69:11,25
72:3

**regulations**


**UNIVERSAL**
**Court Reporting**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024

38:5,8 40:1,7 50:8,
9

**relate**
47:23

**related**
17:23 21:24 39:21
51:24 52:18

**relationship**
10:10,14,25 33:20
47:19

**relationships**
19:11 48:11

**relevancy**
62:21 63:4,12,16

**rely**
54:2

**remember**
8:24 16:7 19:8
20:16 25:23 36:21,
24 37:1 38:17
39:20 40:12 51:1
55:11 56:25 62:8,
10 63:19

**remind**
48:18

**remotely**
5:11

**rental**
46:1

**repeat**
31:14 62:22

**rephrase**
48:15

**replaced**
64:19

**report**
41:5 54:3 55:20
58:13 65:21,25
67:19 68:3 69:10,
14

**reported**
70:6

**Reporter**
5:3,12,19 6:22
12:7,10,25 13:2,17
37:12,14,19 73:24

**Reporting**
5:13

**represent**
6:6 10:17,21

**representation**
11:6

**represented**
9:17,22

**representing**
9:23 71:7

**represents**
71:1,16

**request**
58:4 68:13,17

**requested**
46:3

**require**
59:14 70:16

**required**
8:1 40:22,25 41:20
44:4 49:18 50:4
52:5,10,21 53:13
54:1 55:6 57:21
66:12,13 67:15
71:2,21

**requirement**
52:7

**requires**
8:5

**requiring**
59:8

**reserved**
74:11

**resolve**
60:9

**Resources**
70:21,23

**respect**
57:2

**respond**
7:8,15 62:2

**response**
24:8 27:12 48:16
51:13

**responsibilities**
17:6,10,23 24:14
61:24 62:1,5,9
72:4

**responsibility**
17:2,7,14 21:25
45:1 57:9

**responsible**
21:22 27:20 28:14
35:8,20,25 37:4
38:4 45:5 46:6,10,
20 52:16 53:22
54:17,21 60:15
64:2 66:2,6 67:7
73:13

