UUNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

### Case Number:  24-20207-CIV-MARTINEZ

GUSTAVO HERNANDEZ,

     Plaintiff,

v.

HYPOWER, LLC,

     Defendant.

_____/

### ORDER REVISING TRIAL DATE

THIS CAUSE came before the Court upon a *sua sponte* review of the record.  It is hereby

**ORDERED AND ADJUDGED** that:

1. The previous calendar call and trial dates are hereby **CANCELLED**.  Trial is set for the two-week period commencing on **Monday, May 5, 2025, at 9:30 a.m.,** before Jose E. Martinez, United States District Judge, 400 N. Miami Ave., Courtroom 10-1, Miami, Florida 33128. Calendar Call will be held on **May 1, 2025, at 1:30 p.m.** at the same location.

2. All other deadlines shall remain in place.

3. The parties shall notify the Court **on or before April 10, 2025,** if the unavailable witnesses designated at ECF No. 66 remain unavailable for the re-scheduled trial date.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28 day of March, 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record