UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-20207-JEM

GUSTAVO HERNANDEZ,

    Plaintiff,
v.

HYPOWER, LLC,

    Defendant.
_____/

### ORDER ON DEFENDANT'S *UNOPPOSED* MOTION FOR LEAVE TO ALLOW INSURANCE REPRESENTATIVE TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE

THIS CAUSE having come before the Court on Defendant's, HYPOWER, LLC, Unopposed Motion for Leave to Allow Insurance Representative to Appear Telephonically at Settlement Conference [D.E. ___], it is hereby:

**ORDER AND ADJUDGED** that said Motion is GRANTED. Defendant's insurance representative, Thomas White, shall be permitted to appear by telephone at the Settlement Conference.

**DONE AND ORDERED** in Chambers, at Miami-Dade, Florida, this ___ day of April 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record