UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-20207-CIV-MARTINEZ

GUSTAVO HERNANDEZ,

    Plaintiff,

v.

HYPOWER, LLC,

    Defendant.

_____/

**ORDER ON JOINT MOTION FOR EXTENSION OF
TIME TO EXTEND CERTAIN PRE-TRIAL DEADLINES**

**THIS MATTER** having come before the Court on the Parties' Joint Motion for Extension of Time to Extend Certain Pre-Trial Deadlines ("Motion"), (ECF No. 69), and the Court having reviewed the Motion and pertinent portions of the record, and otherwise being fully advised in the premises, it is:

**ORDERED and ADJUDGED** that the Motion, (ECF No. 69), is **GRANTED** as follows:

1. The previous calendar call and trial dates are hereby **CANCELLED**. Trial is set for the two-week period commencing on **Monday, August 11, 2025, at 9:30 a.m.**, before Jose E. Martinez, United States District Judge, 400 N. Miami Ave., Courtroom 10-1, Miami, Florida 33128. Calendar Call will be held on **Thursday, August 7, 2025, at 1:30 p.m.** at the same location.

2. The following deadlines set forth in the Amended Scheduling Order, (ECF No. 25), are modified as follows:

    a. August 4, 2025: Proposed jury instructions and/or proposed findings of fact and conclusions of law shall be filed.

    b. August 6, 2025: Proposed *voir dire* questions shall be filed.

**DONE and ORDERED** in Chambers at Miami, Florida, this 2 day of April 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record