UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-CIV-20207-MARTINEZ/D'ANGELO

GUSTAVO HERNANDEZ,

    Plaintiff,

v.

HYPOWER, LLC,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S *UNOPPOSED* MOTION FOR LEAVE TO ALLOW INSURANCE REPRESENTATIVE TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE**

**THIS CAUSE** is before the Court on Defendant Hypower, LLC's, Unopposed Motion for Leave to Allow Insurance Representative to Appear Telephonically at Settlement Conference (DE 70), it is hereby:

**ORDER AND ADJUDGED** that the Motion (DE 70) is **GRANTED**. Defendant's insurance representative, Thomas White, shall be permitted to appear by telephone at the Settlement Conference.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 2nd day of April 2025.

_____
ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record