UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GUSTAVO HERNANDEZ,

        Plaintiff,

v.

        CASE NO.: 1:24-CV-20207-JEM

HYPOWER, LLC,

        Defendant.
_____/

## JOINT NOTICE OF UNAVAILABILITY OF WITNESS FOR TRIAL

**COMES NOW** Plaintiff, GUSTAVO HERNANDEZ ("Mr. Hernandez" or "Plaintiff"), and Defendant, HYPOWER, LLC ("Hypower" or "Defendant"), by and through the undersigned counsel, and in accordance with the Court's Order Revising Trial Date [D.E. 68], hereby notify the Court if the witnesses previously designated at ECF No. 66 remain unavailable for the current trial period, and states as follows:

    1.    On March 27, 2025, the Parties filed their Joint Deposition Designations, wherein they proposed deposition designations for Mr. Hernandez, non-party, Raul Gonzalez ("Mr. Gonzalez"), and non-party, Alsides Fleites ("Mr. Fleites"). [D.E. 66].

    2.    On March 28, 2025, the Court entered its Order Revising Trial Date, wherein the Court *sua sponte* revised the trial period to the Court's two-week period commencing on May 5, 2025, with calendar call on May 1, 2025. [D.E. 68]. Additionally, the Court asked that the Parties please confirm whether Mr. Hernandez, Mr. Gonzalez, and Mr. Fleites will remain unavailable at trial. *Id.*

    3.    Thereafter, on March 31, 2025, the Parties filed a Joint Motion for Continuance of Trial and to Modify Certain Pre-Trial Deadlines ("Joint Motion for Continuance") in light of

Defendant's counsel's upcoming maternity leave during the revised trial period commencing on May 5, 2025. [D.E. 69].

4. On April 3, 2025, this Court granted the Parties' Joint Motion for Continuance, and set this matter for trial during the Court's two-week period commencing on August 11, 2025, with calendar call on August 7, 2025. [D.E. 71].

5. Mr. Gonzalez, a former superintendent for Hypower, retired from Hypower in or around March 2023 and moved to Greece full-time. As such, Mr. Gonzalez will be unavailable to testify in-person at trial. *See* Fed. R. Civ. P. 32(4)(B). However, the Parties are waiting to hear back from Mr. Gonzalez on whether he will be available to testify via Zoom during the current trial period commencing on August 11, 2025.

6. With respect to Mr. Hernandez and Mr. Fleites, the Parties filed those deposition designations in an abundance of caution in the event they became unavailable for trial. Nonetheless, at this time, the Parties have no reason to suspect that they will be unavailable to testify in-person at trial.

Respectfully submitted on this 10th day of April 2025,

| | |
|---|---|
| FAIRLAW FIRM<br>*Counsel for Plaintiff*<br>135 San Lorenzo Avenue, Suite 770<br>Coral Gables, Florida 33146<br>Telephone: (305) 230-4884<br>E-mail: brian@fairlawattorney.com<br>E-mail: brooks@fairlawattorney.com | COLE, SCOTT & KISSANE, P.A.<br>*Counsel for Defendant*<br>Esperante Building<br>222 Lakeview Avenue, Suite 500<br>West Palm Beach, Florida 33401<br>Telephone (561) 612-3426<br>Facsimile (561) 683-8977<br>E-mail: jillian.strasser@csklegal.com<br>E-mail:  emma.mccarthy@csklegal.com |
| /s/ *P. Brooks LaRou*<br>Brian H. Pollock, Esq.<br>Florida Bar No.: 174742<br>P. Brooks LaRou, Esq.<br>Florida Bar No.: 1039018 | /s/ *Jillian Strasser*<br>Jillian Strasser, Esq.<br>Florida Bar No.:  113611<br>Emma McCarthy, Esq.<br>Florida Bar No.: 1048504 |