UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-CIV-20207-MARTINEZ/D'ANGELO

GUSTAVO HERNANDEZ,

    Plaintiff,

v.

HYPOWER, LLC,

    Defendant.
_____/

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the Parties to the above-captioned civil matter hereby waive their right to proceed before a District Judge of this Court and voluntarily consent to have United States Magistrate Judge Ellen F. D'Angelo conduct any and all further proceedings in the case and order the entry of judgment. As Magistrate Judge Ellen F. D'Angelo presided over a successful settlement conference in this matter on April 14, 2025, the Parties believe the interests of judicial economy will be best served if all remaining matters in this case are decided by Magistrate Judge Ellen F. D'Angelo. The Parties do not consent to the reassignment to any other or successor Magistrate Judge.

Respectfully submitted,

| | |
|---|---|
| Patrick Brooks LaRou (1039018) | Jillian Strasser (113611) |
| brooks@fairlawattorney.com | jillian.sidisky@csklegal.com |
| FairLaw Firm | Cole, Scott, Kissane, P.A. |
| 135 San Lorenzo Avenue | 222 Lakeview Avenue |
| Suite 770 | Suite 120 |
| Coral Gables, FL 33146 | West Palm Beach, FL 33401 |
| 305-928-4893 | 561-383-3426 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Gustavo Hernandez* | *Hypower, LLC* |
| | |
| Plaintiff Gustavo Hernandez | Defendant Hypower, LLC |
| | Adam Johnson |