**responsive**
48:17

**rest**
23:18 24:3 39:24
62:15

**resume**
18:21,22

**resumed**
37:18

**retrieve**
44:7,11

**return**
44:17

**review**
11:17 22:8 66:23

**right**
16:12,15 18:22
19:8 24:19 29:4,19
35:8,22 37:14
41:15 50:9 51:2
68:18 71:8 73:24

**River**
20:24

**Robert**
19:1 20:1 64:23

**row**
25:15,21

**rule**
26:24 27:25 55:17

**rules**
6:19 38:5,8 40:1,6
41:22

**run**
39:16

**running**
21:22

## S

**S-A-W-Z-A-L-L**
42:23

**safely**
59:19

**safety**
38:5,7,11,13,15,
18,19,21 39:4,13,
16,18 43:22 44:15
59:15

**said**
6:23 9:22 10:8,9
12:25 24:10,22
28:12,24 41:15
42:22 55:25 56:23



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024

67:6

**salaried**
31:7,9,11,16,25
33:14,23 61:19

**salary**
24:15 61:22 62:1,2

**same**
7:25 16:23 33:4,
11,12 34:16 35:13
50:3,5 54:5,13

**sanding**
42:19

**save**
71:23

**saved**
71:24

**sawzall**
42:23

**say**
7:7 11:12 16:9
18:3 23:1 25:8
58:10 59:12,17,18,
20,23 61:20 65:23
66:21,25 67:1
68:14 69:14 72:20

**saying**
29:19 31:19 44:18,
25 48:4 57:6 59:22
61:5 70:7,9 73:20

**says**
56:17 57:5 71:18

**schedule**
20:7 24:21,23
25:12 39:23 49:25
50:5,7 51:7,21
52:4,18 57:14

**schedules**
39:21

**scissors**
46:16

**Scott**
10:2,4,19 11:5

**screwdrivers**
42:17

**second**
12:8

**sector**
18:7

**security**
13:11

**see**
24:18 26:10 28:7
47:12,13,17 54:7,
14 56:20 70:5
72:13 74:4

**seems**
22:1

**seesaw**
42:18 43:11 46:17

**Send**
74:8

**sense**
44:16 57:8

**sent**
8:22 10:16

**separate**
16:21

**September**
20:19 62:18 63:1

**Sergio**
45:14 46:6,10,19,
22 47:1,19,23
48:1,4,25 49:8

**service**
40:10

**set**
49:24 50:7,10
51:6,7,10

**seven**
27:9 60:3

**several**
13:11 15:5 17:8
19:22 23:13 25:15,
20 66:1

**sewer**
15:13

**shakes**
6:25

**share**
22:9

**sheet**
61:1,2

**sheets**
23:4

**shift**
55:7

**shifts**
44:5

**shipping**
21:20

**short**
37:16

**should**
68:24

**shovels**
43:3,5

**show**
56:13,16

**showed**
59:3,6

**showing**
8:12

**shows**
71:2

**sick**
62:12 63:22

**side**
20:25

**sign**
11:4 23:4 40:19,
22,25 61:2,6,11
69:16,23

**sign-in**
61:1

**sign-out**
61:1

**signature**
8:20

**signed**
22:25 58:12

**signing**
52:16 74:10

**simple**
11:10 18:1 71:15

**simply**
58:12

**since**
14:20 15:19

**single**
54:6 61:6,13

**sit**
23:4 26:20 28:5
56:3

**site**
25:1 26:2,4,10
27:4 30:21 68:19

**situation**
67:22

**six**
12:25 13:1 27:8
64:16

**sizes**
42:17

**slowly**
42:15



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024

small
67:17

smooth
24:2

some
22:4 25:19 26:15,
18,20,22 27:15,19,
20 39:21 45:9 56:2
72:8

someone
18:21 26:11 35:16
36:25 71:9

something
8:9 11:10 27:11,16
48:9 57:1 58:23
65:25 71:23

sometimes
25:14 47:9 48:6
54:8 61:20,21

somewhat
72:6

soon
22:13

sophisticated
17:18,22 18:3

sorry
5:6 10:12,13 11:24
13:18 18:15 30:6
31:13 35:5 40:3
41:14 42:13 46:13
47:3 49:15 50:19
51:18 60:23 62:23

sound
16:12

sounds
28:18 35:5 66:2

Southern
5:10

Spanish
7:8 11:21

spanned
62:18 63:1

speak
7:6 11:20 12:21

speaks
7:5

specific
24:23 27:21 30:17
36:14 71:22 72:14

specifically
10:8 21:9 31:1
39:23 51:23 71:18
72:14

specifics
10:24

spelling
9:12,15 12:7 45:17

spent
68:16

spikes
43:4

spins
42:16

spoke
33:15,23

spots
30:13

start
13:25 18:11 19:16
22:24 23:14 24:11,
12,20 26:8,18
27:1,22 28:4,5
40:14 44:4 52:14
55:3,7,15 57:3,9

started
10:14 14:4,5,9
16:1,15 19:6,14,18
28:2 44:6 72:1

starting
27:20 29:10 67:1,2

state
13:6 55:12

stated
6:5,8 20:10 35:24
40:21 49:24 53:11
55:5 57:14 62:17,
25 63:21

States
5:10 12:12,14,17

station
21:7,8

stay
26:20 67:11

stayed
68:18

steps
13:25 69:7,18

still
59:24

stimulus
32:1

stolen
47:15

stop
16:24 41:1 67:25

stopped
16:14 54:22 64:11

stressed
22:18

strike
37:3 50:3 65:9

stuck
59:10

study
14:4 15:3

stuff
23:8

subcontractor

28:17

subject
8:16

submit
70:18,22 71:9,21

subpoena
8:22

successful
65:5

sudden
58:23

sued
15:6 48:20

suffer
7:21

suggestion
55:18

Sundae
36:18 51:18 64:5
66:8

superintendent
16:20 22:22 34:4
35:25 36:19,22
38:3 64:18

supervise
23:18 34:5 67:11,
23 68:3

supervised
34:22

supervising
28:13,15,19 35:20
36:3 59:3 67:7
68:9

supervision
28:9 34:20 66:14

supervisor
9:8 15:16 16:20
17:8,12 18:7,12
24:13 36:15 68:13



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024

**supervisors**
18:19 19:23 33:17
51:8

**supplies**
17:24

**support**
67:14

**supposed**
55:9,19

**sure**
21:12 22:11 23:18
25:18 28:1 29:7
31:8 37:1 42:5
44:24 53:25 55:7
58:15 70:8

**sworn**
5:23 6:2 49:5

**Sydell**
5:12

**system**
17:18,22 21:19
41:25 70:20 71:12,
18,24

---

**T**

**take**
7:11,16 8:1 14:1
21:2 22:17 30:12
37:9 46:24 53:6
54:1 62:19 63:2,7,
23 69:7,18

**taken**
5:7,9 6:17 7:18
71:3

**taking**
45:1,5

**talk**
14:23 23:6 27:17
29:14 33:13 34:19
39:7,22 72:6

**talking**
8:11

**task**
25:13 67:14 70:4,
11,12,13 71:2,16,
18

**tasks**
28:11 35:2 65:18
67:17

**team**
59:21

**technical**
11:22 42:15

**Telemundo**
20:15 21:8

**tell**
10:9 20:11,20
21:5,13 34:21 40:6
51:23 53:7 59:11
65:22 66:15 68:5

**telling**
10:7

**tells**
54:9

**terms**
42:15 51:11

**testified**
5:23 6:2

**testify**
8:5

**testifying**
8:1

**testimony**
49:5 53:13

**tests**
15:5 62:14

**text**
73:4

**than**
13:8 17:14 27:20
28:13 32:21 36:10,
12,20 43:5 45:7
58:2,8,17 64:8
65:11,15 68:9,19,
23,25 69:4

**thank**
5:19 8:13 13:2
24:5,7 36:16 40:9
41:17 47:6 73:16

**that**
6:20,23 7:3,4,5,10,
14,24 8:1,4,5,8,12,
16,19,21,22,25
9:9,11,12,14 10:1,
7,8,9,20,21 11:15,
24 12:13 13:8
14:1,9,22,24 15:2,
21 16:12 17:2,11
18:1,3,20,23,24
19:5,6,10,13,24
20:11,15,16,18,20
21:12,23,24 22:6,
25 23:7,10,17,18
24:10,13 25:6
26:11,12,23,24
27:2,10,11,13,21,
22,24 28:1,7,8,10,
22,23 29:12,25
30:13,20,21 31:6,
19,20,22 32:1,2,8,
15 33:6,7,9,10,12,
14,15,23 34:3,15
35:8,10,11,13,22,
24 36:5,11 37:3,25
38:25 39:2,8,11,
22,23 40:21 41:5,9
42:1,2,4,21,23
43:2,23,25 44:3,5,
6,15,18,25 45:3,12
46:4,11,19,24
47:1,10,12,14,15,
17,18,25 48:1,4,9,
15,16,18,19,21,24,

25 49:6,13,18,19,
21,24 50:1,3,4,7,
14,15,18,21 51:4,
13,24 52:1,2,6,10,
14,24 53:7,8,9,12,
13,14,22,25 54:10,
13,17,21,25 55:5,
8,12,17,23 56:5,
14,16,17,23,24,25
57:1,14,18,19
58:3,13,15,19
59:3,4,5,7,8,13,15,
22 60:5,8,19 61:5,
7,11,12,15,25
62:3,10,17,19,25
63:2,8,10,21,24
64:1,2,18,22 65:5,
9,20 66:1,4,5,11,
15 67:7,8,14,20,
22,24 68:3,8,12,
13,15,16,20 69:7,
11,12,15,18,20
70:2,5,8,9,14,15,
16,25 71:2,8,12,
17,18,21,23,24
72:19,20,25 73:20

**that's**
7:11 8:23 9:16
14:19 16:17 22:14
30:1 36:2 38:6
40:10 41:3 42:3,16
44:22 45:9 50:25
51:24 52:4,16
53:19 54:11 59:18,
20 60:2,21 65:25
68:2 70:13,14,16,
20 71:6 72:5

**their**
23:11,13,14,15
28:4 30:12 33:18
35:15 36:24 41:13
43:7 44:4,11,14
50:24 52:12 55:7,
19 56:3 59:15
61:12 67:19,25



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024

**them**
10:17 18:8 20:2
33:21 35:6 42:12
43:17,20 45:2,6,11
46:5 47:13 48:2,8,
12,13,25 52:16
55:4 59:14 61:13
67:11,18

**themselves**
5:14 47:14

**then**
10:16 14:7,8,9,17,
21 15:4 23:4,15
28:18 30:13 35:25
42:2 44:1,13,17
45:9 47:15 51:10
53:2,4 60:2 61:3
66:2,20,23 67:1,4,
16 68:6,16 69:3,23
70:3,4,15 71:3,5

**there**
6:19 14:15 15:5
16:11 18:4,20
19:5,7,15,23 22:22
25:4,8,20 26:3,8,
10,11,12,13,15,17,
25 27:6,7,11,21,
22,24,25 30:11,17
33:2,22 34:17,23
36:3,8,19,21,25
37:1 38:13,22
39:20 41:22,23
42:1,3 43:21 45:4,
8 47:17 49:18,20
50:14 51:3,6 55:9,
23 56:15,20,21,23,
25 58:18,21 62:6,
11 64:18,21 65:12
66:19,23 67:15,16,
23,24 70:11 72:2

**there's**
17:18 18:5,6 19:2

**thereupon**
5:21 37:16

**these**
41:22 44:7 46:2
47:10 48:24

**they**
10:16 18:12,18,20
23:3,13,14 27:16,
17,19 29:2 30:12,
14 34:17 35:9,11
40:12,18,22,25
41:3,5 43:22,24
44:1,13 45:10
46:3,20 47:14,22,
23 48:6,10,11,12
49:12,17 51:9,10,
23 52:15,17 53:8
54:2,3,7,8 55:7,8,
23 56:3,14 58:2,5,
6,7,9,17,19,23,25
59:9,10,15,17,19,
24 60:6,10 61:1,2,
7,11,12 62:15
65:14,17 67:1,5
68:3,23 69:9,20,
22,24,25

**they're**
28:1 57:17

**thing**
7:3 32:8 35:13
53:6

**things**
39:21 47:17 49:21
59:7

**think**
19:13 24:1 33:5
39:20 42:24 49:24
52:8 56:25 62:8,17
63:9,13,18 64:10
68:11,23 73:5,8,17

**thinking**
19:10

**this**
7:12 8:2,19 10:21
11:21 17:2,20

19:19 22:15 27:1
38:11 41:24 42:13
43:23 65:23 66:21
67:17 72:20

**those**
16:21 19:11,23
22:9 28:6,25 29:4
33:9,16,21 34:7
38:18,21 39:4,16,
18 40:1,6 41:7
42:15 43:5,23
44:19 45:1 46:13,
15,19,21 47:1
48:1,5 50:10 51:20
59:14 64:8 68:24
70:3,9,18,22 71:3
72:19 73:1

**though**
63:17

**three**
12:20 14:6 27:8
33:3 49:16 67:15

**through**
8:18,19 21:23
22:21 23:17 41:3
52:11,12 57:24
66:16,19 73:4,6,7

**throughout**
24:2

**time**
5:4 7:5,10 15:2
17:14 20:5 21:1
22:16,17,21 24:11,
19,25 25:3,7 26:8,
22 34:3,15 37:14,
19,23 38:2 39:24,
25 40:2,7,15 44:5
52:25 53:1,21
54:6,13 56:5
58:22,23 59:1
62:20 63:2,23,25
64:9,12 65:21,25
66:13 67:25 68:7

69:6,12 72:8 73:17

**times**
7:6 23:19 25:16
33:9 40:8 66:1
72:18

**timesheet**
61:7,12 68:1 69:19

**timesheets**
69:8,15,17 70:8
73:14

**title**
16:18 45:22 73:10

**titles**
16:18,22 28:6

**today**
6:17,23 7:19 8:5
10:6 22:12 49:6
60:8 67:1

**today's**
5:4 7:25 8:16 9:18,
24 11:8,18 22:7

**together**
35:9 38:9 51:10
73:9

**told**
18:20 50:14,15
51:4,20 72:3

**tomorrow**
67:2

**took**
8:4 15:5 37:25
53:23 54:16

**tool**
46:24 47:14,20,21
48:8 49:21

**tools**
23:14 41:12,15,20,
23 42:1,2,3,8,19,
20,21,25 43:2,7,
15,16,19,23,24


**Universal Court Reporting**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024

44:7,11,15,19
45:1,5,10 46:1,4,6,
10,13,19,21 47:1,
10 48:1,5,6,24
49:7

**top**
34:22

**topics**
39:7,8,21

**total**
33:1

**track**
60:15,19,22,25

**traffic**
26:5,23 59:10

**train**
21:7

**transferred**
14:16

**Trial**
8:2

**trouble**
48:19

**truck**
53:2,4 54:5,8

**trust**
45:9

**truthfully**
8:5

**try**
6:24 7:4,11 22:12
59:7

**trying**
19:9 36:25 48:20
60:8,9

**twisters**
42:16,17

**two**
12:19 15:4,19,20

16:21 30:15 33:21
49:15 62:14

**type**
6:24 11:4,22 21:15
41:12

**types**
7:18 42:18

**typical**
24:24 30:20

**typically**
25:3 26:2

**typing**
6:22

---

**U**

**U.S.**
14:11

**under**
8:5 14:7,9 24:15
28:8 49:6 61:22

**underground**
70:13,15 71:5,7

**understand**
7:24 8:4 15:25
29:18 31:22 40:4
42:5 48:20 59:12
70:25

**understanding**
21:21 25:18 29:7
33:6 35:19 36:11
44:24 58:16

**Understood**
7:1

**United**
5:10 12:12,14,17

**Universal**
5:13

**unless**
22:8

**until**
7:7 14:15 15:5
16:11,13 51:22
57:15,22 62:18
63:1

**up**
17:2 40:17 47:13
48:8 51:10 57:18
59:3,6 70:8

**us**
39:6

**use**
41:12,20 42:9
43:7,15 46:18

**used**
13:22

**usual**
22:23

**usually**
30:5,15 35:16
47:7,9

---

**V**

**V-A-L-E-Z**
45:18

**V-E-L-E-Z**
45:19

**V-I-L-L-A-S**
12:9

**vacation**
58:22 62:19 63:2,
7,10,23 64:1,9

**Valentine**
19:4 20:2 33:19

**varies**
25:14

**vary**
26:23

**Vegas**
63:19

**vehicles**
21:18

**Velez**
45:15

**verbally**
51:23

**Villas**
12:5

**visit**
54:4

**voluntarily**
48:9

**vs**
5:8

---

**W**

**W-2**
14:7

**W-E-I-S-B-E-R**
19:2

**wait**
7:6 56:4

**waive**
73:25

**walk**
22:21 23:16 27:17
54:4

**walkthroughs**
54:4

**want**
9:11,14,21 14:23
19:11 21:4 22:6,11
24:7 28:22 34:19
35:12 37:24 42:22
47:20 48:18 64:25
74:2



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024

**wanted**
6:10 26:23 27:11,
16 57:13 58:2,7,16
60:14 65:9 67:5
72:12

**WARGER**
5:22

**wasn't**
26:12

**water**
15:13 39:25

**way**
11:8 17:17 26:22
34:22 52:3 60:5,7

**we**
5:3,6 6:20 22:4
23:2,4,6,8,9 26:17
27:1 28:16 29:13,
14 31:9 33:13
34:23,25 37:9,22,
25 38:9,11 39:8,22
40:17 41:4 42:19
46:23 53:18,19
55:14 57:2,3,8,9
58:10,11,12 61:22
67:2,3,4 69:3
70:14 72:9,11 73:8

**we're**
8:11 9:12 37:20

**we've**
37:7

**website**
18:19

**week**
25:9,16 38:9 39:7
57:18,19,24 58:13
65:11,15 70:5

**weekend**
61:4

**weeks**
25:21

**Weisber**
19:1,2 20:1,2
64:23

**welcome**
73:19

**went**
23:13 54:15

**were**
8:1 11:23 16:7
17:5 18:21,25 19:5
20:5,17 21:1,6,9,
22 22:16,18 23:19
24:14 26:8,15
27:20 28:13,14,19,
23 29:2,15 30:13,
23,24 31:4,11
32:15 34:3,7,18
35:7 38:2,3 39:21
40:1,6,12,21,25
41:20 44:4 45:13,
24 46:11 48:11
50:3,16 51:13
55:5,8 56:13,16
57:2,9,21 58:2
59:2,9,10,21
60:15,18 64:1,3
65:9,14 66:2 67:7,
8,9,22 68:8 69:11,
12,20 70:5,9 71:21
72:4,19 73:13

**weren't**
67:23

**Werlao**
37:1

**what**
7:7 8:9,11 11:20
12:4,18,23 13:4,
24,25 15:14 16:7,
18 17:17 18:23
20:9,21 21:6,9,12,
15 22:2 23:1,6,7
24:11,19,25 25:3,
6,23 27:13,14,21

28:3,6,13 29:14,
15,18 31:6,8,10,
15,24 33:15,18
34:10 36:21,24
38:15 39:4 40:6,12
41:20 42:8,25
43:14,19 45:10,22,
24 46:13 48:4,12
50:24,25 52:5
53:19 54:7,8,14
56:24,25 57:2,21
59:21 60:10 65:14
66:10 68:16 69:7,
18 71:18 72:3,4
73:6,10 74:4,6

**what's**
54:10,11

**when**
8:24 10:4,14
11:12,25 12:12
14:3 16:4 18:3,24
23:13 26:4,9,13
27:3 32:14 44:6,11
51:6,10,13 57:5
60:10 61:5,11
64:11,14 69:14
72:1,11 73:8

**where**
9:7 11:23,25 12:1
14:11,12 15:12
20:20 23:8 30:10
38:19 40:18,22
41:4,7 44:14 46:24
52:17 56:17 58:11
62:7,12 63:15

**which**
7:19,22 8:6 9:9
13:17 21:19 42:10
51:20

**while**
16:18 17:6 19:10
23:22 30:23 32:11
36:14 41:21 45:13

**who**
9:19 19:3,13 26:3,
5,16 28:10 34:22,
24,25 35:3,14,16
36:5,16 37:2,3
38:21 39:15 45:5
50:7,10,14,21 51:3
53:22 54:15,17,21
62:8 64:2,22 66:6
67:2,3 68:9

**whole**
21:11

**whose**
60:18

**why**
16:24 22:14 32:15
68:12 69:3

**will**
18:7 31:9 41:23
42:14 70:24 71:5

**wire**
49:13

**wires**
43:10 46:15,16
49:12,15

**wiring**
49:20

**with**
5:12 8:19 9:14,18,
23 10:8,21 11:5,10
13:21,25 15:8,14,
17,23 16:2 17:1,3,
5 18:24 19:12,16
20:3,6,12 22:9
23:2 29:8,13,22
30:2 33:15,17,19,
20,23 35:4,9,14
37:13,24 38:4,7,10
39:8,11 42:15
43:23 44:15 45:14
47:19,25 48:24
54:3,12 55:4 57:2,



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024

8,10 60:6 64:11
65:4,5,18 66:1
70:3,8 71:7 72:7,
15,17,21,22 73:3,
7,25

**without**
10:7 14:4 49:13
68:9,19,23

**witness**
6:1 24:4 37:11
73:19 74:1,6,8,11

**Wonderful**
24:7

**word**
12:8

**words**
27:9 47:22

**work**
11:22 15:12,21,25
16:4,5 17:1,25
19:14 20:3,7 22:4,
17,24 23:12,16,18
24:9,11,12,19,21
25:3,5,15 26:6
30:5,8 31:10,11,
16,20,25 32:1
35:4,9 39:18,21,23
40:2,7 41:1 43:21
44:17 45:14 49:8,
18,25 50:4,5,7,10,
15 51:21 54:3
55:13,20 56:1
57:1,14,22 58:2,8,
16 59:3,16 60:3
61:17 62:12 63:21
64:7 65:9,10,15,
19,22 66:12,17,22
67:3,9 68:22
69:22,24 70:15
71:7 72:2,7,10,11,
22

**worked**
15:2 16:11,13

19:21 20:9,12 51:4
56:5 68:9,25 69:4,
9,11,12 70:1,9
71:14,19 73:9

**workers**
18:19 38:23 43:17
44:1 53:1 59:13
72:15,18,19

**working**
14:5,9 15:23 16:1,
14,15,19,24 17:6,
12,14 18:10,11
19:6,7,14,18 20:5,
17 21:1,6,10
22:16,22 23:14
24:24 30:3,23
32:11 34:3 36:20
37:23 38:2,14,16
41:1,11,21 42:9
43:1 45:13 48:2
49:1 51:4 52:14
53:21 54:19,23
55:1 57:18 59:1,25
64:11 65:8 67:8,23
68:7 69:6,21 71:9
72:1,21

**works**
35:14 41:25 71:4

**worth**
63:23 64:8

**would**
5:13 8:12 16:5,9
22:23,25 23:1,2,3,
4,6,7,10,11,12,14,
15,18 24:10,25
25:3,5,6,8,13,16,
20 26:2,3,4,9,13,
18,20,23 27:3,6,
10,15,16,17,19
28:3,7,12,24 29:4,
8,12,13,19,25
30:5,10,12,14 31:2
32:1,17,18 33:7,9,
10,13,20 35:20,25

38:7,9,11,18,19,
21,25 39:2,4,6,8,
15,18,22 41:3,4,5,
7 42:25 43:6,14,19
44:6,11,14,16,19,
25 45:10,11,25
46:1,4,13,20,22,
23,25 47:1,7,9,10,
25 48:1,10,23,24,
25 49:17 52:25
53:1,2,3,4,12,25
54:1,25 55:3,8
56:1,3,19 58:7,9,
10,12,13,17,23,24
59:5,7,9,10,12,15,
18,19,20,24 60:2,
19,22 61:1,2,3,6,7,
11,12,17,19,20,23
62:3 65:3,18,20,
21,22,23 66:9,11,
16,21,23 67:1,4,7,
10,13,16,18,19,24
68:2,3,5,12,15
69:3,7,10,15,18,
22,23 70:2,3,7,10,
16,18,22 71:8,9,23
72:7,15,20,22
73:1,24 74:4

**wouldn't**
45:12 47:17 49:17
55:15,25 60:4 66:9

**write**
69:23 70:7

**writing**
8:9,10,13

**written**
11:4

_____

**X**

**XXX**
70:13

_____

**Y**

**yeah**
25:24 71:12 74:3

**year**
20:18 32:25 33:4

**yearly**
31:9

**years**
12:18 14:6 15:4,20
16:5,6,7 19:21
33:2

**yes**
7:2 8:3,7,18 9:5,25
10:3 11:2 13:1
14:22 15:11 17:16
18:20 19:8 20:4
21:24 22:4,14
25:23 29:21 31:5
32:13,23 33:5 35:9
36:4 41:3,18 45:20
48:23 52:3,23
56:11 58:4,9 63:5
64:21 65:12,13,17
68:2 69:17 73:5

**yesterday**
10:6

**you**
5:19 6:8,10,13,16
7:8,10,13,15,16,
18,21,24 8:1,4,5,
12,14,15,22,24,25
9:4,6,17,22 10:4,7,
9,21,24 11:4,8,12,
17,20,23 12:12,14,
15,18,21,25 13:2,
9,24 14:1,11,12,
14,17,20,24 15:6,
8,10,12,14,17,21,
25 16:1,2,4,7,10,
14,15,18,24 17:5,
13,14 18:10,14,17,


**Universal Court Reporting**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

GUSTAVO HERNANDEZ vs HYPOWER, LLC
Fleites, Alsides on 12/27/2024

23,24 19:6,11,12,
13,14,15,17 20:2,
5,6,9,10,11,16,20
21:1,2,5,6,10,13,
21 22:8,11,13,16,
17,18,21 23:21,22,
25 24:5,7,10,25
25:3,5,8,14 26:1,4,
9,13 27:3,11,24
28:7,12,13,14,19,
23,24,25 29:4,8,
19,21 30:2,5,8,10,
23,24 31:4,8,14,
19,20,24 32:2,5,
11,14,15,21 33:4,
7,12,15,20,23
34:3,5,10,15,21
35:6,24,25 36:3,8,
16,24 37:24 38:2,
3,7,19 39:4,18
40:6,9,12,21 41:7,
14,17,24 42:10,21,
22 44:3,25 45:13,
14 46:19 47:6,25
48:19,23 49:6,24
50:7,10,15 51:4,
13,15,17,20 52:1,
6,10,20 53:11,21,
25 54:25 55:5,22
56:5,6,13,16,17,
23,24 57:2,6,13
58:17 59:2,5,17,
20,21 60:12,15,18,
22,25 61:5,17
62:7,12,17,19,25
63:2,7,10,15,16,
21,22,25 64:1,7,
11,12,14,18,19,22,
25 65:1,23 66:2,
10,15 67:6,7,10,23
68:8,19,23 69:7,
14,18 70:7,9,10,
18,22,25 71:8,9,
21,23,25 72:22,25
73:3,6,13,16,24
74:2,7

**you'd**
8:1

**you're**
8:9,13,21 19:10,12
22:2,3,9 29:19
33:14 44:18 48:19
59:22 70:7 73:19

**you've**
15:23 20:11

**your**
6:8,16 7:19,22
10:1,8 11:5 12:23
13:4,9 14:10,23
17:6,14 20:3,6,12
22:2,6,21 23:22,25
24:8,12 30:25
31:19 32:6 33:6
37:23 49:5 53:13
59:1,20,21 61:7,13
65:23 68:7 69:6
73:17

**yourself**
36:20

---

**Z**

---

**Zoom**
57:10



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com